IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this  3nd  day of June, 2020.

                Heather D. Call
                Name of Attorney

                United States Department of Justice
                Firm Name

                450 Fifth Street, NW
                Office Address

                Washington, DC 20530
                City, State, ZIP Code

                202-257-6350
                Telephone Number

                Heather.Call@usdoj.gov
                Primary CM/ECF E-mail Address