IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. <u>20-CR-152 PAB</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>  United States of America  </u>

DATED at Denver, Colorado this <u>3rd</u> day of <u>June, 2020.</u>

<u>    Carolyn M. Sweeney    </u>
Name of Attorney

<u>  U.S. Department of Justice  </u>
Firm Name

<u>    450 5th Street NW    </u>
Office Address

<u>    Washington, DC 20530    </u>
City, State, ZIP Code

<u>    202-257-6350    </u>
Telephone Number

<u>    Carolyn.Sweeney@usdoj.gov  </u>
Primary CM/ECF E-mail Address