**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

    DATED at Denver, Colorado this   3   day of   June  ,   2020  .

    Laura J. Butte
    Name of Attorney

    United States Department of Justice
    Firm Name

    450 Fifth Street, NW
    Office Address

    Washington DC, 20530
    City, State, ZIP Code

    (202) 431-6619
    Telephone Number

    laura.butte@usdoj.gov
    Primary CM/ECF E-mail Address