IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   United States of America

DATED at Denver, Colorado this   3   day of   June  ,   2020  .

   Jillian M. Rogowski
Name of Attorney

   United States Department of Justice
Firm Name

   209 S. LaSalle Street, Suite 600
Office Address

   Chicago, IL 60604
City, State, ZIP Code

   (312) 754-3936
Telephone Number

   Jillian.rogowski@usdoj.gov
Primary CM/ECF E-mail Address