**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   __20-cr-00152-PAB__

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    __United States of America__

    DATED at Denver, Colorado this __3__ day of _____June_____, __2020__.

    __Paul J. Torzilli__
Name of Attorney

    __United States Department of Justice__
Firm Name

    __450 Fifth Street, NW__
Office Address

    __Washington DC, 20530__
City, State, ZIP Code

    __(202) 514-8349__
Telephone Number

    __Paul.Torzilli@usdoj.gov__
Primary CM/ECF E-mail Address