**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

    Jayson Jeffrey Penn


    DATED at Denver, Colorado this 3rd day of June, 2020

                                Michael Tubach
                                Name of Attorney

                                O'Melveny & Myers, LLP
                                Firm Name

                                Two Embarcadero Center, 28th Floor
                                Office Address

                                San Francisco, CA 94111
                                City, State, ZIP Code

                                415-984-8876
                                Telephone Number

                                mtubach@omm.com
                                Primary CM/ECF E-mail Address