IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   Jayson Jeffrey Penn

DATED at Denver, Colorado this 3rd day of June, 2020

Anna T. Pletcher
Name of Attorney

O'Melveny & Myers, LLP
Firm Name

Two Embarcadero Center, 28th Floor
Office Address

San Francisco, CA 94111
City, State, ZIP Code

415-984-8994
Telephone Number

apletcher@omm.com
Primary CM/ECF E-mail Address