## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Jayson Jeffrey Penn

DATED at Denver, Colorado this 3rd day of June, 2020

Brian P. Quinn
Name of Attorney

O'Melveny & Myers, LLP
Firm Name

1625 Eye Street NW
Office Address

Washington, DC 20006
City, State, ZIP Code

202-383-5244
Telephone Number

bquinn@omm.com
Primary CM/ECF E-mail Address