## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Scott James Brady

DATED at Richmond, Virginia this 5th day of June, 2020.

    /s/ *Megan Conway Rahman*
Signature of Attorney

    Megan Conway Rahman
Name of Attorney

    Troutman Sanders LLP
Firm Name

    1001 Haxall Point
Office Address

    Richmond, VA, 23219
City, State, ZIP Code

    (804) 697-1374
Telephone Number

    megan.rahman@troutman.com
Primary CM/ECF E-mail Address