IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Scott James Brady

DATED at Atlanta, Georgia this 5th day of June, 2020.

    /s/ *Bryan Lavine*
Signature of Attorney

    Bryan Lavine
Name of Attorney

    Troutman Sanders LLP
Firm Name

    600 Peachtree St NE, Suite 3000
Office Address

    Atlanta, GA, 30308
City, State, ZIP Code

    (404) 885-3170
Telephone Number

    bryan.Lavine@troutman.com
Primary CM/ECF E-mail Address