IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Jayson Jeffrey Penn

DATED at Denver, Colorado this 5th day of June, 2020

    s/ Megan Havstad
    Signature of Attorney

    Megan Havstad
    Name of Attorney

    O'Melveny & Myers, LLP
    Firm Name

    Two Embarcadero Center, 28th Floor
    Office Address

    San Francisco, CA 94111
    City, State, ZIP Code

    415-984-8937
    Telephone Number

    mhavstad@omm.com
    Primary CM/ECF E-mail Address