**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br>v.<br><br><br>JAYSON JEFFREY PENN, MIKELL REEVE FRIES, SCOTT JAMES BRADY and ROGER BORN AUSTIN,<br><br>               Defendant. | Case No. 1:20-CR-00152 |

**ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of New York.

        Michael S. Feldberg
        REICHMAN JORGENSEN LLP
        750 Third Avenue, Suite 2400
        New York, NY 10017
        Tel.: (212) 381-1965
        Email: mfeldberg@reichmanjorgensen.com

Dated:  New York, New York			Respectfully Submitted,
        June 4, 2020

                                        REICHMAN JORGENSEN LLP

                                        By:   /s/ Michael S. Feldberg

                                         Michael S. Feldberg
                                        *mfeldberg@reichmanjorgensen.com*
                                        750 Third Avenue
                                        Suite 2400
                                        New York, NY 10017
                                        Tel.: (212) 381-1965