**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br><br>JAYSON JEFFREY PENN, MIKELL REEVE FRIES, SCOTT JAMES BRADY and ROGER BORN AUSTIN,<br><br>Defendant. | Case No. 1:20-CR-00152 |

**ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of New York.

> Julie Withers
> WITHERS LAW LLP
> 750 Third Avenue, Suite 2400
> New York, NY 10017
> Tel.: (917) 403-8021
> Email: julie@jwitherslaw.com

Dated: New York, New York
      June 15, 2020

Respectfully Submitted,

WITHERS LAW LLP

By: /s/ Julie Withers

Julie Withers
*julie@jwitherslaw.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (917) 403-8021