UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

                    Plaintiff,

v.

JAYSON JEFFREY PENN, MIKELL REEVE FRIES, SCOTT JAMES BRADY and ROGER BORN AUSTIN,

                    Defendant.

Case No. 1:20-CR-00152

## ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of California.

> Laura Carwile
> REICHMAN JORGENSEN LLP
> 100 Marine Parkway, Suite 300
> Redwood Shores, CA 94065
> Tel.: (650) 623-1451
> Email: lcarwile@reichmanjorgensen.com

Dated:  San Francisco, CA
        June 15, 2020

Respectfully Submitted,

REICHMAN JORGENSEN LLP

By:   /s/ Laura Carwile

LAURA CARWILE
*lcarwile@reichmanjorgensen.com*
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1451