**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br>     v.<br><br><br>JAYSON JEFFREY PENN, MIKELL REEVE FRIES, SCOTT JAMES BRADY and ROGER BORN AUSTIN,<br><br>                    Defendant. | Case No. 1:20-CR-00152 |

**ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of California.

>Laura Carwile
>REICHMAN JORGENSEN LLP
>100 Marine Parkway, Suite 300
>Redwood Shores, CA 94065
>Tel.: (650) 623-1451
>Email: lcarwile@reichmanjorgensen.com

Dated:  San Francisco, CA                    Respectfully Submitted,
            June 15, 2020

                                                                 REICHMAN JORGENSEN LLP


                                                                 By:   /s/ Laura Carwile
                                                                 
                                                                 LAURA CARWILE
                                                                 *lcarwile@reichmanjorgensen.com*
                                                                 100 Marine Parkway, Suite 300
                                                                 Redwood Shores, CA 94065
                                                                 Tel.: (650) 623-1451