**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

**GOVERNMENT'S INITIAL STATEMENT OF ORGANIZATIONAL
VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)**

The United States herewith files its Initial Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Organizational victims or potential organizational victims currently known to the government are listed below. Efforts to identify other organizational victims continue and this notice will be supplemented in the event additional information is obtained.

    1.    <u>Golden Corral.</u> Ultimate parent company: Investors Management Corporation. The government knows of no publicly-held corporation that owns 10% or more of the stock of Investors Management Corporation.

2. <u>KFC Corporation.</u> Ultimate parent company: Yum! Brands, Inc. The government knows of no publicly-held corporation that owns 10% or more of the stock of Yum! Brands, Inc.

3. <u>The Kroger Company.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of The Kroger Company.

4. <u>Popeyes Louisiana Kitchen, Inc.</u> Ultimate parent company: Restaurant Brands International, Inc. The government knows of no publicly-held corporation that owns 10% or more of the stock of Restaurant Brands International, Inc.

5. <u>Restaurant Supply Chain Solutions.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Restaurant Supply Chain Solutions.

6. <u>Supply Management Services.</u> Ultimate parent company: not applicable. The government knows of no publicly-held corporation that owns 10% or more of the stock of Supply Management Services.

7. <u>Walmart Inc.</u> Ultimate parent company: not applicable.  The government knows of no publicly-held corporation that owns 10% or more of the stock of Walmart, Inc.

Respectfully submitted this 2nd day of July, 2020.

By: ___s/ Heather Call_____
Heather D. Call
Michael T. Koenig

Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-2623
Email: heather.call@usdoj.gov

Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on this July 2, 2020, I electronically filed the foregoing **GOVERNMENT'S INITIAL STATEMENT OF ORGANIZATIONAL VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: __s/ Heather Call_____

Heather D. Call
Michael T. Koenig

Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-2623
Email: heather.call@usdoj.gov

Attorneys for the United States