# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Action No. 20-cr-00152-PAB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 67

The United States of America, by and through its undersigned counsel, Heather Call, respectfully moves to restrict Document No. 67, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 1" restriction**, which would make the documents viewable by the parties to this case and the Court only.

Respectfully submitted this 16th day of July, 2020.

                                                  By:    s/ Heather Call       
                                                         Heather D. Call

                                                         Michael T. Koenig
                                                         Carolyn M. Sweeney
                                                         Paul J. Torzilli
                                                         Trial Attorneys

2

                              Antitrust Division
                              U.S. Department of Justice
                              Washington Criminal II Office
                              450 Fifth Street, N.W.
                              Washington, D.C. 20530
                              Tel: 202-598-2623
                              Email: heather.call@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this July 16th, 2020, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 67** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                  By:   s/ Heather Call

                                                        Heather D. Call

                                                        Michael T. Koenig
                                                        Carolyn M. Sweeney
                                                        Paul J. Torzilli
                                                        Trial Attorneys
                                                        Antitrust Division
                                                        U.S. Department of Justice
                                                        Washington Criminal II Office
                                                        450 Fifth Street, N.W.
                                                       Washington, D.C. 20530
                                                        Tel: (202) 598-2623
                                                        Email: heather.call@usdoj.gov

                                                        Attorneys for the United States