IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY, and
4.    ROGER BORN AUSTIN

    Defendants.

## ORDER

This matter comes before the Court on the Government's Motion to Disclose Grand Jury Material to Defense Counsel [Docket No. 87] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Material to Defense Counsel [Docket No. 87] is granted. The United States may disclose grand jury materials to the defendants and their attorneys in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendants and their attorneys; that defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States

at the end of the case.

DATED July 22, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge