### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**Criminal Action No.: 20-cr-00152-PAB**

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. JAYSON JEFFREY PENN
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN

    Defendants.

---

### ENTRY OF APPEARANCE – CHAD D. WILLIAMS

---

I, Chad D. Williams, of the law firm Davis Graham & Stubbs, LLP, hereby enter my appearance as counsel of record for Defendant Jayson Jeffrey Penn and certify that I am a member in good standing of the bar of this Court.

Dated this 31st day of July, 2020

    By: *s/ Chad D. Williams*
        Chad D. Williams
        Jacqueline V. Roeder
        DAVIS GRAHAM & STUBBS LLP
        1550 17th Street, Suite 500
        Denver, CO 80202
        Telephone: (303) 892-9400
        Email: chad.williams@dgslaw.com
               jackie.roeder@dgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via **CM/ECF** e-file system on this 31st day of July, 2020, addressed to the following:

*Attorneys for Plaintiff*
Michael Thomas Koenig
Carolyn Maria Sweeney
Heather Diefenbach Call
Laura Jing Butte
Paul John Torzilli
U.S. Department of Justice – DC-Antitrust Division
450 Fifth Street NW
Washington DC 20530
Email: Michael.Koenig@usdoj.gov
carolyn.sweeney@usdoj.gov
heather.call@usdoj.gov
laura.butte@usdoj.gov
Paul.Torzilli@usdoj.gov

Jillian Marianthe Rogowski
U.S. Department of Justice Antitrust Division – Chicago
209 S. Lasalle Street, Suite 600
Chicago, IL 60604
Email: jillian.rogowski@usdoj.gov

*Attorneys for Defendant Jayson Jeffrey Penn*
Anna Tryon Pletcher
Megan Louise Havstad
Michael Frederick Tubach
O'Melveny & Myers LLP-San Francisco
28th Floor
San Francisco, CA 94111-3823
Email:  apletcher@omm.com
mhavstad@comm.com
mtuback@comm.com

Brian Patrick Quinn
O'Melveny & Myers LLP – DC
1625 I Street NW
Washington, DC 20006
Email: bquinn@omm.com

*Attorneys for Defendant Mikell Reeve Fries*
David Matthew Beller
Richard Kent Kornfeld
Recht & Kornfeld, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
Email: david@rklawpc.com
rick@rklawpc.com

*Attorneys for Defendant Scott James Brady*
Bryan B. Lavine
Troutman Sanders LLP – Atlanta
600 Peachtree Street NE
Bank of America Plaza, Suite 5200
Atlanta, GA 303008-2216
Email: bryan.lavine@troutman.com

Megan Conway Rahman
Troutman Sanders LLP – Richmond
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Email: megan.rahman@troutman.com

*Attorneys for Defendant Roger Born Austin*
Laura Elizabeth Carwile
Reichman Jorgensen LLP – Redwood Shores
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Email: lcarwile@reichmanjorgensen.com

Michael s. Feldberg
Reichman Jorgensen LLP – New York
750 Third Avenue, 24th Floor
New York, NY 10017
Email: mefeldberg@reichmanjorgensen.com

*s/ Paige Finnell*
Paige Finnell