AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| v. | ) |
| 2. MIKELL REEVE FRIES | ) Case No. 1:20-cr-00152-PAB-2 |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of Court

| Place: | Byron G. Rogers Courthouse<br>1929 Stout Street<br>Denver, CO 80294 | Courtroom No.: C204 |
| --- | --- | --- |
| | | Date and Time: 10/13/2020 2:00 pm |

This offense is briefly described as follows:

Count 1: Unlawful restraint of interstate trade and commerce, 15 U.S.C. § 1

Video teleconference call-in instructions will be determined and provided prior to your scheduled appearance. Prior to your court appearance, Defendant shall check in with the U.S. Marshal's Service - 901 19th Street, Denver, Colorado- (720) 264-7700.

Date: 10/06/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons     ❏ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*