IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS,

10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    TIMOTHY R. MULRENIN

1

DATED at Denver, Colorado this <u>9th</u> day of <u>     October           </u>, <u>  2020   </u>.

<u>     Elizabeth Prewitt                   </u>
Name of Attorney

<u>  Latham & Watkins LLP                  </u>
Firm Name

<u> 555 Eleventh Street, NW, Suite 1000    </u>
Office Address

<u> Washington, D.C., 20004-1304           </u>
City, State, ZIP Code

<u> 1.202.637.3347                         </u>
Telephone Number

<u>  elizabeth.prewitt@lw.com              </u>
 Primary CM/ECF E-mail Address