IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS,

10. RICKIE PATTERSON BLAKE,

Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    William Vincent Kantola (6)

    DATED at Philadelphia, Pennsylvania this 9th day of October, 2020.

                                          *s/ James A. Backstrom*
                                           Signature of Attorney

   James A. Backstrom
Name of Attorney

   James A. Backstrom, Counsellor
Firm Name

   1515 Market Street, Suite 1200
Office Address

   Philadelphia, PA 19102-1932
City, State, ZIP Code

   (215) 864-7797
Telephone Number

   jabber@backstromlaw.com
Primary CM/ECF E-mail Address

2