IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-CR-152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS,

10. RICKIE PATTERSON BLAKE,

      Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

      TIMOTHY R. MULRENIN

DATED at New York, New York this 12th day of October, 2020.

    Caroline Rivera
Name of Attorney

    Latham & Watkins LLP
Firm Name

    885 Third Avenue
Office Address

    New York, NY  10022
City, State, ZIP Code

    1.212.906.4666
Telephone Number

    caroline.rivera@lw.com
Primary CM/ECF E-mail Address