**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Jimmie Lee Little

    DATED at Los Angeles, California this 13th day of October, 2020.

    s/ Mark A. Byrne
Name of Attorney

    Byrne & Nixon LLP
Firm Name

    888 West Sixth Street, Suite 1100
Office Address

    Los Angeles, California 90017
City, State, ZIP Code

    (213) 620-8003
Telephone Number

    markbyrne@byrnenixon.com
Primary CM/ECF E-mail Address

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

                   s/Mark A. Byrne
                   Mark A. Byrne