# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY BRIAN ROBERTS,

    Defendant.

_____

## ENTRY OF APPEARANCE OF COUNSEL
_____

To:    The clerk of court and all parties of record

    I hereby certify, pursuant to D.C.COLO.LAttyR 5, that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Gary Brian Roberts.

    DATED this 14th day of October, 2020.

    /s/ Craig A. Gillen_____
    Craig A. Gillen
    Gillen Withers & Lake LLC
    400 Galleria Parkway
    Suite 1920
    Atlanta, Georgia 30339
    (404) 842-9700
    cgillen@gwllawfirm.com

    *Counsel for Brian Roberts*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on October 14, 2020, a true and correct copy of the foregoing ENTRY OF APPEARANCE OF COUNSEL was served by ECF on all parties requesting notice.

/s/ Craig A. Gillen_____
Craig A. Gillen
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

*Counsel for Brian Roberts*