IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:20-cr-00152-PAB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,
    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Rickie Patterson Blake (10)

DATED this 19th day of October, 2020.

/s/ Jessica A. Ettinger
Name of Attorney

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Firm Name

2000 K Street N.W., 4th Floor
Office Address

Washington, DC  20006
City, State, ZIP Code

(202) 471-3044
Telephone Number

jettinger@robbinsrussell.com
Primary CM/ECF E-mail Address