IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

       Defendants.

**DEFENDANT JAYSON PENN'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT A FILED IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Defendant Jayson Penn, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully requests that the Court restrict public access to Exhibit A filed in support of Defendant Jayson Penn's Motion for Bill of Particulars, any order revealing the contents of that document, and the Brief in Support of Motion to Restrict Public Access to Exhibit A Filed in Support of

1

Defendant's Motion for Bill of Particulars for the reasons set forth therein.

Dated:  October 27, 2020

Respectfully submitted,

*s/ Michael F. Tubach*

Chad David Williams
Jacqueline Ventre Roeder
Davis Graham & Stubbs LLP-Denver
1550 17th Street
Suite 500
Denver, CO 80202
303-892-9400
Fax: 303-893-1379
Email: chad.williams@dgslaw.com
Email: jackie.roeder@dgslaw.com

Michael F. Tubach (Cal. Bar No. 145955)
Anna T. Pletcher (Cal. Bar No. 239730)
Megan Havstad (Cal. Bar No. 287938)
Brian P. Quinn (D.C. Bar No. 1048323)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701
E-mail:  mtubach@omm.com
apletcher@omm.com
mhavstad@omm.com
bquinn@omm.com

*Attorneys for Defendant Jayson Jeffrey Penn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2020, I electronically filed the foregoing **DEFENDANT JAYSON PENN'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT A FILED IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach