IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on Defendant Jayson Penn's Motion to Restrict Public Access to Exhibit A Filed in Support of Defendant's Motion for Bill of Particulars [Docket No. 185]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Jayson Penn's Motion to Restrict Public Access to Exhibit A Filed in Support of Defendant's Motion for Bill of Particulars [Docket No. 185] is granted. It is further

**ORDERED** that Docket Nos. 184 and 186 shall be restricted under level 1 restriction until further order of this Court.

DATED November 4, 2020.

                        BY THE COURT:

                        _____
                        PHILIP A. BRIMMER
                        Chief United States District Judge