IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:20-cr-152-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
**10. RICKIE PATTERSON BLAKE**

 Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Norman R. Mueller of the law firm Haddon, Morgan and Foreman, P.C., hereby enters his appearance on behalf of Defendant, Rickie Blake.

Dated: November 6, 2020.

        Respectfully submitted,

        *s/ Norman R. Mueller*
        Norman R. Mueller, #5853
        HADDON, MORGAN AND FOREMAN, P.C.
        150 East 10th Avenue
        Denver, CO 80203
        Tel:  303.831.7364
        Fax: 303.832.2628
        jnmueller@hmflaw.com
        *Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

    *s/ Holly Rogers*