**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

    Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at this   23rd   day of   November, 2020.

*/s/ Christopher Maietta*
Signature of Attorney

Christopher Maietta
Name of Attorney

United States Department of Justice
Firm Name

26 Federal Plaza, Suite 3630
Address

New York, New York 10278
City, State, Zip

(212) 824-1350
Telephone Number

Christopher.Maietta@usdoj.gov
Primary CM/ECF E-mail Address