IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB-5

UNITED STATES OF AMERICA,

        Plaintiff,

v.

5.       TIMOTHY R. MULRENIN,

        Defendant.

---

## NOTICE OF APPEARANCE OF COUNSEL

Marci G. LaBranche of the law firm Stimson Stancil LaBranche Hubbard, LLC hereby enters her appearance on behalf of Defendant Timothy R. Mulrenin.

Dated: December 2, 2020.

                              Respectfully submitted,

                              *s/ Marci G. LaBranche*
                              Marci G. LaBranche
                              STIMSON STANCIL LABRANCHE HUBBARD, LLC
                              1652 Downing Street
                              Denver, CO 80218
                              Phone:  720.689.8909
                              Email:   labranche@sslhlaw.com

                              *Attorney for Timothy R. Mulrenin*

**Certificate of Service**

  I certify that on December 2, 2020, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

              *s/ Nancy Hickam*
              Nancy Hickam