IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB-5

UNITED STATES OF AMERICA,

        Plaintiff,

v.

5.       TIMOTHY R. MULRENIN,

        Defendant.

---

### NOTICE OF APPEARANCE OF COUNSEL
---

Jamie Hubbard of the law firm Stimson Stancil LaBranche Hubbard, LLC hereby enters her appearance on behalf of Defendant Timothy R. Mulrenin.

Dated: December 2, 2020.

        Respectfully submitted,

        *s/ Jamie Hubbard*
        Jamie Hubbard
        STIMSON STANCIL LABRANCHE HUBBARD, LLC
        1652 Downing Street
        Denver, CO 80218
        Phone:  720.689.8909
        Email:   hubbard@sslhlaw.com

        *Attorney for Timothy R. Mulrenin*

**Certificate of Service**

  I certify that on December 2, 2020, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                *s/ Nancy Hickam*
                Nancy Hickam