**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

**GOVERNMENT'S UNOPPOSED MOTION
TO FILE RESPONSE IN EXCESS OF PAGE LIMIT**

The government respectfully moves to file its response to Defendants' ten motions for a bill of particulars in excess of the 15-page limit set forth in Section III.A of this Court's Practice Standards for Criminal Cases. The government requests an additional five pages for its response, which is due on Monday December 14. ECF No. 194.

Good cause exists for permitting an additional five pages. The government must respond to ten motions, one for each defendant. Each motion contains multiple, albeit overlapping, grounds for seeking particularization, with several defendants seeking

particularity on up to five grounds excluding sub-parts. Taken together, defendants' motions comprise approximately 120 pages of briefing.

The government will file a response that succinctly addresses defendants' arguments, though because of the volume of briefing to which the government must respond, the government seeks an additional five pages.

The government has conferred with all ten defendants. They do not oppose this motion.

Dated: December 11, 2020

Respectfully submitted,

By: *Paul Torzilli*

Paul J. Torzilli
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 514.8349
Email: Paul.Torzilli@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, I electronically filed the foregoing "Government's Unopposed Motion to File Response in Excess of Page Limit," with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in the above-captioned matter.

Paul Torzilli, Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 514.8349
Paul.Torzilli@usdoj.gov