IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS,
10.   RICKIE PATTERSON BLAKE,

    Defendants.

**NOTICE OF CHANGE OF FIRM NAME**

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the name of law firm Reichman Jorgenson LLP has changed to Reichman Jorgensen Lehman & Feldberg LLP effective January 25, 2021.   The remainder of the address is unchanged.  As a result, the address of the firm is now:

    Reichman Jorgensen Lehman & Feldberg LLP
    750 Third Avenue, Suite 2400
    New York, NY 10017

1

Please update all records to reflect this change.

Dated: New York, New York        Respectfully Submitted,
       January 28, 2021

                                REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

                                By:   /s/ Michael S. Feldberg
                                       Michael S. Feldberg
                                       *mfeldberg@reichmanjorgensen.com*
                                       750 Third Avenue, Suite 2400
                                       New York, NY 10017
                                       Tel.: (212) 381-4970

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLORADO

I hereby certify that on January 28, 2021, I electronically filed the foregoing motion for a Bill of Particulars with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: New York, New York  
       January 28, 2021

Respectfully Submitted,

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

By:   /s/ Michael S. Feldberg  
      Michael S. Feldberg  
      *mfeldberg@reichmanjorgensen.com*  
      750 Third Avenue, Suite 2400  
      New York, NY 10017  
      Tel.: (212) 381-4970