# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS,
10.  RICKIE PATTERSON BLAKE,

      Defendants.

---

## DEFENDANTS' JOINT MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO EXHIBITS A THROUGH D
## TO DEFENDANTS' JOINT REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR ADDITIONAL DISCOVERY

---

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts and Rickie Blake, by and through their respective counsel, and pursuant to Rules 49.1(d) and 49.1(f) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict public access to Exhibits A through D to Defendants' Joint Reply (ECF No. 239) in support of their Motion for Additional Discovery. Defendants request Level 1 restriction, limiting access to the Court and the parties in this case, and are submitting under restriction a brief that contains the basis for this motion, including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

1

Respectfully submitted this 12th day of February 2021,

*s/ Bryan B. Lavine*
Bryan B. Lavine
Troutman Pepper Hamilton Sanders LLP
Attorney for Defendant Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Defendant Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Defendant Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Defendant Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8876
mtubach@omm.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
Latham & Watkins LLP-DC
Attorney for Defendant Timothy R. Mulrenin
885 Third Avenue
New York, NY 10022-4834
(212) 906-1354
Elizabeth.Prewitt@lw.com

        *s/ James A. Backstrom*
        James A. Backstrom, Counsellor at Law
        Attorney for Defendant William Vincent Kantola
        1515 Market Street, Suite 1200
        Philadelphia, PA 19102-1932
        (215) 864-7797
        jabber@backstromlaw.com

        *s/ Mark A. Byrne*
        Mark A. Byrne
        Byrne & Nixon LLP
        Attorney for Defendant Jimmie Lee Little
        888 West Sixth St, Suite 1100
        Los Angeles, CA 90017
        (213) 620-8003
        markbyrne@byrnenixon.com

        *s/ John Anderson Fagg, Jr.*
        John Anderson Fagg, Jr.
        Moore & Van Allen PLLC
        Attorney for Defendant William Wade Lovette
        100 North Tryon Street, Suite 4700
        Charlotte, NC 28202
        (704) 331-3622
        johnfagg@mvalaw.com

        *s/ Craig Allen Gillen*
        Craig Allen Gillen
        Gillen Withers & Lake, LLC
        Attorney for Defendant Gary Brian Roberts
        400 Galleria Parkway
        Ste. 1920
        Atlanta, GA 30339
        (404) 842-9700
        cgillen@gwllawfirm.com

        *s/ Barry J. Pollack*
        Barry J. Pollack
        Attorney for Defendant Rickie Patterson Blake
        Robbins Russell Englert Orseck Untereiner
        & Sauber LLP
        2000 K Street N.W.
        4th Floor
        Washington, DC 20006
        (202) 775-4514
        bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2021, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO EXHIBITS A THROUGH D TO DEFENDANTS' JOINT REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR ADDITIONAL DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Bryan B. Lavine*
Bryan B. Lavine