IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

_____

**ORDER**
_____

      This matter is before the Court on the Defendants' Joint Motion for Leave to

Restrict to Restrict Public Access to Exhibits A Through D to Defendants' Joint Reply

[Docket No. 240].  No objections have been filed under D.C.COLO.LCrR 47.1.  Good

cause appearing, it is

      **ORDERED** that Defendants' Joint Motion for Leave to Restrict to Restrict Public

Access to Exhibits A Through D to Defendants' Joint Reply [Docket No. 240] is granted.

It is further

      **ORDERED** that Exhibits A, B, C, and D to Docket No. 239 and Docket No. 241

shall be restricted under level 1 restriction until further order of this Court.  It is further

**ORDERED** that the restriction on Docket No. 239 itself shall be removed.

DATED February 25, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge