IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on Walter Reeves' Petition [Docket No. 253]. Mr. Reeves is not a party to the case. Rather, he states that he is a "Poultry Workers' Representative in Atlanta, Georgia," and requests that he be listed as an interested party. *See* Docket No. 253 at 1. The Court is unaware of any situation where a non-party can be considered an "interested party" in a criminal case. While someone may notify the Court or the United States that he or she is a "crime victim" under the Crime Victims' Rights Act, Mr. Reeves does not claim to be a victim of any of the defendants' alleged crimes. *See* 18 U.S.C. § 3771(e)(2)(A) ("The term 'crime victim' means a person directly and proximately harmed as a result of the commission of a Federal offense."). Accordingly, it is

    **ORDERED** that Walter Reeves' Petition [Docket No. 253] is **DENIED**.

    DATED April 22, 2021.