IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

PENN, et al.,

    Defendant(s).

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    William Wade Lovette (8)

DATED at Denver, Colorado this 24th day of June, 2021.

    /s/ James P. McLoughlin, Jr.
    Name of Attorney

    Moore & Van Allen PLLC
    Firm Name

    100 North Tryon Street, Suite 4700
    Office Address

    Charlotte, NC  28202
    City, State, ZIP Code

    704-331-1054
    Telephone Number

    jimmcloughlin@mvalaw.com
    Primary CM/ECF E-mail Address