IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  <u>1:20-cr-00152-PAB</u>

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PENN, et al.,

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>William Wade Lovette (8)</u>

DATED at Denver, Colorado this 24th day of June, 2021.

<u>/s/ Frank E. Schall</u>
Name of Attorney

<u>Moore & Van Allen PLLC</u>
Firm Name

<u>100 North Tryon Street, Suite 4700</u>
Office Address

<u>Charlotte, NC  28202</u>
City, State, ZIP Code

<u>704-331-1117</u>
Telephone Number

<u>frankschall@mvalaw.com</u>
Primary CM/ECF E-mail Address