IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. RICKIE PATTERSON BLAKE,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the Motion to Withdraw as Counsel for Rickie Patterson Blake [Docket No. 276] of Attorney Jessica Arden Ettinger. Defendant Rickie Patterson Blake continues to be represented by Attorneys Barry Pollack, Norman Mueller, and Wendy Wofford Johnson. Wherefore, it is

    **ORDERED** that the Motion to Withdraw as Counsel for Rickie Patterson Blake [Docket No. 276] is granted. It is further

    **ORDERED** that Jessica Arden Ettinger's representation of the defendant Rickie Patterson Blake is terminated.

    DATED July 7, 2021.

                                    BY THE COURT:

                                    PHILIP A. BRIMMER
                                    Chief United States District Judge