# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS,

10. RICKIE PATTERSON BLAKE,

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    William Vincent Kantola (6)

    DATED at Philadelphia, Pennsylvania this 26th day of July 2021.

                                             *s/ Roxann E. Henry*
                                              Signature of Attorney

   Roxann E. Henry
Name of Attorney

   Roxann E. Henry, Esq.
Firm Name

   5410 Wilson Ln
Office Address

   Bethesda, MD 20814-1342
City, State, ZIP Code

   (202)489-9556
Telephone Number

   Henry.Roxann@me.com
Primary CM/ECF E-mail Address