IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN**,
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN**,
5.   TIMOTHY MULRENIN,
6. **WILLIAM VINCENT KANTOLA**,
7. **JIMMIE LEE LITTLE**,
8. **WILLIAM WADE LOVETTE**,
9. **GARY BRIAN ROBERTS**, and
10. **RICKIE PATTERSON BLAKE**,

      Defendants.

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION

Defendants Gary Brian Roberts, Jayson Jeffrey Penn, Mikell Reeve Fries, Scott James Brady, Roger Born Austin, William Vincent Kantola, Jimmie Lee Little, William Wade Lovette, and Rickie Patterson Blake file this Notice of Withdrawal of Motion (Notice), hereby withdrawing Docket entry # 294, Defendants' Motion for Identification of Evidence Which The Government Intends to Use in Its Case-In-Chief at Trial and Brief In Support Thereof (Motion). Defendants show that one of the Defendants was through inadvertence not included in the Motion as originally filed, and that a similar Motion including the Defendant will be filed following the filing of this Notice. In withdrawing the originally filed Motion or in filing this Notice, Defendants show that

-1-

-2-

they do not waive, withdraw, relinquish, or abandon any rights, claims, or relief to which they may be entitled in their subsequently filed Motion.

Respectfully submitted, this 26th day of July, 2021.

| | |
|---|---|
| *s/ Craig A. Gillen*<br>Craig A. Gillen<br>GILLEN WITHERS & LAKE, LLC<br>400 Galleria Parkway<br>Ste 1920<br>Atlanta, Georgia 30339<br>Telephone: 404-842-9700<br>Email: cgillen@gwllawfirm.com<br>*Counsel for Gary Brian Roberts* | *s/ Michael F. Tubach*<br>Michael F. Tubach<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, California 94111<br>Telephone: 415-984-8876<br>Email: mtubach@omm.com<br>*Counsel for Jayson Jeffrey Penn* |
| *s/ Richard K. Kornfeld*<br>Richard K. Kornfeld<br>Recht & Kornfeld, P.C.<br>1600 Stout Street<br>Suite 1400<br>Denver, Colorado 80202<br>Telephone: 303-573-1900<br>Email: rick@rklawpc.com<br>*Counsel for Mikell Reeve Fries* | *s/ Bryan B. Lavine*<br>Bryan B. Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street N.E.<br>Suite 3000<br>Atlanta, Georgia 30308<br>Telephone: 404-885-3170<br>Fax: 404-962-6613<br>Email: bryan.lavine@troutman.com<br>*Counsel for Scott James Brady* |
| *s/ Michael S. Feldberg*<br>Michael S. Feldberg<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>750 Third Avenue<br>24th Floor<br>New York, New York 10017<br>Telephone: 212-381-4970<br>Email: mfeldberg@reichmanjorgensen.com<br>*Counsel for Roger Born Austin* | *s/ James A. Backstrom*<br>James A. Backstrom<br>JAMES A. BACKSTROM, COUNSELLOR AT LAW<br>1515 Market Street<br>Suite 1200<br>Philadelphia, Pennsylvania 19102<br>Telephone: 215-864-7797<br>Email: jabber@backstromlaw.com<br>*Counsel for William Vincent Kantola* |

<div style="display: flex;">

<div>

*/s John Anderson Fagg, Jr.*
John Anderson Fagg, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202
Telephone: 704-331-1117
Email: johnfagg@mvalaw.com
*Counsel for William Wade Lovette*

*s/ Barry J. Pollack*
Barry J. Pollack
ROBBINS RUSSELL ENGLERT ORSECK
& UNTEREINER LLP
2000 K Street N.W.
4th Floor
Washington, DC 20006
Telephone: 202-775-4514
Fax: 202-775-4510
Email: bpollack@robbinsrussell.com
*Counsel for Rickie Patterson Blake*

</div>

<div>

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth Street
Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Fax: 213-620-8012
Email: markbyrne@byrnenixon.com
*Counsel for Jimmie Lee Little*

</div>

</div>

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2021, I electronically filed the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Craig A. Gillen*_____
Craig A. Gillen
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Ste 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: cgillen@gwllawfirm.com
*Counsel for Gary Brian Roberts*