IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

## UNITED STATES' MOTION TO FILE CONSOLIDATED RESPONSES, FOR AN ENLARGEMENT OF THE PAGE LIMIT, AND FOR AN EXTENSION OF TIME

The government respectfully moves the Court (1) to permit the government to file a consolidated response to ten of the defendants' motions to dismiss, (2) for a 30-page enlargement of the page limit for any such consolidated response for a total of 45 pages, and (3) for an extension of time to file its response to those ten motions from August 16, 2021, to August 30, 2021. The government also respectfully moves the Court to permit the government to file a consolidated response to the defendants' two motions for a discovery deadline.

Defendants are charged for their role in a multi-year conspiracy to fix prices, rig bids, and otherwise restrain trade of broiler chicken products, which is a *per se* illegal violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. Per the Court's scheduling order, pretrial motions were due on July 26, 2021, the government's responses are due on August 16, 2021, and trial is scheduled to begin on October 25, 2021. ECF No. 264 at 5-6.

In the weeks and months leading up to July 26 deadline, the defendants filed five non-dispositive pretrial motions. *See* ECF Nos. 243, 272, 274, 284, and 291. On July 26, the defendants filed three additional non-dispositive pretrial motions, *see* ECF Nos. 298,[1] 301,[2] 304, and ten motions to dismiss, *see* ECF Nos. 295, 296, 302, 303, 305-309.

Though not explicitly stated in LCrR 12.1, the rule seems to contemplate a separate response to each of those 18 motions, meaning that the government would file 18 responsive briefs of no more than 15 pages each, *see* Practice Standards for Criminal Cases § III.A, by August 16, 2021, *see* ECF No. 264 at 5.

The government respectfully submits that in such a circumstance, the interest of judicial economy creates good cause to permit the government to file a single, consolidated responsive brief addressing all of the defendants' case-dispositive

---

[1] Accompanying the motion at ECF No. 298, the defendants filed a motion to restrict, ECF No. 297, which the government does not oppose.

[2] The defendants filed another non-dispositive motion on July 26. ECF No. 294. Due to the accidental omission from that motion, the defendants moved to withdraw, ECF No. 300, and subsequently filed a replacement motion, ECF No. 301. The motion to withdraw was granted on July 27, 2021. ECF No. 310.

arguments in their motions to dismiss. The government further submits that, given the extensiveness of the defendants' briefing and the variation of arguments across all ten briefs, good cause also exists to enlarge the 15-page limit for any such response briefs by an additional 30 pages, for a total of 45 pages (as opposed to potentially 150 pages across ten separate briefs). Likewise, to ensure that the response is thorough and at the same time succinct, the government believes good cause exists to extend the response deadline by two weeks, to August 30, 2021. *Cf.* Blaise Pascal, *Lettres Provinciales*, Letter XVI (1656-57) ("I would have written a shorter letter, but I did not have the time.").[3]

The government also respectfully submits that judicial economy would be served by permitting a single, consolidated response to the defendants' two outstanding motions to set a discovery deadline of no more than 15 pages by August 16.[4]

For the Court's convenience, the table below sets forth the government's consolidated response proposal:

| Motion | ECF No. | Due Date | Page Limit |
|---|---|---|---|
| Motion to set discovery deadline | 274 | Aug. 16, 2021 | 15 |
| Further motion to set discovery deadline | 291 | | |
| Roberts MTD (S/L) | 293 | Aug. 30, 2021 | 45 |
| Kantola MTD | 295 | | |
| Fries/Brady MTD | 296 | | |
| Austin MTD | 302 | | |
| Lovette MTD | 303 | | |
| Roberts MTD | 305 | | |

---

[3] Loose English translation as provided in *In re Broiler Chicken Antitrust Litigation*, No. 16-cv-8637, ECF No. 4729 at 6 (N.D. Ill. June 1, 2021).
[4] The government notes that the two outstanding motions to set a discovery deadline are the defendants' second and third such motions. The Court already denied the defendants' first motion. *See* ECF Nos. 235, 256.

| Motion | ECF No. | Due Date | Page Limit |
|---|---|---|---|
| Little MTD | 306 | | |
| Mulrenin MTD | 307 | | |
| Penn MTD | 308 | | |
| Blake MTD | 309 | | |

The government has conferred with all ten defendants and they oppose an extension of time, but do not oppose a consolidated brief of 45 pages in response to the motions to dismiss. The defendants have not taken a position on the government's request to file a consolidated brief in response to their two discovery deadline motions.

Dated: July 27, 2021

Respectfully submitted,

/s/ Michael Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov

Attorneys for the Government