IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the Defendants' Motion to Restrict Access to Supplemental Ex Parte Memorandum [Docket No. 282]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendants' Motion to Restrict Access to Supplemental Ex Parte Memorandum [Docket No. 282] is granted. It is further

**ORDERED** that Docket Nos. 283 and 285 shall be restricted under level 3 restriction until further order of this Court.

DATED August 4, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge