IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

Defendants.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

This matter is before the Court on Defendants' Joint Motion for Disclosure of 801(d)(2)(E) Evidence and Request for James Hearing [243] and the Government's Motion for Briefing Schedule Relating to Admissibility of 801(d)(2)(E) Evidence and Defendants' Request for a James Hearing [Docket No. 321].

A James hearing will be set for September 2, 2021 from 8:30 a.m. until 12:00 p.m. and, if not completed, will resume on September 8, 2021 from 8:30 a.m. until 12:00 p.m.  The government shall exchange with the defendant, and submit to the Court electronically, its brief as to the James log, the James log, and the exhibits to the log on or before August 13, 2021.  The defendants shall file their response to the James log on or before August 27, 2021.

Wherefore, it is

**ORDERED** that the Defendants' Joint Motion for Disclosure of 801(d)(2)(E) Evidence and Request for James Hearing [243] is granted as noted above.  It is further

**ORDERED** that the Government's Motion for Briefing Schedule Relating to Admissibility of 801(d)(2)(E) Evidence and Defendants' Request for a James Hearing [Docket No. 321] is granted as noted above.

DATED August 4, 2021.