IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     **TIMOTHY R. MULRENIN**,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

**DEFENDANT TIMOTHY MULRENIN'S MOTION TO RESTRICT ACCESS TO *EX PARTE* MOTION PURSUANT TO RULE 17(c) FOR COURT ORDER AUTHORIZING SUBPOENA DUCES TECUM TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL**

Defendant Timothy Mulrenin, through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully requests that the Court restrict access to Defendant Timothy Mulrenin's *Ex Parte* Motion Pursuant To Rule 17(C) For Court Order Authorizing Subpoena Duces Tecum To Produce Documentary Evidence in Advance of Trial.

Dated: August 5, 2021                      Respectfully submitted,

                                                     s/ *Elizabeth B. Prewitt*
                                                     **Latham & Watkins LLP**
                                                     Elizabeth B. Prewitt
                                                     Caroline A. Rivera
                                                     1271 Avenue of the Americas
                                                     New York, NY 10020
                                                     Tel: (212) 906-1200
                                                     Fax: (212) 751-4864
                                                     Email: elizabeth.prewitt@lw.com
                                                     Email: caroline.rivera@lw.com

                                                     *s/ Marci G. LaBranche*
                                                     **Stimson Stancil LaBranche Hubbard, LLC**
                                                     Marci G. LaBranche
                                                     1652 N. Downing Street
                                                     Denver, CO 80218
                                                     Tel/Fax: (720)689-8909
                                                     Email: labranche@sslhlaw.com

                                                     *Attorneys for Defendant Timothy Mulrenin*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 5th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                                *s/ Nancy Hickam*