IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## MOTION TO MODIFY ATTACHMENTS TO THE CONDITIONS OF RELEASE FOR ALL TEN DEFENDANTS

The United States of America, through its undersigned counsel, respectfully requests that Attachments A and B to the conditions of release for all ten Defendants be modified to include certain additional co-conspirators (Attachment A) and certain additional victims and witnesses (Attachment B) for purposes of the no-contact order. As the Court will recall, Attachments A are unique to each Defendant but Attachment B is constant for all ten.

As grounds, the government states as follows:

1.	The Court entered no contact orders as a condition of pre-trial release for each of the Defendants, which each appear in Item 7(g) of the Additional Conditions of Release. The purpose of these no contact orders are to require the Defendants to avoid contact with victims, potential coconspirators, and other witnesses to the charged offenses. The identities of the persons appearing on the no contact orders have been filed under restriction.

2.	The no contact orders should be modified to account for additional developments in what is an ongoing government investigation. The government's ongoing investigation has revealed evidence in addition to that which is outlined in the Superseding Indictment filed on October 6, 2020. *See* ECF No. 101. This further investigation, as evidenced in part by two additional separate cases brought by the Antitrust Division, has revealed additional victim witnesses and additional co-conspirators. *See United States v. Claxton et al.*, 21-cr-00168-RM (Superseding Indictment filed July 28, 2021); *United States v. McGuire et al.*, 21-cr-00246-DDD (Indictment filed July 28, 2021).

3.	The Defendants should be prohibited from contacting the certain additional victim and co-conspirator witnesses in the proposed updated Attachments A and Attachment B in order to protect the privacy interests of potential victims, unindicted co-conspirators, and other potential witnesses, and to prevent further criminal activity.[1]

---

[1] The government has added language to the footnotes of both Attachments A for each Defendant and Attachment B for all Defendants to clarify what the government believes was the Court's intention to apply to all ten Defendants.

WHEREFORE, the United States respectfully requests that all ten Defendants' conditions of pre-trial release be modified as outlined in the proposed updated Attachments A and Attachment B.

The United States has conferred with counsel for the parties on this motion. Defendants Fries, Mulrenin, Roberts, Brady, and Lovette do not oppose this motion. Defendant Kantola does not oppose the entry of an order substituting the updated Attachments A and B. Defendants Blake, Little, Austin, and Penn take no position.

Respectfully submitted this 6th day of August, 2021.

By: s/ Michael Koenig

Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

Attorneys for the United States