IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## MOTION TO RESTRICT DOCUMENTS

The United States of America, through its undersigned counsel, respectfully moves pursuant to District of Colorado Local Rule 47.1 to restrict documents and orders revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The government requests a "Level 1" Restriction which would make the documents, and order revealing the contents of those documents and the brief filed in support of this motion, viewable only by the Court and the parties.

Respectfully submitted this 6th day of August, 2021.

By:   s/ Michael Koenig

Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov

Attorneys for the United States