IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. **TIMOTHY R. MULRENIN**,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

### UNITED STATES' MOTION FOR LEAVE TO FILE A RESPONSE IN PARTIAL OPPOSITION TO DEFENDANT MULRENIN'S MOTION PURSUANT TO RULE 17(c) FOR COURT ORDER AUTHORIZING A SUBPOENA DUCES TECUM TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL

The government respectfully moves the Court for leave to file a response in partial opposition to defendant Timothy Mulrenin's motion pursuant to rule 17(c) for a Court order authorizing a subpoena duces tecum to produce documentary evidence in advance of trial. ECF No. 330. The government has a genuine interest in preventing Mr. Mulrenin from: engaging in a fishing expedition, circumventing the rules of discovery, undermining the integrity of the government's investigation, and delaying trial. The government respectfully submits that all of those interests are implicated by

Mr. Mulrenin's motion and, therefore, good cause exists for the government to file a response in partial opposition. The government is prepared to file any such response immediately.

Respectfully submitted this 6th day of August 2021.

By: /s/ Michael Koenig

Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov