IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
7.  JIMMIE LEE LITTLE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

## ORDER
_____

This matter is before the Court on the Defendant Roberts', Austin's, Mulrenin's, Little's, and Blake's Motion to Restrict Joint Petition for Disclosure of Grand Jury Matters [Docket No. 297]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Roberts', Austin's, Mulrenin's, Little's, and Blake's Motion to Restrict Joint Petition for Disclosure of Grand Jury Matters [Docket No. 297] is granted. It is further

**ORDERED** that Docket No. 298 and Exhibit 1 to Docket No. 297 shall be restricted under level 1 restriction until further order of this Court.

DATED August 9, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge