IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-5

UNITED STATES OF AMERICA,

     Plaintiff,

v.

5.  TIMOTHY R. MULRENIN,

     Defendant.

_____

**ORDER**

_____

This matter is before the Court on Defendant Timothy Mulrenin's Motion to

Restrict Access to Ex Parte Motion Pursuant to Rule 17(c) for Court Order Authorizing

Subpoena Duces Tecum to Produce Documentary Evidence in Advance of Trial [Docket

No. 327].  No objections have been filed under D.C.COLO.LCrR 47.1.  Good cause

appearing, it is

**ORDERED** that Defendant Timothy Mulrenin's Motion to Restrict Access to Ex

Parte Motion Pursuant to Rule 17(c) for Court Order Authorizing Subpoena Duces

Tecum to Produce Documentary Evidence in Advance of Trial [Docket No. 327] is

granted.  It is further

**ORDERED** that Docket No. 328 shall be restricted under level 1 restriction until

further order of this Court.  It is further

**ORDERED** that Docket No. 330 shall be restricted under level 3 restriction until further order of this Court.

DATED August 11, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge