IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,

2.     MIKELL REEVE FRIES,

3.     SCOTT JAMES BRADY,

4.     ROGER BORN AUSTIN,

5.     TIMOTHY R. MULRENIN,

6.     WILLIAM VINCENT KANTOLA,

7.     JIMMIE LEE LITTLE,

8.     WILLIAM WADE LOVETTE,

9.     GARY BRIAN ROBERTS,

10.     RICKIE PATTERSON BLAKE,

    Defendants.

## ENTRY OF APPEARANCE

To:     The clerk of court and all parties of record:

    I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Gary Brian Roberts.

53623448.1

2

DATED:  August 11, 2021

        <u>*s/ Richard Tegtmeier*</u>
        Richard Tegtmeier, Colo. Atty. Reg. No. 2544
        Sherman & Howard L.L.C.
        633 17th Street, Suite 3000
        Denver, CO 80202
        Phone Number:   303.299.8163
        E-mail: rtegtmeier@shermanhoward.com

        *Attorney for Defendant Gary Brian Roberts*

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, the foregoing Entry of Appearance was filed via the USDC-Colorado CM/ECF system on the following parties:

Anna Tryon Pletcher
Michael Frederick Tubach
O'Melveny & Myers LLP – SF
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
apletcher@omm.com;
megan.havstad@gmail.com;
mtubach@omm.com

Brian Patrick
O'Melveny & Myers LLP – DC
1625 I Street NW
Washington, DC 20006
bquinn@omm.com

Chad David Williams
Jacqueline Ventre Roeder
Davis Graham & Stubbs LLP – Denver
1550 17th Street, Suite 500
Denver, CO 80202
Chad.williams@dgslaw.com;
Jackie.roeder@dgslaw.com

David Matthew Beller
Kelly Law Page
Richard Kent Kornfield
Recht & Kornfield, P.C.
1600 Stout Street, Suite 1400
Denver, CO 80202
david@rklawpc.com;
kelly@rklawpc.com;
rick@rklawpc.com

Bryan B. Lavine
Troutman Pepper Hamilton Sanders  - ATL
600 Peachtree Street NE
Atlanta, GA 30308
Bryan.lavine@troutman.com

Megan Conway Rahman
Troutman Pepper Hamilton Sanders – Richmond
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Megan.rahman@troutman.com

Laura E. Carwile
Reichman Jorgensen Lehman Feldberg – Redwood Shores
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
lcarwile@reichmanjorgensen.com

Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg – NYC
750 Third Avenue, 24th Floor
New York, NY 10017
mfeldberg@reichmanjorgensen.com

Caroline Rivera
Latham & Watkins LLP – NYC
1271 Avenue of the Americas
New York, NY 10020
Caroline.rivera@lw.com

Elizabeth B. Prewitt
Latham & Watkins LLP – DC
555 11th Street NW, Suite 1000
Washington, DC 2004
Elizabeth.prewitt@lw.com

3

53623448.1

Jamie Hughes Hubbard
Marci Gilligan LaBranche
Stimson Stancil LaBranche Hubbard LLC
1652 North Downing Street
Denver, CO 80218
hubbard@sslhlaw.com;
labranche@sslhlaw.com

James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102
jabber@backstromlaw.com

Roxanne Elizabeth Henry, Attorney at Law
5410 Wilson Lane
Bethesda, MD 20814
Henry.roxanne@me.com

Jennifer Lynn Derwin
Mark A. Byrne
Byrne & Nixon LLP
888 West Sixth Street, Suite 1100
Los Angeles, CA 90017
jenniferderwin@byrnenixon.com
markbyrne@byrnenixon.com

Frank Eugene Schall
James Patrick McLoughlin, Jr.
John Anderson Fagg, Jr.
Kaitlin Marie Price
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
frankschall@mvalaw.com;
jimmcloughlin@mvalaw.com;
johnfagg@mvalaw.com;
kaitlinprince@mvalaw.com

Craig Allen Gillen
Gillen Withers & Lake, LLC
400 Galleria Parkway, Suite 1920
Atlanta, GA 30339
cgillen@gwllawfirm.com

Barry J. Pollack
Robbins Russell Englert Orseck &
Untereiner LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
bpollack@robbinsrussell.com;
Jessica_ettinger@fd.org

Norman R. Mueller
Haddon Morgan & Foreman, PC
150 East 10th Avenue
Denver, CO 80203
nmueller@hmflaw.com

Wendy Wofford Johnson
RMP LLP
5519 Hackette Road, Suite 300
Springdale, AR 72762
wjohnson@rmp.law

s/ *Richard Tegtmeier*

4

53623448.1