IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS,
10.     RICKIE PATTERSON BLAKE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Pilgrim's Pride Corporation[1]

DATED this <u>13th</u> day of <u>August</u>, <u>2021</u>.

                                                                    /s/ Marc E. Kasowitz
                                                                   Name of Attorney

---

[1]     I am appearing in this action on behalf of Pilgrim's Pride Corporation in connection with a subpoena that was issued to "Pilgrim's Pride Headquarters." However, Pilgrim's Pride Headquarters is not an entity that exists, and I understand that the subpoena was intended to be issued to Pilgrim's Pride Corporation.

2

   Kasowitz Benson Torres LLP
Firm Name

   1633 Broadway
Office Address

   New York, New York 10019
City, State, ZIP Code

   (212) 506-1710
Telephone Number

   MKasowitz@kasowitz.com
Primary CM/ECF E-mail Address