IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    **GARY BRIAN ROBERTS,** and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

## ENTRY OF APPEARANCE

To: The clerk of court and all parties of record:

      I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Gary Brian Roberts pursuant to D.C.COLO.LAttyR 5(a)(1).

-1-

-2-

Respectfully submitted, this 23rd day of August, 2021.

*s/ Anthony C. Lake*_____
Anthony C. Lake
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: aclake@gwllawfirm.com

*Counsel for Gary Brian Roberts*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*s/ Anthony C. Lake*
Anthony C. Lake
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone: 404-842-9700
Email: aclake@gwllawfirm.com

*Counsel for Gary Brian Roberts*
