IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>1.  JAYSON JEFFREY PENN,<br>2.  MIKELL REEVE FRIES,<br>3.  SCOTT JAMES BRADY,<br>4.  ROGER BORN AUSTIN,<br>5.  TIMOTHY R. MULRENIN,<br>6.  WILLIAM VINCENT KANTOLA,<br>7.  JIMMIE LEE LITTLE,<br>8.  WILLIAM WADE LOVETTE,<br>9.  GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE,<br><br>      Defendants. | No. 20-cr-00152-PAB |

### DEFENDANTS' MOTION TO RESTRICT ACCESS TO JOINT RESPONSE TO NON-PARTY PILGRIM'S PRIDE CORPORATION'S MOTION TO QUASH AND/OR MODIFY SUBPOENA

      Defendants William Lovette, Jayson Penn, Robert Born Austin, and Jimmie Lee Little, on behalf of all Defendants, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict access to Defendants' Joint Response to Non-Party Pilgrim's Pride Corporation's Motion to Quash and/or Modify Subpoena, any order revealing the contents of that document, and the brief filed in support of this motion for the reasons set forth in the accompanying Brief in Support of Motion to Restrict Access to Defendants' Joint Response to Non-Party Pilgrim's Pride Corporation's Motion to Quash and/or Modify Subpoena.

1

Dated: August 23, 2021                                Respectfully submitted,

s/ *Michael F. Tubach*                                s/ *Michael S. Feldberg*

Michael F. Tubach (Cal. Bar No. 145955)   Michael S. Feldberg
O'MELVENY & MYERS LLP                     Reichman Jorgensen Lehman & Feldberg LLP
Two Embarcadero Center, 28th Floor        - New York
San Francisco, CA 94111-3823              750 Third Avenue, 24th Floor
Telephone: 415-984-8700                   New York, New York 10017
Facsimile: 415-984-8701                   212-381-4970
E-mail: mtubach@omm.com                   Fax: 212-381-4971
                                          Email: mfeldberg@reichmanjorgensen.com

*Attorney for Defendant Jayson Jeffrey Penn*

                                          *Attorney for Defendant Roger Born Austin*


s/ *Mark A. Byrne*                                    s/*James P. McLoughlin, Jr.*

Mark A. Byrne (Cal. Bar No. 116657)       James P. McLoughlin, Jr.
BYRNE & NIXON LLP                         Moore & Van Allen PLLC
888 West Sixth Street, Suite 1100         100 North Tryon Street, Suite 4700
Los Angeles, CA 90017                     Charlotte, NC 28202
Telephone: 213-620-8003                   704-331-3622
Facsimile: 213-620-8012                   Fax: 704-378-2092
Email: markbyrne@byrnenixon.com           Email: jimmcloughlin@mvalaw.com

*Attorney for Defendant Jimmie Lee Little*   *Attorney for Defendant William Wade Lovette*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August 2021, I electronically filed the foregoing **DEFENDANTS' MOTION TO RESTRICT ACCESS TO DEFENDANTS' JOINT RESPONSE TO NON-PARTY PILGRIM'S PRIDE CORPORATION'S MOTION TO QUASH AND/OR MODIFY SUBPOENA** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *James P. McLoughlin, Jr.*