**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA

      Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE

      Defendants.

---

**ENTRY OF APPEARANCE**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for:  Rickie Patterson Blake (10).

    DATED this 24th day of August, 2021.

                       /s/ Christopher Plumlee
                       Name of Attorney

                       RMP LLP
                       Firm Name

                       5519 Hackett Street, Suite 300
                       Office Address

                       Springdale, Arkansas  72762
                       City, State, ZIP Code

                       (479) 443-2705
                       Telephone Number

                       cplumlee@rmp.law
                       Primary CM/ECF E-mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

*/s/ Christopher Plumlee*
Christopher Plumlee