IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE,<br><br>      Defendants. | No. 20-cr-00152-PAB |

**DEFENDANTS' UNOPPOSED MOTION TO FILE
JOINT AND INDIVIDUAL RESPONSES TO THE DEPARTMENT OF
JUSTICE'S *JAMES* PROFFER AND TO FILE AN OVERSIZE DOCUMENT**

Defendants, by and through their respective counsel, respectfully move for permission to file a joint brief responding and objecting to common issues in the Department of Justice's *James* proffer (Doc. 358) while also filing individual briefs addressing issues unique to each Defendant. Defendants separately move for permission to file an annotated version of the DOJ's *James* log—incorporating Defendants' consolidated objections to each proffered statement—that has dimensions greater than 8.5 x 11 inches. Defendants' responses and objections are due on Friday, August 27.

When the Court ordered the DOJ to file a *James* brief and log, it also ordered that "defendants shall file their response to the James log on or before August 27, 2021." Doc. 326.

1

Defendants are prepared to file a consolidated 15-page brief jointly responding and objecting to common issues raised by the DOJ's *James* proffer. But because the DOJ's proffer raises a number of issues unique to each individual Defendant, including their membership in the conspiracy charged, Defendants respectfully move for permission to file individual briefs of no more than 10 pages per Defendant to address issues unique to each Defendant. This proposed structure would consolidate and streamline Defendants' responses and objections to the greatest extent possible while still preserving each Defendants' right to address issues unique to them. It would also significantly reduce the total number of pages before the Court when compared to the alternative of each Defendant filing a 15-page brief.

Separately, Defendants respectfully move for permission to file an exhibit to their joint brief with dimensions of 11 x 17 inches, which is larger than the 8.5 x 11 inch dimensions required by Local Criminal Rule 49.3(b). The proposed exhibit would annotate the DOJ's *James* log with Defendants' consolidated objections to each proffered statement. This approach is meant to aid the Court and the parties by ensuring there is a single, legible log with all relevant information about each statement. Because the DOJ's *James* log already fills an 8.5 x 11 inch page, Defendants respectfully move for permission to exceed the standard dimensions and file a responsive log with dimensions of 11 x 17 inches.

Defendants believe that this approach will allow the Court to most efficiently and accurately evaluate the issues, and best protect Defendants' rights. Defendants have conferred with counsel for the DOJ. The DOJ does not oppose this motion.

Dated: August 24, 2021

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 24, 2021

*s/ Michael F. Tubach*

Michael F. Tubach