IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

## ORDER
_____

This matter is before the Court on the government's Motion for Leave to Restrict Public Access to United States' James Brief and Attachments [Docket No. 359]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Motion for Leave to Restrict Public Access to United States' James Brief and Attachments [Docket No. 359] is granted. It is further

**ORDERED** that Docket No. 339 and Exhibits A, B, C, and D to Docket No. 339 shall be restricted under level 1 restriction until further order of this Court.

DATED August 24, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge