IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
**7. JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

  Defendants.

**DEFENDANT JIMMIE LEE LITTLE'S MOTION TO RESTRICT ACCESS TO MOTION TO APPEAR AT *JAMES* HEARING BY VIDEOCONFERENCE**

1

Defendant Jimmie Lee Little, by and through his counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District Court of Colorado Local Criminal Rule 47.1, respectfully requests that the Court restrict access to Jimmie Lee Little's Motion to Appear at *James* Hearing by Videoconference, including Exhibit A filed herewith, any order revealing the contents of those documents, and the brief filed in support of this motion, for the reasons set forth in the accompanying Brief in Support of Jimmie Little's Motion to Restrict Access to Motion to Appear at *James* Hearing by Videoconference.

Dated: August 27, 2021             Respectfully submitted,

/s/ Mark A. Byrne
Mark A. Byrne (Cal. Bar No. 116657)
e-mail: markbyrne@byrnenixon.com
Jennifer L. Derwin (Cal. Bar No. 222420)
e-mail: jenniferderwin@byrnenixon.com
**BYRNE & NIXON LLP**
888 West Sixth Street, Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012

*Attorneys for Defendant Jimmie Lee Little*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

      /s/ Mark A. Byrne
      Mark A. Byrne