IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, <br> 2. MIKELL REEVE FRIES, <br> 3. SCOTT JAMES BRADY, <br> 4. ROGER BORN AUSTIN, <br> 5. TIMOTHY R. MULRENIN, <br> 6. WILLIAM VINCENT KANTOLA, <br> 7. JIMMIE LEE LITTLE, <br> 8. WILLIAM WADE LOVETTE, <br> 9. GARY BRIAN ROBERTS, and <br> 10. RICKIE PATTERSON BLAKE, | No. 20-cr-00152-PAB |
| Defendants. | |

**DEFENDANT ROGER AUSTIN'S MOTION TO RESTRICT ACCESS TO RESPONSE AND OBJECTIONS TO THE DEPARTMENT OF JUSTICE'S *JAMES* PROFFER**

Defendant Roger Austin, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically moves this Court to restrict access to Defendant Roger Austin's Response and Objection to the Department of Justice's *James* Proffer and any order revealing its contents. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons explained in the DOJ's Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The Court granted the DOJ's motion on August, 25, 2021. Doc. 378.

1

Defendant Roger Austin's Response and Objection to the Department of Justice's *James* Proffer discusses and responds to the documents the Court has now restricted under Level 1. Accordingly, Defendant Austin incorporates the DOJ's arguments from its August 16, 2021, Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and respectfully request that the Court restrict public access to Defendant Roger Austin's Response and Objection to the Department of Justice's *James* Proffer.

Dated:  August 27, 2021

Respectfully submitted,

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 27, 2021              *s/ Michael S. Feldberg*

                                                                                   Michael S. Feldberg