IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   **TIMOTHY R. MULRENIN**,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

**DEFENDANT TIMOTHY MULRENIN'S MOTION TO RESTRICT ACCESS
TO HIS INDIVIDUAL RESPONSE AND OBJECTION TO
THE DEPARTMENT OF JUSTICE'S *JAMES* PROFFER**

Defendant Timothy Mulrenin, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict access to Defendant Timothy Mulrenin's Individual Response and Objection to the Department of Justice's *James* Proffer, and any order revealing the contents thereof. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary for the reasons explained in the DOJ's Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359,) which it filed on August 16, 2021. The Court granted the DOJ's motion on August, 25, 2021. (Doc. 378.)

Defendant Timothy Mulrenin's Individual Response and Objection to the Department of

Justice's *James* Proffer discusses and responds to the documents the Court has now restricted under Level 1. Accordingly, Defendant Timothy Mulrenin incorporates the DOJ's arguments from its August 16, 2021, Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359,) and respectfully request that the Court restrict public access to Defendant Timothy Mulrenin's Individual Response and Objection to the Department of Justice's *James* Proffer.

Dated: August 27, 2021.

Respectfully submitted,

*s/ Elizabeth B. Prewitt*
**Latham & Watkins LLP**
Elizabeth B. Prewitt
Caroline A. Rivera
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200


*s/ Marci G. LaBranche*
**Stimson Stancil LaBranche Hubbard, LLC**
Marci G. LaBranche
1652 N. Downing Street
Denver, CO 80218
Tel/Fax: (720)689-8909
Email: labranche@sslhlaw.com

*Attorneys for Defendant Timothy Mulrenin*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam