**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
**7.    JIMMIE LEE LITTLE,**
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

No. 20-cr-00152-PAB

**DEFENDANT JIMMIE LITTLE'S MOTION TO RESTRICT ACCESS TO
DEFENDANT JIMMIE LITTLE'S OBJECTION AND RESPONSE TO
THE GOVERNMENT'S *JAMES* PROFFER**

Defendant Jimmie Little, by and through undersigned counsel, and pursuant to Rule

49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically

moves this Court to restrict access to Defendant Jimmie Little's Objection and Response to the

Government's *James* Proffer, and any order revealing the contents of that document. Pursuant to

District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is

necessary for the reasons explained in the Government's Motion to Restrict Public Access to

United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The

Court granted the Government's motion on August 25, 2021. Doc. 378.

Defendant Little's Objection and Response to the Government's *James* Proffer discusses

and responds to the documents the Court has now restricted under Level 1. Accordingly,

Defendant Little incorporates the Government's arguments from its August 16, 2021, Motion to

Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and

respectfully requests that the Court restrict public access to Defendant Jimmie Little's Objection

and Response to the Government's *James* Proffer.


Dated:  August 27, 2021                    Respectfully submitted,



*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  August 27, 2021

*s/ Mark A. Byrne*

Mark A. Byrne