**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
**3. SCOTT JAMES BRADY,**
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

 Defendant.

**ENTRY OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 Scott James Brady.

 DATED at Richmond, Virginia this 30th day of August, 2021.

   */s/ Laura Anne Kuykendall*
   Signature of Attorney

   Laura Anne Kuykendall
   Name of Attorney

   Troutman Pepper Hamilton Sanders LLP
   Firm Name

<u>1001 Haxall Point, Suite 1500</u>
Office Address

<u>Richmond, Virginia 23219</u>
City, State, ZIP Code

<u>804-697-1468</u>
Telephone Number

<u>la.kuykendall@troutman.com</u>
Primary CM/ECF E-mail Address

## Certificate of Service

I hereby certify that on this 30th day of August, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*/s/ Laura Anne Kuykendall*
Laura Anne Kuykendall

2