IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Case No. 20-cr-00152-PAB |
| v. | ) |
| 1. JAYSON JEFFREY PENN, | ) |
| 2. MIKELL REEVE FRIES, | ) |
| 3. SCOTT JAMES BRADY, | ) |
| 4. ROGER BORN AUSTIN, | ) |
| 5. TIMOTHY R. MULRENIN, | ) |
| 6. WILLIAM VINCENT KANTOLA, | ) |
| 7. JIMMIE LEE LITTLE, | ) |
| 8. WILLIAM WADE LOVETTE, | ) |
| 9. GARY BRIAN ROBERTS, and | ) |
| 10. RICKIE PATTERSON BLAKE, | ) |
| Defendants. | ) |

**MOTION TO RESTRICT ACCESS TO SUBPOENAED NON-PARTY CARL PEPPER'S MOTION TO APPEAR AT *JAMES* HEARING BY VIDEOCONFERENCE**

Subpoenaed non-party, Carl Pepper, by and through his counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District Court of Colorado Local Criminal Rule 47.1, respectfully requests that the Court restrict access to Carl Pepper's Motion to Appear at *James* Hearing by Videoconference, the brief filed in support of the instant motion to restrict access to Mr. Pepper's Motion to Appear at *James* Hearing by Videoconference, and any order revealing the contents of those documents, for the reasons set forth in the accompanying Brief in Support of Carl Pepper's Motion to Restrict Access to Motion to Appear at *James* Hearing by Videoconference.

1

Dated: August 30, 2021

Respectfully submitted,

By: <u>/s/ Amy Starinieri Gilbert</u>
One of His Attorneys

Amy B. Manning (*Admission application forthcoming*)
Angelo M. Russo (*Admission application forthcoming*)
Christina M. Egan (*Admission application forthcoming*)
Amy Starinieri Gilbert
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
amanning@mcguirewoods.com
arusso@mcguirewoods.com
cegan@mcguirewoods.com
agilbert@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

*/s/ Amy Starinieri Gilbert*