**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Roger Born Austin in the above captioned action. I hereby certify that I am a member of the bar of this court.

> David King
> REICHMAN JORGENSEN LLP
> 818 Connecticut Ave NW
> Suite 850
> Washington, DC 20006
> Email: dking@reichmanjorgensen.com

Dated: August 30, 2021               Respectfully Submitted,

REICHMAN JORGENSEN LLP

By:  /s/ David King

DAVID KING
*dking@reichmanjorgensen.com*
818 Connecticut Ave NW
Suite 850
Washington, DC 20006
(202) 894-7310