# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Jimmie Lee Little

DATED at New York, New York this  31st  day of  August , 2021 .

    s/ Dennis J. Canty
    Name of Attorney

    Byrne & Nixon
    Firm Name

    888 West Sixth Street, Suite 1100
    Office Address

    Los Angeles, California 90017
    City, State, ZIP Code

    (213) 620-8003
    Telephone Number

    dennis@canty.law
    Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

                                                    s/Dennis Canty
                                                      Dennis Canty