IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  Rickie Patterson Blake (10)

    DATED this 31st day of October, 2021.

  /s/ Courtney L. Millian
Name of Attorney

 Robbins, Russell, Englert, Orseck, & Untereiner LLP
Firm Name

 2000 K Street N.W., 4th Floor
Office Address

 Washington, DC  20006
City, State, ZIP Code

 (202) 471-3956
Telephone Number

 cmillian@robbinsrussell.com
Primary CM/ECF E-mail Address

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

                                                            */s/ Courtney L. Millian*
                                                          Courtney L. Millian