**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA

       Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE

       Defendants.

---

**ENTRY OF APPEARANCE**

---

To:    The clerk of court and all parties of record

       I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for:  Rickie Patterson Blake (10).

       DATED this 31st day of August, 2021.

/s/ Lisa M. Geary
Name of Attorney

RMP LLP
Firm Name

5519 Hackett Street, Suite 300
Office Address

Springdale, Arkansas  72762
City, State, ZIP Code

(479) 443-2705
Telephone Number

lgeary@rmp.law
Primary CM/ECF E-mail Address

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

*/s/ Lisa M. Geary*

Lisa M. Geary

2