## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Scott Brady

    DATED at Atlanta, Georgia this 31st day of August, 2021.

*/s/ Tiffany N. Bracewell*
Signature of Attorney

Tiffany N. Bracewell
Name of Attorney

Troutman Pepper Hamilton Sanders LLP
Firm Name

118988188

<u>600 Peachtree Street, NE, Suite 3000</u>
Office Address

<u>Atlanta, GA  30308</u>
City, State, ZIP Code

<u>404.885.3451</u>
Telephone Number

<u>tiffany.bracewell@troutman.com</u>
Primary CM/ECF E-Mail Address

## Certificate of Service

I hereby certify that on this 31st day of August, 2021, I electronically filed the foregoing ***Entry of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all listed parties.

*/s/ Tiffany N. Bracewell*
Tiffany N. Bracewell

118988188