IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) Criminal Case No. 20-cr-00152-PAB |
| v. | ) ) ) |
| 1.  JAYSON JEFFREY PENN, <br> 2.  MIKELL REEVE FRIES, <br> 3.  SCOTT JAMES BRADY, <br> 4.  ROGER BORN AUSTIN, <br> 5.  TIMOTHY R. MULRENIN, <br> 6.  WILLIAM VINCENT KANTOLA, <br> 7.  JIMMIE LEE LITTLE, <br> 8.  WILLIAM WADE LOVETTE, <br> 9.  GARY BRIAN ROBERTS, and <br> 10. RICKIE PATTERSON BLAKE, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Subpoenaed Non-Party, Carl Pepper.

DATED this 2nd day of September, 2021.

By:    /s/ Amy B. Manning

Amy B. Manning
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-8904
Facsimile: (312) 849-3690
amanning@mcguirewoods.com