IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Case No. 20-cr-00152-PAB |
| v. | ) ) ) | |
| 1.  JAYSON JEFFREY PENN, <br> 2.  MIKELL REEVE FRIES, <br> 3.  SCOTT JAMES BRADY, <br> 4.  ROGER BORN AUSTIN, <br> 5.  TIMOTHY R. MULRENIN, <br> 6.  WILLIAM VINCENT KANTOLA, <br> 7.  JIMMIE LEE LITTLE, <br> 8.  WILLIAM WADE LOVETTE, <br> 9.  GARY BRIAN ROBERTS, and <br> 10. RICKIE PATTERSON BLAKE, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Subpoenaed Non-Party, Carl Pepper.

DATED this 2nd day of September, 2021.

By: */s/ Christina M. Egan*

Christina M. Egan
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-8644
Facsimile: (312) 849-3690
cegan@mcguirewoods.com