IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) Criminal Case No. 20-cr-00152-PAB |
| v. | ) ) |
| 1.  JAYSON JEFFREY PENN,<br>2.  MIKELL REEVE FRIES,<br>3.  SCOTT JAMES BRADY,<br>4.  ROGER BORN AUSTIN,<br>5.  TIMOTHY R. MULRENIN,<br>6.  WILLIAM VINCENT KANTOLA,<br>7.  JIMMIE LEE LITTLE,<br>8.  WILLIAM WADE LOVETTE,<br>9.  GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Subpoenaed Non-Party, Carl Pepper.

DATED this 2nd day of September, 2021.

By:    /s/ Angelo M. Russo

Angelo M. Russo
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8168
Facsimile: (312) 849-3690
arusso@mcguirewoods.com