IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: September 2, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*            *Counsel:*

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Anna Pletcher |
| | Chad Williams |
| | Michael Tubach |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Laura Carwile |
| | Michael Feldberg |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Caroline Rivera |
| | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | James Backstrom |
| | Roxann Henry |
| 7. JIMMIE LEE LITTLE, | Dennis Canty |
| | Mark Byrne |
| 8. WILLIAM WADE LOVETTE, | James McLoughlin |
| | John Fagg |
| | Katherine McDiarmid |
| 9. GARY BRIAN ROBERTS, and | Anthony Lake |
| | Richard Tegtmeier |
| | Craig Gillen |
| 10. RICKIE PATTERSON BLAKE, | Barry Pollak |
| | Wendy Johnson |
| Defendants. | |

**COURTROOM MINUTES**

**JAMES HEARING**

**8:31 a.m.    Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendant Jimmie Little appears by VTC.

Government witness, Special Agent Lanard Taylor, sworn.

8:40 a.m.    Direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibits 1, underlying 1 series, 2, underlying 2 series, and 3 are admitted.**

James Log Entry 17, 109, 129, 204, and 225 are withdrawn by Mr. Koenig.

**10:16 a.m.    Court in recess.**
**10:31 a.m.    Court in session.**

10:33 a.m.    Continued direct examination of Special Agent Taylor by Mr. Koenig.

James Log Entry 140 is withdrawn by Mr. Koenig.

**11:09 a.m.    Court in recess.**
**11:15 a.m.    Court in session.**

Continued direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibit 5 is admitted.**

11:30 a.m.    Cross examination of Special Agent Taylor by Ms. Prewitt.

Discussion regarding logistics and scheduling.

Counsel is permitted to waive their client's appearance for the September 8, 2021 hearing.

**12:15 p.m.    Court in recess.**

Hearing concluded.
Total time in court:    3:23