**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.    SCOTT JAMES BRADY,**

    Defendants.

---

**DEFENDANT SCOTT BRADY'S UNOPPOSED MOTION TO APPEAR BY
VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES* HEARING**

---

Defendant Scott Brady, by and through his counsel, respectfully requests this Court's permission to appear by videoconference at the September 8, 2021 *James* hearing. In support, Mr. Brady states as follows:

1.    The *James* hearing in this case was scheduled for two parts: September 2, 2021 and September 8, 2021 at 8:30 a.m. Mr. Brady attended Part One of the *James* hearing in person.

2.    Mr. Brady lives in Huntsville, Alabama. To appear at the *James* hearing in person, Mr. Brady must make a 3-hour flight to Denver. Mr. Brady also needs hotel accomodations in Denver for the evening before the hearing due to the limited flight options.

3.    Chief District Court Judge Brimmer issued General Order 2021-7 on June 16, 2021. In that Order, Chief Judge Brimmer authorized, pursuant to § 15002(b)(1) of the CARES Act, judges in this district, with the consent of the defendant after consultation with counsel, to continue to use video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, for a variety of hearings and proceedings.

4. Although a *James* hearing is not specifically enumerated in General Order 2021-7, by Minute Entry dated August 27, 2021 and as confirmed at the *James* hearing on September 2, 2021, this Court indicated that Defendants may seek to appear by videoconference or waive their appearance, consistent with the intent of the Order and given the significant travel required by most parties.

5. Counsel has conferred with the Assistant United States Attorney regarding this request, who indicated that the Government does not oppose this Motion.

WHEREFORE, counsel respectfully request this Court's permission for Defendant Scott Brady to appear by videoconference at the September 8, 2021 *James* hearing.

Respectfully submitted this 2nd day of September, 2021.

                                           s/ *Bryan B. Lavine*
                                           Bryan B. Lavine
                                           Tiffany N. Bracewell
                                           TROUTMAN PEPPER HAMILTON
                                           SANDERS LLP
                                           600 Peachtree St. NE, Suite 3000
                                           Atlanta, GA 30308
                                           Telephone: (404) 885-3000
                                           bryan.lavine@troutman.com
                                           tiffany.bracewell@troutman.com

                                           Megan C. Rahman
                                           Laura Anne Kuykendall
                                           TROUTMAN PEPPER HAMILTON
                                           SANDERS LLP
                                           1001 Haxall Point
                                           Richmond, VA 23219
                                           Telephone: (804) 697-1200
                                           megan.rahman@troutman.com
                                           la.kuykendall@troutman.com

                                           Attorneys for Defendant Scott James Brady

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2021, I electronically filed the foregoing **DEFENDANT SCOTT BRADY'S UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES* HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Bryan B. Lavine*

Attorney for Defendant Scott James Brady