IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Justin Gay

    DATED at New York, NY, this  3rd  day of  September , 2021 .

    s/ Michael Gerber
Name of Attorney

    Lankler Siffert & Wohl LLP
Firm Name

    500 Fifth Ave, 34th Floor
Office Address

    New York, NY  10110
City, State, ZIP Code

 (212) 921-8399
Telephone Number

 mgerber@lswlaw.com
Primary CM/ECF E-mail Address