IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.**      **MIKELL REEVE FRIES,**

      Defendants.

---

**DEFENDANT MIKELL FRIES' UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES* HEARING**

---

Defendant Mikell Fries, by and through his counsel Recht Kornfeld, P.C., respectfully requests this Court's permission for Mr. Fries to appear by videoconference at the September 8, 2021 *James* hearing. In support, Mr. Fries states as follows:

1.      The *James* hearing in this case is scheduled for two parts: September 2, 2021 and September 8, 2021 at 8:30 a.m. Mr. Fries will be attending Part One of the *James* hearing in person on September 2, 2021.

2.      Mr. Fries lives in Claxton, Georgia. In order to appear at the *James* hearing in person, Mr. Fries must drive from Claxton to the Savannah/Hilton Head International Airport and then take a 4 hour flight to Denver. Mr. Fries also needs hotel accomodations in Denver for the evening before the hearing.

3.      Chief District Court Judge Brimmer issued General Order 2021-7 on June 16, 2021. In that Order, Chief Judge Brimmer authorized, pursuant to § 15002(b)(1) of the CARES Act, judges in this district, with the consent of the defendant after consultation with counsel, to continue

to use video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, for a variety of hearings and proceedings.

4. Although a *James* hearing is not specifically enumerated in General Order 2021-7, counsel respectfully submits allowing Mr. Fries to appear by videoconference is consistent with the intent of the Order.

5. Counsel has conferred with the Department of Justice trial attorney, Michael Koenig, regarding this request, who indicated that the Government does not oppose this Motion.

WHEREFORE, counsel respectfully request this Court's permission for Defendant Mikell Fries to appear by videoconference at the September 8, 2021 *James* hearing.

Respectfully submitted this 3rd day of September, 2021,

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Defendant Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
rick@rklawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2021, I electronically filed the foregoing **DEFENDANT MIKELL FRIES' UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE SEPTEMBER 8, 2021 *JAMES* HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Candace Edington*