IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the government's Motion for Leave to Restrict Public Access to Redacted Parts of Government's Response [Docket No. 365]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the government's Motion for Leave to Restrict Public Access to Redacted Parts of Government's Response [Docket No. 365] is granted. It is further

**ORDERED** that Docket No. 364 shall be restricted under level 1 restriction until further order of this Court.

DATED September 7, 2021.

                                    BY THE COURT:

                                    _____
                                    PHILIP A. BRIMMER
                                    Chief United States District Judge