IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: September 8, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1.  JAYSON JEFFREY PENN, | Anna Pletcher |
| | Chad Williams |
| | Michael Tubac |
| | Brian Quinn |
| | Jacquelin Roeder |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Laura Carwile |
| | Michael Feldberg |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | James Backstrom |
| | Roxann Henry |
| 7. JIMMIE LEE LITTLE, | Dennis Canty |
| | Mark Byrne |
| 8. WILLIAM WADE LOVETTE, | James McLoughlin |
| | John Fagg |
| 9. GARY BRIAN ROBERTS, and | Anthony Lake |
| | Craig Gillen |
| 10. RICKIE PATTERSON BLAKE, | Barry Pollak |
| | Wendy Johnson |
| | Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JAMES HEARING**

**8:33 a.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendants Mikell Fries, Scott Brady, Roger Austin, Jimmie Little, and William Lovette appear by VTC.

Discussion regarding United States' Motion for Leave to Amend with Additional James Hearing Exhibits, and for Related Relief [448].

**ORDERED:   United States' Motion for Leave to Amend with Additional James Hearing Exhibits, and for Related Relief [448] is GRANTED.**

Special Agent Lanard Taylor resumes the witness stand.

8:41 a.m.     Continued cross examination of Special Agent Taylor by Ms. Prewitt.

9:01 a.m.     Cross examination of Special Agent Taylor by Mr. Tubach.

9:18 a.m.     Cross examination of Special Agent Taylor by Mr. Fagg.

9:34 a.m.     Cross examination of Special Agent Taylor by Mr. Feldberg.

9:51 a.m.     Cross examination of Special Agent Taylor by Mr. Byrne.

9:56 a.m.     Cross examination of Special Agent Taylor by Mr. Kornfeld.

**10:13 a.m.     Court in recess.**
**10:28 a.m.     Court in session.**

**Exhibits A-028 and A-029 are admitted.**

10:28 a.m.     Cross examination of Special Agent Taylor by Mr. Lavine.

10:47 a.m.     Cross examination of Special Agent Taylor by Mr. Gillen.

11:05 a.m.     Cross examination of Special Agent Taylor by Ms. Henry.

11:19 a.m.     Cross examination of Special Agent Taylor by Mr. Pollak.

**Exhibits A-013, paragraph 1, and A-004 are admitted.**

11:37 a.m.     Redirect examination of Special Agent Taylor by Mr. Koenig.

**Exhibits A-023, A-024, A-026, A-033, and A-003 are admitted.**

**ORDERED:**   Defendants shall submit a post-hearing brief, limited to 5 pages per defendant, on or before September 13, 2021 by 8:00 a.m. (MST).

**ORDERED:**   The Government shall submit a post-hearing brief, limited to 15 pages, on or before September 15, 2021 by noon (MST).

**ORDERED:**   Defendants' bond is continued.

**12:03 p.m.**   Court in recess.

Hearing concluded.
Total time in court:    3:15