IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     **WILLIAM VINCENT KANTOLA**,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

**DEFENDANT WILLIAM KANTOLA'S MOTION FOR LEAVE TO RESTRICT ACCESS TO POST-HEARING SUPPLEMENT TO HIS RESPONSE AND OBJECTIONS TO THE GOVERNMENT'S *JAMES* PROFFER**

COMES NOW, Defendant William Kantola, by and through his undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C. COLO. LCrR 47.1, respectfully requests leave of the Court to restrict access to Mr. Kantola's Post-Hearing Supplement to his Response and Objections to the government's *James* proffer and any order revealing the contents of that document.

Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary for the reasons set forth in the government's Motion to Restrict Public

Access to United States' *James* Brief and Attachments (Dkt. 359) filed on August 16, 2021. The Court granted the government's motion on August, 25, 2021. Dkt. 378.

Defendant's Post-Hearing Supplement discusses and responds to documents the Court has restricted under Level 1. Accordingly, Defendant Kantola incorporates the government's arguments from its August 16, 2021 Motion to Restrict Public Access to United States' *James* Brief and Attachments, and respectfully requests that the Court restrict public access to Defendant Kantola's Post-Hearing Supplement to His Response and Objections to the Department of Justice's *James* Proffer as well as any order revealing the contents of that document.

Dated:  September 13, 2021
At:     Philadelphia, Pennsylvania

Respectfully submitted,

JAMES A. BACKSTROM, COUNSELLOR

*s/ James A. Backstrom*

1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

ROXANN E. HENRY, ESQ.

5410 Wilson Lane
Bethesda, MD 20814-1342
Tel: (202) 489-9556
Henry.Roxann@me.com

***Counsel for Defendant William Kantola***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, I filed the foregoing **Defendant William Kantola's Motion for Leave to Restrict Access to Post-Hearing Supplement to His Response and Objections to the Government's *James* Proffer** with the Clerk of Court using the CM/ECF system, which will serve notice of such filing on all counsel of record.

At:  Philadelphia, Pennsylvania          *s/ James A. Backstrom*
                                          James A. Backstrom