IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

      Defendants.

No. 20-cr-00152-PAB

## MOTION TO RESTRICT ACCESS TO
## DEFENDANT LITTLE'S POST-*JAMES* HEARING BRIEF

Defendant Jimmie Little, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, moves this Court to restrict access to Mr. Little's Post-*James* Hearing Brief and any order revealing the content of that document.

Pursuant to Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary for the reasons explained in the Government's Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The Court granted the Government's Motion on August 25, 2021. (Doc. 378). Mr. Little's post-hearing brief discusses and responds to the documents the Court has now restricted under Level 1. Accordingly, Mr. Little incorporates the Government's arguments from its August 16, 2021, Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and respectfully requests that the Court restrict public access to Mr. Little's Post-*James* Hearing Brief.

1

Dated:  September 13, 2021                    Respectfully submitted,

                                              _s/ Mark A. Byrne_____
                                              Mark A. Byrne
                                              BYRNE & NIXON LLP
                                              888 West Sixth St, Suite 1100
                                              Los Angeles, CA 90017
                                              (213) 620-8003
                                              markbyrne@byrnenixon.com

                                              *Attorneys for Defendant Jimmie Little*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  September 13, 2021

*s/ Mark A. Byrne*
_____

Mark A. Byrne