IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JIMMIE LEE LITTLE,

    Defendant.

_____

## ORDER
_____

This matter is before the Court on Defendant Jimmie Lee Little's Motion to Restrict Access [Docket No. 389]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Jimmie Lee Little's Motion to Restrict Access [Docket No. 389] is granted. It is further

**ORDERED** that Docket Nos. 387 and 392 shall be restricted under level 1 restriction until further order of this Court. It is further

**ORDERED** that Docket No. 388 shall be restricted under level 3 restriction until further order of this Court. It is further

DATED September 13, 2021.

                                      BY THE COURT:

                                      _____
                                      PHILIP A. BRIMMER
                                      Chief United States District Judge