IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     **TIMOTHY R. MULRENIN**,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

---

**DEFENDANT TIMOTHY MULRENIN'S MOTION TO RESTRICT ACCESS
TO HIS MOTION TO RECONSIDER OR,
IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME**

Defendant Timothy Mulrenin, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court to restrict access to Defendant Timothy Mulrenin's Motion to Reconsider or in the Alternative, for an Extension of Time, and any order revealing the contents thereof. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 3 restriction of this document is being requested in order to follow the restrictions of the previous Court filings on this subject. *See* Docs. 328, 330 and 486.

Defendant Timothy Mulrenin's Motion to Reconsider or in the Alternative, for an Extension of Time discusses and responds to documents the Court has now restricted under

Level 3.  Accordingly, Defendant Timothy Mulrenin respectfully requests that the Court restrict public access to Defendant Timothy Mulrenin's Motion to Reconsider or in the Alternative, for an Extension of Time.

Dated: September 15, 2021.

Respectfully submitted,

*s/ Elizabeth B. Prewitt*
**Latham & Watkins LLP**
Elizabeth B. Prewitt
Caroline A. Rivera
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200


*s/ Marci G. LaBranche*
**Stimson Stancil LaBranche Hubbard, LLC**
Marci G. LaBranche
1652 N. Downing Street
Denver, CO 80218
Tel/Fax: (720)689-8909
Email: labranche@sslhlaw.com

*Attorneys for Defendant Timothy Mulrenin*

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam

2