IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ROGER BORN AUSTIN,

    Defendant.
_____

### ORDER
_____

This matter is before the Court on Defendant Roger Austin's Motion to Restrict Access [Docket No. 390]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Roger Austin's Motion to Restrict Access [Docket No. 390] is granted. It is further

**ORDERED** that Docket No. 391 shall be restricted under level 1 restriction until further order of this Court.

DATED September 15, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge