IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  WILLIAM WADE LOVETTE,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant William Lovette's Motion to Restrict Access [Docket No. 393]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant William Lovette's Motion to Restrict Access [Docket No. 393] is granted. It is further

**ORDERED** that Docket No. 403 shall be restricted under level 1 restriction until further order of this Court.

DATED September 16, 2021.

                                  BY THE COURT:

                                  _____
                                  PHILIP A. BRIMMER
                                  Chief United States District Judge