IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.  RICKIE PATTERSON BLAKE,

    Defendant.

_____

## ORDER
_____

This matter is before the Court on defendant Rickie Patterson Blake's Motion for Leave to Restrict Access [Docket No. 398]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that defendant Rickie Patterson Blake's Motion for Leave to Restrict Access [Docket No. 398] is granted. It is further

**ORDERED** that Docket No. 399 shall be restricted under level 1 restriction until further order of this Court.

DATED September 16, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge