IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. MIKELL REEVE FRIES, and
3. SCOTT JAMES BRADY,

     Defendants.

_____

**ORDER**
_____

     This matter is before the Court on Defendants Mikell Fries and Scott Brady's

Joint Motion for Leave to Restrict Access [Docket No. 401].  No objections have been

filed under D.C.COLO.LCrR 47.1.  Good cause appearing, it is

     **ORDERED** that Defendants Mikell Fries and Scott Brady's Joint Motion for Leave

to Restrict Access [Docket No. 401] is granted.  It is further

     **ORDERED** that Docket No. 394 shall be restricted under level 1 restriction until

further order of this Court.

     DATED September 16, 2021.

                   BY THE COURT:

                   _____
                   PHILIP A. BRIMMER
                   Chief United States District Judge