IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. GARY BRIAN ROBERTS,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant Roberts' Motion to Restrict [Docket No. 404]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Roberts' Motion to Restrict [Docket No. 404] is granted. It is further

**ORDERED** that Docket No. 407 shall be restricted under level 1 restriction until further order of this Court.

    DATED September 16, 2021.

                                            BY THE COURT:

                                            _____
                                            PHILIP A. BRIMMER
                                            Chief United States District Judge