IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,

    Defendant.
_____

### ORDER
_____

This matter is before the Court on Defendant Jayson Jeffrey Penn's Motion to Restrict Access [Docket No. 411]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Jayson Jeffrey Penn's Motion to Restrict Access [Docket No. 411] is granted. It is further

**ORDERED** that Docket No. 408 shall be restricted under level 1 restriction until further order of this Court.

    DATED September 16, 2021.

                                                        BY THE COURT:

                                                        PHILIP A. BRIMMER
                                                        Chief United States District Judge