## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  **JAYSON JEFFREY PENN,**
2.  **MIKELL REEVE FRIES,**
3.  **SCOTT JAMES BRADY,**
4.  **ROGER BORN AUSTIN,**
5.  **TIMOTHY R. MULRENIN,**
6.  **WILLIAM VINCENT KANTOLA,**
7.  **JIMMIE LEE LITTLE,**
8.  **WILLIAM WADE LOVETTE,**
9.  **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

     Defendants.

---

## UNITED STATES' MOTION FOR LEAVE TO REPLY

---

The government respectfully moves the Court for leave to promptly file a short reply to the Defendants' Joint Opposition to the Government's Untimely Motion for Leave to Offer Additional Exhibits. ECF No. 503. In its proposed reply, the government would explain: (1) that the defendants are not unfairly prejudiced by the admission of seven additional exhibits into the *James* hearing record, and (2) the government's plan to prove preliminarily and at trial that defendant Blake is the declarant of the handwritten competitor prices contained in Exhibits 2-335 through 2-340. The government would also provide relevant legal authority and argument.

Therefore, the government respectfully requests leave to file a reply of no more than five pages by Thursday, September 23, 2021.

DATED: September 21, 2021   Respectfully submitted,

<u>/s/ Michael Koenig</u>
MICHAEL T. KOENIG
HEATHER D. CALL
CAROLYN L. SWEENEY
PAUL J. TORZILLI
Trial Attorneys
U.S. Department of Justice - Antitrust Division
450 Fifth Street NW, Suite 11300
Washington D.C. 20530
Tel: (202) 476-0435
michael.koenig@usdoj.gov

2