IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB-8

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

8.    WILLIAM WADE LOVETTE,

    Defendant.

## NOTICE OF APPEARANCE

Dru Nielsen of the law firm Eytan Nielsen LLC hereby enters her appearance as co-counsel on behalf of Defendant William Wade Lovette.

Dated this 21st day of September, 2021.

    Respectfully submitted,

    s/ *Dru Nielsen*
Dru Nielsen, #28775
Eytan Nielsen LLC
3200 Cherry Creek South Drive
Suite 720
Denver, CO  80209
(720) 440-8155
(720) 440-8156
dru@eytan-nielsen.com
Co-Counsel for Defendant, William Wade Lovette

## CERTIFICATE OF SERVICE

      I hereby certify that on this Tuesday, September 21, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court by CM/ECF system and to all attorneys of record.

                                       s/ *Tonya Holliday*
                                       Tonya Holliday