IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAYSON JEFFREY PENN, et al.,

    Defendants.

## GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO MOTIONS FILED BY THIRD PARTY JOHN DOE, INC. (DOC. 450, 451, & 452)

The United States of America, by and through counsel, Christopher Maietta, Trial Attorney, United States Department of Justice, Antitrust Division, respectfully files this Motion for Leave to File Response to Motions Filed by Third Party John Doe, Inc. (Doc. 450, 451, & 452). Counsel for Third Party John Doe, Inc. consents to the undersigned attorney filing a response. Due to the sensitive nature of the matters to be discussed in the response, the undersigned respectfully requests a "Level 4 Restriction" when filing a response to Third Party John Doe, Inc.'s motions. Accordingly, the undersigned respectfully requests leave to file a response of no more than six pages by Monday, September 27, 2021.

    Dated this 21st day of September, 2021.

    Respectfully submitted,

    */s/ Christopher Maietta*
    CHRISTOPHER MAIETTA
    Trial Attorney
    United States Department of Justice
    Antitrust Division, New York Field Office
    26 Federal Plaza, Suite 3630
    New York, New York 10278
    Mobile: 202-702-4056
    E-mail: Christopher.Maietta@usdoj.gov
    *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

     I certify that on this 21st day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*/s/ Christopher Maietta*
CHRISTOPHER MAIETTA
Trial Attorney
United States Department of Justice
Antitrust Division, New York Field Office
26 Federal Plaza, Suite 3630
New York, New York 10278
Telephone: 212-824-1350
Mobile: 202-702-4056
E-mail:  Christopher.Maietta@usdoj.gov
*Attorney for the United States of America*