IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## ORDER
---

This matter is before the Court on non-party Carl Pepper's Motion to Restrict Access [Docket No. 416]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that non-party Carl Pepper's Motion to Restrict Access [Docket No. 416] is granted. It is further

**ORDERED** that Docket No. 417 and 418 shall be restricted under level 1 restriction until further order of this Court.

DATED September 22, 2021.

                BY THE COURT:

                PHILIP A. BRIMMER
                Chief United States District Judge