IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

_____

**ORDER**
_____

      This matter is before the Court on Non-Party Pilgrim's Pride Corporation's Motion to Restrict Access [Docket No. 433]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

      **ORDERED** that Non-Party Pilgrim's Pride Corporation's Motion to Restrict Access [Docket No. 433] is granted. It is further

      **ORDERED** that Docket Nos. 434, 435, and 436 shall be restricted under level 3 restriction until further order of this Court.

      DATED September 22, 2021.

                  BY THE COURT:

                  _____
                  PHILIP A. BRIMMER
                  Chief United States District Judge