**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,

    Defendants.

No. 20-cr-00152-PAB

---

**DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO APPEAR
BY VIDEOCONFERENCE AT THE OCTOBER 8, 2021 TRIAL
PREPARATION CONFERENCE**

---

Defendant Roger Austin, by and through his counsel Reichman Jorgensen Lehman & Feldberg LLP, respectfully requests this Court's permission for Mr. Austin to appear by videoconference at the October 8, 2021 Trial Preparation Conference. In support, Mr. Austin states as follows:

1.     At the September 2, 2021 *James* hearing, the Court indicated that it may be acceptable for defendants to attend certain hearings by video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available.

2.     Mr. Austin lives in the Atlanta, Georgia area. In order to appear at the October 8, 2021 Trial Preparation Conference in person, Mr. Austin would have to fly into Denver, Colorado.

3.     Chief District Court Judge Brimmer issued General Order 2021-7 on June 16, 2021. In that Order, Chief Judge Brimmer authorized, pursuant to § 15002(b)(1) of the CARES Act,

judges in this district, with the consent of the defendant after consultation with counsel, to continue to use video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, for a variety of hearings and proceedings.

4.      Although the Trial Preparation Conference is not specifically enumerated in General Order 2021-7, counsel respectfully submits allowing Mr. Austin to appear by videoconference is consistent with the intent of the Order.

5.      Counsel has conferred with the Department of Justice trial attorney, Michael Koenig, regarding this request, who indicated that the Government does not oppose this Motion.

WHEREFORE, counsel respectfully request this Court's permission for Defendant Roger Austin to appear by videoconference at the October 8, 2021 *James* hearing.

Respectfully submitted this 28th day of September, 2021,

> *s/Michael S. Feldberg*
> Michael S. Feldberg
> REICHMAN
> JORGENSEN LEHMAN
> & FELDBERG LLP
> Attorney for Defendant Roger Austin
> 750 Third Avenue
> Suite 2400
> New York, NY 10017
> (212) 381-4970
> mfeldberg@reichmanjorgensen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2021, I electronically filed the foregoing **DEFENDANT ROGER AUSTIN'S UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE OCTOBER 8, 2021 TRIAL PREPARATION HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listedparties.

Dated:  September 28, 2021

*s/ Michael S. Feldberg*
Michael S. Feldberg