IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO REDACTED PORTIONS OF ITS OMNIBUS MOTIONS *IN LIMINE*

The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to parts of its omnibus motions *in limine*. The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion and the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The government is also submitting a redacted version of its omnibus motions *in limine*, with the restricted information removed.

Dated: October 1, 2021

Respectfully submitted,

By: /s/ Michael Koenig
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov