IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    **TIMOTHY R. MULRENIN**,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    **GARY BRIAN ROBERTS**, and
10.   RICKIE PATTERSON BLAKE,

    Defendants.

**DEFENDANTS TIMOTHY MULRENIN'S AND BRIAN ROBERTS' MOTION TO STRIKE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS ROBERTS' AND MULRENIN'S MOTION FOR LEAVE**

The government has willfully violated this Court's protective order, (Doc. 193) in a misguided attempt to smear Defendants by publicly filing an excerpt of an agent interview report that it purports implicates Defendants in wrongdoing. Defendants Mulrenin and Roberts have taken care to abide by the Order and have therefore refrained from publicly disclosing any protected material in filings, which is why direct quotes from protected material are not referenced. The government's motive is clear from the fact that it decided to publicly file Exhibit 1 and 2 when the protective order required that they be filed under restriction and where these materials would not be admissible at trial. The government admits that this was no accident. (*See* Doc. 548 at 3 n.1.)

The government's exhibits, however, do nothing to rebut Defendants' arguments and instead highlight the fundamental failure in the prosecution's proof—the lack of any witness to testify to Defendants' participation in the charged conspiracy.  In an attempt to distract from this defect, the government continues to conflate the sharing of information with price fixing.  Therefore, the only relevant aspect of the government's submission is that it shows its willingness to disregard this Court's Order to take a gratuitous and yet pointless strike at Defendants, which Defendants respectfully submit should not be permitted.  Defendants respectfully request that the Response with the filed exhibits be stricken.

Dated: October 4, 20121                              Respectfully submitted,


                                                     s/ Elizabeth B. Prewitt
                                                     **LATHAM & WATKINS LLP**
                                                     Elizabeth B. Prewitt
                                                     1271 Avenue of the Americas
                                                     New York, NY 10020
                                                     Tel: (212) 906-1200

                                                     s/ Marci G. LaBranche
                                                     **STIMSON STANCIL LABRANCHE HUBBARD, LLC**
                                                     Marci G. LaBranche
                                                     1652 N. Downing Street
                                                     Denver, CO 80218
                                                     Tel/Fax: (720) 689-8909
                                                     Email: labranche@sslhlaw.com

                                                     *Attorneys for Defendant Timothy Mulrenin*


                                                     s/ Craig Allen Gillen
                                                     **GILLEN, WITHERS & LAKE, LLC**
                                                     Craig Allen Gillen
                                                     400 Galleria Parkway, Ste. 1920
                                                     Atlanta, GA 30339
                                                     Tel: (404) 842-9700
                                                     Email: cgillen@gwllawfirm.com

2

*Attorney for Defendant Brian Roberts*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam