IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. RICKIE PATTERSON BLAKE,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Mr. Blake's Motion to Restrict Access [Docket No. 464]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Mr. Blake's Motion to Restrict Access [Docket No. 464] is granted. It is further

**ORDERED** that Docket No. 465 shall be restricted under level 1 restriction until further order of this Court.

DATED October 6, 2021.

                BY THE COURT:

                PHILIP A. BRIMMER
                Chief United States District Judge