IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

    Defendant.

_____

## ORDER
_____

This matter is before the Court on Defendant Jayson Jeffrey Penn's Motion to restrict Access [Docket No. 471]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Jayson Jeffrey Penn's Motion to restrict Access [Docket No. 471] is granted. It is further

**ORDERED** that Docket No. 470 shall be restricted under level 1 restriction until further order of this Court.

DATED October 6, 2021.

                                              BY THE COURT:

                                              PHILIP A. BRIMMER
                                              Chief United States District Judge