IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  TIMOTHY R. MULRENIN,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on Defendant Timothy Mulrenin's Motion to Restrict Access [Docket No. 476]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Timothy Mulrenin's Motion to Restrict Access [Docket No. 476] is granted. It is further

**ORDERED** that Docket No. 477 shall be restricted under level 1 restriction until further order of this Court.

DATED October 6, 2021.

                        BY THE COURT:

                        PHILIP A. BRIMMER
                        Chief United States District Judge