IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,

    Defendants.

WE, THE JURY, in the above-titled case, unanimously find the answers to the following:

**COUNT ONE**

**Question 1:** Did **Jayson Jeffrey Penn** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

    \_\_\_\_ NO (Not Guilty)     \_\_\_\_ YES (Guilty)

**Question 2:** Did **Mikell Reeve Fries** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 3:** Did **Scott James Brady** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 4:** Did **Roger Born Austin** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 5:** Did **Timothy R. Mulrenin** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 6:** Did **William Vincent Kantola** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 7:** Did **Jimmie Lee Little** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)         \_\_\_\_   YES  (Guilty)

**Question 8:** Did **William Wade Lovette** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)          \_\_\_\_   YES  (Guilty)

**Question 9:** Did **Gary Brian Roberts** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)          \_\_\_\_   YES  (Guilty)

**Question 10:** Did **Rickie Patterson Blake** knowingly join and participate in the single conspiracy the government alleges to rig bids and fix prices and other price-related terms for broiler chicken products from as early as 2012 to 2019 knowing that the purpose of the conspiracy was to restrain trade in interstate commerce, all in violation of the Sherman Act, 15 U.S.C. § 1?

\_\_\_\_   NO  (Not Guilty)          \_\_\_\_   YES  (Guilty)

## COUNT TWO

**Question 11:** Did **Jimmie Lee Little** knowingly and willfully make a false, fictitious, or fraudulent statement or representation concerning a material fact within the jurisdiction of the executive branch of the United States?

\_\_\_\_  NO  (Not Guilty)        \_\_\_\_  YES  (Guilty)

## COUNT THREE

**Question 12:** On August 31, 2020, did **Jimmie Lee Little** corruptly obstruct, influence, and impede official proceedings, and corruptly attempt to obstruct, influence, and impede official proceedings, pending and about to be instituted in the District of Colorado?

\_\_\_\_  NO  (Not Guilty)        \_\_\_\_  YES  (Guilty)

5