IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

## UNITED STATES' MOTION TO CLARIFY *JAMES* HEARING ORDER

The government respectfully moves the Court to clarify its *James* Hearing Order (ECF 559) to reflect that defendant Blake joined the charged conspiracy by December 17, 2012. On that date, defendant Blake wrote an e-mail submitting George's bid to supply KFC for the upcoming calendar year. Blake's statement from the e-mail is *James* Log Entry 36. For this entry, the Court ruled that "[t]he government has shown, by a preponderance of the evidence, that this statement was made during the conspiracy and in furtherance of the conspiracy," and that Blake was the declarant. ECF 559 at 23.

Page 20 of the Order, however, states that the "Court finds that Mr. Blake had joined the conspiracy by October 24, 2016." Though the two findings can be reconciled–

Blake was a conspirator on both dates–the government respectfully requests that the Court clarify its ruling to reflect that Blake had joined the conspiracy by no later than December 17, 2012.

Dated: October 6, 2021

Respectfully submitted,

By: s/ Paul Torzilli
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-8349
Email: paul.torzilli@usdoj.gov