IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

       Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Roger Born Austin in the above captioned action. I hereby certify that I am a member in good standing of the bar of New York.

       Julie Withers
       Law Offices of Julie Withers
       750 Third Avenue, Suite 2400
       New York, NY 10017
       Tel.: (917) 403-8021
       Email: julie@jwitherslaw.com

Dated:  New York, New York
       October 7, 2021

Respectfully Submitted,

By:   /s/ Julie Withers

Julie Withers
*julie@jwitherslaw.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (917) 403-8021