IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
**7. JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

   Defendants.

**DEFENDANT LITTLE'S MOTION TO RESTRICT EXHIBITS A – C IN SUPPORT OF MOTION FOR DISCLOSURE OF JENCKS, *GIGLIO* AND *BRADY* MATERIAL**

Defendant Jimmie Little, by and through his counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District Court of Colorado Local Criminal Rule 47.1, respectfully requests that the Court restrict access to Exhibits A – C in Support of Defendant Jimmie Little's Motion For Jencks, *Giglio* and *Brady* Material (Dkt. #598).   Defendant Little requests Level 1 restriction, limiting access to the Court and parties in this case, for the following reasons:

   1.      Exhibits A – C are reports of interviews conducted by the government during its

1

investigation and name non-defendants. The government has represented that its investigation is still ongoing and that the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access," including to the identities of "victims, witnesses, and uncharged individuals." *See* Dkt. #359 at 2-3. The Court previously granted the government's request for restriction on this basis. Dkt. #378. Therefore, defendant Little seeks to file the interview reports under restriction.

2. Level 1 restriction is appropriate under Local Rule 47.1 because (1) the interests stated herein outweigh the presumption of public access; (2) clearly defined and serious injury would result if access is not restricted at Level 1; and (3) only restricted access will adequately protect the interests in question.

3. Accordingly, defendant Little respectfully request leave to restrict Exhibits A – C (Dkt. #598).

Dated: October 7, 2021          Respectfully submitted,

/s/ Mark A. Byrne
Mark A. Byrne (Cal. Bar No. 116657)
e-mail: markbyrne@byrnenixon.com
Dennis J. Canty (Cal. Bar No. 207978)
e-mail: denniscanty@byrnenixon.com
**BYRNE & NIXON LLP**
888 West Sixth Street, Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012

*Attorneys for Defendant Jimmie Little*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

      /s/ Mark A. Byrne
      Mark A. Byrne