IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

### UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PAGE SEVEN OF ITS OMNIBUS MOTIONS *IN LIMINE*

    The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to page seven of its omnibus motions *in limine* (ECF 542). The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The government has filed a public version of its omnibus motions *in limine*, with the page seven redacted (ECF 567).

Dated: October 8, 2021

Respectfully submitted,

>By: s/ Paul Torzilli
>Paul J. Torzilli
>Michael T. Koenig
>Heather D. Call
>Carolyn M. Sweeney
>Trial Attorneys
>Antitrust Division
>U.S. Department of Justice
>Washington Criminal II Office
>450 Fifth Street, N.W.
>Washington, D.C. 20530
>Tel: (202) 514-8349
>Email: paul.torzilli@usdoj.gov