IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ORDER

This matter comes before the Court on the United States' Motion to Take Judicial Notice of Certain Facts [Docket No. 515]. The government asks the Court to take judicial notice of "facts relating to time data, namely, the conversion of Coordinated Universal Time (UTC) to time zones in the United States, and the dates that marked the transition between Standard Time and Daylight-Saving Time for the years 2011 through 2019." Docket No. 515 at 1. Defendants have not filed a response.

Time zone conversions are proper adjudicative facts for the Court to take judicial notice of. *See, e.g.*, *Gustavson & Assocs., LLC v. Skyland Petroleum Pty Ltd.*, 17-cv-03017-RBJ, 2018 WL 1566837, at *5 (D. Colo. Mar. 30, 2018) (taking judicial notice of

the time difference between Sydney, Australia and Denver, Colorado, as well as the impact of DST on the time difference).  Accordingly, the Court will grant the motion and take judicial notice of the following:

(1) For the years 2011 through 2019, local standard times in the United States were offset from Coordinated Universal Time ("UTC") by a set number of hours. Eastern Standard Time ("EST") was 5 hours behind UTC; Central Standard Time ("CST") was 6 hours behind UTC; Mountain Standard Time ("MST") was 7 hours behind UTC; and Pacific Standard Time ("PST") was 8 hours behind UTC.  Daylight-Saving Time ("DST") was observed throughout the United States except in Hawaii, Arizona (with the exception of the Navajo Nation), American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands.

(2) For the years 2011 through 2019, where DST was observed in the United States, DST began the second Sunday of March, and lasted until the first Sunday of November, with the following chart setting forth the dates DST began and ended for the years 2011 through 2019:

| Year | DST Began | DST Ended |
|------|-----------|-----------|
| 2011 | March 13  | November 6 |
| 2012 | March 11  | November 4 |
| 2013 | March 10  | November 3 |
| 2014 | March 9   | November 2 |
| 2015 | March 8   | November 1 |
| 2016 | March 13  | November 6 |
| 2017 | March 12  | November 5 |
| 2018 | March 11  | November 4 |
| 2019 | March 10  | November 3 |

Case No. 1:20-cr-00152-PAB   Document 614   filed 10/08/21   USDC Colorado   pg 2 of 3

(3) For the years 2011 through 2019, at 2:00 a.m. local time on the date DST began, local time moved forward 1 hour to 3:00 a.m.  At 2:00 a.m. local time on the date DST ended, local time moved back 1 hour to 1:00 a.m.  As a result, during DST, Eastern Daylight Time ("EDT") was 4 hours behind UTC; Central Daylight Time ("CDT") was 5 hours behind UTC; Mountain Daylight Time ("MDT") was 6 hours behind UTC; and Pacific Daylight Time ("PDT") was 7 hours behind UTC.

Wherefore, it is

**ORDERED** that the United States' Motion to Take Judicial Notice of Certain Facts [Docket No. 515] is **GRANTED**.

DATED October 8, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge