IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
**7. JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

   Defendants.

---

**DEFENDANT JIMMIE LITTLE'S MOTION TO RESTRICT
SUPPLEMENTAL BRIEF IN SUPPORT OF
DEFENDANT JIMMIE LITTLE'S MOTION FOR PERMISSION
TO MAKE LIMITED APPEARANCES AT TRIAL BY VIDEOCONFERENCE**

---

1

Defendant Jimmie Little, by and through his counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and District Court of Colorado Local Criminal Rule 47.1, respectfully requests that the Court restrict access to Supplemental Brief in Support of Defendant Jimmie Little's Motion For Permission to Make Limited Appearances at Trial by Videoconference, any Order revealing the contents of those documents, and the Brief filed in support of this Motion, for the reasons set forth in the accompanying Brief in Support of Jimmie Little's Motion to Restrict Access to Supplemental Brief in Support of Motion to Make Limited Appearances at Trial by Videoconference.

Dated: October 15, 2021                    Respectfully submitted,

/s/ Mark A. Byrne
Mark A. Byrne (Cal. Bar No. 116657)
e-mail: markbyrne@byrnenixon.com
Jennifer L. Derwin (Cal. Bar No. 222420)
e-mail: jenniferderwin@byrnenixon.com
**BYRNE & NIXON LLP**
888 West Sixth Street, Suite 1100
Los Angeles, California 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012

*Attorneys for Defendant Jimmie Little*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of such filing to all parties of record.

                                                        /s/ Mark A. Byrne
                                                         Mark A. Byrne