**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.      JAYSON JEFFREY PENN,
2.      MIKELL REEVE FRIES,
3.      SCOTT JAMES BRADY,
4.      ROGER BORN AUSTIN,
5.      TIMOTHY R. MULRENIN,
6.      WILLIAM VINCENT KANTOLA,
7.      JIMMIE LEE LITTLE,
8.      WILLIAM WADE LOVETTE,
9.      GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,**

Defendants.

---

**MOTION TO WITHDRAW DEFENDANTS' PROPOSED JURY SELECTION
PROCEDURE**

---

      Richard K. Kornfeld of Recht Kornfeld, P.C., counsel for Defendant Mikell Fries, respectfully moves to withdraw the Defendants' Proposed Jury Selection Procedure (ECF Doc. 676). In support, Mr. Kornfeld states as follows:

      1.      At approximately 2:25 p.m. on today's date, Mr. Kornfeld filed the Defendants' Proposed Jury Selection Procedure (ECF Doc. 676).  That version of the document was filed in error, and Mr. Kornfeld wishes for it to be withdrawn from the Court docket and record.

      2.      Defendants will be filing an alternate version of their Proposed Jury Selection Procedure shortly.

WHEREFORE, Mr. Kornfeld respectfully moves to withdraw the Defendants' Proposed Jury Selection Procedure (ECF Doc. 676).

Respectfully submitted this 19th day of October, 2021

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
Attorney for Defendant Mikell Fries
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2021, I electronically filed the foregoing **MOTION TO WITHDRAW DEFENDANTS' PROPOSED JURY SELECTION PROCEDURE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Holweger*
Erin Holweger