IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

# ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the Government's Motion for *In Camera* Ruling Regarding Disclosure of Materials Under the Jencks Act [Docket No. 682]. The government seeks *in camera* review of Special Agent Koppenhaver's Biweekly Reports, asking the Court to excise or redact statements from the reports that are unrelated to his investigation into the broiler chicken industry. *Id.* at 2.

    The Jencks Act states that, "[i]f the United States claims that any statement ordered to be produced under this section contains matter which does not relate to the subject matter of the testimony of the witness, the court shall order the United States to deliver such statement for the inspection of the court in camera." 18 U.S.C. § 3500(c). The Court is to excise the portions of the statement that are unrelated to the subject matter of the testimony of the witness and then direct delivery of the statement to the defendant. *Id.* The Court has reviewed Special Agent Koppenhaver's reports, Docket No. 684-1, and agrees with the government that the highlighted portions are unrelated to Special Agent Koppenhaver's investigation of this case. Accordingly, it is

**ORDERED** that the Government's Motion for *In Camera* Ruling Regarding Disclosure of Materials Under the Jencks Act [Docket No. 682] is **GRANTED**.  It is further

**ORDERED** that the government shall redact the highlighted portions of Docket No. 684-1 and produce the redacted version to defendants on or before October 21, 2021.

DATED October 20, 2021.