**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

      Defendants.

---

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER COMPELLING DISCLOSURE OF WITNESS STATEMENTS**

---

The Court should deny the defendants' motion for an order compelling disclosure of witness statements and underlying materials under the Jencks Act and Fed. R. Crim. P. Rule 26.2. Although it is not required to do so under the Jencks Act or Rule 26.2, the government's practice in this case has been to produce potential Jencks materials on a rolling basis before any government witnesses will testify. The government will continue to do so absent extenuating circumstances that have not arisen thus far. Moreover, the defendants provide no reason to doubt that the government has complied and will

continue to comply fully with its ongoing discovery obligations.[1] There is simply no need for an order directing the government to do what the government is already doing. For those reasons, the Court should deny the defendants' motion.

Respectfully submitted this 21st day of October, 2021.

By:  *s/ Yixi (Cecilia) Cheng*
Yixi (Cecilia) Cheng
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 705-8342
Email: yixi.cheng@usdoj.gov

---

[1] In support of their motion, the defendants recycle claims already rejected by the court. *See* ECF 690 at 2-3.