IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on defendants' Motion for an Order Compelling Disclosure of Witness Statements and Underlying Materials Under the Jencks Act and Rule 26.2 [Docket No. 690]. Defendants ask the Court to enter an order requiring the government to produce all Jencks Act and Fed. R. Crim. P. 26.2 material related to each witness presently in the government's possession and to promptly produce new statements as they are taken. *Id.* at 1-2. The government responded, stating that the government has been producing potential Jencks Act material to defendants on a rolling basis prior to any testimony. Docket No. 694 at 1. The government will continue to do so "absent extenuating circumstances." *Id.* Because the government is producing the material defendants seek as it becomes available, the Court will deny this motion at moot. Accordingly, it is

**ORDERED** that defendants' Motion for an Order Compelling Disclosure of Witness Statements and Underlying Materials Under the Jencks Act and Rule 26.2 [Docket No. 690] is **DENIED as moot**.

DATED October 21, 2021.