# IN THE UNITED STATEDISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Jayson Jeffrey Penn,
2. Mikell Reeve Fries,
3. Scott James Brady,
4. Roger Born Austin,
5. Timothy R. Mulrenin,
6. William Vincent Kantola,
7. Jimmie Lee Little,
8. William Wade Lovette,
9. Gary Brian Roberts,
10. Rickie Patterson Blake

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

   NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS

DATED at Atlanta, Georgia this 22nd day of October, 2021

                                        /s/ Charles C. Murphy, Jr.
                                           Signature of Attorney

                                            Charles C. Murphy, Jr.
                                              Name of Attorney

                                              Vaughan & Murphy
                                              Firm Name

    690 S. Ponce Ct., NE
Office Address

    Atlanta, GA 30307
City, State, ZIP Code

    (404) 667-0714
Telephone Number

    cmurphy@vaughanandmurphy.com
Primary CM/ECF E-mail Address