IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

      Defendants.

---

**DEFENDANTS' JOINT MOTION REGARDING ALLOTTED TIME
FOR OPENING STATEMENTS**

---

Defendants respectfully move for permission to redistribute among the Defendants the twenty (20) minutes provided to each Defendant for their opening statements so that certain Defendants may present an opening statement that exceeds twenty minutes in order to address anticipated evidence common to many, if not all, Defendants.

On October 14, 2021, the Court entered a Minute Order providing each Defendant twenty (20) minutes to deliver an opening statement. Docket No. 639. Defendants anticipate that certain evidence in this case will relate to issues applicable to many, if not all, Defendants. Thus, in an

1

effort to streamline Defendants' opening statements and to avoid duplication among the Defendants' ten opening statements, Defendants respectfully move for permission to allot additional time for the first two opening statements so that these Defendants' opening statements can address certain anticipated evidence common to the Defendants.  In order to allow for this additional allotted time, certain other Defendants are prepared to cede time from their twenty-minute allocation.  Under Defendants' proposal, the time for Defendants' collective opening statements would not exceed the collective two hundred (200) minutes currently allotted to the Defendants.  This proposed structure would consolidate opening statements regarding certain anticipated evidence and will allow for more efficient opening statements across all Defendants.

Defendants respectfully request that the Court permit Defendants to present opening statements as follows:

- 1st Opening Statement:  Limited to 30 minutes

- 2nd Opening Statement:  Limited to 24 minutes

- 3rd Opening Statement:  Limited to 20 minutes

- 4th Opening Statement:  Limited to 15 minutes

- 5th Opening Statement:  Limited to 18 minutes

- 6th Opening Statement:  Limited to 15 minutes

- 7th Opening Statement:  Limited to 20 minutes

- 8th Opening Statement:  Limited to 18 minutes

- 9th Opening Statement:  Limited to 20 minutes

- 10th Opening Statement:  Limited to 20 minutes

On October 22, 2021, Defendants asked the Government for its position on this motion. As of this filing, Defendants have not received a response.

This 22nd day of October 2021.

Respectfully submitted,

*s/ John A. Fagg, Jr.*

John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*

Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Richard K. Kornfeld*

Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*

Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*

Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*

Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*

James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*

Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

3

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2021, I electronically filed the foregoing

**DEFENDANTS' JOINT MOTION REGARDING ALLOTTED TIME FOR OPENING**

**STATEMENTS** with the Clerk of Court using the CM/ECF system which will send notification

of such filing to all counsel of record.

/s/ John A. Fagg, Jr.