IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## DEFENDANTS' MOTION TO RESTRICT ACCESS TO THEIR MOTION FOR INSTRUCTION TO WITNESSES

Defendants, by and through their undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully move this Court to restrict access to their Motion for Instruction to Witnesses, and any order revealing the contents of this document.

Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary for the same reasons provided in Defendants' motion to restrict (Doc. 531), which the Court granted (Doc. 693), and for the same reason this Court restricted the information in its Order (Doc. 604).

Defendants' Motion for Instruction to Witnesses discusses the documents the Court has

now restricted under Level 1. Accordingly, Defendants respectfully request that the Court restrict public access to Defendants' Motion for Instruction to Witnesses, and any order revealing the contents of this document.

Dated:  October 22, 2021              Respectfully submitted,

*s/ James P. McLoughlin, Jr.*                *s/ Michael F. Tubach*
James P. McLoughlin, Jr.                     Michael F. Tubach
John A. Fagg, Jr.                            O'MELVENY & MYERS LLP
MOORE & VAN ALLEN PLLC                       Attorney for Jayson Jeffrey Penn
Attorney for William Wade Lovette            Two Embarcadero Center, 28th Floor
100 North Tryon Street, Suite 4700           San Francisco, California 94111-3823
Charlotte, NC 28202                          (415) 984-8700
(704) 331-3622                               mtubach@omm.com
jimmcloughlin@mvalaw.com
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*                     *s/ Michael S. Feldberg*
Richard K. Kornfeld                          Michael S. Feldberg
RECHT KORNFELD, P.C.                         REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries              FELDBERG LLP
1600 Stout Street, Suite 1400                Attorney for Roger Born Austin
Denver, CO 80202                             750 Third Avenue, Suite 2400
(303) 573-1900                               New York, NY 10017
rick@rklawpc.com                             (212) 381-1965
                                             mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*                            *s/ Elizabeth Prewitt*
Bryan Lavine                                 Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                     LATHAM & WATKINS LLP
SANDERS LLP                                  Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady               1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000             New York, NY 10020
Atlanta, GA 30308                            (212) 906-1200
(404) 885-3170                               elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797

jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700

cgillen@gwllawfirm.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  October 22, 2021

*s/ James P. McLoughlin, Jr.*
James P. McLoughlin, Jr.