IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

___

# ORDER
___

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on defendants' Motion for Instruction to Witnesses, Including James Olson, Lumarkar Challa, Robert Lewis, Robert Bryant, Sara Fisher, Michael Ledford, David Rothmeier, Meyer Skalak, Joseph Brink, Melissa Hoyt, and Telly Smith [Docket No. 714]. Defendants ask the Court to inform these witnesses that they are precluded from testifying on certain subsets of information. *Id.* at 1-2. The Court presumes that the attorneys for both sides will instruct their witnesses about the Court's orders excluding certain types of evidence and testimony. Accordingly, it is

    **ORDERED** that defendants' Motion for Instruction to Witnesses, Including James Olson, Lumarkar Challa, Robert Lewis, Robert Bryant, Sara Fisher, Michael Ledford, David Rothmeier, Meyer Skalak, Joseph Brink, Melissa Hoyt, and Telly Smith [Docket No. 714] is **DENIED**.

    DATED October 22, 2021.