**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 25, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

*Counsel:*

Michael T. Koenig
Carolyn M. Sweeney
Heather D. Call
Paul J. Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

    Michael F. Tubac
    Anna T. Pletcher

2. MIKELL REEVE FRIES,

    Richard K. Kornfeld
    David M. Beller
    Kelly L. Page (A-901)

3. SCOTT JAMES BRADY,

    Bryan B. Lavine
    Megan C. Rahman

4. ROGER BORN AUSTIN,

    Michael S. Feldberg
    Laura E. Carwile (A-901)
    Julie V. Withers (A-901)

5. TIMOTHY R. MULRENIN,

    Elizabeth B. Prewitt
    Marci A. LaBranche

6. WILLIAM VINCENT KANTOLA,

    Roxann E. Henry
    James A. Backstrom

7. JIMMIE LEE LITTLE,

    Mark A. Byrne
    Dennis J. Canty

8. WILLIAM WADE LOVETTE,

    John A. Fagg, Jr.
    Dru R. Nielsen

9. GARY BRIAN ROBERTS, and

    Craig A. Gillen
    Richard T. Tegtmeier

10. RICKIE PATTERSON BLAKE,

    Wendy W. Johnson
    Barry J. Pollak

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:12 a.m.**     **Court in session.** Jury not present.

Appearances of counsel.  Defendants present on bond.

Discussion regarding jury seating charts, exhibits displayed on monitors, jury instructions, objections to jury instructions, protocol for voir dire, sequestration of witnesses, advisory witness for the government, and estimated length of trial.

**ORDERED:**   Witnesses shall be sequestered for the duration of the trial.

**9:05 a.m.**     **Court in recess.**

**9:24 a.m.**     **Court in session.** Jury panel is present.

Court's remarks to prospective jurors.

Counsel introduce themselves and those at counsel table.

9:52 a.m.     Voir dire oath administered to prospective jurors.

9:53 a.m.     Voir dire by Court commences.

**10:45 a.m.**   **Court in recess.**
**11:07 a.m.**   **Court in session.**  Jury panel is present.

Voir dire by Court continues.

**12:00 p.m.**   **Court in recess.**

**1:35 p.m.**     **Court in session.** Jury panel is present.

Voir dire by Court continues.

**3:02 p.m.**     **Court in recess.**

**3:24 p.m.**     **Court in session.** Jury panel is present.

3:24 p.m.     Voir dire by Government by Ms. Call.

4:05 p.m.       Voir dire by Defendants by Ms. Nielsen.

4:34 p.m.       Voir dire by Defendants by Mr. Beller.

Challenges for cause:

1. 100469538
2. 100427880
3. 100428927
4. 100447620
5. 100459441
6. 100440650
7. 100456997
8. 100469423
9. 100459065
10. 100471336
11. 100462547
12. 100468132
13. 100451972
14. 100470548
15. 100446908

4:53 p.m.       Bench conference regarding possible challenges for cause and schedule for tomorrow.

5:00 p.m.       Jury excused for the evening and report back tomorrow, at 8:00 a.m.

Court's remarks to counsel regarding juror who was seen speaking with a news reporter during the lunch break and schedule for tomorrow.

**ORDERED:   Bond is CONTINUED as to all defendants.**

**5:06 p.m.       Court in recess.       Trial continued.       Total time in court:     6:16**