IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ORDER

This matter comes before the Court on the United States' Motion for Clarification Regarding Witness Testimony of Illegality [Docket No. 726]. The government asks the Court to clarify "whether testimony may be elicited that the witness believed coordinating pricing with competitors was illegal, or words to that effect." *Id.* at 1.

In their motions in limine, defendants asked the Court to prohibit fact witnesses from describing "certain conduct" as "wrong," "over the line," or otherwise unethical. Docket No. 537 at 1-2. The Court denied the motion, stating that "whether a witness believes something was 'wrong' or improper may be relevant to the jury's determination of the elements of Count One." Docket No. 604 at 3.

The government states that it expects to elicit testimony that witnesses believed conduct was illegal, over the line, or otherwise improper, and asks the Court to clarify whether or not that is permitted by the Court's order. Docket No. 726 at 2. In its earlier order, the Court denied defendants' motion to exclude; the Court did not affirmatively find that all such evidence would be admissible. Whether or not testimony regarding beliefs as to illegality and/or impropriety is admissible will have to be determined at the time the testimony is offered.

Wherefore, it is

**ORDERED** that the United States' Motion for Clarification Regarding Witness Testimony of Illegality [Docket No. 726] is **DENIED**.

DATED October 27, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge