IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   **TIMOTHY R. MULRENIN**,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

**DEFENDANT TIMOTHY MULRENIN'S MOTION TO RESTRICT ACCESS TO DEFENDANT TIMOTHY MULRENIN'S *EX PARTE* MOTION FOR CLARIFICATION REGARDING THE DISPLAY OF CERTAIN EXHIBITS TO THE JURY DURING HIS OPENING STATEMENT**

      Defendant Timothy Mulrenin, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully requests that the Court restrict access to Defendant Timothy Mulrenin's *Ex Parte* Motion for Clarification Regarding the Display of Certain Exhibits to the Jury During his Opening Statement.

      Dated: October 27, 2021.

1

Respectfully submitted,

*s/ Elizabeth B. Prewitt*
**Latham & Watkins LLP**
Elizabeth B. Prewitt
Caroline A. Rivera
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: elizabeth.prewitt@lw.com
Email: caroline.rivera@lw.com


*s/ Marci G. LaBranche*
**Stimson Stancil LaBranche Hubbard, LLC**
Marci G. LaBranche
1652 N. Downing Street
Denver, CO 80218
Tel/Fax: (720)689-8909
Email: labranche@sslhlaw.com

*Attorneys for Defendant Timothy Mulrenin*


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam

2