IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the Defendants' Motion for Leave to Restrict Public Access [Docket No. 535]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Defendants' Motion for Leave to Restrict Public Access [Docket No. 535] is granted. It is further

**ORDERED** that Docket No. 534 shall be restricted under level 1 restriction until further order of this Court.

DATED October 27, 2021.

                                         BY THE COURT:

                                         _____
                                         PHILIP A. BRIMMER
                                         Chief United States District Judge