IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNITED STATES' MOTION TO RESTRICT ACCESS TO ITS RESPONSE TO DEFENDANTS' MOTION REGARDING GOVERNMENT WITNESS ROBBIE BRYANT**

---

The government respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 49.1(d) and D.C.COLO.LCrR 47.1, to restrict access to its Response to Defendants' Motion Regarding Department of Justice Witness Robbie Bryant (ECF 750), its attachment (ECF 750-1), and any order revealing the contents of those documents. The government requests Level 2 restriction, limiting access to the government, the affected defendants, and the Court. The government is submitting

under restriction a brief that contains the basis for this motion, including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

Dated: October 31, 2021                     Respectfully submitted,

/s/ Michael Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States