# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 28, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,

    Michael T. Koenig
    Carolyn M. Sweeney
    Heather D. Call
    Paul J. Torzilli
    Jillian M. Rogowski
    Laura J. Butte

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael F. Tubach
    Anna T. Pletcher
    Jacqueline V. Roeder

2. MIKELL REEVE FRIES,   Richard K. Kornfeld
    Kelly L. Page
    David M. Beller

3. SCOTT JAMES BRADY,   Bryan B. Lavine
    Megan C. Rahman

4. ROGER BORN AUSTIN,   Michael S. Feldberg
    Laura E. Carwile
    Julie V. Withers

5. TIMOTHY R. MULRENIN,   Elizabeth B. Prewitt
    Marci G. LaBranche
    Caroline Rivera

6. WILLIAM VINCENT KANTOLA,   Roxann E. Henry
    James A. Backstrom

7. JIMMIE LEE LITTLE,   Dennis J. Canty
8. WILLIAM WADE LOVETTE,   John A. Fagg, Jr.
    Frank E. Schall
    Dru R. Nielsen
    James P. McLoughlin, Jr.

9. GARY BRIAN ROBERTS, and   Craig A. Gillen
    Richard T. Tegtmeier

10. RICKIE PATTERSON BLAKE,   Wendy W. Johnson
    Barry J. Pollack

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 4**

| | |
|---|---|
| **8:03 a.m.** | **Court in session. Jury not present.** |
| | Defendants present on bond. |
| | Defendants' Motion [ECF 739] is raised for argument. |
| 8:04 a.m. | Argument by counsel. |

**ORDERED:** Defendants' Motion [ECF 739] is **GRANTED IN PART and DENIED IN PART.**

| | |
|---|---|
| 8:19 a.m. | Discussion regarding issues related to Government's exhibit 1030. |

**ORDERED:** **RULING IS RESERVED** on Defendants' Motion [ECF 749].

| | |
|---|---|
| 8:21 a.m. | Discussion regarding preliminary matters, objections to documents, and schedule for today. |
| **8:39 a.m.** | **Court in recess.** |
| **9:33 a.m.** | **Court in session.** Jury not present. |
| | Discussion regarding progress on stipulations as to custodian witnesses. |
| 9:38 a.m. | Jury enters. |
| 9:40 a.m. | Government's witness **Melissa Lee Sandoval** resumes. |
| | Direct examination by Government continues by Ms. Ragowski. |

**Exhibit(s) 352, 352-1, 495, 495-1, 496, 497, 497-1, 499, 499-1, 499-2, 499-3, 590, 590-1, 625, 625-1, 764, 764-1, 980, 980-1, 981, 981-1, 1232, 1232-1, 1236, 1236-1, 1237, 1237-1, 1240, 1240-1, 1241, 1241-1, 1249, 1249-1, 1426, 1426-1, 1428, 1428-1, 1443, 1443-1, 1444, 1444-1, 1614, 1614-1, 1733, 1733-1, 1959, 1959-1, 1960, 1960-1, 1961, 1961-1, 1963, 1963-1, 8024, 8025, 8026, 8071, 8027, 8028, 2029, 8030, 8031, 8032, 8033, 8072, 8073, 8034, 8035, 8036, 8074, 8037, 8075, 8076, 8077, 8078, 8038, 8039, 8079, 8080, 8081, 8082, 8040, 8083, 8084, 8046, 8047, 8048, 8049, 8050, 8051, 8071, 8072, 8073, 8074, 8075, 8076, 8077, 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085 RECEIVED.**

| | |
|---|---|
| 9:48 a.m. | Government's witness **Matthew Wayne Bunch** sworn. |
| | Direct examination by Government by Ms. Butte.<br>***Exhibit(s) identified:*** 9556, 114, 230, 232 |
| 9:59 a.m. | Bench conference regarding objection by Defendants. |
| 10:04 a.m. | Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack<br>***Exhibit(s) identified:*** 114 |
| 10:11 a.m. | Government's witness **Carolyn Sue Arens** sworn. |
| | Direct examination by Government by Ms. Butte.<br>***Exhibit(s) Identified:*** 9549 |
| 10:16 a.m. | Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt.<br>***Exhibit(s) identified:*** H-675, H-676 |
| 10:23 a.m. | Bench conference regarding exhibits. |
| 10:29 a.m. | Government's witness **Stephen Gresch** sworn. |
| | Direct examination by Government by Ms. Butte.<br>***Exhibit(s) identified:*** 9552, 244, 3074, 9211, 9212, 9214 |
| 10:42 a.m. | Jury excused. |
| | Court's remarks to counsel regarding issue to take up after the break. |
| **10:43 a.m.** | **Court in recess.** |
| **10:59 a.m.** | **Court in session.** Jury not present. |
| | Discussion regarding declaration in lieu of a certification. |
| 11:02 a.m. | Jury enters. |
| 11:03 a.m. | Government's witness **Stephen Gresch** resumes. |
| | Direct examination by Government continues by Ms. Butte. |
| 11:06 a.m. | Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt. |

11:18 a.m.   Government's witness **Bill Kent** sworn.

