# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 1, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Jillian Rogowski |
| | Laura Butte |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubac |
| | Anna Pletcher |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | Kelly Page |
| | David Beller |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Jennifer Derwin |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg,, Jr. |
| | Frank Schall |
| | James McLoughlin |
| | Dru Nielsen |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollak |
| Defendants. | |

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 5**

**8:18 a.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.

Discussion regarding Mr. Bryant's immunity agreement and admitting lists of exhibits.

**ORDERED:   Motion [767] is GRANTED IN PART and DENIED IN PART, as stated on record.**

8:41 a.m.     Jury present.

Government's witness, Larry Barela, sworn.

8:42 a.m.     Direct examination of Mr. Barela by Mr. Torzilli.

9:01 a.m. – 9:04 a.m.     Bench conference.

9:05 a.m.     Cross examination of Mr. Barela by Mr. Tubach.

9:09 a.m.     Redirect examination of Mr. Barela by Mr. Torzilli.

Government's witness, Simeon Morbey, sworn.

9:14 a.m.     Direct examination of Mr. Morbey by Ms. Rogowski.

9:18 a.m. – 9:27 a.m.     Bench conference.

Continued direct examination of Mr. Morbey by Ms. Rogowski.

9:30 a.m. – 9:32 a.m.     Bench conference.

Continued direct examination of Mr. Morbey by Ms. Rogowski.

9:37 a.m. – 9:39 a.m.     Bench conference.

Continued direct examination of Mr. Morbey by Ms. Rogowski.

9:42 a.m.     Cross examination of Mr. Morbey by Ms. Carwile.

10:14 a.m.     Jury excused.

Discussion regarding Exhibit 8010.

**10:16 a.m.     Court in recess.**
**10:35 a.m.     Court in session.**

Discussion regarding Exhibit 1030.

10:39 a.m.     Jury present.

Continued cross examination of Mr. Morbey by Ms. Carwile.

10:40 a.m.     Cross examination of Mr. Morbey by Mr. Tubach.

10:42 a.m.     Redirect examination of Mr. Morbey by Ms. Rogowski.

Government's witness, Anna Bieganowska, sworn.

10:45 a.m.     Direct examination of Ms. Bieganowska by Mr. Butte.

Government witness, Robert Bryant, sworn.

10:55 a.m.     Direct examination of Mr. Bryant by Mr. Koenig.

**Exhibits 9235, 9244, 9248, 9245, 9242, and 9237 are admitted.**

12:04 p.m.     Jury excused.

Discussion regarding witness sequestration.

**12:06 p.m.     Court in recess.**
**1:18 p.m.      Court in session.**

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding Motion [763].

**ORDERED:   Motion [763] is GRANTED IN PART and DENIED IN PART, as stated on record.**

1:41 p.m.      Jury present.

Continued direct examination of Mr. Bryant by Mr. Koenig.

**Exhibit 1882 is admitted.**

2:48 p.m. – 2:57 p.m.        Bench conference.

Continued direct examination of Mr. Bryant by Mr. Koenig.

**Exhibit 1919 (pgs. 11 and 12) is admitted.**

Jury excused.

**3:17 p.m.     Court in recess.**
**3:36 p.m.     Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Mr. Koenig.

**Exhibits 9140, 9139, 3039, 1055, and 1066 are admitted.**

Jury excused until November 2, 2021 at 8:30 a.m.

Discussion regarding Docket No. 760.

**ORDERED:  The Government is permitted to file a response to the Motion [760] by tomorrow morning.**

**ORDERED:  Bond is continued as to all defendants.**

 5:08 p.m.     Court in recess.

Trial continued.
Total time in court:    7:00