IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

### UNITED STATES' MOTION TO RESTRICT ACCESS TO ITS RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE THE GOVERNMENT'S PROPOSED SUMMARY EXHIBITS

The government respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 49.1(d) and D.C.COLO.LCrR 47.1, to restrict access to its Response to Defendants' Joint Motion to Exclude the Government's Proposed Summary Exhibits (ECF 723), and any order revealing the contents of that document.

The government requests Level 1 restriction, limiting access to the parties and the Court. The basis for this motion, as is required by D.C.COLO.LCrR 47.1(c), is the same as that which is detailed in the government's Restricted Brief in Support of United States' Motion for Leave to Restrict Public Access to Redacted Parts of Exhibits A1, A5, and A6

to Its Trial Brief (ECF 672). The government's Response to Defendant's Motion discusses the documents and underlying information it seeks to have restricted via ECF 672, so the government seeks to have the Response similarly restricted.

Dated: November 2, 2021                Respectfully submitted,

/s/ Michael Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States