# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 2, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,
- Michael Koenig
- Carolyn Sweeney
- Heather Call
- Paul Torzilli
- Jillian Rogowski

Plaintiff,

v.

1. JAYSON JEFFREY PENN,
   - Michael Tubach
   - Anna Pletcher
2. MIKELL REEVE FRIES,
   - Richard Kornfeld
   - David Beller
3. SCOTT JAMES BRADY,
   - Bryan Lavine
   - Megan Rahman
   - Laura Kuykendall
4. ROGER BORN AUSTIN,
   - Michael Feldberg
   - Laura Carwile
5. TIMOTHY R. MULRENIN,
   - Elizabeth Prewitt
   - Marci LaBranche
6. WILLIAM VINCENT KANTOLA,
   - Roxann Henry
   - James Backstrom
7. JIMMIE LEE LITTLE,
   - Jennifer Derwin
   - Dennis Canty
8. WILLIAM WADE LOVETTE,
   - John Fagg,, Jr.
   - Frank Schall
   - Dru Nielsen
9. GARY BRIAN ROBERTS, and
   - Craig Gillen
   - Richard Tegtmeier
10. RICKIE PATTERSON BLAKE,
    - Wendy Johnson
    - Barry Pollack

Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 6**

**8:35 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Continued direct examination of Mr. Bryant by Mr. Koenig.

8:41 a.m. – 8:44 a.m.      Bench conference.

**Exhibit 9262 is admitted.**

Continued direct examination of Mr. Bryant by Mr. Koenig.

**Exhibits 1085 and 1086 are admitted.**

9:33 a.m.      Cross examination of Mr. Bryant by Mr. Feldberg.

9:34 a.m. – 9:35 a.m.      Bench conference.

Jury excused.

**9:36 a.m.      Court in recess.**
**9:45 a.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

10:04 a.m. – 10:07 a.m.      Bench conference

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits E-162 and D-925 are admitted.**

Jury excused.

**10:51 a.m.**   **Court in recess.**
**11:01 a.m.**   **Court in session.**
Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

Jury excused.

**11:50 a.m.**   **Court in recess.**
**1:18 p.m.**   **Court in session.**

1:10 p.m. – 1:24 p.m.      Bench conference.

1:28 p.m.      Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibit E-174, as amended, is admitted.**

1:40 p.m.      Cross examination of Mr. Bryant by Mr. Canty.

2:06 p.m.      Cross examination of Mr. Bryant by Mr. Tubach.

**Exhibits H-717, H-718, D-341, and F-792 (all pages, except pg. 1) are admitted.**

Jury excused.

**3:16 p.m.**   **Court in recess.**
**3:37 p.m.**   **Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Tubach.

3:43 p.m.      Cross examination of Mr. Bryant by Ms. Henry.

3:51 p.m.      Cross examination of Mr. Bryant by Mr. Pollack.

**Exhibit H-895 is admitted.**
**Exhibit H-896 is displayed for demonstrative purposes only.**

4:20 p.m.      Cross examination of Mr. Bryant by Mr. Lavine.

4:31 p.m.      Cross examination of Mr. Bryant by Mr. Kornfeld.

Jury excused until November 3, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants**

**5:04 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:21