IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-9

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.  GARY BRIAN ROBERTS

    Defendant.

_____

### ORDER
_____

This matter is before the Court on Defendant Roberts' Motion to Restrict Defendant's Motion in Limine [Docket No. 540]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that Defendant Roberts' Motion to Restrict Defendant's Motion in Limine [Docket No. 540] is granted. It is further

**ORDERED** that Docket Nos. 540-1 and 541 shall be restricted under level 1 restriction until further order of this Court.

DATED November 3, 2021.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge