CASE CAPTION: _U.S. v. Jayson Penn et al._

CASE NO.: 1:20-cr-000152-PAB

EXHIBIT LIST OF: The United States

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 10-3-1 | Matthew Koppenhaver | Updated Summary Exhibit summarizing 8/29/14 to 9/19/14. | | | | | |
| 10-8 | Matthew Koppenhaver | Demonstrative reflecting 8/15/14-8/18/14. | | | | | |
| 10-10 | Matthew Koppenhaver | Demonstrative reflecting 8/26/14. | | | | | |
| 10-11 | Matthew Koppenhaver | Demonstrative reflecting 8/27/14. | | | | | |
| 10-12 | Matthew Koppenhaver | Demonstrative reflecting 10/17/14. | | | | | |
| 10-13 | Matthew Koppenhaver | Demonstrative reflecting 10/14/14. | | | | | |
| 10-14 | Matthew Koppenhaver | Demonstrative reflecting 9/3/14. | | | | | |
| 14-5 | LaNard Taylor | Demonstrative reflecting 10/4/12-10/10/12. | | | | | |
| 14-6 | LaNard Taylor | Demonstrative reflecting 11/13/12. | | | | | |
| 14-7 | LaNard Taylor | Demonstrative reflecting 11/13/12. | | | | | |
| 14-8 | LaNard Taylor | Demonstrative reflecting 11/28/12. | | | | | |
| 14-9 | LaNard Taylor | Demonstrative reflecting 11/28/12-11/29/12. | | | | | |
| 1408 | LaNard Taylor | GEODOJ_0637070 | | | | | |
| 9645 | LaNard Taylor | Jimmie Little Toll Record Excepts (ATT-ATR001-00000001). | | | | | |
| 9647 | Matthew Koppenhaver | Email chain between Brian Roberts, Bob Lewis, Tim Mulrenin, Carl Pepper, and Mark Milbrodt dated on or about 7/18/2014 (TY-000123872). | | | | | |
| 9648 | LaNard Taylor | Email chain between Bob Lewis, Judy Hall, Ric Blake dated on or about 11/20/14 (GEODOJ_0619994). | | | | | |

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|---------------------|-------------|---------|----------|---------|----------------|
| 9649 | Anna Bieganowska | Anna Bieganowska Exhibit List. | | | | | |
| 9650 | Robert Lewis | Agent Interview Notes of Bob Lewis dated on or about 10/25/2021. | | | | | |
| 9651 | Robert Lewis | Agent Interview Notes of Bob Lewis Notes dated on or about 10/26/2021. | | | | | |
| 9652 | Robert Bryant | Agent Interview Notes of Robert Bryant dated on or about 10/26/21. | | | | | |
| 9653 | Robert Bryant | Agent Interview Notes of Robert Bryant dated on or about 10/27/21. | | | | | |
| 9654 | LaNard Taylor | Calendar invitation to Bill Kantola dated on or about 10/14/14 (KOCHFOODS-0000214399). | | | | | |
| 9655 | Anna Bieganowska | Updated Anna Bieganowska Exhibit List. | | | | | |
| 9656 | Phil Fanara | Updated Phil Fanara Exhibit List. | | | | | |
| 9657 | Matthew Koppenhaver | Email chain between Bob Lewis and Bill Kantola dated on or about 7/18/14 (KOCHFOODS-0000251725). | | | | | |
| 9658 | Anna Bieganowska | Excel spreadsheet containing information on various productions dated 10/31/21. | | | | | |
| 9659 | Robert Lewis | Agent Interview Notes of Bob Lewis dated 10/31/21. | | | | | |
| 9660 | Stewart Ward | Updated Stewart Ward Exhibit List. | | | | | |
| 9661 | Robert Bryant | Agent Interview Notes of Robert Bryant dated 10/31/2021. | | | | | |
| 9662 | Matthew Koppenhaver | Excel spreadsheet titled Contacts (CLAXTON_0181697). | | | | | |
| 1030-3 | Anna Bieganowska | Adobe PDF containing Exhibit 1030 Metadata. | | | | | |
| 1105-1 | | Updated excel spreadsheet titled UFPC Cost Plus Pricing dated on or about 08/20/2014 (PILGRIMS-DOJ-0004223343). | | | | | |
| 1119-1 | Matthew Koppenhaver | Redacted version of SBRA dated on or about 9/3/2014 (RSCS000352). | | | | | |

