# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 3, 2021 |
| Courtroom Deputy: Sabrina Grimm/Robert Keech | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Jillian Rogowski
Laura Butte

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,  Michael Tubach
Anna Pletcher
2. MIKELL REEVE FRIES,  Richard Kornfeld
David Beller
3. SCOTT JAMES BRADY,  Bryan Lavine
Megan Rahman
Laura Kuykendall
4. ROGER BORN AUSTIN,  Michael Feldberg
Laura Carwile
5. TIMOTHY R. MULRENIN,  Elizabeth Prewitt
Marci LaBranche
6. WILLIAM VINCENT KANTOLA,  Roxann Henry
James Backstrom
7. JIMMIE LEE LITTLE,  Mark Byrne
Dennis Canty
8. WILLIAM WADE LOVETTE,  John Fagg,, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
9. GARY BRIAN ROBERTS, and  Craig Gillen
Richard Tegtmeier
10. RICKIE PATTERSON BLAKE,  Wendy Johnson
Barry Pollack

   Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 7**

**8:44 a.m.      Court in session.**

Defendants present on bond.

8:50 a.m.      Jury present.

Continued cross examination of Mr. Bryant by Mr. Kornfeld.

8:53 a.m.      Cross examination of Mr. Bryant by Mr. Gillen.

9:00 a.m. – 9:05 a.m.      Bench conference.

9:00 a.m.      Redirect examination of Mr. Bryant by Mr. Koenig

**Exhibit 9671 is admitted.**

9:30 a.m. – 9:33 a.m.      Bench conference.

Continued redirect examination of Mr. Bryant by Mr. Koenig.

9:48 a.m.      Recross examination of Mr. Bryant by Mr. Feldberg.

9:49 a.m. – 9:52 a.m.      Bench conference.

Government's witness, Philip Fanara, sworn.

9:53 a.m.      Direct examination of Mr. Fanara by Ms. Butte.

9:59 a.m.      Cross examination of Mr. Fanara by Mr. Schall.

10:11 a.m.    Redirect examination of Mr. Fanara by Ms. Butte.

**10:25 a.m.    Court in recess.**
**10:48 a.m.    Court in session.**

Jury present.

**Exhibits 9556, 9656, 143, 245, 246, 353, 354, 494, 584, 585, 586, 587, 588, 589, 622, 623, 624, 765, 766, 1231, 1233, 1234, 1235, 1239, 1248, 1425, 1429, 1430, 1431, 1432, 1433, 1434, 1440, 1441, 1442, 1962, 1964, 8000, 8001, 8002, 8003, 8004, 8005, 8006, 8007, 8008, 8041, 8042, 8043, 8044, 8045, 8052, 8053, 8054, 8055, 8056, 8057, 8058, 8059, 8060, 8061, 8062, 8063, 8064, 8065, 8066, 8067, 8068, 8069, 8086, and 9645 are admitted.**

10:51 a.m.     Recross examination of Mr. Fanara by Mr. Schall.

Government's witness, Kenneth Oliver, sworn.

10:55 a.m.     Direct examination of Mr. Oliver by Ms. Butte.

10:58 a.m. – 11:00 a.m.     Bench conference.

Continued direct examination of Mr. Oliver by Ms. Butte.

Government's witness, Robert Lewis, sworn.

11:06 a.m.     Direct examination of Mr. Lewis by Mr. Torzilli.

**Exhibits 9240, 9247, 1139, 1138, 1137, 1136, 1135, and 1134 are admitted.**

Jury excused.

**12:00 p.m.     Court in recess.**
**1:35 p.m.     Court in session.**

Discussion regarding Exhibit 9168.

1:46 p.m.     Jury present.

Continued direct examination of Mr. Lewis by Mr. Torzilli.

**Exhibits 1132, 1133, 1105-1, 1028, 1029, 1160, 1119 (pg. 1 redacted), 1121 (pg. 1 redacted), 1123 (pg. 1 redacted), 1125 (pg. 1 redacted), 1126 (pg. 1 redacted), 1127 (pg. 1 redacted), 1129, 1120 (pg. 1 redacted), 1122 (pg. 1 redacted), 1124 (pg. 1 redacted), 1748 (pg. 1 redacted), 1729 (pg. 1 redacted), 1243 (pg. 2 handwriting redacted), and 10-4 are admitted.**

3:07 p.m.     Cross examination of Mr. Lewis by Mr. Lavine.

Jury excused

**3:16 p.m.     Court in recess.**

**3:37 p.m.     Court in session.**

Discussion regarding request by Ms. Prewitt to redact last page of Government's exhibit 1129 and Government will withdraw the last page of Government's exhibit 1129.

3:43 p.m.     Jury enters.

Cross examination of Mr. Lewis by Mr. Lavine continues.

**Exhibit H-684 (demonstrative exhibit) published to jury.**

4:59 p.m.     Jury excused until November 4, 2021 at 8:30 a.m.

Discussion regarding proposed redactions to Government's exhibit 9168 and exhibits to be referenced during testimony to be elicited from Special Agent Matthew Koppenhaver.

Exhibit 9168 pg. 3 paragraph on bates 6106 is redacted.  Counsel will confer on the other issues raised.

**ORDERED:  Government shall file response, as discussed, by November 4, 2021.**

**ORDERED:  Bond is continued as to all defendants.**

**5:22 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:19