**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  November 4, 2021
Courtroom Deputy:  Sabrina Grimm              Court Reporter:   Janet Coppock

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli
                                              Laura Butte

       Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                       Michael Tubach
                                               Anna Pletcher
                                               Brian Quinn
2.  MIKELL REEVE FRIES,                        Richard Kornfeld
                                               David Beller
3.  SCOTT JAMES BRADY,                         Bryan Lavine
                                               Megan Rahman
                                               Laura Kuykendall
4.  ROGER BORN AUSTIN,                         Michael Feldberg
                                               Laura Carwile
5.  TIMOTHY R. MULRENIN,                       Elizabeth Prewitt
                                               Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                   Roxann Henry
                                               James Backstrom
7.  JIMMIE LEE LITTLE,                         Mark Byrne
                                               Dennis Canty
8.  WILLIAM WADE LOVETTE,                      John Fagg, Jr.
                                               James McLoughlin
                                               Kaitlin Price
9.  GARY BRIAN ROBERTS, and                    Craig Gillen
                                               Richard Tegtmeier
10.  RICKIE PATTERSON BLAKE,                   Wendy Johnson
                                               Barry Pollack

       Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 8**

**8:40 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

8:43 a.m.      Cross examination of Mr. Lewis by Mr. McLoughlin.

**Exhibit F-384 (as redacted) is admitted.**

9:45 a.m.      Cross examination of Mr. Lewis by Mr. Feldberg.

**Exhibits F-744 (pg. 1 redacted) and F-660 are admitted.**

Jury excused.

**10:16 a.m.     Court in recess.**
**10:38 a.m.     Court in session.**

Jury present.

10:40 a.m.      Cross examination of Mr. Lewis by Mr. Tubach.

**Exhibits G-504, C-451, C-872 (as redacted), A-644 (as redacted), 1007, 1008, F-889 (pgs. 2 and 3), A-299 (pgs. 2 and 3), A-298 (as redacted), F-788 (as redacted), H-976, and F-821 are admitted.**

**Exhibits F-881 and F-882 are refused.**

11:32 a.m.      Cross examination of Mr. Lewis by Mr. Gillen.

**Exhibits G-629 and G-523 are admitted.**

Jury excused.

Mr. McLoughlin notifies the Court that the Government has withdrawn Exhibit 9168. The Government will make a record in front of the jury after the break.

**12:02 p.m.     Court in recess.**
**1:30 p.m.      Court in session.**

Jury present.

**Exhibit 9168 is WITHDRAWN.**

Continued cross examination of Mr. Lewis by Mr. Gillen.

1:37 p.m.       Cross examination of Mr. Lewis by Ms. Henry.

**Exhibits C-454 (as redacted), 1025, and 1026 are admitted.**
**Exhibits 1023 and 1024 are refused.**

2:21 p.m.       Cross examination of Mr. Lewis by Mr. Pollack.

**Exhibit I-074 (as redacted) is admitted.**

2:53 p.m.       Redirect examination of Mr. Lewis by Mr. Torzilli.

Jury excused.

**3:09 p.m.     Court in recess.**
**3:32 p.m.     Court in session.**

Jury present.

Government witness, Sara Fisher, sworn.

3:35 p.m.       Direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1921, 1922, 1923, 1924, 1926, 1927, 1928, 1929, 1942, 1943, 1944, 1945,**
**1946, 1947, 1957, 1958, and 18-2 are admitted.**

4:24 p.m.       Cross examination of Ms. Fisher by Ms. Rahman.

**Exhibits F-853, F-868, and F-756 are admitted.**

4:55 p.m. – 4:58 p.m.       Bench conference.

Jury excused until November 5, 2021 at 8:30 a.m.

Discussion regarding brief filed regarding Agent Koppenhaver.

**ORDERED:  Bond is continued as to all defendants.**

**5:25 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:32