IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1.    JAYSON JEFFREY PENN,<br>2.    MIKELL REEVE FRIES,<br>3.    SCOTT JAMES BRADY,<br>4.    ROGER BORN AUSTIN,<br>5.    TIMOTHY R. MULRENIN,<br>6.    WILLIAM VINCENT KANTOLA,<br>7.    JIMMIE LEE LITTLE,<br>8.    WILLIAM WADE LOVETTE,<br>9.    GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | Criminal Case No. 20-cr-00152-PAB |

**CERTAIN DEFENDANTS' MOTION TO EXCLUDE ANY REFERENCE TO TELLY SMITH'S AND GOLDEN CORRAL'S PHILANTHROPIC WORK**

On November 7, 2021, the government disclosed interview notes regarding Telly Smith, the government's next witness. The notes detail charitable work by Mr. Smith and his employer, Golden Corral. The Court should exclude any reference to such charitable work, either by Mr. Smith or his employer, because it is irrelevant and prejudicial.

Evidence is relevant only when it "make[s] a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. Mr. Smith's philanthropic activities do not make it more or less likely that any conspiracy existed or that any Defendant purportedly participated in it, and they are irrelevant under Rule 401. *Shenwick v. Twitter, Inc.*, 2021 WL 1232451, at *6 (N.D. Cal. Mar. 31, 2021) (granting

1

motion to exclude evidence of philanthropic acts by witnesses because such evidence "is irrelevant to the question of whether" the defendants engaged in the charged conduct); *Niver v. Travelers Indem. Co. of Ill.*, 433 F. Supp. 2d 968, 994-95 (N.D. Iowa 2006) (evidence of "good or charitable acts are not relevant" (quotations omitted)).

The evidence would also prejudice Defendants under Rule 403, because the evidence would serve only one purpose: to boost the jury's view of a government witness. Courts regularly exclude this kind of charity-focused evidence under similar circumstances. *See, e.g.*, *In re Testosterone Replacement Therapy Prod. Liab. Litig. Coordinated Pretrial Proc.*, 2017 WL 2313201 (N.D. Ill. May 29, 2017) (excluding evidence of "good conduct" under Rule 403). This evidence also risks confusing and misleading the jury, suggesting the government's theories are right because a "good" person is testifying as a government witness. *Sec. State Bank v. Baty*, 439 F.2d 910, 913 (10th Cir. 1971) (a court "has not only the discretion but also the duty to exclude evidence of little or no relevance or probative value which might have a prejudicial effect.").

For the foregoing reasons, the Court should exclude any references to charitable work by Mr. Smith or his employer, Golden Corral.

|  |  |
|---|---|
| Dated:  November 7, 2021<br>s/ John A. Fagg, Jr.<br>John A. Fagg, Jr.<br>MOORE & VAN ALLEN PLLC<br>Attorney for William Wade Lovette<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>(704) 331-3622<br>johnfagg@mvalaw.com | Respectfully submitted,<br>s/ Michael F. Tubach<br>Michael F. Tubach<br>O'MELVENY & MYERS LLP<br>Attorney for Jayson Jeffrey Penn<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>(415) 984-8700<br>mtubach@omm.com |

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

  *s/ Michael F. Tubach*
  Michael F. Tubach