IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
**6.     WILLIAM VINCENT KANTOLA**,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

      Defendants.

---

**DEFENDANT WILLIAM KANTOLA'S BRIEF IN RESPONSE TO
UNITED STATES' BRIEF REGARDING GX 901**

---

COMES NOW, Defendant William Kantola, by and through his undersigned counsel, and respectfully requests that the Court adhere to its ruling on November 5, 2021 finding that GX 901 is not admissible under Federal Rule of Evidence 801(d)(2)(A) or for state of mind purposes. [Unofficial Tr. 198/2-4] The Government's brief (Dkt. 794) does not challenge the Court's *James* finding and ignores and does not address Court's holding rejecting state of mind relevancy. Instead, the Government reargues, without new material, state of mind relevance.[1]

---

[1] Also, in conceding in the second sentence of its Brief that the numbers in GX 901 are revenue figures, the Government confirms that the numbers do not reflect a *profit* motive on the part of

For the foregoing reasons, Defendant Kantola requests the Court to confirm its ruling on November 5, 2021, holding that GX 901 is not admissible.

.

| | |
|---|---|
| Dated:  November 8, 2021<br>At:     Denver, Colorado | Respectfully submitted,<br><br>JAMES A. BACKSTROM, COUNSELLOR<br><br>*s/ James A. Backstrom*<br><br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102-1932<br>Tel: (215) 864-7797<br>jabber@backstromlaw.com<br><br>ROXANN HENRY, ESQ.<br><br>5410 Wilson Lane<br>Bethesda, MD 20814-1342<br>Tel: (202) 489-9556<br>Henry.Roxann@me.com<br><br>***Counsel for Defendant William Kantola*** |

---

the Defendant. Revenue is not profit. Moreover, the Government has offered no evidence that the profits of Mr. Kantola's employer are linked to his personal compensation. This also is a basis for exclusion under Rule 403.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2021, I filed the foregoing **Defendant William Kantola's Brief In Response To United States' Brief Regarding GX 901** with the Clerk of Court using the CM/ECF system, which will serve notice of such filing on all counsel of record.

At:   Denver, Colorado                              *s/ James A. Backstrom*
                                                    James A. Backstrom