IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 5, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Kaitlin Price |
| | James McLoughlin |
| | Dru Neilsen |
| | Frank Schall |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| Defendants. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 9**

**8:29 a.m.**     **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding the scope objection to Exhibit F-828 and additional documents.

8:40 a.m.     Jury present.

Continued cross examination of Ms. Fisher by Ms. Rahman.

**Exhibit I-054 is admitted.**

8:41 a.m.     Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibits B-963, F-747, F-783, F-789, F-796, G-474, and E-468 are admitted.**

9:05 a.m.     Cross examination of Ms. Fisher by Ms. Johnson.

**Exhibit I-067 is admitted.**

9:18 a.m.     Cross examination of Ms. Fisher by Ms. Henry.

**Exhibits C-465, C-265, and C-207 are admitted.**

9:26 a.m.     Cross examination of Ms. Fisher by Mr. Quinn.

9:29 a.m.     Cross examination of Ms. Fisher by Ms. Price.

9:30 a.m.     Cross examination of Ms. Fisher by Ms. Prewitt.

9:40 a.m.     Redirect examination of Ms. Fisher by Ms. Sweeney.

Discussion regarding scheduling and admitting exhibits.

9:49 a.m.     Jury excused.

Discussion regarding issues with transceivers and documents.

**10:08 a.m.**   Court in recess.
**10:30 a.m.**   Court in session.

Discussion regarding scheduling, issues with witness K.C. Tucker, and Koppenhaver exhibits.

10:54 a.m.   Jury present.

Government witness, Brian Coan, sworn.

10:55 a.m.   Direct examination of Mr. Coan by Ms. Butte.

Government witness, K.C. Tucker, sworn.

10:59 a.m.   Direct examination of Ms. Tucker by Ms. Butte.

11:12 a.m.   Jury excused until November 8, 2021 at 8:30 a.m.

Discussion regarding scheduling.  Defendants' presence is not required for the remainder of the hearing related to exhibits.

**11:15 a.m.**   Court in recess.
**1:17 p.m.**   Court in session.

Discussion and argument regarding exhibits the government intends to move the admission of without sponsoring a witness in an attempt to iron out some of the objections and rulings to facilitate the introduction of those exhibits.

**3:22 p.m.**   Court in recess.
**3:45 p.m.**   Court in session.

Continued discussion and argument regarding exhibits.

**ORDERED:**   Government is permitted to submit briefing, as discussed, by November 8, 2021 in the morning.

**ORDERED:**   Bond is continued as to all defendants

**5:06 p.m.**   Court in recess.

Trial continued.
Total time in court:   5:50