# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 8, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

Parties:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

    Defendants.

Counsel:

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

Michael Tubach
Anna Pletcher
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Laura Kuykendall
Michael Feldberg
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Craig Gillen
Richard Tegtmeier
Wendy Johnson
Barry Pollack

## COURTROOM MINUTES

**JURY TRIAL – DAY 10**

**8:33 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding sick juror and testimony related to Telly Smith.

8:41 a.m.     Jury present.

8:43 a.m. – 8:46 a.m.     Bench conference.

**Exhibits 6198, 3037, 1190, 1191, 1175, 1074, 1075, 1058, 1247, 1051, 1238, 9672, 955, 953, and 940 are admitted.**

Government witness, Telly Smith, sworn.

9:29 a.m.     Direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 413 is admitted.**

9:59 a.m. – 10:00 a.m.     Bench conference.

Continued direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 401 is admitted.**

Jury excused.

**10:16 a.m.   Court in recess.**
**10:37 a.m.   Court in session.**

Jury present.

Continued direct examination of Mr. Smith by Mr. Koenig.

**Exhibit 480 is admitted.**

10:51 a.m. to 10:55 a.m.    Bench conference.

Continued direct examination of Mr. Smith by Mr. Koenig.

10:55 a.m.    Cross examination of Mr. Smith by Mr. Tubach.

**Exhibits D-789 and C-862 are admitted.**

11:47 a.m. – 11:51 a.m.    Bench conference.

**Exhibits 424 and 404 are admitted.**

12:00 p.m.    Jury excused.

Discussion regarding Exhibit 901.  The objections are overruled.

**12:06 p.m.    Court in recess.**
**1:32 p.m.    Court in session.**

Jury present.

Continued cross examination of Mr. Smith by Mr. Tubach.

**Exhibits E-568 (as redacted) and E-569 are admitted.**

2:06 p.m.    Cross examination of Mr. Smith by Ms. Henry.

2:07 p.m.    Cross examination of Mr. Smith by Mr. Pollack.

2:12 p.m. – 2:15 p.m.    Bench conference.

Continued cross examination of Mr. Smith by Mr. Pollack.

2:17 p.m.    Cross examination of Mr. Smith by Ms. Prewitt.

2:25 p.m.    Cross examination of Mr. Smith by Mr. Fagg.

**Exhibit 481 (2 page version) is admitted.**

2:38 p.m.    Cross examination of Mr. Smith by Mr. Feldberg.

2:43 p.m.    Redirect examination of Mr. Smith by Mr. Koenig.

2:48 p.m. – 3:01 p.m.    Bench conference.

**Exhibits 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447 are admitted.**

Jury excused.

**3:20 p.m.     Court in recess.**
**3:42 p.m.     Court in session.**

Discussion regarding exhibits.  Counsel would like to come in from 8:00 a.m. to 10:00 a.m. on November 9, 2021 to discuss exhibits outside the presence of the jury.

3:50 p.m.     Jury present.

Government witness, Michael Ledford, sworn.

3:54 p.m.     Direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1438, 1438-1, 9693 are admitted.**

4:28 p.m. – 4:29 p.m.     Bench conference.

**Exhibits 1505, 9692, 1410, 9691, 1406, and 9690 are admitted.**

4:47 p.m. – 4:55 p.m.     Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1569 and 9696 are admitted.**

Jury excused until November 9, 2021 at 8:30 a.m.

Defendants do not have to be present for the session on November 9, 2021 from 8:00 a.m. to 10:00 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:06 p.m.     Court in recess.**

Trial continued.
Total time in court:     6:24