IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    **TIMOTHY MULRENIN**,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    **GARY BRIAN ROBERTS,** and
10.   RICKIE PATTERSON BLAKE,

    Defendants.

---

**DEFENDANT MULRENIN'S AND ROBERTS' MOTION TO RESTRICT
MOTION FOR MISTRIAL**

---

Defendants Timothy Mulrenin and Gary Brian Roberts file this Motion to Restrict Motion for Mistrial, pursuant to Federal Rules of Criminal Procedure 49.1(d) and 49.1(f), D.C.COLO.LCrR 47.1(c) and the Court's Second Amended Protective Order, Doc. # 193, and respectfully move the Court to restrict public access to Defendants' Joint Petition for Disclosure of Grand Jury Matters, and all exhibits thereto, to Restriction Level 2, pursuant to D.C.COLO.LCrR 47.1(b), on the grounds set forth in Defendants' Brief in Support of Motion to Restrict Defendants' Motion for Mistrial.

-1-

Respectfully submitted, this 9th day of November, 2021.

| | |
|---|---|
| *s/ Craig Allen Gillen* | *s/ Elizabeth B. Prewitt* |
| Craig Allen Gillen | Elizabeth B. Prewitt |
| GILLEN, WITHERS & LAKE | LATHAM & WATKINS LLP |
| 400 Galleria Parkway, Ste. 1920 | 1271 Avenue of the Americas |
| Atlanta, GA 30339 | New York, NY 10020 |
| (404) 842-9700 | (212) 906-1200 |
| cgillen@gwllawfirm.com | elizabeth.prewitt@lw.com |
| | |
| *Attorney for Gary Brian Roberts* | |
| | *s/ Jamie Hubbard* |
| | Marci G. LaBranche |
| | Jamie Hubbard |
| | STIMSON STANCIL LABRANCHE HUBBARD LLC |
| | 1652 N. Downing Street |
| | Denver, CO 80218 |
| | (720) 689-8909 |
| | labranche@sslhlaw.com |
| | hubbard@sslhlaw.com |
| | |
| | *Attorneys for Timothy Mulrenin* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Nancy Hickam*
Nancy Hickam

-2-