IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 9, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

Defendants.

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

Michael Tubach
Anna Pletcher
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
Elizabeth Prewitt
Marci LaBranche
Roxann Henry
James Backstrom
Mark Byrne
Dennis Canty
John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Craig Gillen
Richard Tegtmeier
Wendy Johnson
Barry Pollack

## COURTROOM MINUTES

**JURY TRIAL – DAY 11**

**8:01 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Ms. Sweeney informs the court that witness Meyer Skalak will testify in person.

Discussion and argument regarding exhibits the government intends to move into evidence.  Objections ruled upon by the Court, as stated on record.

**9:46 a.m.     Court in recess.**
**10:01 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 9710, 1439, 9694, 1435, 1501, 1500, 1542, 1515, 1552, 1503, 9004, 1607, 1601, and 1707-1 are admitted.**

11:34 a.m. – 11:41 a.m.     Bench conference.

**Exhibit 1707-1 is refused.**

Continued direct examination of Mr. Ledford by Mr. Torzilli.

11:47 a.m. – 11:53 a.m.     Bench conference.

**Exhibits 454, D-788, and 498 are admitted.**

Jury excused.

Discussion regarding excusing the jury tomorrow.

**12:05 p.m.    Court in recess.**
**1:34 p.m.     Court in session.**

Jury present.

**Exhibits 453, 448, 9711, 9712, 9713, 9709, 449, 450, 451, 9707, and 9708 are admitted.**

1:46 p.m.      Cross examination of Mr. Ledford by Mr. Beller.

**Exhibit I-108 (pg. 1) is admitted for demonstrative purposes only.**

2:53 p.m. – 2:59 p.m.      Bench conference.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibit F-810 is admitted.**

3:15 p.m.      Jury excused.

Discussion regarding scheduling.

**3:29 p.m.      Court in recess.**
**3:46 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-813, F-808, A-288 are admitted.**
**Exhibit I-108 (pgs. 2, 4, 6) is admitted for demonstrative purposes only.**

Jury excused until November 10, 2021 at 8:30 a.m.

Discussion regarding Exhibits 1547 and E-570.

**ORDERED:  Bond is continued as to all defendants.**

**5:25 p.m.      Court in recess.**

Trial continued.
Total time in court:    7:23