# Exhibit B

| | |
|---|---|
| **From:** | Jim McLoughlin |
| **Sent:** | Wednesday, November 3, 2021 11:34 PM |
| **To:** | Butte, Laura (ATR); Cheng, Cecilia (ATR); Tubach, Michael; mfeldberg@reichmanjorgensen.com; jenniferderwin@byrnenixon.com; denniscanty@byrnenixon.com; josephpark@byrnenixon.com; markbyrne@byrnenixon.com; Kaitlin Price; rick@rklawpc.com; Pletcher, Anna T.; Quinn, Brian P.; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; Elizabeth.Prewitt@lw.com; Caroline.Rivera@lw.com; John Fagg; jabber@backstromlaw.com; cgillen@gwllawfirm.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; henry.roxann@me.com; Frank Schall; Fielding Huseth; henry.roxann@me.com; Koenig, Michael (ATR); Sweeney, Carolyn (ATR); Torzilli, Paul (ATR); Rogowski, Jillian (ATR); Call, Heather (ATR) |
| **Subject:** | Re: The Government's Refusal to Produce Agent Text Messages |

Counsel,

Your email is surprising in light of prior email requesting this information, which apparently caused no confusion. However, my apologies for not providing the correct bates numbers for all.  The bates numbers include, but are not limited to, the below:

- DOJ-ATR027-00000004
- DOJ-ATR035-00000001 – DOJ-ATR035-00000004
- DOJ-ATR035-00000006
- DOJ-ATR035-00000008 – DOJ-ATR035-00000009
- DOJ-ATR035-00000010
- DOJ-ATR035-00000012 – DOJ-ATR035-00000014
- DOJ-ATR035-00000015

To be clear, there is no reason to believe these messages are the universe of *Brady* material and the government's delaying tactics to date reinforce that view. I reiterate the request for all *Brady* material.

To avoid any confusion, the text messages for which no metadata has been produced and for which we have repeatedly requested the color native documents and any metadata include, but are not limited to those that address such matters as:

- describing the investigation as bizarre" (DOJ-ATR035-00000011),
- disclosing the indictment was provided to senior attorneys in the Justice Department without it being first provided to the investigating agents (DOJ-ATR035-00000012 – DOJ-ATR035-00000014),
- describing how the investigating agents are being "cut out" (DOJ-ATR035-00000001)
- disclosing the agents are not part of the investigation (DOJ-ATR035-00000002),
- disclosing key materials were not provided to the agents (DOJ-ATR035-00000006),
- disclosing agents were no longer allowed to do interviews ((DOJ-ATR035-00000010), or
- disclosing the agents feel the "whole process is terrible" and they are just "along for the ride" ((DOJ-ATR035-00000009).

I hope and expect this list of themes helps to eliminate any confusion.

1

Finally, please make no further effort to delay by making references to productions from months ago in which Brady material may have been buried among the millions of meaningless documents you have produced. Provide the requested data immediately.

