# EXHIBIT 1

| Employer Sources | | |
|---|---|---|
| Name | Year | Exhibit |
| Jimmie Little | 2012 | 107 |
| Tim Mulrenin | 2014 | 346 |
| Tim Stiller | 2014 | 346 |
| Mikell Fries | 2014 | 501 |
| Greg Tench | 2014 | 515 |
| Jayson Penn | 2014 | 930 |
| Roger Austin | 2014 | 1099 |
| Jason McGuire | 2014 | 1230 |
| Roger Austin | 2012 | 1549 |
| Jayson Penn | 2017 | 1844 |
| Tim Stiller | 2017 | 1904 |
| Roger Austin | 2017 | 1914 |
| Carl Pepper | 2017 | 1951 |
| Scott Brady | 2019 | 3057 |
| Carl Pepper | 2012 | 5017 |
| Searcy Wildes | 2014 | 6005 |
| Ric Blake | 2013 | 6106 |
| Bill Kantola | 2013 | 6143 |
| Kevin Grindle | 2014 | 6155 |
| Scott Brady | 2014 | 6184 |
| Justin Gay | 2014 | 6196 |
| Ric Blake | 2013 | 6285 |
| Bill Kantola | 2012 | 7040 |
| Bill Lovette | 2014 | 9020 |
| Jimmie Little | 2014 | 9088 |
| Scott Brady | 2013 | 9186 |
| Ric Blake | 2012 | 9260 |
| Scott Brady | 2012 | 9260 |
| Ric Blake | 2014 | 9648 |
| Joe Brink | 2014 | 562 |