# EXHIBIT 2

| Source Type | Phone Number Source Exhibit | BATES |
|---|---|---|
| 1. Email Signature | 118 | TY-000064024 |
| | 335 | PILGRIMS-0006936703 |
| | 429 | PILGRIMS-0006001212 |
| | 453 | PILGRIMS-DOJ-0000509302 |
| | 500 | CLAXTON_0014869 |
| | 557 | PILGRIMS-DOJ-0002822850 |
| | 618 | TY-001066359 |
| | 744 | TY-000204047 |
| | 762 | CLA_0228956 |
| | 953 | PILGRIMS-DOJ-0002023481 |
| | 977 | GEODOJ_0002077 |
| | 1132 | RSCS022047 |
| | 1177 | TY-001038031 |
| | 1524 | PILGRIMS-0002932695 |
| | 1540 | PILGRIMS-0005997458 |
| | 6003 | CLA_0078156 |
| | 6155 | MAR-JAC_0000604476 |
| | 6263 | MJPoultry-0000225096 |
| | 6292 | TY-000163115 |
| | 7013 | MJPoultry-0000013800 |
| | 7040 | TY-000910276 |
| | 9145 | CLAXTON_0000081 |
| | 9150 | GEO_0001412690 |
| | 9151 | GEODOJ_0005076 |
| | 9181 | PILGRIMS-DOJ-0001274333 |
| | 9260 | GEO_0000802541 |
| | 9638 | PILGRIMS-0005832492 |
| | 9640 | PILGRIMS-DOJ-0000509318 |
| 2. Phone Provider Record | 495 | VZW-ATR001-00005553 |
| | 8041 | ATT-ATR002-00000001 |
| | 8041 | ATT-ATR002-00000001 |
| | 8041 | ATT-ATR002-00000001 |
| | 8041 | ATT-ATR002-00000001 |
| | 8041 | ATT-ATR002-00000001 |
| | 8042 | ATT-ATR-004-00021809 |
| | 8055 | ATT-ATR006-00009195 |
| | 8076 | VZW-ATR004-00005553 |
| | 8084 | VZW-ATR011-00002183 |
| | 8089 | VZW-ATR009-00000001 |
| | 8091 | VZW-ATR004-00002007 |
| | 8095 | VZW-ATR005-00006363 |
| | 8095 | VZW-ATR005-00006363 |

| Source Type | Phone Number Source Exhibit | BATES |
|---|---|---|
| | 8095 | VZW-ATR005-00006363 |
| | 8095 | VZW-ATR005-00006363 |
| | 8096 | VZW-ATR009-0001553 |
| | 8096 | VZW-ATR009-0001553 |
| | 8092-1 | VZW-ATR001-00006978 |
| | 8093-1 | VZW-ATR001-00008252 |
| 3. Imaged Device Contact | 5021 | N/A - Jimmie Little contact list |
| | 8018 | TY-001337741 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9010 | CLAXTON_0181697 |
| | 9264 | PILGRIMS-DOJ-0004505846 |
| | 9264 | PILGRIMS-DOJ-0004505846 |
| 4. Business Record | 405 | MJPoultry-0000008030 |
| | 1226 | PILGRIMS-0005856748 |
| | 1408 | GEODOJ_0637070 |
| | 9256 | GEO_0000813114 |
| | 9256 | GEO_0000813114; (2012) |
| | 9257 | GEO_0000813120 |
| | 9257 | GEO_0000813120 |
| | 9258 | GEODOJ_0582933 |
| | 9258 | GEODOJ_0582933 (2012) |
| | 9259 | GEO_0000410041 |
| | 9262 | PILGRIMS-0006869524 |
| | 9263 | TY-001267322 |
| 5. Otherwise Admissible | 1238 | CLAXTON_0181706 |
| | 3039 | PILGRIMS-DOJ-0000918542 |
| | 219 | PILGRIMS-DOJ-0000177839 |