# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 10, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
   Anna Pletcher

2. MIKELL REEVE FRIES,   Richard Kornfeld
   David Beller
   Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
   Megan Rahman
   Laura Kuykendall

4. ROGER BORN AUSTIN,   Michael Feldberg
   Laura Carwile
   Julie Withers

5. TIMOTHY R. MULRENIN,   Elizabeth Prewitt
   Marci LaBranche

6. WILLIAM VINCENT KANTOLA,   Roxann Henry
   James Backstrom

7. JIMMIE LEE LITTLE,   Mark Byrne
   Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
   Frank Schall
   Dru Nielsen
   James McLoughlin

9. GARY BRIAN ROBERTS, and   Craig Gillen
   Richard Tegtmeier

10. RICKIE PATTERSON BLAKE,   Wendy Johnson
   Barry Pollack

   Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 12**

**8:31 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding briefing on Exhibit 1547 and E-570.

8:36 a.m.     Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-815, A-612, A-613 (excluding native format), A-622, A-623, A-626, and A-627 are admitted.**
**Exhibit I-221 (pgs. 1, 2, 3, 4) is displayed for demonstrative purposes only.**

9:17 a.m. – 9:20 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Beller.

9:27 a.m.     Cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits F-742 and F-750 are admitted.**

9:57 a.m. – 10:00 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits F-759, F-768, F-769, F-777, F-778, F-786, and F-787 are admitted.**

Jury excused.

Discussion regarding scheduling.  The jury will be excused on November 12, 2021 to give counsel the opportunity to discuss exhibits.

**10:17 a.m.     Court in recess.**
**10:37 a.m.     Court in session.**

10:38 a.m. – 10:43 a.m.     Bench conference.

Jury present.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits F-790, F-798, and F-799 are admitted.**

10:54 a.m. – 10:58 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit I-241 is displayed for demonstrative purposes only.**

11:16 a.m. – 11:24 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits H-971 and D-330 are admitted.**

11:42 a.m.    Cross examination of Mr. Ledford by Mr. Fagg.

11:45 a.m.    Cross examination of Mr. Ledford by Ms. Prewitt.

11:46 a.m.    Cross examination of Mr. Ledford by Mr. Pollack.

**Exhibit I-201 is displayed for demonstrative purposes only.**
**Exhibit H-855 is admitted.**

Jury excused.

Discussion regarding witness Brink.

**12:02 p.m.    Court in recess.**
**1:31 p.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Pollack.

**Exhibits B-936, 1405, C-023, C-024-1, C-020, C-021-1, and 1514 are admitted.**
**Exhibit C-024 is WITHDRAWN.**

2:29 p.m. – 2:37 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Pollack.

2:40 p.m.Cross examination of Mr. Ledford by Ms. Henry.

2:50 p.m.Cross examination of Mr. Ledford by Mr. Tubach.

2:54 p.m. – 2:56 p.m.Bench conference.

Continued cross examination of Mr. Ledford by Mr. Tubach.

**Exhibits D-546, D-588, D-589, G-605, G-606, I-242, I-243, G-600, and G-601 are admitted.**

Jury excused.

Discussion regarding shutting down the overflow courtroom and scheduling.

**3:19 p.m.Court in recess.**
**3:38 p.m.Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Tubach.

**Exhibits C-475, C-478, C-480, C-482, C-882, C-883, A-114, A-115, D-530, and D-531 are admitted.**

3:44 p.m.Redirect examination of Mr. Ledford by Mr. Torzilli.

**Exhibit 1700-1 is admitted.**

3:54 p.m. – 3:58 p.m.Bench conference.

Discussion regarding the admission of certain exhibits.

4:04 p.m. – 4:07 p.m.Bench conference.

**Exhibit 1427 is admitted.**

Government witness, Meyer Skalak, sworn.

4:10 p.m.Direct examination of Mr. Skalak by Ms. Sweeney.

**Exhibits 356 and 307 are admitted.**

4:50 p.m.Cross examination of Mr. Skalak by Mr. Beller.

Jury excused until November 15, 2021 at 8:30 a.m.

Discussion regarding the list of exhibits that will be reviewed on Friday.

**ORDERED:** The Government shall file a response to Motion [812] by November 16, 2021.

**ORDERED:** The Government shall file a response to Defendants' Motion to Exclude Any Reference to Confidentiality Agreements [819] by November 12, 2021.

**ORDERED:** The Government shall file a response to William Lovette's Motion to Compel the Production of Certain Brady Material [818] by November 15, 2021.

Court will reconvene on November 12, 2021 at 8:30 a.m.

**ORDERED:** Bond is continued as to all defendants.

**5:11 p.m.** Court in recess.

Trial continued.
Total time in court:   6:32