**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

**UNITED STATES' MOTION FOR RULING REGARDING AUTHENTICATION OF EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)**

The government respectfully files this motion seeking an order authenticating certain records under Federal Rules of Evidence 902(14).[1] Attached to this motion are two declarations that, taken together, satisfy Federal Rule of Evidence 902(14) to authenticate a cell phone extraction and processing of Defendant Brady's iPhone 6S. The resulting information from Defendant Brady's phone is marked with Bates label

---

[1] On October 11, 2021, the government filed a Motion for Pre-Trial Ruling Regarding Authentication of Evidence Pursuant to 902(11), 902(13), and 902(14), ECF 623, which the Court granted in part in ECF 673.  The government hereby incorporates by reference the arguments made in ECF 623.  D.C. Colo. LCrR 12.1.

CLAXTON_ 0181697 and is identified as GX-8010.  The certifications were signed on November 3, 2021 and November 8, 2021, and the government provided them to the defendants on November 9, 2021.  The cell phone extraction was provided to the Defendants as part of pre-trial discovery.

Under Federal Rule of Evidence 902(14), certain evidence is self-authenticating, including "certified data copied from an electronic device, storage medium, or file."  Rule 902(14) requires a qualified individual to provide a declaration that certifies that "data copied from an electronic device, storage medium, or file," is "authenticated by a process of digital identification."  Such evidence can be self-authenticating when the proponent gives reasonable written notice of the intent to offer the record, and makes the record and certification available for inspection. *See* Fed. R. Evid. 902(14).  As described above, the requirements of 902(14) have been met, so the government respectfully requests that this Court issue an order finding the records authentic.

Respectfully submitted this 11th day of November 2021.

By:  /s/ Carolyn M. Sweeney
Carolyn M. Sweeney
Michael T. Koenig
Heather D. Call
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-8586
Email: carolyn.sweeney@usdoj.gov

2