IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNITED STATES' AMENDED NOTICE REGARDING EXHIBITS TO BE OFFERED AT NOVEMBER 12, 2021 EVIDENTIARY HEARING FOR ADMISSION WITHOUT A SPONSORING WITNESS**

---

Following a request in Court at the end of the day on November 10, 2021, the government submitted a list that evening of documents to be offered for ruling on admissibility on November 12, 2021 to provide the parties notice.[1] To further enhance the efficiency of the November 12 hearing, the government cross-checked the list submitted with the documents already admitted. As such, it submits a revised list,

---

[1] With a handful of exceptions, nearly every document on the list had previously been provided to defense counsel in a list transmitted November 7, 2021.

removing five[2] and adding eleven[3] documents not on the government's November 10 submission.

The government respectfully submits the list below of exhibits it plans to offer for ruling on admissibility on November 12, 2021, but which will not be actually offered for admission until the jury is present and without a sponsoring witness. The government proposes the following schedule for the hearing (and any subsequent hearings necessary to cover this volume of documents):

1) The government plans to first offer exhibits relating to employer sources. Those documents are listed in Exhibit 1 of ECF 822, and for convenience are attached as Exhibit 1. Once offered, the government does not intend to publish these to the jury.

2) The government will then offer exhibits relating to phone number sources.[4] Those documents are listed in Exhibit 2 of ECF 822, and for convenience are attached as Exhibit 2. Once offered, the government does not intend to publish these to the jury.

---

[2] The following 5 exhibits have been removed: 900, 901, 1601, 1607, and 3028.
[3] The 12 additions from the government's November 10 filing, ECF No. 821 are as follows: GX 247, 230, 232, 221, 234, 1700, 1721, 6134, 9704, 9705, 9026, and XXX. The defendants have previously been on notice of the government's intention to offer six of the twelve additions through the provision of its Notice of Exhibits for Direct Examination of Michael Ledford on November 3, 2021 and exhibit entry Schedule and Supplemental Michael Ledford Direct examination exhibits on November 7, 2021. In addition, one exhibit number improperly used the Defense Exhibit Number (G-345, which has not been admitted), and has been corrected to the Government Exhibit Number 9703.
[4] The government has continued to seek a stipulation regarding these source documents, but has not heard back from Defendants on the proposed stipulation.

3) Then, the government will offer the following documents in the following order:

| | |
|---|---|
| 1909 | PILGRIMS-DOJ-0002106354 |
| 1821 | KOCHFOODS-0000267825 |
| 1822 | PILGRIMS-DOJ-0000343592 |
| 1845 | PILGRIMS-DOJ-0000513571 |
| 1846 | PILGRIMS-DOJ-0000914266 |
| 1847 | PILGRIMS-DOJ-0000914267 |
| 1848 | PILGRIMS-DOJ-0000914268 |
| 1849 | PILGRIMS-DOJ-0000914269 |
| 1850 | PILGRIMS-DOJ-0000915280 |
| 1851 | PILGRIMS-DOJ-0000915300 |
| 1852 | PILGRIMS-DOJ-0000915301 |
| 1853 | PILGRIMS-DOJ-0000915303 |
| 1854 | PILGRIMS-DOJ-0000915320 |
| 1855 | PILGRIMS-DOJ-0000915340 |
| 1856 | PILGRIMS-DOJ-0000915346 |
| 1858 | PILGRIMS-DOJ-0000915360 |
| 1862 | PILGRIMS-DOJ-0000915473 |
| 1863 | PILGRIMS-DOJ-0000915537 |
| 1864 | PILGRIMS-DOJ-0000915538 |
| 1890 | PILGRIMS-DOJ-0001384965 |
| 1894 | PILGRIMS-DOJ-0001386338 |
| 6235 | PILGRIMS-DOJ-0000914265 |
| 1615 | CLAXTON_0181706 (excerpt) |
| 1700 | CLA_0078049 |
| 1713 | PILGRIMS-0005254544 |
| 1734 | CLAXTON_0181706 (excerpt) |
| 355 | CLAXTON_0181706 (excerpt) |
| 920 | PILGRIMS-0006742191 |
| 982 | CLAXTON_0181706 (excerpt) |
| 9714 | TY-000618801 |
| 9715 | TY-000618802 |
| 519 | PILGRIMS-0003618962 |
| 528 | PILGRIMS-0005934843 |
| 541 | PILGRIMS-DOJ-0001362261 |
| 545 | PILGRIMS-DOJ-0002269318 |
| 546 | PILGRIMS-DOJ-0002269652 |
| 559 | PILGRIMS-DOJ-0002950645 |
| 561 | PILGRIMS-DOJ-0003384952 |

