IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. **JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION TO DISMISS COUNT 3 OF THE SUPERSEDING INDICTMENT WITH PREJUDICE

The government respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count 3 of the Superseding Indictment (Dkt. 101) with prejudice. In support of this motion, the government states as follows:

    1.    On October 6, 2020, a grand jury in the District of Colorado returned a superseding indictment charging defendant Jimmie Lee Little with one count of conspiracy to restrain trade (Dkt. 101, Count 1); one count of making false statements (Dkt. 101, Count 2); and one count of obstruction of justice (Dkt. 101, Count 3).

2. Before trial, the government moved to dismiss Count 2 without prejudice. ECF No. 607. Defendant Little objected, arguing that dismissal without prejudice "would result in harassment, waste judicial resources and undermine the integrity of the judicial process." ECF No. 637 at 2. The Court, noting that the presence of such concerns could warrant dismissal with prejudice, found that they were not present and therefore dismissed the Count 2 without prejudice. ECF No. 688 at 3-4.

3. Here, the government moves to dismiss Count 3 with prejudice, thus eliminating any possibility of harassment or any of the other concerns raised previously by defendant Little. Moreover, the government withdraws its opposition to defendant Little's objection to dismissing Count 2 without prejudice and will not seek to indict him separately on the false statement count. Counsel for Mr. Little confirmed via email that he does not oppose this motion.

Dated: November 11, 2021    Respectfully submitted,

/s/ Michael Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States