# EXHIBIT A

**To:** 'Hester, Mary'[Mary_Hester@ufpc.com]
**Cc:** Ric Blake[ric.blake@georgesinc.com]; Charles George[charles.george@georgesinc.com]; 'Ledford, Mike'[Mike_Ledford@ufpc.com]
**From:** Darrel Keck
**Sent:** 2012-12-14T19:13:54Z
**Importance:** Normal
**Subject:** SBRA Exhibit
**Received:** 2012-12-14T19:13:00Z

Mary

As we discussed earlier we will not be able to sign the SBRA as it is written. I realize that this process is not an easy one, so if I may I will try to sequence our discussions below to help resolve this quickly.

The key area of concern is the language on page 2 regarding accrual monies from the specification changes on cob. We have discussed this multiple times over the process and emphasized:
- The models submitted have all been representative of the new specifications and associated cost reductions.
- No accrual monies have been added to the models for future rebates or withheld from the cost saving spec change reductions for future rebates.

On November 8th we reviewed our first round submission via conference call with your team. Your initial comment was that we were quite competitive. Mike wanted clarification relative to how we handled the accrual, to which we stated all cost adjustments and accruals have been applied to the model and no accrual remained. As a result of that discussion we were asked to find another 63 points of cost reduction to offset the accrual amount in question. To accommodate your requests, our second round submission reflected a 62 point reduction from round 1.

On November 28th we reviewed our second round submission via conference call with your expanded team members. Again we were asked about the specification cost adjustments and gave the same responses as we did on November 8th. We were then asked to consider passing on an additional 15 points of cost saving for our third round submission, which we did on the third submission.

Hopefully this adds clarification. Let me know if you have any questions.

Regards
Darrel

**From:** Hester, Mary [mailto:Mary_Hester@ufpc.com]
**Sent:** Thursday, December 13, 2012 4:13 PM
**To:** Darrel Keck; Ric Blake
**Subject:** SBRA Exhibit

Attached is your SBRA exhibit for 2013. Please sign and fax back to me (fax number

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA                                                                                                          GEODOJ_0225773

DEF EXHIBIT
20-cr-152-PAB
C-025

below) and also mail us a signed copy. We would like to have the faxed copy by end of day Monday, December 17 if possible. If not, please let me know.

Thanks,
Mary
Fax 502-896-5884

UFPC
P.O. Box 32033
Louisville, KY 40232
Attn: Mark Oechsli

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0225774