IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. **JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## UNITED STATES' MOTION TO DISMISS COUNT 2 OF THE SUPERSEDING INDICTMENT WITH PREJUDICE

---

The government respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count 2 of the Superseding Indictment (Dkt. 101) with prejudice. In support of the Motion, the government states as follows:

    1.    On October 6, 2020, a grand jury in the District of Colorado returned a superseding indictment charging defendant Jimmie Lee Little with one count of conspiracy to restrain trade (Dkt. 101, Count 1); one count of making false statements (Dkt. 101, Count 2); and one count of obstruction of justice (Dkt. 101, Count 3).

2. On October 7, 2021, the government moved to dismiss Count 2 of the Superseding Indictment without prejudice (Dkt. 607).

3. On October 20, 2021, this court granted the government's motion to dismiss count 2 of the Superseding Indictment without prejudice (Dkt. 688).

4. On November 11, 2021, the government moved to dismiss Count 3 of the Superseding Indictment with prejudice (Dkt. 826). In that motion, the government noted that it no longer intends to file charges in the Northern District of Texas.

5. Leave of court is required pursuant to a motion under Federal Rule of Criminal Procedure 48(a), and "[t]he government may not dismiss the prosecution during trial without the defendant's consent."

6. The undersigned has conferred with counsel for defendant Little, who consents to dismissal of Count 2 with prejudice.

Dated: November 12, 2021    Respectfully submitted,

/s/ Michael Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States