# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | Case No. 16-cv-8637 |
| ) |  |
| BROILER CHICKEN ANTITRUST ) | Judge Thomas M. Durkin |
| LITIGATION ) | Magistrate Judge Jeffrey T. Gilbert |
| ) |  |
| *This Document Relates to All Actions* ) |  |

## AMENDMENT TO THE AGREED CONFIDENTIALITY ORDER

Paragraph 11 of the Agreed Confidentiality Order [Dkt. 202] is hereby amended to include the following at sub-paragraph c:

For any document, other than deposition testimony, that contains Confidential or Highly Confidential Information, Intervenor United States Department of Justice ("DOJ") may disclose and use the document in a criminal case, provided the following procedure is satisfied prior to any disclosure or use:

(i) At least five business days prior to any disclosure or use in a criminal case, DOJ must notify the designating party of the specific document that DOJ intends to disclose or use, the specific criminal case in which DOJ intends to make the disclosure or use, the date of the intended disclosure or use, and the nature of the intended disclosure or use (*e.g.*, production to a defendant, use as an exhibit to a brief, use as an exhibit in a hearing or at trial);

(ii) Within the five-day period, the designating party may object in writing to DOJ;

(iii) If the designating party objects, DOJ and the designating person must meet-and-confer in good faith to discuss the objection and potential resolution. The parties must abide by the procedure established in Paragraph 11.a.

(iv) If the meet-and-confer results in an impasse, DOJ may move this Court to resolve the objection. The terms of Paragraph 11.b of this Order shall govern.

(v) Any disclosure or use of documents marked with any confidentiality designation in the above-captioned matter that DOJ makes as a result of this sub-paragraph must be designated at least as "Confidential Business Information" under the Amended Protective Order entered in *United States v. Penn et al.*, 20-cr-152-PAB (D. Col.)[Dkt. 160], or a protective order that provides at least substantially similar confidentiality protections.

SO ORDERED.

Date: December 14, 2020

*Thomas M Durkin*
_____
Judge Thomas M. Durkin
United States District Court