IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 12, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| Defendants. | |

# COURTROOM MINUTES

**JURY TRIAL – DAY 13**

**8:30 a.m.      Court in session.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding United States' Motion to Dismiss Count 3 of the Superseding Indictment with Prejudice [826].  The Court has granted the motion and an order will be issued shortly.

Discussion and argument regarding summary charts and exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**10:19 a.m.    Court in recess.**
**10:36 a.m.    Court in session.**

Discussion regarding dismissing Count 2 for Mr. Little.  Ms. Call states the Government will file a motion, as discussed.

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**11:58 a.m.    Court in recess.**
**1:01 p.m.     Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**3:16 p.m.     Court in recess.**
**3:32 p.m.     Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling and Rule 29 motions.

**5:14 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:08