IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  JIMMIE LEE LITTLE,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Count 2 of the Superseding Indictment with Prejudice [Docket No. 829]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the United States' Motion to Dismiss Count 2 of the Superseding Indictment with Prejudice [Docket No. 829] is granted. It is further

**ORDERED** that Count 2 of the superseding indictment is dismissed with prejudice as to defendant Jimmie Lee Little.

DATED November 15, 2021.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                Chief United States District Judge