# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 15, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                                                                   *Counsel:*

UNITED STATES OF AMERICA,

                                                                                        Michael Koenig
                                                                                        Carolyn Sweeney
                                                                                        Heather Call
                                                                                        Paul Torzilli
                                                                                        Laura Butte
                                                                                        Jillian Rogowski

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                 Michael Tubach
                                                                                        Anna Pletcher

2. MIKELL REEVE FRIES,                  Richard Kornfeld
                                                                                        David Beller
                                                                                        Kelly Page

3. SCOTT JAMES BRADY,                  Bryan Lavine
                                                                                        Megan Rahman
                                                                                        Laura Kuykendall

4. ROGER BORN AUSTIN,                  Michael Feldberg
                                                                                        Laura Carwile
                                                                                        Julie Withers

5. TIMOTHY R. MULRENIN,                Elizabeth Prewitt
                                                                                        Marci LaBranche

6. WILLIAM VINCENT KANTOLA,       Roxann Henry
                                                                                        James Backstrom

7. JIMMIE LEE LITTLE,                    Mark Byrne
                                                                                        Dennis Canty

8. WILLIAM WADE LOVETTE,              John Fagg, Jr.
                                                                                        Frank Schall
                                                                                        Dru Nielsen
                                                                                        James McLoughlin

9. GARY BRIAN ROBERTS, and          Craig Gillen
                                                                                        Richard Tegtmeier

10. RICKIE PATTERSON BLAKE,          Wendy Johnson
                                                                                        Barry Pollack

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 14**

**8:18 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding sick juror, scheduling the testimony of Mr. Skalak, pending motions, and testimony by Mr. Brink related to confidentiality agreements.

**ORDERED:**   United States' Motion to Exclude Sequestered Documents [831] is DENIED as MOOT.  Documents are to be produced to Defendants, as discussed.

**ORDERED:**   Defendants' Motion to Exclude Any Reference to Confidentiality Agreements [819] is GRANTED, as stated on record.

**ORDERED:**   Defendants Mikell Fries and Scott Brady's Motion to Exclude the Testimony of Joseph Brink [833] is DENIED, as stated on record.

**9:21 a.m.**     **Court in recess.**
**10:16 a.m.**   **Court in session.**

**ORDERED:**   United States' Motion for Ruling Regarding Authentication of Evidence Pursuant to Federal Rule of Evidence 902(14) [824] is GRANTED.

Discussion regarding scheduling Mr. Skalak's testimony.

Statement by Mr. Skalak's attorney, Craig Lee.  The Court will meet with Mr. Lee *in camera* regarding the issue.

**10:27 a.m.**   **Court in recess.**
**10:44 a.m.**   **Court in session.**

Discussion regarding *in camera* discussion.  The Court advises counsel that it will permit Mr. Skalak to testify on November 23, 2021 and November 24, 2021.  Mr. Beller suggests recording Mr. Skalak's testimony to play back to the jury.

**10:56 a.m.**   **Court in recess.**
**11:09 a.m.**   **Court in session.**

Discussion regarding sick juror.

11:11 a.m.    Jury present.

Court advises jury about the sick juror.  Jury confirms they are fine with sick juror returning tomorrow.

11:13 a.m.    Jury excused until November 16, 2021 at 8:30 a.m.

Discussion regarding recording Mr. Skalak's testimony.  Court advises counsel to arrange for a videographer.

**11:17 a.m.    Court in recess.**
**11:43 a.m.    Court in session.**

Mr. Beller informs the Court that a videographer will be available in the afternoon.  If a professional videographer is not available, defendants consent to proceed with the Court's video system.

**11:48 a.m.    Court in recess.**
**1:34 p.m.     Court in session.**

Cross examination of Mr. Skalak is set to continue outside of the jury's presence.  The testimony will be videotaped and played back to the jury tomorrow.

1:40 p.m.     Continued cross examination of Mr. Skalak by Mr. Beller.

2:00 p.m. – 2:04 p.m.    Bench conference.

Continued cross examination of Mr. Skalak by Mr. Beller.

**3:14 p.m.    Court in recess.**
**3:31 p.m.    Court in session.**

Continued cross examination of Mr. Skalak by Mr. Beller.

3:49 p.m.    Cross examination of Mr. Skalak by Mr. McLoughlin.

3:58 p.m.    Cross examination of Mr. Skalak by Ms. Johnson.

3:59 p.m.    Redirect examination of Mr. Skalak by Ms. Sweeney.

Discussion regarding scheduling.

**4:15 p.m.    Court in recess.**
**4:32 p.m.    Court in session.**

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness. Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling and playing Mr. Skalak's testimony.

**ORDERED:  Bond is continued as to all defendants.**

**5:35 p.m.     Court in recess.**

Trial continued.
Total time in court:    5:06