IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   **WILLIAM WADE LOVETTE**,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

## WILLIAM LOVETTE'S SUPPLMENTAL INFORMATION FILING IN REGARD TO MOTION TO COMPEL THE PRODUCTION OF CERTAIN *BRADY* MATERIAL

William Lovette respectfully submits this supplemental information in support of his motion seeking *Brady* material.

The government represents that it previously produced text messages in color on August 26, 2021 and September 1, 2021. The government did not attach the referenced documents. The August 26, 2021 and September 1, 2021 productions of text messages are attached. The productions appear to contain none of the problematic text messages involving Special Agents

Taylor and Koppenhaver that Mr. Lovette identified in his motion.[1] The text messages from the August 26, 2021 production are attached hereto as **Exhibit A**. The text messages from the September 1, 2021 production are attached hereto as **Exhibit B**.

The dates of the two productions indicate the government had all text messages involving agents Taylor, Koppenhaver, and Repp by either August 26, 2021 or September 1, 2021. The government does not explain why it apparently waited until October 21, 2021—after the *James* hearing and immediately before trial—to produce some text messages, including the ones that Mr. Lovette identified in his motion.

The government does not make the following representations with respect to the text messages identified in Mr. Lovette's filing:

- The government does not represent that it produced prior to October 21, 2021 the three sets of text messages identified in Mr. Lovette's motion (in color or otherwise).[2]

- The government indicates that "a reprimand of the sort claimed would result in an inquiry" by the DOJ or FBI, but it does not represent whether there has been an inquiry or an investigation, and, if so, what the results of that inquiry were; or whether such an investigation is planned or scheduled.

- The government does not represent it has no additional text messages or communications involving Special Agents Taylor, Koppenhaver, or Repp regarding the investigation that have not been produced.[3]

**[SIGNATURE ON NEXT PAGE]**

---

[1] DOJ-ATR035-00000012 through -00000014; DOJ-ATR035-00000001 and -00000002; and DOJ-ATR035-00000010.

[2] All the government represents is: "On November 3, the government provided color copies of the text messages that were previously produced on August 26, 2021, and October 21, 2021."

[3] Mr. Lovette reserves his argument regarding the admissibility of the text messages and their use as impeachment until those issues present themselves in the courtroom.

2

This 16th day of November 2021.  Respectfully Submitted,

<div style="margin-left: 40%;">
<u>*s/ James P. McLoughlin, Jr.*</u>
James P. McLoughlin, Jr.
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
jimmcloughlin@mvalaw.com
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  November 16, 2021

*s/ James P. McLoughlin, Jr.*
James P. McLoughlin, Jr.