IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  November 17, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| Defendants. | |

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 16**

**8:37 a.m.      Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Mr. Brink by Mr. Torzilli.

**Exhibit 9726 is admitted.**

8:55 a.m.      Cross examination of Mr. Brink by Mr. Canty.

**Exhibits I-231 and I-228 are admitted.**

9:18 a.m. – 9:21 a.m.      Bench conference.

**Exhibit 561 is admitted.**

Continued cross examination of Mr. Brink by Mr. Canty.

**Exhibits 563 and 564 are admitted.**

9:53 a.m.      Cross examination of Mr. Brink by Mr. Beller.

10:00 a.m. – 10:03 a.m.      Bench conference.

Continued cross examination of Mr. Brink by Mr. Beller.

Jury excused.

Discussion regarding scheduling.

**10:16 a.m.      Court in recess.**
**10:39 a.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. Beller.

**Exhibit 500 is admitted.**

11:38 a.m.     Cross examination of Mr. Brink by Mr. McLoughlin.

Jury excused.

Discussion regarding scheduling.

**12:02 p.m.     Court in recess.**
**1:32 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. McLouglin.

**Exhibits 592 and 558 are admitted.**

1:55 p.m.     Cross examination of Mr. Brink by Ms. Pletcher.

1:56 p.m.     Cross examination of Mr. Brink by Mr. Pollack.

1:57 p.m.     Cross examination of Mr. Brink by Ms. Henry.

1:58 p.m.     Cross examination of Mr. Brink by Mr. Gillen.

1:58 p.m.     Redirect examination of Mr. Brink by Mr. Torzilli.

2:08 p.m. – 2:09 p.m.     Bench conference.

Continued redirect examination of Mr. Brink by Mr. Torzilli.

**Exhibits 559, 546, 542, 567, 519-1, 109, 120, 108, 114, 224, 247, 6134, and 221 are admitted.**

Government witness, Robert Dawson, sworn.

3:03 p.m.     Direct examination of Mr. Dawson by Ms. Butte.

3:08 p.m.     Cross examination of Mr. Dawson by Mr. Schall.

3:15 p.m.     Redirect examination of Mr. Dawson by Ms. Butte.

Jury excused.

**3:17 p.m.     Court in recess.**
**3:38 p.m.     Court in session.**

Jury present.

Government witness, Melissa Hoyt, sworn.

3:40 p.m.     Direct examination of Ms. Hoyt by Ms. Sweeney.

3:48 p.m. – 3:51 p.m.     Bench conference.

Continued direct examination of Ms. Hoyt by Ms. Sweeney.

4:05 p.m. – 4:06 p.m.     Bench conference.

Continued direct examination of Ms. Hoyt by Ms. Sweeney.

**Exhibits 843, 844, 9700, 854, 855, and 9701 are admitted.**

4:32 p.m.     Cross examination of Ms. Hoyt by Mr. Fagg.

4:51 p.m. – 4:54 p.m.     Bench conference.

Continued cross examination of Ms. Hoyt by Mr. Fagg.

4:59 p.m. – 5:04 p.m.     Bench conference.

Jury excused until November 22, 2021 at 8:30 a.m.

Discussion regarding summary charts, exhibits, scheduling and written Rule 29 motions.

**ORDERED:   Bond is continued as to all defendants.**

**5:18 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:27