IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PENN, et al.,

      Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  William Wade Lovette (8)

DATED at Denver, Colorado this 18th day of November, 2021.

/s/ Catherine R. Prater
Name of Attorney

Moore & Van Allen PLLC
Firm Name

100 North Tryon Street, Suite 4700
Office Address

Charlotte, NC  28202
City, State, ZIP Code

704-331-3737
Telephone Number

catherineprater@mvalaw.com
Primary CM/ECF E-mail Address