**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: November 18, 2021
Court Reporter: Janet Coppock

_Parties:_

_Counsel:_

UNITED STATES OF AMERICA,

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,

Michael Tubach
Anna Pletcher
Brian Quinn

2.  MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3.  SCOTT JAMES BRADY,

Bryan Lavine
Megan Rahman
Laura Kuykendall

4.  ROGER BORN AUSTIN,

Michael Feldberg
Laura Carwile
Julie Withers

5.  TIMOTHY R. MULRENIN,

Elizabeth Prewitt
Marci LaBranche

6.  WILLIAM VINCENT KANTOLA,

Roxann Henry
James Backstrom

7.  JIMMIE LEE LITTLE,

Mark Byrne
Dennis Canty

8.  WILLIAM WADE LOVETTE,

John Fagg, Jr.
Frank Schall
Dru Nielsen
James McLoughlin
Catherine Prater

9.  GARY BRIAN ROBERTS, and

Craig Gillen
Richard Tegtmeier

10.  RICKIE PATTERSON BLAKE,                       Wendy Johnson
                                                   Barry Pollack

       Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 17**

**8:31 a.m.        Court in session.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**10:17 a.m.     Court in recess.**
**10:38 a.m.     Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**12:03 p.m.     Court in recess.**
**1:39 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**3:23 p.m.      Court in recess.**
**3:40 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling.

**ORDERED:  The jury trial is continued to November 19, 2021 at 11:00 a.m. until 12:00 p.m. and 3:00 p.m. until 5:00 p.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.**

**5:02 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:17