**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION TO STRIKE OR FOR LEAVE TO RESPOND

The government respectfully moves the Court to strike, or in the alternative for leave to file promptly a response to, Defendants Jayson Jeffrey Penn's and William Wade Lovette's Motion to Exclude Government Exhibit 9057. ECF No. 850. The Court already ruled twice in the government's favor on GX-9057, once in the *James* order and again in the Rule 404(b) order. However, due to developments in Court related to GX-9057, the government sought leave to brief the issue of relevance. The Court granted leave and also granted the defendants' the same leave. The government's brief was appropriately limited to that issue, but the defendants filed a motion to exclude—which

is duplicative of the motion it raised orally in Court—that covers the broader issue of admissibility generally. Given the Court's *James* and Rule 404(b) rulings in the government's favor, the Court should strike that portion of the defendants' motion that exceeds the issue of relevance. In the alternative, in fairness to the government, the Court should grant the government leave to respond.

      Therefore, the government respectfully requests leave to file a reply of no more than five pages by Saturday, November 20, 2021.

DATED: November 20, 2021

Respectfully submitted,

/s/ Michael Koenig
MICHAEL T. KOENIG
HEATHER D. CALL
CAROLYN L. SWEENEY
PAUL J. TORZILLI
Trial Attorneys
U.S. Department of Justice - Antitrust Division
450 Fifth Street NW, Suite 11300
Washington D.C. 20530
Tel: (202) 476-0435
michael.koenig@usdoj.gov