IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' NOTICE OF REVISED SUMMARY EXHIBITS

The government hereby provides the Court and Parties updated notice of the summary exhibits it intends to offer into evidence on Monday, November 21 pursuant to Federal Rules of Evidence 1006 and 611(a). These exhibits have been the subject of numerous briefings, two court orders denying requests for their exclusion, and hours of hearings wherein defense counsel provided additional argument. *See, e.g.*, Defs. Joint Opp. to the Government's Omnibus Motions in Limine, ECF No. 563; Defs. Response to the United States' Motion In Limine Regarding Summary Evidence, ECF No. 564; Defs. Joint Mot. to Exclude the Government's Proposed Summary Exhibits, ECF No. 715; Defs. Joint Reply in Support of Mot. to Exclude, ECF No. 728; Defs. Motion to Exclude

Newly-Identified Summary Exhibits, ECF No 760; Nov. 18 Trial Tr. at 159-200; Nov. 19 Trial Tr. at 1-96.

The final versions of the exhibits are amended pursuant to discussions on the record at the hearings on November 18 and 19, 2021, and attached as Exhibits to this filing. In sum, the following amendments have been made:

1. the government has inserted the Court's limiting instructions into the summary exhibits, so as to ensure that the jury appropriately considers certain nonhearsay statements;
2. the government removed any statements that were admitted only as to one particular defendant under 801(d)(2)(a) to reduce any possible juror confusion;
3. the government removed any references to testimony serving as a basis for certain time zone conversions done by the preparer of the summary, although to fairly and accurately summarize the underlying materials the government has continued to, where appropriate information is on the record, standardized time zones to Eastern Time;
4. the government has removed time zone standardization from the text messages between Carl Pepper and Defendant Mulrenin reflected in GX 7-1; and
5. GX 8-1 has been withdrawn.

In addition to the changes articulated on the record, a handful of minor adjustments have been made to fully ensure that the summaries accurately summarize the underlying admissible evidence and reduce any juror confusion caused by differing time zones. In particular, the following revisions have been made:

1. GX 1-1: the time of row 9 was adjusted by 1 hour;
2. GX 3-1: the citation to GX 488 had been amended to D-788, which is a duplicate of the same exhibit that was admitted into evidence
3. GX 10-1: Citation to 1067 changed to 1066, a different string of the same email chain that has been admitted
4. GX 14-1:
    a. the term "PM" appearing on row 5 of has been adjusted to "AM;"
    b. the sequence of the emails in rows 16 and 17 of GX 14-1 were reversed;

2

5. GX 17-1:
    a. the time of one email was removed;
    b. the row for D-327 and D-328 were removed, as those exhibits have not yet been admitted into evidence;

Dated: November 21, 2021                    Respectfully,


By: _/s/ Heather D. Call__
   Heather D. Call
   Michael T. Koenig
   Carolyn M. Sweeney
   Paul J. Torzilli
   Trial Attorneys
   Antitrust Division
   U.S. Department of Justice
   Washington Criminal II Office
   450 Fifth Street, N.W.
   Washington, D.C. 20530
   Tel: (202) 598-2623
   heather.call@usdoj.gov
   Attorneys for the United States