IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB     Date:  November 19, 2021
Courtroom Deputy:  Robert R. Keech        Court Reporter:   Janet Coppock

*Parties:*                                *Counsel:*

UNITED STATES OF AMERICA,                 Michael Koenig
                                          Carolyn Sweeney
                                          Heather Call
                                          Paul Torzilli
                                          Laura Butte
                                          Jillian Rogowski

       Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                  Michael Tubach
                                          Anna Pletcher
                                          Brian Quinn
2.  MIKELL REEVE FRIES,                   Richard Kornfeld
                                          David Beller
                                          Kelly Page
3.  SCOTT JAMES BRADY,                    Bryan Lavine
                                          Megan Rahman
                                          Laura Kuykendall
4.  ROGER BORN AUSTIN,                    Michael Feldberg
                                          Laura Carwile
                                          Julie Withers
5.  TIMOTHY R. MULRENIN,                  Elizabeth Prewitt
                                          Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,              Roxann Henry
                                          James Backstrom
7.  JIMMIE LEE LITTLE,                    Mark Byrne
                                          Dennis Canty
8.  WILLIAM WADE LOVETTE,                 John Fagg, Jr.
                                          Frank Schall
                                          James McLoughlin
                                          Catherine Prater
9.  GARY BRIAN ROBERTS, and               Craig Gillen
                                          Richard Tegtmeier

10.  RICKIE PATTERSON BLAKE,                Wendy Johnson
                                            Barry Pollack

   Defendants.

---

# COURTROOM MINUTES

---

**JURY TRIAL - DAY 18**

**11:42 a.m.    Court in session. Jury not present today.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**12:03 p.m.    Court in recess.**
**2:36 p.m.     Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

4:52 p.m.    Discussion regarding scheduling issues for Monday, November 22, 2021.

**4:59 p.m.    Court in recess.**
**5:04 p.m.    Court in session.**

   Further discussion regarding scheduling issues for Monday, November 22, 2021.

**ORDERED:**  Further discussion and argument on exhibits will begin on Monday, November 22, 2021, at 8:30 a.m. and jury will return at 1:30 p.m.

**5:15 p.m.    Court in recess.**

Trial continued.
Total time in court:    3:00