**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB   Date: November 24, 2021
Courtroom Deputy: Sabrina Grimm   Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
|  | Carolyn Sweeney (by VTC) |
|  | Heather Call |
|  | Paul Torzilli (by VTC) |
|  | Laura Butte |
|  | Jillian Rogowski |
|  |  |
| Plaintiff, |  |
|  |  |
| v. |  |
|  |  |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
|  | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
|  | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Megan Rahman |
|  | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
|  | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
|  | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
|  | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
|  | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
|  | Frank Schall |
|  | Dru Nielsen |
|  | James McLoughlin |
|  | Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
|  | Richard Tegtmeier |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 21**

**8:01 a.m.     Court in session.**

Defendants present on bond.

Discussion and argument regarding objections to summary exhibits.  Objections ruled upon by the Court, as stated on record.

8:50 a.m.     Jury present.

Court advises the jury that Ms. Evans was excused yesterday.

8:51 a.m. – 8:55 a.m.     Bench conference.

**Exhibits 1036, 90-10, 14-1, 14-2, 14-3, 17-1, 18-1, 18-3, 7-1, 16-1, 20-1, 1-1, 2-1, 3-1, 9-1, 5-1, 4-1, 10-1, 10-2, and 10-3 are admitted.**

9:07 a.m. – 9:15 a.m.     Bench conference.

Exhibits displayed to jury.

**Government rests.**

9:56 a.m. – 10:08 a.m.     Bench conference – Defendants' oral motions for judgment of acquittal pursuant to Rule 29.  Written motions due on or before November 29, 2021, as previously discussed.

Jury excused until December 6, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**10:15 a.m.   Court in recess.**

Trial continued.
Total time in court:    2:14