# **Appendix A**

**Message**

| | |
|---|---|
| **From**: | Bill Lovette [/O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=BLOVETTE] |
| **Sent**: | 8/26/2014 12:02:45 AM |
| **To**: | Jayson Penn [jayson.penn@pilgrims.com] |
| **Subject**: | Fwd: Pilgrim's Back Half Pricing |

Sent from my iPhone

Begin forwarded message:

> **From:** Chad Baker <Chad.Baker@pilgrims.com>
> **Date:** August 25, 2014 at 16:27:46 MDT
> **To:** Bill Lovette <Bill.Lovette@pilgrims.com>
> **Subject: Re: Pilgrim's Back Half Pricing**
>
> Lock step with you. Not wavering one bit.
>
> Chad Baker
> (757) 371-9569
>
> On Aug 25, 2014, at 3:20 PM, "Bill Lovette" <Bill.Lovette@pilgrims.com> wrote:
>
>> We have delivered similar increases now to KFC, Church's, Walmart (93), Sam's Club, etal… There's no backing up here and is not negotiable. The raw price is in place ($1.20) and in order to continue to ship finished product, this increase must be executed. Based on needs in the market, we are analyzing converting a small bird op (most likely Natchitoches) to either Case Ready or large bird debone. In the past 10 years, only one (2011) has occurred where small birds have been competitive. We can no longer serve the industry with charity and hide behind the breadth of our portfolio while giving up $1-2 per head in profits.
>>
>> **From:** Chad Baker
>> **Sent:** Monday, August 25, 2014 3:40 PM
>> **To:** Bill Lovette
>> **Subject:** FW: Pilgrim's Back Half Pricing
>>
>> I just hung up with David B.  As you are aware he has David Hall at 11:30 CST tomorrow.  He also said the buyer called and he is not happy.  Doesn't matter.  We are holding our position and I told David B that I would call David H tomorrow if their call does not go well.  I still expect the price increase to be accepted and shipping at the new price with the next set of orders placed.
>>
>> See note to David H. from yesterday below.  We'll follow up with you after the call tomorrow.
>>
>> Chad
>>
>> **From:** David Blackmon
>> **Sent:** Monday, August 25, 2014 3:22 PM

HIGHLY CONFIDENTIAL

PENN-0000000212

DEF EXHIBIT
20-cr-152-PAB
**C-998**

**To:** Chad Baker
**Subject:** FW: Pilgrim's Back Half Pricing

---

**From:** David Blackmon
**Sent:** Sunday, August 24, 2014 7:16 PM
**To:** David Hall
**Cc:** 'Mike Goldschmidt'; Leah Harpole
**Subject:** Pilgrim's Back Half Pricing

David,

On Friday Mike asked that I reach out to you to give you explanation around our cost changes for the back half of the year. Since then we have scheduled a call for Tuesday morning, but wanted to go ahead and forward you some information, and we can discuss any additional questions you may have at that time.

As you know, we are currently supplying under a 6 month pricing agreement; that provides for the revision of costing for the back half of the year. We provided pricing for the back half of the year to Mike on 8/8, with a requested effective date of 8/22. This pricing reflects increases driven by market cost increases on raw material inputs as well as supply and demand impacts on small bird availability. Some of these influences and cost impacts on the prepared business were discussed during the meeting with Chad Baker on 8/4.

Since the business was priced last Fall, the whole bird composite cutout has increased by 25c per pound (35%), the wing market has increased 26c (24%), the boneless breast market has increased 54c (40%) and the tender market has increased by 98c (71%). Many of these increases experienced this year have exceeded last years highs and have resulted in higher input costs. The other market dynamic that we have discussed with your team is around the small bird segment of the market and the extremely tight and limited availability of product. Costs have increase 40% on the raw material for the 8pc MRB product; a cost that is reflected in our finished goods. The tight supply and limited availability has driven cost up on the small WOGs and MRB far in excess of anything we expected when the product was priced for the first 6 months.

The pricing that has been submitted reflects these influences. We understand the impact that this has on the business, and as a long term supplier, we will make adjustments if market dynamics and inputs change. We appreciate the business and the relationship that we have with your team. We are committed to supporting your business in anyway that we can. Please let me know if you have any questions or need additional information.

Thank you,
David


David W. Blackmon
Vice President Sales
Pilgrim's
3105 NE 11th Street, Suite 1

HIGHLY CONFIDENTIAL                                                                                          PENN-0000000213

Bentonville, AR 72712  
O: 479-268-7120  
C: 479-586-1183  
F: 972-290-8896  
david.blackmon@pilgrims.com

HIGHLY CONFIDENTIAL                                                                                                                                   PENN-0000000214