# Appendix D

**To:** Mary Hester[Mary.Hester@rscs.com]; Stephen Campisano (stephen.campisano@rscs.com)[stephen.campisano@rscs.com]
**Cc:** Ric Blake[ric.blake@georgesinc.com]; Darrel Keck[darrel.keck@georgesinc.com]; Charles George[charles.george@georgesinc.com]
**From:** Greg Nelson
**Sent:** 2014-05-13T14:49:45Z
**Importance:** Normal
**Subject:** FW: COB Information
**Received:** 2014-05-13T14:49:46Z

Mary,
Below is our responses to the questions outlined in your email:

Industry update?
George' supply is adequate for servicing contracted demand per the SBRA agreement. We have supplied increased levels on both Purple and Orange the past three months. In order to cover the Mother's Day demand, we converted big birds to small birds, drove bird weights down, and ran our plants on Saturdays (six additional shifts) to cover the spike in demand and the seasonally large Mother's Day weekend. Short term (next two weeks) we will need to throttle back production to put live weight back on our flocks.

There are limited expansion opportunities available through the balance of the summer as supply for those time frames are already placed.
Beyond the current KFC size ranges, we do not have any additional supply available. These size ranges have been locked up in long term contracts which we need to honor.

More Supply?
Having the flexibility to ship either/or Purple and Orange label would help manage the availability of product and giveaway day to day, but not increase additional supply.
Having the flexibility to offer Red (Dark) meat in place of Purple for fried product would help manage the availability of product.

The long term contract options on COB would not help without an additional margin increase. In all transparency, as we continue to evaluate return per bird on your bone-in products based on current pricing structures we can't justify committing additional supply to you. George's outlook for COB supply into 2015 and beyond is in question as we continue to evaluate converting our Springdale, AR plant from 50% small bird to a 100% big bird operation. This could be done in early 2015 and decisions will need to be made well before the normal bid timing process.

As for the weekly projections on COB through August, we remain committed to cover all pounds offered and agreed upon on the 2014 SBRA contract.

Please let us know when you would like to discuss,

Greg Nelson


**From:** Darrel Keck
**Sent:** Saturday, May 10, 2014 7:54 AM
**To:** Greg Nelson

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                    GEO_0000735475

DEF EXHIBIT
20-cr-152-PAB
**B-912**

**Subject:** Fwd: COB Information

FYI

Sent from my iPhone

Begin forwarded message:

**From:** "Hester, Mary" <Mary.Hester@rscs.com>
**Date:** May 9, 2014 at 4:00:30 PM CDT
**To:** Darrel Keck <darrel.keck@georgesinc.com>
**Cc:** 'Ric Blake' <rblake@georgesinc.com>
**Subject: FW: COB Information**

Darrel,

I left you a voicemail. Attached is a worksheet I need to you to fill out on weekly production on COB through July. I have also included some questions we discussed on the phone. This needs to be returned by end of day Tuesday, May 13 (sooner will be better). Also, below are some issues we would like to discuss on the conference calls we will be setting up next week.

- Industry update on COB supply
- What can we do to get more supply? How can we flex for promotions?
    - Shift bird size
    - Other options
    - Would longer term contracts help – 2 – 5 years?
- Outlook for supply for 2015 and beyond

Call me with questions.

Thanks,
Mary

Mary Hester
Director, Purchasing
**Restaurant Supply Chain Solutions**
A Yum! Brands Co-op
Office: 502.896.5884
Cell: 502.608.3140
mary.hester@rscs.com