# **Appendix F**

| Message | |
|---|---|
| **From**: | Justin Gay [Justin.Gay@pilgrims.com] |
| **Sent**: | 1/22/2014 5:13:21 PM |
| **To**: | David Rothmeier [david.rothmeier@chick-fil-a.com] |
| **CC**: | Justin Gay [Justin.Gay@pilgrims.com] |
| **Subject**: | Project Estimate |

David,

We have prepared an estimate for the potential ABF program. This estimate is based upon current sales of 80 mm lbs annually, and it represents taking all 4 of the current CFA producing plants to an ABF program. Of course, as the volume goes up, this impact is decreased. Tender volumes are included in the tonnage. We estimate the increase in cost to be $.3124 per lb based on 80mm lbs per year. We are strictly looking at what we are selling today and the plants we are utilizing. As CFA continues to grow and the plants are filled, the impact decreases. We estimate that the production could be changed within six months to one year once a decision has been made and both parties agree.

Please call me with any questions.

Thank you,

Justin

Highly Confidential                                                                                                                                 CFA_0018155



DEF EXHIBIT
20-cr-152-PAB
**A-187**