# Appendix H

**From:** Tim Stiller [/O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=TSTILLER]
**Sent:** 2/20/2015 3:16:10 PM
**To:** Matthew Herman [matthew.herman@pilgrims.com]
**Subject:** Fwd: Otis Principal

Ellijay big wog. 15 million lbs. Good win.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Chad Cliburn <Chad.Cliburn@pilgrims.com>
Date:02/20/2015 8:06 AM (GMT-07:00)
To: Jayson Penn <Jayson.Penn@pilgrims.com>, Tim Stiller <Tim.Stiller@pilgrims.com>
Subject: Otis Principal

Tim – we are droping Otis off at AA class on March 9th. Celeste just called me and we got the price increases and all of the business from Keystone. We are 100% supplier. They are going to notify Keystone on Monday. Call you later with additional info.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PILGRIMS-0007079346

DEF EXHIBIT
20-cr-152-PAB
E-003