# **Appendix I**

**From**: Fabio Sandri [/O=PILGRIM'S PRIDE CORPORATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FSANDRI]
**Sent**: 1/30/2015 1:02:54 PM
**To**: Jayson Penn [jayson.penn@pilgrims.com]
**CC**: Bill Lovette [bill.lovette@pilgrims.com]
**Subject**: Re: 12.6% EBIT TSN chicken

And I hate Wayne even more!

On Jan 30, 2015, at 6:00 AM, "Jayson Penn" <Jayson.Penn@pilgrims.com> wrote:

I hate Tyson but I hate Sanderson more!!


On Jan 30, 2015, at 5:56 AM, "Fabio Sandri" <Fabio.Sandri@pilgrims.com> wrote:

Welcome to the club

On Jan 30, 2015, at 5:55 AM, "Bill Lovette" <Bill.Lovette@pilgrims.com> wrote:

And one more thing. It's been enough time passed now, I can honestly admit….. I HATE that company and everything about it!!!!

---

**From:** Bill Lovette
**Sent:** Friday, January 30, 2015 5:46 AM
**To:** Fabio Sandri
**Cc:** Jayson Penn
**Subject:** RE: 12.6% EBIT TSN chicken

Oh yeah, forgot to say… Go Johnny Go!!!!

---

**From:** Fabio Sandri
**Sent:** Friday, January 30, 2015 5:43 AM
**To:** Bill Lovette
**Cc:** Jayson Penn
**Subject:** Re: 12.6% EBIT TSN chicken

And PF did. 71mm and they mention 60mm synergies - meaning hillshire should have done 11mm????????

On Jan 30, 2015, at 5:39 AM, "Bill Lovette" <Bill.Lovette@pilgrims.com> wrote:

PPC 15.58  TSN 12.60    Beat they @55 again!

---

**From:** Bill Lovette
**Sent:** Friday, January 30, 2015 5:33 AM
**To:** Fabio Sandri; Jayson Penn
**Subject:** 12.6% EBIT TSN chicken

HIGHLY CONFIDENTIAL                                                                                                                      PILGRIMS-DOJ-0002731664


DEF EXHIBIT
20-cr-152-PAB
**F-459**