# **Appendix J**

| | |
|---|---|
| on behalf of | Jayson Penn [Jayson.Penn@pilgrims.com] |
| **Sent**: | 2/24/2014 12:08:57 AM |
| **To**: | Bill.Lovette@pilgrims.com |
| **Subject**: | FW: AS weekly YMOPS.xlsx |

Best week as a company as we have ever had.

AND we have much, much more to get. Personal mission is to send SAFM into a tailspin. No need to mess with TSN because they have taken their own poison pill with their new structure. Foot on the throat. Both of these hese boys will be going down. Our team is far from being good. Teams need to commit to being the best in our industry or hit the door.

-----Original Message-----
From: Larry Higdem [Larry.Higdem@pilgrims.com]
Received: Sunday, 23 Feb 2014, 3:41PM
To: Andrew Hays [Andrew.Hays@pilgrims.com]; Anita Grimes [Anita.Grimes@pilgrims.com]; Anne Austin [Anne.Austin@pilgrims.com]; Ashley Embrey [Ashley.Embrey@pilgrims.com]; Beverly Diviney [Beverly.Diviney@pilgrims.com]; Bill Lovette [Bill.Lovette@pilgrims.com]; Bob Frusco [Bob.Frusco@pilgrims.com]; Brad Sievers (JBS US) [Brad.Sievers@jbssa.com]; Brent Glasgow [Brent.Glasgow@pilgrims.com]; Brien Phillips [Brien.Phillips@pilgrims.com]; Bruno Abreu [Bruno.Abreu@pilgrims.com]; Cesar Urias [Cesar.Urias@pilgrims.com]; Chris Carter [Chris.Carter@pilgrims.com]; Chris Chavis [Chris.Chavis@pilgrims.com]; Christi Proctor [Christi.Proctor@pilgrims.com]; Colton T. Cuny [Colton.Cuny@pilgrims.com]; Dan Patterson [Dan.Patterson@pilgrims.com]; Daniel Barnes [Daniel.Barnes@pilgrims.com]; Dannen Oler [Dannen.Oler@pilgrims.com]; Darren Lamb [Darren.Lamb@pilgrims.com]; David Davlin [David.Davlin@pilgrims.com]; David Keith [David.Keith@pilgrims.com]; David Massey [David.Massey@pilgrims.com]; David White [David.White@pilgrims.com]; Dennis Gordon [Dennis.Gordon@pilgrims.com]; Don Lovette [Don.Lovette@pilgrims.com]; Doug Kirkham [Doug.Kirkham@pilgrims.com]; Doug Schult (JBS US) [Doug.Schult@jbssa.com]; Elizabeth Saint [Elizabeth.Saint@pilgrims.com]; Eric Rotermund [Eric.Rotermund@pilgrims.com]; Fabio Sandri [Fabio.Sandri@pilgrims.com]; Greg Tatum [Greg.Tatum@pilgrims.com]; 'Isauro Paludo' [isauro.apaludo@gmail.com]; James McGinnis [James.McGinnis@pilgrims.com]; James Wright [James.Wright@pilgrims.com]; Jamie Doherty [Jamie.Doherty@pilgrims.com]; Jason Slider [Jason.Slider@pilgrims.com]; Jayson Penn [Jayson.Penn@pilgrims.com]; Jeannie Murchison [Jeannie.Murchison@pilgrims.com]; Jeff Power [Jeff.Power@pilgrims.com]; Jo Repko [Jo.Repko@pilgrims.com]; John Bennett [John.Bennett@pilgrims.com]; John Holloway [John.Holloway@pilgrims.com]; John Pastrana [John.Pastrana@pilgrims.com]; Jon Strange [Jon.Strange@pilgrims.com]; Jonathan Hall [Jonathan.Hall@pilgrims.com]; Ken Long [Ken.Long@pilgrims.com]; Kendra Waldbusser [Kendra.Waldbusser@pilgrims.com]; Kenneth Johnson [Kenneth.Johnson@pilgrims.com]; Kevin Gordon [Kevin.Gordon@pilgrims.com]; Kevin Hurst [Kevin.Hurst@pilgrims.com]; Kirk Bernard [Kirk.Bernard@pilgrims.com]; Kyle Bolin [Kyle.Bolin@pilgrims.com]; Lonnie Justice [Lonnie.Justice@pilgrims.com]; Lorita Lovemore [Lorita.Lovemore@pilgrims.com]; Lucas Hill [Lucas.Hill@pilgrims.com]; Marianna Inslee [Marianna.Inslee@pilgrims.com]; Mark Glover [Mark.Glover@pilgrims.com]; Mart Massey [Mart.Massey@pilgrims.com]; Marybeth Zulaica [Marybeth.Zulaica@pilgrims.com]; Matthew Boarman [Matthew.Boarman@pilgrims.com]; Michael Massey [Michael.Massey@pilgrims.com]; Mike Blair [Mike.Blair@pilgrims.com]; Mike Ellington [Mike.Ellington@pilgrims.com]; Mike Pierce [Mike.Pierce@pilgrims.com]; Patrick Johnston [Patrick.Johnston@pilgrims.com]; Paul Lipsey [Paul.Lipsey@pilgrims.com]; Peyton Umstot [Peyton.Umstot@pilgrims.com]; Ralph Baker [Ralph.Baker@pilgrims.com]; Randy Long (Ellijay) [RandyEllijay.Long@pilgrims.com]; Randy Meyers [Randy.Meyers@pilgrims.com]; Randy Stroud [Randy.Stroud@pilgrims.com]; Rangel Capparelli [Rangel.Capparelli@pilgrims.com]; Rhianna Rule [Rhianna.Rule@pilgrims.com]; Richard McElrath [Richard.McElrath@pilgrims.com]; Richard Stewart [Richard.Stewart@pilgrims.com]; Richard Williams [Richard.Williams3@pilgrims.com]; Rick Frachiseur [Rick.Frachiseur@pilgrims.com]; Robert Garlington [Robert.Garlington@pilgrims.com]; Ronnie Hightower [Ronnie.Hightower@pilgrims.com]; Russ Danzy [Russ.Danzy@pilgrims.com]; Scott Wilkins [Scott.Wilkins@pilgrims.com]; Sean Sanders [Sean.Sanders@pilgrims.com]; Sharon Ghent [Sharon.Ghent@pilgrims.com]; Stacey Crump [Stacey.Crump@pilgrims.com]; Ted Lankford [Ted.Lankford@pilgrims.com]; Terri Ferguson [Terri.Ferguson@pilgrims.com]; Thomas Giovannini [Thomas.Giovannini@pilgrims.com]; Thomas Lane [Thomas.Lane@pilgrims.com]; Tim Singleton [Tim.Singleton@pilgrims.com]; Tim Stiller [Tim.Stiller@pilgrims.com]; Todd Hicks [Todd.Hicks@pilgrims.com]; Tom Bell [Tom.Bell@pilgrims.com]; Troy Kimmel [Troy.Kimmel@pilgrims.com]; Walt Shafer [Walt.Shafer@pilgrims.com]; Zeb Bost [Zeb.Bost@pilgrims.com]
Subject: AS weekly YMOPS.xlsx

Weekly Update.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                           PILGRIMS-0002712599



DEF EXHIBIT
20-cr-152-PAB
**D-240**