# Exhibit A

| | |
|---|---|
| **From:** | Jimmie Little <Jimmie.Little@pilgrims.com> |
| **To:** | DBradley@churchs.com |
| **Sent:** | 3/5/2014 11:40:15 PM |
| **Subject:** | FW: Church's 2014 Supply Agreement-Pilgrim's Pride |
| **Attachments:** | PPC- Church's Chicken Supply Agmt.exe.030514.pdf |

HIGHLY CONFIDENTIAL

**Government Exhibit**
20-cr-152-PAB
**3052**

PILGRIMS-DOJ-0004616685