# Exhibit B

## SUPPLY AGREEMENT
## FOR CHURCH'S CHICKEN

**Supplier: Pilgrim's Pride**

**Effective Date of Agreement:** 12/30/13

This Agreement is between Cajun Operating Company d/b/a/ Church's Chicken, a Delaware corporation ("Church's"), and the Supplier named above.

### Background Statement

A.     In connection with a Bid Request Package (the "Bid Package") submitted by Supplier to Church's, Church's has approved certain products of Supplier listed on Exhibit A (such products, together with other products approved from time to time by Church's in accordance with this Agreement, the "Products") for sale by Supplier to distributors ("Distributors") in the Church's supply chain.

B.     Supplier and Church's desire that Supplier sell Products to Distributors pursuant to the terms of this Agreement

### Terms and Conditions

### 1.     Products Subject To This Agreement.

1.1     Initial Products.  As of the date of this Agreement, only the products listed on Exhibit A constitute "Products" under this Agreement.

1.2     Product Modifications.  Supplier shall not change any Product without the prior written approval of Church's, which may be withheld in Church's sole discretion.  If Supplier desires to make any change to a Product, Supplier shall immediately notify Church's in writing, and specify the proposed change.

1.3     Unapproved Products.  Supplier shall not place the name "Church's Chicken" or any Church's trademark or logo on any Product which is not approved by Church's pursuant to this Agreement.  Supplier shall not sell any unapproved product to Distributors if Supplier knows that such unapproved products would be sold to Church's Chicken or its franchisees.

### 2.     Orders.

2.1     Approved Distributors.  Supplier shall sell Products only to Distributors listed on Exhibit D.  Church's may add or remove Distributors from Exhibit D at any time by giving notice to Supplier.  Supplier shall immediately cease selling Products to any Distributor that is removed from the approved list.

2.2     Acceptance and Sale. Supplier shall accept orders for Products from the Distributors which meet Supplier's reasonable credit guidelines, and Supplier shall sell and

1

**Government Exhibit**
**20-cr-152-PAB**
**3053**

deliver Products to such Distributors. The purchase orders and other forms of Supplier or Distributor shall govern the purchases by Distributor from Supplier.

2.3     Payment. Supplier shall invoice the Distributors directly for all Products supplied by Supplier.    Church's has no liability for or responsibility to pay for Products sold to Distributors.

## 3.    Supply of Products.

3.1     Inventory. Supplier shall maintain inventories of the Products in sufficient quantities to fill the orders of Distributors without delay and reasonably satisfactory to Church's. At Church's request from time to time, Supplier shall enter into a Minimum-Maximum Inventory Level Agreement, in form and substance as set forth in Exhibit C.

3.2     Discontinuation by Supplier. Supplier shall give Church's at least 60 days prior written notice before Supplier discontinues production, delivery or sale of any Product.

3.3     Container Markings. Supplier shall at its own expense clearly mark all containers in which Products are shipped, on at least four sides of the container, with the following legend (or such other legend and markings as Church's may require):

> MADE EXCLUSIVELY FOR CHURCH'S CHICKEN® - PACKAGED
> UNDER AGREEMENT WITH CAJUN OPERATING COMPANY FOR
> DISTRIBUTION    TO    AND    USE    BY    CHURCH'S    CHICKEN®
> RESTAURANTS.

3.4     Product Markings. Supplier shall at its own expense clearly mark all Products with such trademarks, trade names, logos or other identifying markings ("Markings"), and in such place and manner on the Product, as Church's may require.

## 4.    Product Quality.

4.1     Additional Testing and Evaluation. Church's may test any Product at any time. Supplier shall cooperate in such testing and shall supply such Product samples without charge as Church's may reasonably request. Church's may evaluate Products based on Supplier's product quality, consistency of delivery, and other factors. Supplier shall cooperate in such evaluation and testing.

4.2     Rejection. If any Product samples fail to meet Church's quality standards, then Church's may reject the entire production lot of which the samples are a part, at no cost to Church's or any Distributor. Supplier shall deliver a substitute production lot to the pertinent distribution warehouse within 48 hours after Supplier is notified of the rejection.

4.3     Operations. If Church's or its franchisees report product quality or performance problems, then at Church's request, Supplier shall promptly investigate and resolve the problems in a timely manner.

2

    PILGRIMS-DOJ-0004616687

## 5.   Prices.

5.1     Initial Prices.  Supplier shall sell Products to Distributors at the prices specified on Exhibit A.  Such prices include the cost of Product (FOB), freight, and if applicable, lumper costs, fuel surcharges, pallet costs, and all other charges and expenses.  Supplier shall not change the prices except as provided in Section 5.2.

5.2     Price Adjustment.

(a)     If there is an Initial Price Term set forth on Exhibit A which expires before the end of the Contract Term as set forth on Exhibit A, then at least 45 days before the end of the Initial Price Term, the parties will negotiate in good faith to set the Price for the period following the Initial Price Term (the "Subsequent Price Term").  If the parties based the initial price on the cost-plus method, then at least 45 days before the end of the Initial Price Term or any Subsequent Price Term, Supplier shall provide Church's with an itemized list of its cost of raw materials for the purpose of adjusting the Price for the next Subsequent Price Term.  If the parties are unable to agree on the price for the Subsequent Price Term within 30 days after the Initial Price Term, Church's may re-bid for the Products, and after 30 days written notice to Supplier Church's may terminate this Agreement with respect to such Product.

(b)     If Exhibit A states that the price of Products is not fixed, Supplier may change a price after 30 days prior written notice to Church's.

(c)     If Supplier experiences significantly increased actual freight rates during the term of this Agreement, then Supplier may request a reasonable increase to the freight quotes set forth on Product Data Sheet.  With such request, Supplier shall submit documentation which verifies Supplier's freight costs immediately prior to the effective date of this Agreement, on a weekly basis during the term of this Agreement, and at the time Supplier wishes to seek an increase. Following a review of this documentation, Church's and Supplier will negotiate in good faith in order to reach a reasonable adjustment in the freight quotes set forth on Product Data Sheet, but only for the time period that Supplier experiences such actual increased freight rates.  After any such adjustment has been agreed upon, the adjustment will be reviewed by Church's and Supplier on a periodic basis, at least every 30 days, until the adjustment is removed as a result of a decrease in Supplier's actual freight rates.  If the parties are unable to reach agreement on an adjustment as stated above within 30 days after Supplier submits all the documentation described above, either party may terminate this Agreement upon 30 days written notice.

5.3     Franchisee Pricing.  If Supplier sells or offers Products, directly or indirectly, to or for the use of a franchisee of Church's (including franchisees operating outside the United States) at lower prices or upon more favorable terms and conditions than specified in this Agreement, then Supplier must sell the Products under this Agreement for such prices, terms, and conditions.

**6.     Discontinuation of Product by Church's.**  If Church's discontinues using a Product, Church's may terminate this Agreement without obligation with respect to such Product, except that Church's shall purchase (or cause a third party to purchase) all finished Product and packaging materials, and any ingredients which are unique to the Products, subject to the maximum inventory obligation set forth in Exhibit C.

3

7.     **Delivery.**  Supplier shall transport all Products, or designate a carrier for all Products, unless the Distributor designates a carrier.

8.     **Warranties.**  Supplier represents, warrants and covenants (which supersedes any limitations of warranty or liability contained in Supplier's forms) that:

(i)     The Products will conform to the specifications set forth in the Bid Package and to the samples provided by Supplier to Church's for each of the Products;

(ii)    The Products will conform to the specifications set by Church's as modified from time to time;

(iii)   The Products will be merchantable and free from defects in material and workmanship;

(iv)    The Products and Supplier will comply with all applicable laws and regulations, including content and labeling regulations; and

(v)     the price of Products was arrived at independently, without the purpose of restricting competition, and without any communication or understanding with any other potential supplier relating to such price or the methods or factors used to calculate such price.

9.     **Confidential Information.**

(a)    Definitions.

(i)     "Confidential Information" means non-public information disclosed to Supplier of or about Church's, in any form or media, including but not limited to information about assets, financial condition, marketing plans, customers, suppliers, franchisees, proprietary processes, operations, and business plans.

(ii)    "Trade Secrets" has the meaning given under the Georgia Trade Secrets Act of 1990, O.C.G.A. Section 10-1-760 *et seq.* Without limiting the generality of the foregoing, all food formulas of Church's constitute Trade Secrets.

(b)    Confidentiality. Supplier shall (i) hold all Confidential Information and all Trade Secrets in confidence; (ii) use Confidential Information and Trade Secrets only in connection with this Agreement; (iii) disclose Confidential Information and Trade Secrets only to its officers and employees (collectively "Representatives") who need to know such information in connection with this Agreement, and not to any other person or entity; and (iv) inform Representatives who receive Confidential Information and Trade Secrets of the existence and terms of this Agreement, and ensure that such Representatives agree to be bound by the terms of this Agreement.

(c)    Notification. Supplier shall promptly notify Church's in writing of any loss or unauthorized disclosure of any Confidential Information or Trade Secrets. If Supplier or its

4

Representatives are requested or required to disclose any Confidential Information or Trade Secrets due to a lawsuit or similar action, Supplier shall promptly notify Church's.

(d)    Return of Information. Upon the request of Church's, or upon termination of this Agreement (whichever occurs first), Supplier shall promptly deliver to Church's all documents and electronic files containing or constituting Confidential Information or Trade Secrets, without retaining any copies.

(e)    Survival. The obligations of Supplier regarding Confidential Information shall remain in force for a period of two years after the termination of this Agreement. The obligations of Supplier regarding Trade Secrets shall remain in force indefinitely.

**10.    Indemnity.** Supplier shall indemnify, defend and hold Church's and its affiliates and franchisees, and their respective shareholders, officers, directors, employees, agents, harmless from and against any and all actions, claims, costs (including attorney's fees), damages, judgments, losses, expenses and liabilities whatsoever, including without limitation any products liability claims, in law or equity, arising out of (i) the production, supply, distribution, delivery or sale by Supplier of any products or goods or (ii) the breach by Supplier of any of its obligations, warranties, or representations under this Agreement.

**11.    Insurance.** Supplier shall maintain and keep in force, at its own expense, the following minimum insurance coverage and minimum limits:

(i)    Workers' Compensation Insurance - with statutory limits as required by the laws and regulations applicable to the employees of Supplier who are engaged in the performance of this Agreement.

(ii)    Employer's Liability Insurance - for employee bodily injuries and deaths, with a limit of $500,000 each accident.

(iii)    Comprehensive or Commercial General Liability Insurance - covering claims for bodily injury, death and property damage, including Premises and Operations, Independent Contractors, Products and Completed Operations, Personal Injury, Contractual, and Broad form Property Damage liability coverage, with limits as follows: Occurrence/Aggregate Limit of $1,000,000 for bodily injury, death and property damage each occurrence and $2,000,000 general aggregate or split liability limits of: $1,000,000 for bodily injury per person, $1,000,000 for bodily injury per occurrence, and $500,000 for property damage.

(iv)    Comprehensive Automobile Liability Insurance - covering owned, non-owned and hired vehicles, with limits as follows: Combined Single Limit of $500,000 for bodily injury, death and property damage per occurrence, or split liability limits of: $500,000 for bodily injury per person; $500,000 for bodily injury per occurrence; and $250,000 for property damage.

No such cancellation, modification or change shall affect Supplier's obligation to maintain the insurance coverage's required by this Agreement. Except for Workers' Compensation Insurance, Church's shall be named as an Additional Insured on all such required policies. All

5

                                    PILGRIMS-DOJ-0004616690

liability insurance policies shall be written on an "occurrence" policy form and by insurance companies reasonably acceptable to Church's. Supplier shall be responsible for payment of any and all deductibles from insured claims under its policies of insurance. The coverage afforded under any insurance policy obtained by Supplier pursuant to this Agreement shall be primary coverage regardless of whether or not Church's has similar coverage. The minimum limits of coverage required by this Agreement may be satisfied by a combination of primary and excess or umbrella insurance policies. Church's may, upon prior written notice, reasonably increase the minimum limits of insurance coverage or otherwise reasonably modify the insurance requirements of this Agreement.

**12.    Inspection.** Church's may inspect Supplier's facilities related to the Products during normal business hours at any time during the term of this Agreement, after reasonable notice by Church's of such inspection.

**13.    Future Bids.** Church's may investigate and obtain bids from other suppliers with respect to supply of products similar to the Products.

**14.    Term and Termination.**

14.1    Term. The term of this Agreement (the "Term") commences on the effective date listed on the first page of this Agreement, and continues until the ending date set forth on Exhibit A.

14.2    Events of Default. Supplier will be in default hereunder if any one or more of the following events happen:

(i)    Supplier fails to perform or comply with any provision of this Agreement, including any failure to meet quality standards set by Church's, and such failure continues for more than seven days after written notice thereof from Church's;

(ii)    Supplier services Distributors in a manner detrimental to the operation of the Church's or its franchisees; or

(iii)    Supplier files a voluntary petition of bankruptcy or seeks relief under any bankruptcy or insolvency law, or Supplier applies for the appointment of a receiver or trustee for all or a substantial part of any of its assets, or Supplier makes a general assignment for the benefit of creditors, or Supplier admits in writing its inability to pay its debts as they mature, or the filing of an involuntary petition against Supplier seeking relief under any bankruptcy or insolvency law, or the involuntary appointment of a receiver or trustee for Supplier for all or a substantial part of its assets, or the issuance of a warrant of attachment or execution of similar process against a substantial part of the property of Supplier and the continuance of such for 90 days undismissed or undischarged.

14.3    Discontinuation of Markings. Upon the expiration or the termination of this Agreement for any reason, Supplier shall immediately and permanently discontinue the use of all Markings and any Trade Secrets and Confidential Information, and promptly deliver to Church's

6

(or, at Church's option, destroy) all Markings and any other printed material containing either Markings, Trade Secrets, or Confidential Information.

14.4    Church's Costs. If Church's terminates this Agreement due to an event of default by Supplier, or Supplier terminates this Agreement without legal right to do so, then Supplier shall pay Church's its reasonable administrative costs and expenses incurred in obtaining other sources of supply, including without limitation Church's costs of any bidding process, testing, inspection and approvals of replacement product. Such remedy shall be in addition to, and not in lieu of, any other rights and remedies Church's may have under this Agreement or applicable law.

14.5    Weekly Basis. If this Agreement expires or is terminated by the mutual consent of the parties, and if Supplier continues to supply Products to Distributors, such supply shall be deemed to occur on a week-to-week basis under the terms of this Agreement, and either party may terminate such supply after seven days written notice to the other party.

**15.    Force Majeure.** If either party is delayed or prevented from performing this Agreement because of any circumstance beyond its reasonable control, including without limitation, any act of nature or the public enemy, accident, casualty, labor disputes, riots, sabotage, military conflict, unavailability of raw material ("Force Majeure"), the party so suffering may suspend performance during the period such Force Majeure continues, and no liability shall attach against either party on account thereof. "Force Majeure" shall not include any delay of delivery caused by choice of shipment route by Supplier which is affected by weather, when alternative shipment routes were available. The party suffering an event of Force Majeure shall diligently attempt to remove such cause or causes. As soon as any event of Force Majeure is remedied, the parties' respective rights, obligations and performance as set forth in this Agreement shall be immediately reinstated. When circumstances require Supplier to allocate Product among Supplier's customers, Supplier agrees that it shall not discriminate against the Distributors and that Supplier will supply them on a basis no less favorable to them than a pro rata basis. Notwithstanding any agreement to the contrary, Distributors may purchase Product from third parties during any period Supplier is unable to satisfy Buyer's purchase orders as a result of an event of Force Majeure.

**16.    Notices.** All notices permitted or required hereunder shall be in writing and shall be (i) hand delivered, (ii) sent by facsimile confirmed by recipient, (iii) sent by overnight mail service such as FedEx, or (iv) deposited with the United States Postal Service, postage prepaid, to be sent certified mail with return receipt requested, and addressed to Supplier at the address specified on Exhibit A, and if to Church's at:

> Cajun Operating Company, d/b/a Church's Chicken
> 990 Hammond Drive NE, Suite 220
> Atlanta, GA 30328
> Facsimile: 770-512-3976
> Attention: Senior Director of Purchasing

Any party may change its address by giving notice thereof to the other party in as provided in this Section. All notices shall be deemed validly given (i) upon receipt if hand-delivered, (ii) upon receipt if sent by facsimile confirmed by recipient, (iii) one day after deposit with an

7

PILGRIMS-DOJ-0004616692

overnight delivery service, and (iv) three days after deposit with the United States Postal Service if sent by certified mail as set forth above.

**17. Arrowstream.** The provisions of Exhibit B are hereby made part of this Agreement.

**18. Special Stipulations.** The provisions of Exhibit C, if any, are hereby made part of this Agreement.

**19. Miscellaneous.** This Agreement shall be subject to and governed by the laws of the State of Georgia. The state and federal courts having jurisdiction in Fulton County, Georgia, shall have sole jurisdiction and venue over any disputes related to this Agreement. Failure to insist upon compliance with any provision hereof shall not be deemed a waiver of such provision or any other provision hereof. The parties intend be independent contractors, and neither party is the partner or agent of the other. Church's may assign this Agreement any successor entity or acquirer of all or any portion of its business. This Agreement may not be modified except by a written amendment executed by the parties. The invalidity or unenforceability of any provision hereof shall not affect the validity or enforceability of any other provision. Time is of the essence of this Agreement. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, and such counterparts shall together constitute and be one and the same agreement. This Agreement shall be binding upon the parties and their respective successors and assigns. This Agreement contains the entire agreement of the parties concerning the subject matter of this Agreement. This Agreement shall not be effective unless and until executed by Church's.

IN WITNESS WHEREOF, the parties have executed this Agreement effective as of the date first written above.

**CAJUN OPERATING COMPANY**

By: _____

Name: John B. Barnett

Title: SVP Global Supply Chain & Purchasing

Date: _____

By: _____

Name: Jayson Penn

EVP- Sales & Operations
Title: Pilgrim's Pride Corporation

Date: March 5, 2014

8

## **Exhibit A to Church's Chicken Supply Agreement**

### **SPECIFIC AWARD TERMS**

Supplier Name: Pilgrim's Pride

Supplier Address: 1770 Promontary Circle, Greeley, CO 80634


Contact: Jimmie Little

Contract Term: 1 year

Contract Ending Date: 12/28/14

| Products: | Church's | |
|---|---|---|
| | Item # | Description |
| | 1005 | Fresh 8pc |
| | 1105 | Fresh Dark Meat |

Approximate Annual Volume (Projected): 28,000,000 lbs

Description of Products:     See attached specification -- Exhibit D

Approved Distributors:     See attached Product Data Sheets -- Exhibit D

Price Term: 1 year based on monthly cost plus and quarterly fuel surcharge

9

## Exhibit B to Church's Chicken Supply Agreement

### ARROWSTREAM MANDATORY PARTICIPATION FOR SUPPLIERS

#### A.   Freight Rate Discovery

- Church's reserves the right to audit the actual freight invoices for shipments of Product to its approved Distributors, including, but not limited to, direct shipments of Product, combined Church's product shipping with Supplier's other customers' product on the same load to the Distributor, and multi-stop shipments with Church's Product.

- Supplier shall provide upon request, within two weeks, copies of the last five consecutive carrier invoices, including any breakdown of cost components such as fuel surcharges, unloading fees, and pallet costs.

- Supplier has the right to obscure or redact the carrier name and contact information, as well as any identifying information regarding other customers' on the invoice. The total shipment size and invoice must remain clearly stated in all cases, even those invoices where the Church's product was a fraction of the total shipment.

- Information from the Freight Rate Discovery process will be used to construct a baseline rate that reflects the actual cost of moving the goods from the point of origin to Church's designated distribution center.

#### B.   Right to Designate Arrowstream as Freight Manager

- Church's, at its sole discretion, may choose to designate one or multiple shipping lanes to be managed by its logistics partner, Arrowstream. Arrowstream will act as the Freight Manager for 100% of the shipments of Church's product to the selected Distributors.

- Arrowstream will invoice the Distributor as a Freight Manager adopting, as determined solely by Church's, either the contractual freight standard or the documented actual freight cost (including carrier rate, fuel surcharge, and accessorial costs) determined through the Freight Rate Discovery process. All Arrowstream invoices are payable net 15 days.

- The designation of a freight lane as Arrowstream-managed does not prohibit the Distributor from ordering other customers' product on the same Purchase Order or to ship at the same time as the Church's Purchase Order, but the freight charges for all such other shipments will reflect the actual documented freight costs determined in the Freight Rate discovery process.

#### C.   No Effect on Landed Cost

Church's designation of shipments as Arrowstream-managed will in no way change the negotiated FOB pricing for the Product. All pricing will continue as negotiated between Church's and the Supplier as executed in the contract, even if the freight rates documented by Freight Rate Discovery differ from the contractual rates, unless mutually agreed upon by Church's and the Supplier.

10

## **Exhibit C to Church's Chicken Supply Agreement**

### **SPECIAL STIPULATIONS**

Supplier will maintain a minimum inventory of 30 days projected usage as noted on the attached Product Data Sheet.

Supplier will maintain a maximum inventory of 60 days projected usage as noted on the attached Product Data Sheet. Additional inventory should be approved by both parties before implementing.

Container Markings.  Supplier shall at its own expense clearly mark all containers in which Products are shipped, on at least four sides of the container, with the following legend (or such other legend and markings as Church's may require):

> MADE EXCLUSIVELY FOR CHURCH'S CHICKEN® - PACKAGED UNDER AGREEMENT WITH CAJUN OPERATING COMPANY FOR DISTRIBUTION TO AND USE BY CHURCH'S CHICKEN® RESTAURANTS.

> To Report Quality or Safety concerns call QA Hotline 1-800-538-8033

11

                                              PILGRIMS-DOJ-0004616696

## Exhibit D (Additional Attachments) to Church's Chicken Supply Agreement

### SPECIFICATIONS

Attached on next page(s).

### APPROVED DISTRIBUTORS

Listed on Product Data Sheet.

### PROJECTED VOLUMES

Listed on Product Data Sheet.

12

PILGRIMS-DOJ-0004616697

## Church's Chicken-Pilgrims Pride
## Proposed Formula Based Cost Model

Chick Cost $ 0.0769

| | Grain | Freight | Basis | Total |
|---|---|---|---|---|
| Corn 2 Months Previous (January) | $4.2875 | 0.8200 | | $5.1075 |
| Corn 2 Months Previous (December) | $5.1530 | 1.0600 | | $6.2130 |
| Corn 1 Months Previous (November) | $5.1530 | 1.0600 | | $6.2130 |
| Corn Average | | | | $5.8445 |
| Soy 2 Months Previous (January) | $429.70 | 52.0000 | | $481.70 |
| Soy 2 Months Previous (December) | $377.18 | 49.0000 | | $426.18 |
| Soy 1 Months Previous (November) | $377.18 | 49.0000 | | $426.18 |
| Soy Average | | | | $444.69 |

| | % Ration | Cost/Unit | | COST/LB FEED |
|---|---|---|---|---|
| Corn | 65.00% | | $5.8445 | $0.0678 |
| Soybean Meal | 23.00% | | $444.9867 | $0.0511 |
| Other | 12.00% | | $418.000 | $0.0251 |
| | 100.00% | | | $0.1441 |
| Milling/Delivery Cost | | | 16.11 | $0.0081 |
| Feed Shrink % | | | 1.00% | $0.0014 |
| Subtotal | | | | $0.1536 |
| Feed Conversion | | | | 1.75 |

| | |
|---|---|
| Feed Expenses | $0.2687 |
| Non Feed/Growout Cost | $0.0761 |
| Offal/Gib Credit | ($0.0106) |
| WOG Yield % | 71% |
| Yielded Broiler Cost | $ 0.5831 |
| WOG Processing Cost | $0.0671 |
| Cost at Exit of Chiller | $0.6502 |
| 8pc Processing Cost | $0.2114 |
| Injection Processing Cost | $0.0094 |
| Marination Yield | 110% |
| Plant Cost | $0.7891 |
| Packaging | $0.0307 |
| Margin | $0.1000 |
| Total FOB Plant Cost | $0.9198 |
| | |
| Dark Meat | $0.6198 |

| | | |
|---|---|---|
| 8 PC Billing Case Wt. | 48.0000 | UPDATED FOR JAN PRICING |
| Dark FOB Price | $0.6198 | |
| Dark Case Wt. | 42.1674 | |

PILGRIMS-DOJ-0004616698

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0004616699

# CHURCH'S CHICKEN Product Data & Price Sheet

**Church's item #** 1005

Date: 10/18/2013

| | |
|---|---|
| Supplier: | Pilgrims |
| Address: | 1770 Promontary Circle, Greeley, CO. 80634 |
| Sales Rep.: | Jimmie Little   Phone: 214.755.6081   Phone: 800.321.1470   Cell: 214.755.6081   Email: Jimmie.Little@pilgrims.com |
| Order/CS: | Barbara Garcia   Phone: 970.506.7438   Fax: 972.290.8881   Email: Barbara.Garcia@pilgrims.com |

Product Description: Church's 8pc    Product # 2711    UPC:

Case Dimensions: 19 3/8 x 13 1/8 x 10 1/4   Storage Temp: 34 or below   Date Code Format: Use by date   *Code Type:

Case Pk: 16 head   Shelf Life: 11 days   Open Shelf Life: days   Ti/Hi: 42 cs/7ti/6 hi   Proprietary? yes

Gross Cs Wt.: 46.8 approx. lbs.   Net Cs Wt:   Case Cube: 1.82   Minimum Order:   Yield:

Order Lead Time: 3 days   Production Lead Time: 3 days   Manufacture Location: Carrollton, GA   USDA Plant or Est. # P-476

Market Price if using Bill Backs: $    Invoice upon shipping or ordering? Shipping   Terms: Net 7

**Directions:**
1
2
3

"Date Code Type - list if expiration, sell by, use by, production, packed, Julian, etc.
The below (?) columns and "TL" (Truckload) are outbound freight brackets. Fill in applicable quantities.
"Target Freight Bracket" is determined using volume forecast and the most probable outbound freight bracket.
"Landed Cost" is the sum of FOB Price and Freight from the most probable bracket.

List Freight & Bracket quantities in case unit of measure below.

Pricing Start Date 12/30/2013   End Date: 12/28/2014

| Distribution Centers | Location | Store Ct* | Shipping Point Location - (City, State & Zip) | FOB Price per case at Supplier | 2000-4999 lbs | 5000-9999 lbs | 10000-19999 lbs | 20000-29999 lbs | 30000-TL lbs | "Probable" Target Bracket Freight | Landed Cost/cs | Office Use ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min. Bkt. 1 | Bracket 2 | Bracket 3 | Bracket 4 | TL Bracket | | | |
| PFG Batesville | Batesville, MS 38606 | | Carrollton, GA 30117 | | 0.4966 | 0.1983 | 0.0991 | 0.0496 | 0.0330 | | | |
| PFG Caro | Houma, LA 70364 | | Carrollton, GA 30117 | | 0.6752 | 0.2701 | 0.1350 | 0.0675 | 0.0450 | | | |
| PFG Richmond | Richmond, VA 23228 | | Carrollton, GA 30117 | | 0.8894 | 0.3558 | 0.1779 | 0.0889 | 0.0593 | | | |
| PFG Temple | Temple, TX 76503 | | Carrollton, GA 30117 | | 0.9024 | 0.3610 | 0.1805 | 0.0902 | 0.0602 | | | |
| PFG Victoria | Victoria, TX 77901 | | Carrollton, GA 30117 | | 0.9692 | 0.3877 | 0.1938 | 0.0969 | 0.0646 | | | |
| PFG/TPC | Rock Island, IL 61201 | | Carrollton, GA 30117 | | 0.7121 | 0.2848 | 0.1424 | 0.0712 | 0.0475 | | | |
| ROMA Denver | Henderson, CO 80640 | | Carrollton, GA 30117 | | 1.4221 | 0.5689 | 0.2844 | 0.1422 | 0.0948 | | | |
| ROMA Florida | Orlando, FL 32809 | | Carrollton, GA 30117 | | 0.7461 | 0.2985 | 0.1492 | 0.0746 | 0.0497 | $0.0497 | $0.0497 | |
| ROMA Georgia | Austell, GA 30168 | | Carrollton, GA 30117 | | 0.0858 | 0.0343 | 0.0172 | 0.0086 | 0.0057 | $0.0057 | $0.0057 | |
| ROMA Indianapolis | Indianapolis, IN 46278 | | Carrollton, GA 30117 | | 0.5833 | 0.2253 | 0.1127 | 0.0563 | 0.0378 | | | |
| ROMA Mid Atlantic | Swedesboro, NJ 08085 | | Carrollton, GA 30117 | | 1.0329 | 0.4132 | 0.2066 | 0.1033 | 0.0689 | | | |
| SWT - CA | Temecula, CA 92590 | | Carrollton, GA 30117 | | 1.7229 | 0.6892 | 0.3446 | 0.1723 | 0.1149 | | | |
| Country Squire | Sapulpa, OK 74066 | | Carrollton, GA 30117 | | 0.7958 | 0.3183 | 0.1592 | 0.0796 | 0.0531 | | | |
| Plymouth Poultry | Seattle, WA 98108 | | Carrollton, GA 30117 | | 2.5404 | 1.0162 | 0.5081 | 0.2540 | 0.1694 | | | |
| Subs Foods | Jackson, TN 38302 | | Carrollton, GA 30117 | | 0.3609 | 0.1443 | 0.0722 | 0.0361 | 0.0241 | | | |
| Shuler Meats | Thomasville, NC 27360 | | Carrollton, GA 30117 | | 0.5677 | 0.2271 | 0.1135 | 0.0568 | 0.0378 | | | |
| Colorado Boxed Beef | Arlington, TX | | Carrollton, GA 30117 | | 0.7705 | 0.3082 | 0.1541 | 0.0771 | 0.0514 | | | |
| Colorado Boxed Beef | Mt. Pleasant, TX | | Carrollton, GA 30117 | | 0.6930 | 0.2772 | 0.1388 | 0.0693 | 0.0462 | | | |
| BASIX Re-Dist | Lithia Springs, GA 30122 | | Carrollton, GA 30117 | | 0.0834 | 0.0333 | 0.0167 | 0.0083 | 0.0056 | | | |

Church's Chicken. Private Confidential. Do Not Copy.

Diane Grant 1/22/2014

HIGHLY CONFIDENTIAL

# CHURCH'S CHICKEN Product Data & Price Sheet

**Church's item #   1005**

| | | | | |
|---|---|---|---|---|
| Supplier: | Pilgrims | | | Date:  10/18/2013 |
| Address: | 1770 Promontary Circle, Greeley, CO. 80634 | | Phone: 800.321.1470 | |
| Sales Rep.: | Jimmie Little | Phone: 214.755.6081 | Cell: 214.755.6081 | Email:  Jimmie.Little@pilgrims.com |
| Order/CS: | Cadric Laputz | Phone: 970.506.7466 | Fax: 972.290.3423 | Email:  Cedric.Laputz@pilgrims.com |

**Product Description:** Church's 8pc    Product #  2711    UPC:

| | | | | |
|---|---|---|---|---|
| Case Dimensions: | 19 3/8 x 13 1/8 x 10 1/4 | Storage Temp: | 34 or below   Date Code Format:  Use by date | *Code Type: |
| Case Pk: | 16 head | Shelf Life:  11  days | Open Shelf Life:  days | Ti/Hi:  42 cs/7ti/6 hi  Proprietary?  yes |
| Gross Cs Wt. | 46.8 approx.  lbs.  Net Cs. Wt: | Case Cube:  1.82 | Minimum Order: | Yield: |
| Order Lead Time: | 3 days | Production Lead Time:  3 days | Manufacture Location: Natchitoches LA | USDA Plant or Est. # P-5787 |
| | Market Price if using Bill Backs: | $ | Invoice upon shipping or ordering?  Shipping   Terms: Net 7 | |

| Directions: | 1 | *Date Code Type - list if expiration, sell by, use by, production, packed, Julian, etc. |
|---|---|---|
| | 2 | The below (?) columns and "TL" (Truckload) are outbound freight brackets. Fill in applicable quantities. |
| | 3 | "Target Freight Bracket" is determined using volume forecast and the most probable outbound freight bracket. |
| | | "Landed Cost" is the sum of FOB Price and Freight from the most probable bracket. |

List Freight & Bracket quantities in case unit of measure below.    Pricing Start Date  12/30/2013    End Date:  12/28/2014

| Distribution Centers | Distribution Centers Location | Store Ct * | Shipping Point Location (City, State & Zip) | FOB Price per case at Supplier | 2000-4999 lbs Min. Bkt. 1 | 5000-9999 lbs Bracket 2 | 10000-19999 lbs Bracket 3 | 20000-29999 lbs Bracket 4 | 30000-TL lbs TL Bracket | "Probable" Target Bracket Freight | Landed Cost/cs | Office Use ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PFG Batesville | Batesville, MS 38606 | | Natchitoches, LA 71457 | | 0.5634 | 0.2254 | 0.1127 | 0.0563 | 0.0376 | | | |
| PFG Caro | Houma, LA 70364 | | Natchitoches, LA 71457 | | 0.5196 | 0.2078 | 0.1039 | 0.0520 | 0.0346 | | | |
| PFG Richmond | Richmond, VA 23228 | | Natchitoches, LA 71457 | | 1.3166 | 0.5266 | 0.2633 | 0.1317 | 0.0878 | | | |
| PFG Temple | Temple, TX 76503 | | Natchitoches, LA 71457 | | 0.5644 | 0.2258 | 0.1129 | 0.0564 | 0.0376 | $0.0376 | $0.0376 | |
| PFG Victoria | Victoria, TX 77901 | | Natchitoches, LA 71457 | | 0.6922 | 0.2769 | 0.1384 | 0.0692 | 0.0461 | | | |
| PFG/TPC | Rock Island, IL 61201 | | Natchitoches, LA 71457 | | 0.9138 | 0.3655 | 0.1828 | 0.0914 | 0.0609 | | | |
| ROMA Denver | Henderson, CO 80640 | | Natchitoches, LA 71457 | | 1.1343 | 0.4537 | 0.2269 | 0.1134 | 0.0756 | | | |
| ROMA Florida | Orlando, FL 32809 | | Natchitoches, LA 71457 | | 1.4652 | 0.5861 | 0.2930 | 0.1465 | 0.0977 | | | |
| ROMA Georgia | Austell, GA 30168 | | Natchitoches, LA 71457 | | 0.7596 | 0.3038 | 0.1519 | 0.0760 | 0.0506 | | | |
| ROMA Indianapolis | Indianapolis, IN 46278 | | Natchitoches, LA 71457 | | 0.9879 | 0.3952 | 0.1976 | 0.0988 | 0.0659 | | | |
| ROMA Mid Atlantic | Swedesboro, NJ 08085 | | Natchitoches, LA 71457 | | 1.6744 | 0.6698 | 0.3349 | 0.1674 | 0.1116 | | | |
| SWT - CA | Temecula, CA 92590 | | Natchitoches, LA 71457 | | 1.4862 | 0.5945 | 0.2972 | 0.1486 | 0.0991 | | | |
| Country Squire | Sapulpa, OK 74066 | | Natchitoches, LA 71457 | | 0.5698 | 0.2279 | 0.1140 | 0.0570 | 0.0380 | | | |
| Plymouth Poultry | Seattle, WA 98105 | | Natchitoches, LA 71457 | | 2.2601 | 0.9041 | $0.4520 | 0.2260 | 0.1507 | | | |
| Butts Foods | Jackson, TN 38302 | | Natchitoches, LA 71457 | | 0.5920 | 0.2368 | 0.1184 | 0.0592 | 0.0395 | | | |
| Shuler Meats | Thomasville, NC 27360 | | Natchitoches, LA 71457 | | 0.9921 | 0.3968 | 0.1984 | 0.0992 | 0.0661 | | | |
| Colorado Boxed Beef | Arlington, TX | | Natchitoches, LA 71457 | | 0.5196 | 0.2385 | 0.1192 | 0.0596 | 0.0397 | | | |
| Colorado Boxed Beef | Mt. Pleasant, TX | | Natchitoches, LA 71457 | | 0.4751 | 0.1900 | 0.0950 | 0.0475 | 0.0317 | | | |
| BASIX Re-Dist | Lithia Springs, GA 30122 | | Natchitoches, LA 71457 | | 0.76 | 0.30 | 0.15 | 0.08 | 0.05 | | | |

Church's Chicken. Private Confidential. Do Not Copy.

Diane Grant 1/22/2014

PILGRIMS-DOJ-0004616700

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0004616701

# CHURCH'S CHICKEN Product Data & Price Sheet

**Church's item #** 1105

Date: 10/16/2013

| | |
|---|---|
| Supplier: | Pilgrims |
| Address: | 1770 Promontary Circle, Greeley CO 80634 |

Phone: 800.321.1470

| | | | |
|---|---|---|---|
| Sales Rep.: | Jimmie Little | Phone: | 214.755.6081 |
| | | Cell: | 214.755.6081 |
| Order/CS: | Barbara Garcia | Phone: | 970.506.74.8 |
| | | Fax: | 972.290.8881 |

Email: Jimmie.Little@pilgrims.com
Email: Barbara.Garcia@pilgrims.com

**Product Description:** Church's Dark Meat

Product # 2712     UPC:

Case Dimensions: 19 3/8 x 13 1/8 x 10 1/4     Storage Temp: 34     Date Code Format: use by date     *Code Type:

Case Pk: 16 hd     Shelf Life: 11 days     Open Shelf Life: days     Ti/Hi: 42cs/7Tix/6Hi Proprietary? yes

Gross Cs Wt.: 41.1 approx lbs.     Net Cs. Wt:     Case Cube: 1.82     Minimum Order:     Yield:

Order Lead Time: 3 days     Production Lead Time: 3 days     Manufacture Location: Athens GA     USDA Plant or Est. # P-855

Market Price if using Bill Backs: $     Invoice upon shipping or ordering?     Terms: Net 7

| Directions: | 1 | "Date Code Type - list if expiration, sell by, use by, production, packed, Julian, etc. |
|---|---|---|
| | 2 | The below (?) columns and "TL" (Truckload) are outbound freight brackets. Fill in applicable quantities. |
| | 3 | "Target Freight Bracket" is determined using volume forecast and the most probable outbound freight bracket. |
| | | "Landed Cost" is the sum of FOB Price and Freight from the most probable bracket. |

List Freight & Bracket quantities in case unit of measure below.

Pricing Start Date 12/28/2013     End Date: 12/28/2014

| Distribution Centers | Distribution Centers | Store | Shipping Point Location - (City, State & Zip) | | FOB Price per case at Supplier | 2000-4999 lbs | 5000-9999 lbs | 10000-19999 lbs | 20000-29999 lbs | 30000- TL lbs | "Probable" Target Bracket Freight | Landed Cost/cs | Office Use ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Location | Ct.* | | | | Min. Bkt. 1 | Bracket 2 | Bracket 3 | Bracket 4 | TL Bracket | | | |
| PFG Batesville | Batesville, MS 38606 | | Athens, GA | 30601 | | 0.5230 | 0.2092 | 0.1046 | 0.0523 | 0.0349 | | | |
| PFG Carro | Houma, LA 70364 | | Athens, GA | 30601 | | 0.7672 | 0.3069 | 0.1534 | 0.0767 | 0.0511 | | | |
| PFG Richmond | Richmond, VA 23228 | | Athens, GA | 30601 | | 1.0718 | 0.4287 | 0.2144 | 0.1072 | 0.0715 | | | |
| PFG Temple | Temple, TX 76503 | | Athens, GA | 30601 | | 1.0556 | 0.4222 | 0.2111 | 0.1056 | 0.0704 | $0.0704 | $0.0704 | |
| PFG Victoria | Victoria, TX 77901 | | Athens, GA | 30601 | | 1.2585 | 0.5034 | 0.2517 | 0.1259 | 0.0839 | | | |
| PFG/TPC | Rock Island, IL 61201 | | Athens, GA | 30601 | | 0.7925 | 0.3170 | 0.1585 | 0.0793 | 0.0528 | | | |
| ROMA Denver | Henderson, CO 80640 | | Athens, GA | 30601 | | 1.5143 | 0.6057 | 0.3029 | 0.1514 | 0.1010 | | | |
| ROMA Florida | Orlando, FL 32809 | | Athens, GA | 30601 | | 0.7309 | 0.2924 | 0.1462 | 0.0731 | 0.0487 | | | |
| ROMA Georgia | Austell, GA 30168 | | Athens, GA | 30601 | | 0.2550 | 0.1020 | 0.0510 | 0.0255 | 0.0170 | $0.0170 | $0.0170 | |
| ROMA Indianapolis | Indranapolis, IN 46278 | | Athens, GA | 30601 | | 0.5856 | 0.2342 | 0.1171 | 0.0586 | 0.0390 | | | |
| ROMA Mid Atlantic | Swedesboro, NJ 08085 | | Athens, GA | 30601 | | 0.9070 | 0.3628 | 0.1814 | 0.0907 | 0.0605 | | | |
| SWT - CA | Temecula, CA 92590 | | Athens, GA | 30601 | | 1.8064 | 0.7225 | 0.3613 | 0.1806 | 0.1204 | | | |
| Country Square | Sapulpa, OK 74066 | | Athens, GA | 30601 | | 0.8561 | 0.3424 | 0.1712 | 0.0856 | 0.0571 | | | |
| Plymouth Poultry | Seattle, WA 98108 | | Athens, GA | 30601 | | 2.1881 | 0.8752 | 0.4376 | 0.2188 | 0.1459 | | | |
| Butts Foods | Jackson, TN 38302 | | Athens, GA | 30601 | | 0.6423 | 0.2569 | 0.1285 | 0.0642 | 0.0428 | | | |
| Shuler Meats | Thomasville, NC 27360 | | Athens, GA | 30601 | | 0.4442 | 0.1777 | 0.0888 | 0.0444 | 0.0296 | | | |
| Colorado Boxed Beef | Arlington, TX | | Athens, GA | 30601 | | 0.8891 | 0.3556 | 0.1778 | 0.0889 | 0.0593 | | | |
| Colorado Boxed Beef | Mt. Pleasant, TX | | Athens, GA | 30601 | | 0.9838 | 0.3935 | 0.1968 | 0.0984 | 0.0656 | | | |
| BASIX Re-Dist | Lithia Springs, GA 30122 | | Athens, GA | 30601 | | 0.1211 | 0.0484 | 0.0242 | 0.0121 | 0.0081 | | | |

Church's Chicken. Private Confidential. Do Not Copy.

Diane Grant 1/22/2014

HIGHLY CONFIDENTIAL

# CHURCH'S CHICKEN Product Data & Price Sheet

## Church's item # 1105

Date: 10/16/2013

| | |
|---|---|
| Supplier: | Pilgrims |
| Address: | 1770 Promontary Circle, Greeley CO 80634 |
| Sales Rep: | Jimmie Little   Phone: 214.755.6081 |
| Order/CS: | Barbara Garcia   Phone: 970.506.74.8 |

Phone: 800.321.1470
Cell: 214.755.6081
Fax: 972.290.8881
Email: Jimmie.Little@pilgrims.com
Email: Barbara.Garcia@pilgrims.com

Product Description: Church's Dark Meat   Product #: 2712   UPC: _____
Case Dimensions: 19 3/8 x 13 1/8 x 10 1/4   Storage Temp: 34   Date Code Format: use by date   *Code Type: _____
Case Pk: 16 hd   Shelf Life: 11 days   Open Shelf Life: ___ days   TI/HI: 42cs/7TIx/6HI   Proprietary? yes
Gross Cs Wt: 41.1 approx lbs.   Net Cs. Wt: ___   Case Cube: 1.82   Minimum Order: ___   Yield: ___
Order Lead Time: 3 days   Production Lead Time: 3 days   Manufacture Location: Canton GA   USDA Plant or Est. # P- 1284
Market Price if using Bill Backs: $ ___   Invoice upon shipping or ordering? ___   Terms: Net 7

**Directions:**
1
2
3

*Date Code Type - list if expiration, sell by, use by, production, packed, Julian, etc.
The below (?) columns and "TL" (Truckload) are outbound freight brackets. Fill in applicable quantities.
"Target Freight Bracket" is determined using volume forecast and the most probable outbound freight bracket.
"Landed Cost" is the sum of FOB Price and Freight from the most probable bracket.

List Freight & Bracket quantities in case unit of measure below.   Pricing Start Date 12/30/2013   End Date: 12/28/2014

| Distribution Centers | Distribution Centers | Store | Shipping Point Location - (City, State & Zip) | | FOB Price per case at Supplier | 2000-4999 lbs | 5000-9999 lbs | 10000-19999 lbs | 20000-29999 lbs | 30000- TL lbs | "Probable" Target Freight Bracket | Landed Cost/cs | Office Use ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Location | Ct * | | | | Min. Bkt. 1 | Bracket 2 | Bracket 3 | Bracket 4 | TL Bracket | | | |
| PFG Batesville | Batesville, MS 38606 | Canton GA | 30115 | | | 0.5034 | 0.2013 | 0.1007 | 0.0503 | 0.0336 | | | |
| PFG Caro | Houma, LA 70364 | Canton GA | 30115 | | | 0.7453 | 0.2981 | 0.1491 | 0.0745 | 0.0497 | | | |
| PFG Richmond | Richmond, VA 23226 | Canton GA | 30115 | | | 0.7504 | 0.3002 | 0.1501 | 0.0750 | 0.0500 | | | |
| PFG Temple | Temple, TX 76503 | Canton GA | 30115 | | | 0.9385 | 0.3754 | 0.1877 | 0.0938 | 0.0626 | $0.0626 | $0.0626 | |
| PFG Victoria | Victoria, TX 77901 | Canton GA | 30115 | | | 1.1295 | 0.4518 | 0.2259 | 0.1130 | 0.0753 | | | |
| PFG/TPC | Rock Island, IL 61201 | Canton GA | 30115 | | | 0.6453 | 0.2581 | 0.1291 | 0.0645 | 0.0430 | | | |
| ROMA Denver | Henderson, CO 80640 | Canton GA | 30115 | | | 1.3768 | 0.5507 | 0.2754 | 0.1377 | 0.0918 | | | |
| ROMA Florida | Orlando, FL 32809 | Canton GA | 30115 | | | 0.7536 | 0.3015 | 0.1507 | 0.0754 | 0.0502 | $0.0502 | $0.0502 | |
| ROMA Georgia | Austell, GA 30168 | Canton GA | 30115 | | | 0.3429 | 0.1372 | 0.0686 | 0.0343 | 0.0229 | | | |
| ROMA Indianapolis | Indianapolis, IN 46278 | Canton GA | 30115 | | | 0.5315 | 0.2126 | 0.1063 | 0.0531 | 0.0354 | | | |
| ROMA Mid Atlantic | Swedesboro, NJ 08085 | Canton GA | 30115 | | | 0.9813 | 0.3925 | 0.1963 | 0.0981 | 0.0654 | | | |
| SWT - CA | Temecula, CA 92590 | Canton GA | 30115 | | | 1.7658 | 0.7063 | 0.3532 | 0.1766 | 0.1177 | | | |
| Country Square | Sapulpa, OK 74066 | Canton GA | 30115 | | | 0.8698 | 0.3479 | 0.1740 | 0.0870 | 0.0580 | | | |
| Plymouth Poultry | Seattle, WA 98108 | Canton GA | 30115 | | | 2.5059 | 1.0024 | 0.5012 | 0.2506 | 0.1671 | | | |
| Butts Foods | Jackson, TN 38302 | Canton GA | 30115 | | | 0.5408 | 0.2163 | 0.1082 | 0.0541 | 0.0361 | | | |
| Shuler Meats | Thomasville, NC 27360 | Canton GA | 30115 | | | 0.5242 | 0.2097 | 0.1048 | 0.0524 | 0.0349 | | | |
| Colorado Boxed Beef | Arlington, TX | Canton GA | 30115 | | | 0.8837 | 0.3535 | 0.1767 | 0.0884 | 0.0589 | | | |
| Colorado Boxed Beef | Mt. Pleasant, TX | Canton GA | 30115 | | | 0.7671 | 0.3068 | 0.1534 | 0.0767 | 0.0511 | | | |
| BASIX Re-Dist | Lithia Springs, GA 30122 | Canton GA | 30115 | | | 0.3437 | 0.1375 | 0.0687 | 0.0344 | 0.0229 | | | |

Church's Chicken. Private Confidential  Do Not Copy.

Diane Grant 1/22/2014

PILGRIMS-DOJ-00046191702