IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  December 6, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*                                                        *Counsel:*

UNITED STATES OF AMERICA,            Michael Koenig
                                                    Carolyn Sweeney
                                                    Heather Call
                                                    Paul Torzilli
                                                    Laura Butte
                                                    Jillian Rogowski

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                Michael Tubach
                                                    Anna Pletcher
                                                    Brian Quinn

2.  MIKELL REEVE FRIES,                  Richard Kornfeld
                                                    David Beller
                                                    Kelly Page

3.  SCOTT JAMES BRADY,                  Bryan Lavine
                                                    Megan Rahman
                                                    Laura Kuykendall

4.  ROGER BORN AUSTIN,                  Michael Feldberg
                                                    Laura Carwile
                                                    Julie Withers

5.  TIMOTHY R. MULRENIN,               Elizabeth Prewitt
                                                    Marci LaBranche

6.  WILLIAM VINCENT KANTOLA,    Roxann Henry
                                                    James Backstrom

7.  JIMMIE LEE LITTLE,                     Mark Byrne
                                                    Dennis Canty

8.  WILLIAM WADE LOVETTE,           John Fagg, Jr.
                                                    Frank Schall
                                                    Dru Nielsen
                                                    James McLoughlin
                                                    Catherine Prater

9.  GARY BRIAN ROBERTS, and         Craig Gillen
                                                    Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 22**

**8:40 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding scheduling and potential testimony by defendants.

8:49 a.m.     Jury present.

Defendants' witness, Darrell Bowlin, sworn.

8:51 a.m.     Direct examination of Mr. Bowlin by Ms. Prewitt.

9:36 a.m. – 9:47 a.m.     Bench conference.

Continued direct examination of Mr. Bowlin by Ms. Prewitt.

9:54 a.m.     Direct examination of Mr. Bowlin by Mr. Gillen.

9:55 a.m.     Direct examination of Mr. Bowlin by Mr. Beller.

9:57 a.m.     Cross examination of Mr. Bowlin by Ms. Call.

10:04 a.m.    Redirect examination of Mr. Bowlin by Ms. Prewitt.

Jury excused.

**10:08 a.m.    Court in recess.**
**10:34 a.m.    Court in session.**

Jury present.

Defendants' witness, Brandon Campbell, sworn.

10:36 a.m.     Direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-624, G-521, G-824 (as redacted), G-570 (as redacted), and G-467 are admitted.**

11:52 a.m.     Cross examination of Mr. Campbell by Ms. Call.

Jury excused.

Discussion regarding jury instructions.  Counsel will meet at 5:15 p.m. this evening for further discussion.

Discussion regarding closing arguments.

**12:06 p.m.     Court in recess.**
**1:32 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Campbell by Ms. Call.

1:41 p.m.      Redirect examination of Mr. Campbell by Mr. Gillen.

1:45 p.m. – 1:51 p.m.     Bench conference.

Defendants' witness, Brenda Ray, sworn.

1:52 p.m.      Direct examination of Ms. Ray by Mr. Pollack.

1:58 p.m.      Direct examination of Ms. Ray by Mr. Tubach.

2:00 p.m.      Cross examination of Ms. Ray by Mr. Koenig.

Defendants' witness, Julie Lawrence, sworn.

2:05 p.m.      Direct examination of Ms. Lawrence by Ms. Johnson.

**Exhibit I-338 is admitted.**

Defendants' witness, Rhonda Warble, sworn.

2:13 p.m.      Direct examination of Ms. Warble by Ms. Johnson.

2:19 p.m. – 2:21 p.m.     Bench conference.

Continued direct examination of Ms. Warble by Ms. Johnson.

**Exhibits I-448, I-452, I-444, I-337 (as redacted), I-442, and I-441 are admitted.**

2:46 p.m.      Cross examination of Ms. Warble by Ms. Johnson.

Jury excused.

Discussion regarding potential testimony of defendants, admission of documents without sponsoring a witness, and Government's rebuttal case.

**3:05 p.m.      Court in recess.**
**3:30 p.m.      Court in session.**

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Further discussion regarding scheduling.

4:45 p.m.      Jury present.

**Exhibits A-187, F-459 (as redacted), D-240, 3052, 3053, F-915 (as redacted), F-916, F-754, and E-014 are admitted.**

Defendants rest.

The Government has no evidence to present for rebuttal.

***4:54 p.m.      Evidence is closed.***

Jury excused until December 8, 2021 at 8:30 a.m.

Discussion regarding renewed Rule 29 motions.

**5:00 p.m.      Court in recess.**
**5:16 p.m.      Court in session.**

Defendants Penn, Fries, Brady, Austin, Mulrenin, Kantola, Little, Lovette, Roberts, and Blake's renewed oral motions for judgment of acquittal pursuant to Rule 29.

Discussion regarding length of closings.  Defendants are permitted 45 minutes each.  Government is limited to a total of two and a half hours, including rebuttal.

Discussion regarding proposed jury instructions.

**ORDERED:  Bond is continued as to all defendants.**

**6:00 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:47