# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 7, 2021 |
| Courtroom Deputy: Sabrina Grimm/Robert Keech | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,
             Michael Koenig
             Carolyn Sweeney
             Heather Call
             Paul Torzilli
             Laura Butte
             Jillian Rogowski
             Cecilia Cheng

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,    Michael Tubach
             Anna Pletcher
             Brian Quinn

2. MIKELL REEVE FRIES,    Richard Kornfeld
             David Beller
             Kelly Page

3. SCOTT JAMES BRADY,    Bryan Lavine
             Megan Rahman
             Laura Kuykendall

4. ROGER BORN AUSTIN,    Michael Feldberg
             Laura Carwile
             Julie Withers

5. TIMOTHY R. MULRENIN,    Elizabeth Prewitt
             Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  Roxann Henry
             James Backstrom

7. JIMMIE LEE LITTLE,    Mark Byrne
             Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
             Frank Schall
             Dru Nielsen
             James McLoughlin
             Catherine Prater

9. GARY BRIAN ROBERTS, and   Craig Gillen
             Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 23**

**8:30 a.m.**     Court in session.

Defendants' presence is not required for today's hearing.

Discussion regarding jury instructions.

**10:20 a.m.**    Court in recess.
**10:38 a.m.**    Court in session.

Continued discussion regarding jury instructions.

**12:03 p.m.**    Court in recess.
**1:07 p.m.**     Court in session.

Discussion regarding posterboards that will be used for closings and jury instructions.

**3:17 p.m.**     Court in recess.
**3:38 p.m.**     Court in session.

Further discussion regarding posterboards that will be used for closings, jury Instructions, and verdict form.

Discussion regarding the possibility of the jury deliberating on Friday, December 10, 2021.

**5:52 p.m.**     Court in recess.

Trial continued.
Total time in court:    07:39