*Government's Tendered #1 – Rejected.*

Instruction No. _____

## Interview of Witnesses Prior to Trial

It is proper for an attorney or the government to interview any witness in preparation for trial.[12]

Indeed, both parties have the right to speak with witnesses in the course of preparing for trial, and it is proper to do so as long as the preparation does not involve instructing or suggesting that the witness testify dishonestly.[13]

---

[12] Jury Instruction No. 11 (modified), *United States v. B&H Maint. and Constr., Inc.*, No. 07-cr-00090-WYD (D. Colo. June 19, 2008), ECF No. 319-9.
[13] Instructions at 36, *United States v. Tokai Kogyo Co.*, 1:16-cr-63, Doc. 235 (S.D. Ohio Nov. 6, 2017).

15