# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 8, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,    Michael Koenig
　　　　　　　　　　　　　　　　　Carolyn Sweeney
　　　　　　　　　　　　　　　　　Heather Call
　　　　　　　　　　　　　　　　　Paul Torzilli
　　　　　　　　　　　　　　　　　Laura Butte
　　　　　　　　　　　　　　　　　Jillian Rogowski
　　　　　　　　　　　　　　　　　Cecilia Cheng

　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,    Michael Tubach
　　　　　　　　　　　　　　　　Anna Pletcher
　　　　　　　　　　　　　　　　Brian Quinn

2. MIKELL REEVE FRIES,    Richard Kornfeld
　　　　　　　　　　　　　　　David Beller
　　　　　　　　　　　　　　　Kelly Page

3. SCOTT JAMES BRADY,    Bryan Lavine
　　　　　　　　　　　　　　Megan Rahman
　　　　　　　　　　　　　　Laura Kuykendall

4. ROGER BORN AUSTIN,    Michael Feldberg
　　　　　　　　　　　　　　Laura Carwile
　　　　　　　　　　　　　　Julie Withers

5. TIMOTHY R. MULRENIN,    Elizabeth Prewitt
　　　　　　　　　　　　　　　Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry
　　　　　　　　　　　　　　　　　James Backstrom

7. JIMMIE LEE LITTLE,    Mark Byrne
　　　　　　　　　　　　　Dennis Canty

8. WILLIAM WADE LOVETTE,    John Fagg, Jr.
　　　　　　　　　　　　　　　Frank Schall
　　　　　　　　　　　　　　　Dru Nielsen
　　　　　　　　　　　　　　　James McLoughlin
　　　　　　　　　　　　　　　Catherine Prater

9. GARY BRIAN ROBERTS, and    Craig Gillen
　　　　　　　　　　　　　　　　Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 24**

**7:30 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding changes to the jury instructions.

Defendants are permitted 10 extra minutes for closings, as discussed.

**7:46 a.m.**     **Court in recess.**
**9:02 a.m.**     **Court in session.**

Discussion regarding scheduling.

9:05 a.m.     Jury present.

Jury instructions read to jurors by the Court.

Jury excused.

**10:04 a.m.**     **Court in recess.**
**10:17 a.m.**     **Court in session.**

Jury present.

10:21 a.m.     Government's closing argument by Ms. Call.

Jury excused.

Discussion regarding scheduling.

**12:16 p.m.**     **Court in recess.**
**1:30 p.m.**     **Court in session.**

Jury present.

1:35 p.m.     Defendant Penn's closing argument by Mr. Tubach.

2:37 p.m.     Defendant Brady's closing argument by Mr. Lavine.

Jury excused.

**3:24 p.m.     Court in recess.**
**3:41 p.m.     Court in session.**

Jury present.

3:45 p.m.     Defendant Fries' closing argument by Mr. Kornfeld.

4:32 p.m.     Defendant Austin's closing argument by Mr. Feldberg.

Jury excused until December 9, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:21 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:51