# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 9, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,
                                                          Michael Koenig
                                                           Carolyn Sweeney
                                                           Heather Call
                                                           Paul Torzilli
                                                           Laura Butte
                                                           Jillian Rogowski
                                                           Cecilia Cheng

     Plaintiff,

v.

| Defendants | Counsel |
|---|---|
| 1. JAYSON JEFFREY PENN, | Michael Tubach<br>Anna Pletcher<br>Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld<br>David Beller<br>Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine<br>Megan Rahman<br>Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg<br>Laura Carwile<br>Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt<br>Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry<br>James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne<br>Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr.<br>Frank Schall<br>Dru Nielsen<br>James McLoughlin<br>Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen<br>Richard Tegtmeier |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 25**

**8:37 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

8:39 a.m.     Defendant Mulrenin's closing argument by Ms. Prewitt.

9:17 a.m.     Defendant Kantola's closing argument by Ms. Henry.

Jury excused.

**10:00 a.m.   Court in recess.**
**10:17 a.m.   Court in session.**

Jury present.

10:20 a.m.    Defendant Little's closing argument by Mr. Byrne.

11:05 a.m.    Defendant Lovette's closing argument by Ms. Nielsen.

Jury excused.

Discussion regarding exhibit list spreadsheets.

**11:48 a.m.   Court in recess.**
**1:04 p.m.    Court in session.**

Jury present.

1:06 p.m.     Defendant Roberts' closing argument by Mr. Gillen.

1:51 p.m.     Defendant Blake's closing argument by Ms. Johnson.

Jury excused.

**2:39 p.m.     Court in recess.**
**2:57 p.m.     Court in session.**

Jury present.

2:58 p.m.     Government's closing rebuttal argument by Mr. Koenig.

Court Security Officers sworn.

Court instructs jury.  Jury excused to begin deliberations.

Court confirms admitted exhibits with counsel.

**4:05 p.m.     Court in recess.**
**5:01 p.m.     Court in session.**

Discussion regarding scheduling and protocol.

Jury present.

Jury excused until December 13, 2021 at 8:30 a.m.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are Court Exhibit 2.  Defendants' Admitted Exhibits are Court Exhibit 3.

Court has received a note from the jury.  Court read the note and proposes an answer.

**ORDERED:  Bond is continued as to all defendants.**

**5:10 p.m.     Court in recess.**

Trial continued.
Total time in court:    5:46