# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 14, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* — *Counsel:*

UNITED STATES OF AMERICA,
- Michael Koenig
- Carolyn Sweeney
- Heather Call
- Paul Torzilli
- Laura Butte
- Jillian Rogowski
- Cecilia Cheng

Plaintiff,

v.

1. JAYSON JEFFREY PENN,
   - Michael Tubach
   - Anna Pletcher
   - Brian Quinn

2. MIKELL REEVE FRIES,
   - Richard Kornfeld
   - David Beller
   - Kelly Page

3. SCOTT JAMES BRADY,
   - Bryan Lavine
   - Megan Rahman
   - Laura Kuykendall

4. ROGER BORN AUSTIN,
   - Michael Feldberg
   - Laura Carwile
   - Julie Withers

5. TIMOTHY R. MULRENIN,
   - Elizabeth Prewitt
   - Marci LaBranche

6. WILLIAM VINCENT KANTOLA,
   - Roxann Henry
   - James Backstrom

7. JIMMIE LEE LITTLE,
   - Mark Byrne
   - Dennis Canty

8. WILLIAM WADE LOVETTE,
   - John Fagg, Jr.
   - Frank Schall
   - Dru Nielsen
   - James McLoughlin
   - Catherine Prater

9. GARY BRIAN ROBERTS, and
   - Craig Gillen
   - Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 27**

**7:58 a.m.     Court in session.**

Discussion regarding a response to the jury note provided December 13, 2021.

The court will provide a response to the jury consistent with the discussions held.

**8:01 a.m.     Court in recess.**
**5:01 p.m.     Court in session.**

Jury present.

Jury excused until December 15, 2021, at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**5:04 p.m.     Court in recess.**

Trial continued.
Total time in court:    00:06