# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  December 16, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,

    Michael Koenig
    Carolyn Sweeney
    Heather Call
    Paul Torzilli
    Laura Butte
    Jillian Rogowski
    Cecilia Cheng

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,      Michael Tubach
    Anna Pletcher
    Brian Quinn

2. MIKELL REEVE FRIES,      Richard Kornfeld
    David Beller
    Kelly Page

3. SCOTT JAMES BRADY,      Bryan Lavine
    Megan Rahman
    Laura Kuykendall

4. ROGER BORN AUSTIN,      Michael Feldberg
    Laura Carwile
    Julie Withers

5. TIMOTHY R. MULRENIN,      Elizabeth Prewitt
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,      Roxann Henry
    James Backstrom

7. JIMMIE LEE LITTLE,      Mark Byrne
    Dennis Canty

8. WILLIAM WADE LOVETTE,      John Fagg, Jr.
    Frank Schall
    Dru Nielsen
    James McLoughlin
    Catherine Prater

9. GARY BRIAN ROBERTS, and      Craig Gillen
    Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 29**

**7:58 a.m.**     **Court in session.**

Continued discussion regarding a response to the note provided December 15, 2021.

The court will provide a response to the jury consistent with the discussions held.

**8:12 a.m.**     **Court in recess.**
**3:11 p.m.**     **Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.

Mr. Koenig states the government will retry the case.

Defendants' request for the parties to speak with the jury after they are dismissed.

**ORDERED:  Counsel is not permitted to contact or speak to the jury after the termination of the trial, as stated on record.**

3:51 p.m.     Jury present.

Court declares a mistrial.

Court thanks the jury for their service.  Jury is dismissed.

**3:55 p.m.**     **Court in recess.**
**4:09 p.m.**     **Court in session.**

Discussion regarding Court's talk with the jury and splits.

Jury trial will be reset for February 22, 2022.  The parties should file motions to exclude time for justifiable exclusions under the Speedy Trial Act.

Discussion regarding bond modification.  Counsel is encouraged to file a motion, as discussed.

Rule 29 motions remain pending.

Court's concluding remarks.

**ORDERED:   Bond is continued as to all defendants.**

**4:26 p.m.     Court in recess.**

Trial concluded.
Total time in court:    1:15