IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

**ORDER RE-SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a twenty-two-day jury trial on the docket of Chief Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A201, 2nd Floor, 901 19th Street, Denver, Colorado, to commence on **February 22, 2022 at 8:00 a.m.**  The trial dates are scheduled for Feb. 22–24, Feb. 28 – Mar. 3, 7–10, 14-17, 21-24, and 28-30.  It is

    ORDERED that, on or before January 14, 2022, the parties shall file their exhibit lists and witness lists.  The parties shall use the same exhibit numbers as used in the first trial.  It is further

ORDERED that, on or before January 14, 2022, the government shall identify any exhibits it anticipates introducing without a witness testifying about the document. Any new exhibits shall be provided at that time to the defendants. It is further

ORDERED that, on or before January 28, 2022, defendants shall file any objections to the admission of exhibits the government identified as intending to admit without a sponsoring witness. The objections shall include: (1) a brief description of the exhibit, including its exhibit number; (2) any objections to the exhibit's admissibility that defendants previously raised; (3) the Court's prior ruling, if any, as to admissibility, including a citation to the transcript;[1] and (4) any new objections. The purpose of this process is to rule in advance of trial on exhibits whose admissibility does not depend on trial testimony. It is further

ORDERED that a hearing is set for **February 10, 2022 at 9:00 a.m.** in Courtroom A201. The Court will conduct a hearing on the admissibility of exhibits the government intends to introduce without a sponsoring witness and discuss other issues related to the retrial.[2] It is further

ORDERED that any party wishing to file substantive motions, such as supplementation of the *James* log or motions in limine, must submit a motion for leave to file such motion. The substantive motion shall be attached as an exhibit to the

---

[1] The citations should be to the official transcript if the defendants possess it for a given exhibit. If defendants do not possess an official transcript of the Court's ruling, a citation to the unofficial transcript is sufficient.

[2] This hearing will be considered the Trial Preparation Conference for purposes of any pretrial deadlines not addressed in this order. *See* Practice Standards (Criminal cases), Chief Judge Philip A. Brimmer § IV.A.

2

motion for leave.  The Court will not reconsider its earlier rulings, absent a change in circumstances warranting reconsideration.

DATED December 22, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge

3