   Direct examination by Government by Ms. Rogowski.
   *Exhibit(s) Identified:*     9554

11:38 a.m.   Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack.

11:43 a.m.   Cross examination by Defendant William Vincent Kantola by Ms. Henry.

11:44 a.m.   Cross examination by Defendant William Wade Lovette Mr. Fagg.

11:46 a.m.   Cross examination by Defendant Jayson Jeffrey Penn Mr. Tucach.

11:48 a.m.   Re-direct examination by Government by Ms. Rogowski.
   *Exhibit(s) Identified:*     1136

11:53 a.m.   Government's witness **Robert Hood** sworn.

   Direct examination by Government by Ms. Rogowski.
   *Exhibit(s) Identified:*     9553

11:59 a.m.   Jury excused.

   Discussion regarding any issues to be addressed and there are no issues.

**12:01 p.m.   Court in recess.**

**1:32 p.m.    Court in session.** Jury not present.

   Discussion regarding how to refer to civil litigation during examination of witnesses.

1:41 p.m.    Jury enters.

   Government's witness **Robert Hood** resumes.

   Direct examination by Government continues by Ms. Rogowski.
   *Exhibit(s) identified:*     9531, 9533, 9553

1:59 p.m.    Cross examination by Defendant Rickie Patterson Blake by Ms. Johnson.

2:06 p.m.    Re-direct examination by Government by Ms. Rogowski.

| | |
|---|---|
| 2:12 p.m. | Government's witness **Lumakar Challa** sworn. |
| | Direct examination by Government by Ms. Rogowski. |
| | *Exhibit(s) identified:* 9551 |
| 2:29 p.m. | Cross examination by Defendant William Wade Lovette by Mr. Fagg. |
| 2:39 p.m. | Cross examination by Defendant Jimmie Lee Little by Mr. Canty. |
| 2:43 p.m. | Re-direct examination by Government by Ms. Rogowski. |
| | *Exhibit(s) identified:* 9254 |
| 2:49 p.m. | Government's witness **Sean King** sworn. |
| | Direct examination by Government by Ms. Rogowski. |
| 3:00 p.m. | Cross examination by Defendant Jimmie Lee Little by Mr. Canty. |
| 3:02 p.m. | Re-direct examination by Government by Ms. Rogowski. |
| 3:05 p.m. | Government's witness **Theodore Spanglisp** sworn. |
| | Direct examination by Government by Ms. Rogowski. |
| | *Exhibit(s) identified:* 9557 |
| 3:15 p.m. | jury excused. |
| | Counsel indicates there are no issues to address. |
| **3:16 p.m.** | **Court in recess.** |
| **3:36 p.m.** | **Court in session.** Jury not present. |
| 3:40 p.m. | Jury enters. |
| | Government's witness **Theodore Spanglis** resumes. |
| | Direct examination by Government continues by Ms. Rogowski. |

**Exhibit(s) 572, 3028, 1104, 1105, 1226, 1529, 1530, 1531, 1532, 1524, 1525, 1583, 1584, 1825, 1826, 9504, 9505, 9166, 9168 RECEIVED.**

| | |
|---|---|
| 3:58 p.m. | Government's witness **Stewart Ward** sworn. |
| | Direct examination by Government by Mr. Koenig.<br>***Exhibit(s) identified:     9501, 9595, 1025, 1026*** |
| 4:28 p.m. | Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack.<br>***Exhibit(s) identified:     9595*** |
| 4:30 p.m. | Government's witness **Gregory Scott Finch** sworn. |
| | Direct examination by Government by Ms. Sweeney.<br>***Exhibit(s) identified:     9594, 500, 503, 579, 702, 703, 762, 100, 1402, 1435, 1500, 1501, 1505, 1506, 1507, 1508, 3001, 900-1, 900, 9143, 1508*** |

**<u>Exhibit(s) 900, 1508 RECEIVED.</u>**

| | |
|---|---|
| 5:07 p.m. | Cross examination by Defendant Mikell Reeve Fries by Mr. Kornfeld. |
| 5:13 p.m. | Jury excused until Monday, November 1, 2021, at 8:30 a.m. |
| | Discussion regarding text messages produced by Government. |

**ORDERED: Bond is CONTINUED as to all defendants.**

**5:16 p.m.     Court in recess.     Trial continued.     Total time in court:   6:11**