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1120-1 | LaNard Taylor | Redacted version of SBRA dated on or about 12/2/2013 (RSCS000649). | | | | | |
| 1121-1 | Matthew Koppenhaver | Redacted version of SBRA dated on or about 10/20/2014 (RSCS000659). | | | | | |
| 1122-1 | LaNard Taylor | Redacted version of SBRA dated on or about 12/12/2013 (RSCS000950). | | | | | |
| 1123-1 | Matthew Koppenhaver | Redacted Version of SBRA dated on or about 12/1/2014 (RSCS000958). | | | | | |
| 1124-1 | LaNard Taylor | Redacted Version of SBRA dated on or about 12/2/2013 (RSCS001129). | | | | | |
| 1125-1 | Matthew Koppenhaver | Redacted Version of SBRA dated on or about 12/1/2014 (RSCS001137). | | | | | |
| 1126-1 | Matthew Koppenhaver | Redacted version of SBRA dated on or about 9/30/2014 (RSCS001577). | | | | | |
| 1127-1 | Matthew Koppenhaver | Redacted version of SBRA dated on or about 9/30/2014 (RSCS002166). | | | | | |
| 1728-1 | LaNard Taylor | redacted version of SBRA dated on or about 12/2/2013 (RSCS000343). | | | | | |
| 1729-1 | LaNard Taylor | redacted version of SBRA dated on or about 12/2/2013 (RSCS001557). | | | | | |
| 8092-1 | Matthew Koppenhaver | Updated version of Exhibit 8092. | | | | | |
| 8093-1 | Matthew Koppenhaver | Updated version of Exhibit 8093. | | | | | |
| 9645-1 | Matthew Koppenhaver | Highlighted Jimmie Little Toll Record Excerpts (ATT-ATR001-00000001). | | | | | |
| 9645-2 | Matthew Koppenhaver | Jimmie Little Toll Record Excepts (ATT-ATR001-00000001) with additional highlights | | | | | |
| 9646 | Larry Barela | Larry Barela Exhibit List. | | | | | |
| 9659 | Robert Lewis | Bob Lewis Interview Notes 10-31-2021 | | | | | |
| 9663 | Sara Fisher | Screenshot of contact information from Sara Fisher (Roger Austin - RSCS030054). | | | | | |
| 9664 | Sara Fisher | Screenshot of contact information from Sara Fisher (Ric Blake - RSCS030055). | | | | | |

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|---------------------|-------------|---------|----------|---------|----------------|
| 9665 | Sara Fisher | Screenshot of contact information from Sara Fisher (Scott Brady - RSCS030056). | | | | | |
| 9666 | Sara Fisher | Screenshot of contact information from Sara Fisher (Kevin Grindle - RSCS030057). | | | | | |
| 9667 | Sara Fisher | Screenshot of contact information from Sara Fisher (Bill Kantola - RSCS030058). | | | | | |
| 9668 | Sara Fisher | Screenshot of contact information from Sara Fisher (Tim Mulrenin - RSCS030059). | | | | | |
| 9669 | Sara Fisher | Screenshot of contact information from Sara Fisher (Carl Pepper - RSCS030060). | | | | | |
| 9670 | Robert Lewis | Agent Interview Notes of Bob Lewis dated 11/1/21 (DOC_20211102030720). | | | | | |
| 9671 | Robert Bryant | Terms of Immunity Agreement Regarding Robert Bryant. | | | | | |
| 9672 | Matthew Koppenhaver | Excerpt from Jayson Penn's toll records (VZW-ATR004-00000630). | | | | | |
| 9672-1 | Matthew Koppenhaver | Highlighted excerpt from Jayson Penn's toll records (VZW-ATR004-00000630). | | | | | |
| 9673 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Brian Roberts). | | | | | |
| 9674 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Tim Mulrenin). | | | | | |
| 9675 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Jayson Penn). | | | | | |
| 9676 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Bill Lovette). | | | | | |
| 9677 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Searcy Wildes). | | | | | |
| 9678 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Justin Gay). | | | | | |

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 9679 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Bill Lovette). | | | | | |
| 9680 | Meyer Skalak | Screenshot of contact information from Meyer Skalak (Scott Brady). | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Exhibit Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|---------------------|-------------|---------|----------|---------|----------------|
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |
|         |         |                     |             |         |          |         |                |