Regards,

Jim McLoughlin

---

**From:** "Butte, Laura (ATR)" <Laura.Butte@usdoj.gov>
**Date:** Wednesday, November 3, 2021 at 8:23 PM
**To:** Jim McLoughlin <jimmcloughlin@mvalaw.com>, "Cheng, Cecilia (ATR)" <Yixi.Cheng@usdoj.gov>, Michael Tubach <mtubach@omm.com>, "mfeldberg@reichmanjorgensen.com" <mfeldberg@reichmanjorgensen.com>, "jenniferderwin@byrnenixon.com" <jenniferderwin@byrnenixon.com>, "denniscanty@byrnenixon.com" <denniscanty@byrnenixon.com>, "josephpark@byrnenixon.com" <josephpark@byrnenixon.com>, "markbyrne@byrnenixon.com" <markbyrne@byrnenixon.com>, Kaitlin Price <kaitlinprice@mvalaw.com>, "rick@rklawpc.com" <rick@rklawpc.com>, "Pletcher, Anna T." <apletcher@omm.com>, "Quinn, Brian P." <bquinn@omm.com>, "bryan.lavine@troutman.com" <bryan.lavine@troutman.com>, "david@rklawpc.com" <david@rklawpc.com>, "megan.rahman@troutman.com" <megan.rahman@troutman.com>, "julie@jwitherslaw.com" <julie@jwitherslaw.com>, "lcarwile@reichmanjorgensen.com" <lcarwile@reichmanjorgensen.com>, Elizabeth Prewitt <Elizabeth.Prewitt@lw.com>, "Caroline.Rivera@lw.com" <Caroline.Rivera@lw.com>, John Fagg <johnfagg@mvalaw.com>, "jabber@backstromlaw.com" <jabber@backstromlaw.com>, "cgillen@gwllawfirm.com" <cgillen@gwllawfirm.com>, "bpollack@robbinsrussell.com" <bpollack@robbinsrussell.com>, "wjohnson@rmp.law" <wjohnson@rmp.law>, "henry.roxann@me.com" <Henry.Roxann@me.com>, Frank Schall <frankschall@mvalaw.com>, Fielding Huseth <fieldinghuseth@mvalaw.com>, "henry.roxann@me.com" <Henry.Roxann@me.com>, "Koenig, Michael (ATR)" <Michael.Koenig@usdoj.gov>, "Sweeney, Carolyn (ATR)" <Carolyn.Sweeney@usdoj.gov>, "Torzilli, Paul (ATR)" <Paul.Torzilli@usdoj.gov>, "Rogowski, Jillian (ATR)" <Jillian.Rogowski@usdoj.gov>, "Call, Heather (ATR)" <Heather.Call@usdoj.gov>
**Subject:** RE: The Government's Refusal to Produce Agent Text Messages

**EXTERNAL EMAIL – USE CAUTION**

Counsel,

I am unclear as to what additional documents you are referring to. The documents Bates numbered DOJ-ATR027-00000010 to DOJ-ATR027-00000026 are emails and attachments that were produced in August 2021. The documents Bates numbered DOJ-ATR010-00000001 to DOJ-ATR010-00000085 are applications for search warrants that were produced in December 2020. Could you let me know what production date the materials you are referring to were produced?

Laura

---

**From:** Jim McLoughlin <jimmcloughlin@mvalaw.com>
**Sent:** Wednesday, November 3, 2021 7:34 PM
**To:** Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Tubach, Michael <mtubach@omm.com>; mfeldberg@reichmanjorgensen.com; jenniferderwin@byrnenixon.com;

denniscanty@byrnenixon.com; josephpark@byrnenixon.com; markbyrne@byrnenixon.com; Kaitlin Price <kaitlinprice@mvalaw.com>; rick@rklawpc.com; Pletcher, Anna T. <apletcher@omm.com>; Quinn, Brian P. <bquinn@omm.com>; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; Elizabeth.Prewitt@lw.com; Caroline.Rivera@lw.com; John Fagg <johnfagg@mvalaw.com>; jabber@backstromlaw.com; cgillen@gwllawfirm.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; henry.roxann@me.com; Frank Schall <frankschall@mvalaw.com>; Fielding Huseth <fieldinghuseth@mvalaw.com>; henry.roxann@me.com; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Subject:** [EXTERNAL] The Government's Refusal to Produce Agent Text Messages

Counsel,

Thank you for the production. I will note that the production was made 10 minutes after court began for the afternoon, which delayed review of the production.  More disappointing is the government's failure to produce the documents that demonstrate the most objectionable behavior with no notice or explanation. The record clearly reflects the request for these documents, DOJ-ATR027-000010 through 26. Yet again, I repeat the request for immediate production with immediate meaning within the next two hours.

Your repeated failure to produce documents DOJ-ATR010-000010 through 26 will be brought to the attention of the Court in the morning with a request for appropriate relief.

Regards,

Jim McLoughlin

---

**From:** "Butte, Laura (ATR)" <Laura.Butte@usdoj.gov>
**Date:** Wednesday, November 3, 2021 at 1:48 PM
**To:** Jim McLoughlin <jimmcloughlin@mvalaw.com>, "Cheng, Cecilia (ATR)" <Yixi.Cheng@usdoj.gov>, Michael Tubach <mtubach@omm.com>, "mfeldberg@reichmanjorgensen.com" <mfeldberg@reichmanjorgensen.com>, "jenniferderwin@byrnenixon.com" <jenniferderwin@byrnenixon.com>, "denniscanty@byrnenixon.com" <denniscanty@byrnenixon.com>, "josephpark@byrnenixon.com" <josephpark@byrnenixon.com>, "markbyrne@byrnenixon.com" <markbyrne@byrnenixon.com>, Kaitlin Price <kaitlinprice@mvalaw.com>, "rick@rklawpc.com" <rick@rklawpc.com>, "Pletcher, Anna T." <apletcher@omm.com>, "Quinn, Brian P." <bquinn@omm.com>, "bryan.lavine@troutman.com" <bryan.lavine@troutman.com>, "david@rklawpc.com" <david@rklawpc.com>, "megan.rahman@troutman.com" <megan.rahman@troutman.com>, "julie@jwitherslaw.com" <julie@jwitherslaw.com>, "lcarwile@reichmanjorgensen.com" <lcarwile@reichmanjorgensen.com>, Elizabeth Prewitt <Elizabeth.Prewitt@lw.com>, "Caroline.Rivera@lw.com" <Caroline.Rivera@lw.com>, John Fagg <johnfagg@mvalaw.com>, "jabber@backstromlaw.com" <jabber@backstromlaw.com>, "cgillen@gwllawfirm.com" <cgillen@gwllawfirm.com>, "bpollack@robbinsrussell.com" <bpollack@robbinsrussell.com>, "wjohnson@rmp.law" <wjohnson@rmp.law>, "henry.roxann@me.com" <Henry.Roxann@me.com>, Frank Schall <frankschall@mvalaw.com>, Fielding Huseth <fieldinghuseth@mvalaw.com>, "henry.roxann@me.com" <Henry.Roxann@me.com>, "Koenig, Michael (ATR)" <Michael.Koenig@usdoj.gov>, "Sweeney, Carolyn (ATR)" <Carolyn.Sweeney@usdoj.gov>, "Torzilli, Paul (ATR)" <Paul.Torzilli@usdoj.gov>, "Rogowski, Jillian (ATR)" <Jillian.Rogowski@usdoj.gov>, "Call, Heather (ATR)" <Heather.Call@usdoj.gov>
**Subject:** RE: Production of Agent Text Messages

**EXTERNAL EMAIL - USE CAUTION**

Counsel,

Please find attached color images of the text messages produced at DOJ-ATR027-00000001 to DOJ-ATR027-00000009 and a corresponding .opt file.

Thank you,
Laura

---

**From:** Jim McLoughlin <jimmcloughlin@mvalaw.com>
**Sent:** Tuesday, November 2, 2021 8:16 PM
**To:** Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; Tubach, Michael <mtubach@omm.com>; mfeldberg@reichmanjorgensen.com; jenniferderwin@byrnenixon.com; denniscanty@byrnenixon.com; josephpark@byrnenixon.com; markbyrne@byrnenixon.com; Kaitlin Price <kaitlinprice@mvalaw.com>; rick@rklawpc.com; Pletcher, Anna T. <apletcher@omm.com>; Quinn, Brian P. <bquinn@omm.com>; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; Elizabeth.Prewitt@lw.com; Caroline.Rivera@lw.com; John Fagg <johnfagg@mvalaw.com>; jabber@backstromlaw.com; cgillen@gwllawfirm.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; henry.roxann@me.com; Frank Schall <frankschall@mvalaw.com>; Fielding Huseth <fieldinghuseth@mvalaw.com>; henry.roxann@me.com; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Subject:** [EXTERNAL] Re: Production of Agent Text Messages

Dear Counsel,

On behalf of Mr. Lovette, I write to request production of native color copies of the text messages, bates numbered DOJ-ATR027-000001 through 26, as you did for your second production of text messages. Native color copies are necessary to clearly decipher these texts. If we have not received color copies sufficient to identify the author of each individual message tomorrow before end of day and before Agent Koppenhaver takes the stand, we will be forced to raise the issue with the Court. Of course, we also repeat our request for the metadata. We reserve the right to seek all appropriate relief from the Court.

Regards,

Jim McLoughlin

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

Moore & Van Allen


CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**

5