| | |
|---|---|
| 563 | PILGRIMS-DOJ-0003385154 |
| 564 | PILGRIMS-DOJ-0003385175 |
| 567 | PILGRIMS-DOJ-0003385325 |
| 803 | KOCH_0001174605 |
| 740 | PILGRIMS-DOJ-0003985562 |
| 744 | TY-00020407 |
| 710 | GEODOJ_0005007 |
| 711 | GEODOJ_0005008 |
| 733 | PILGRIMS-DOJ-0000412521 |
| 732 | PILGRIMS-DOJ-0000412082 |
| 702 | CLA_0076096 |
| 703 | CLA_0076099 |
| 746 | TY-000206379 |
| 752 | TY-001642732 |
| 753 | TY-001642733 |
| 754 | TY-001642734 |
| 755 | TY-001642735 |
| 756 | TY-001642736 |
| 757 | TY-001642737 |
| 758 | TY-001642738 |
| 751 | TY-001632749 |
| 748 | TY-000722084 |
| 749 | TY-000722085 |
| 9688 | GEODOJ_0690368 |
| 9683 | GEODOJ_0690188 |
| 761 | GEODOJ_0584721 |
| 134 | GEODOJ_ 0582919 |
| 9682 | GEODOJ_0690108 |
| 9681 | GEODOJ_0690001 |
| 6088 | GEODOJ_0333971 |
| 6089 | GEODOJ_0333972 |
| 2004 | PILGRIMS-0009084147 |
| 2001 | PILGRIMS-000695340 |
| 2002 | PILGRIMS-000695343 |
| 2000 | PILGRIMS-0005858337 |
| 109 | PILGRIMS-DOJ-0000174709 |
| 120 | TY-000243934 |
| 113 | TY-000062843 |
| 108 | PILGRIMS-DOJ-0000174707 |
| 114 | TY-000063844 |
| 224 | TY-000088547 |
| 209 | KOCHFOODS-0000246839 |

| | |
|---|---|
| 247 | PILGRIMS-DOJ-0002258077 |
| 230 | TY-000616147 |
| 232 | TY-000616151 |
| 6134 | KOCH_0002062821 |
| 221 | TY-000000101 |
| 234 | TY-000616249 |
| 948 | PILGRIMS-DOJ-0001532669 |
| 1056 | PILGRIMS-0006847974 |
| 2000 | PILGRIMS-0005858337 |
| 3003 | GEO_0000826258 |
| 3062 | TY-001483785 |
| 3074 | TY-004345675 |
| 3087 | TY-001460093 |
| 9010 | CLAXTON_0181697 |
| 9217 | TY-007001648 |
| 9224 | TY-007001729 |
| 9264 | PILGRIMS-DOJ-0004505846 |
| 1721 | PILGRIMS-0009043853 |
| 9703 | TY-000128401 |
| 9704 | TY-001492160 |
| 617 | TY-001066336 |
| 933 | PILGRIMS-0009347177 |
| 959 | TF-0003607786 |
| 1177 | TY-001038031 |
| 5016 | TY-000000107 |
| 6264 | PILGRIMS-DOJ-0002139232 |
| 6282 | TY-000000113 |
| 6283 | TY-000000114 |
| 7046 | Pilgrims-DOJ-0000509329 |
| 9057 | PILGRIMS-DOJ-0000509305 |
| 7037 | TY-000198552 |
| 759 | TY-001643172 |
| 6047 | CLA_0192604 |
| 3025 | PILGRIMS-0009051822 |
| 1144 | TY-000133607 |
| 6120 | GEODOJ_0578663 |
| 6308 | GEO_0001421262 |
| 6310 | GEODOJ_0318909 |
| 6312 | GEODOJ_0318986 |
| 6313 | GEODOJ_0319335 |
| 6315 | GEODOJ_0324610 |
| 6316 | GEODOJ_0573591 |

| | |
|---|---|
| 6317 | GEODOJ_0573592 |
| 6318 | GEODOJ_0650994 |
| 6320 | GEODOJ_0651352 |
| 6322 | GEODOJ_0653133 |
| 6324 | GEODOJ_0653707 |
| 6325 | GEODOJ_0653708 |
| 6326 | GEODOJ_0656331 |
| 6327 | GEODOJ_0672838 |
| 1035 | PILGRIMS-0002616918 |
| 1036 | PILGRIMS-0002616919 |
| 1036-1 | PILGRIMS-0002616919 (excerpt) |
| 1036-2 | PILGRIMS-0002616919 (excerpt) |
| 219 | PILGRIMS-DOJ-0000177839 |
| 9026 | PILGRIMS-0002820577 |
| 9718 | PILGRIMS-0002820578 |

By: /s/ Michael Koenig
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov