LATHAM & WATKINS LLP
   Alfred C. Pfeiffer, Jr. (SBN 120965)
   Sarah M. Ray (SBN 229670)
   Robin L. Gushman (SBN 305048)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: al.pfeiffer@lw.com
Email: sarah.ray@lw.com
Email: robin.gushman@lw.com

LATHAM & WATKINS LLP
   Elyse M. Greenwald (SBN 268050)
200 Clarendon St. 27th Floor
Boston, MA 02116
Telephone: +1.617.948.6000
Facsimile: +1.617.948.6001
Email: elyse.greenwald@lw.com

Attorneys for FORD MOTOR COMPANY and FORD MOTOR COMPANY OF CANADA, LTD.

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**04/16/2021**
**Clerk of the Court**
BY: JUDITH NUNEZ
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

## UNLIMITED JURISDICTION

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Cal. R. Ct. 3.550) <br><br> AUTOMOBILE ANTITRUST CASES I, II <br><br> This document relates to: <br> All Actions | J.C.C.P. Nos. 4298 & 4303 <br><br> CJC-03-004298 & CJC-03-004303 <br><br> CLASS ACTION <br><br> **NOTICE OF WITHDRAWAL OF LATHAM & WATKINS LLP AS COUNSEL FOR FORD MOTOR COMPANY AND FORD MOTOR COMPANY OF CANADA, LTD.** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL AS COUNSEL
J.C.C.P. Nos. 4298 & 4303; CJC-03-004298 & CJC-03-004303

**Exhibit A**

PLEASE TAKE NOTICE that the law firm of Latham & Watkins LLP hereby withdraws as counsel of record for FORD MOTOR COMPANY and FORD MOTOR COMPANY OF CANADA, LTD. in the above-captioned action.

Please continue to serve all pleadings and other papers in this action to counsel as indicated below:

| | |
|---|---|
| Michael F. Tubach (SBN 145955)<br>Anna T. Pletcher (SBN 239730)<br>Randall W. Edwards (SBN 179053)<br>Email: mtubach@omm.com<br>Email: apletcher@omm.com<br>Email: redwards@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 | Monsura A. Sirajee (SBN 320704)<br>Email: msirajee@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779 |

Dated:  April 16, 2021

LATHAM & WATKINS LLP

By: _____
Sarah M. Ray (SBN 229670)

Attorneys for FORD MOTOR COMPANY and FORD MOTOR COMPANY OF CANADA, LTD.

CLIENT APPROVAL:

The withdrawal of Latham & Watkins LLP as counsel for Ford Motor Company and Ford Motor Company of Canada, Ltd. in this matter is approved.

By: _____
    *DocuSigned by: Craig Halseth*
    AF491FF035A24EB...

Craig Halseth

Title: Counsel, Litigation
For: FORD MOTOR COMPANY and FORD MOTOR COMPANY OF CANADA, LTD.

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538. My email address is katharine.white@lw.com.

On **April 16, 2021**, I served the following document described as:

**NOTICE OF WITHDRAWAL OF LATHAM & WATKINS LLP AS COUNSEL FOR FORD MOTOR COMPANY AND FORD MOTOR COMPANY OF CANADA, LTD.**

**BY FILE & SERVEXPRESS**

Pursuant to Local Rule 2.11 of California Superior Court for the County of San Francisco, I hereby certify that a true and correct copy of the document(s) described above were electronically served on counsel of record by transmission to File & ServeXpress. The transmission(s) was reported as complete and without error to the addresses on the attached service list.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 16, 2021**, at Walnut Creek, California.

_/s/ K. White_
Katharine White
katharine.white@lw.com

**SERVICE LIST**

| | |
|---|---|
| Judith A. Zahid<br>Qianwei Fu<br>ZELLE LLP<br>555 12th Street<br>Suite 1230<br>Oakland, CA 94607<br>Telephone: (415) 693-0770<br>Facsimile: (415) 693-0770<br>Email: jzahid@zelle.com<br>Email: qfu@zelle.com<br><br>*Liaison Counsel for Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111-3600<br>Tel.: (415) 217-6810<br>Fax: (415) 217-6813<br>Email: guido@saveri.com<br>Email: rick@saveri.com<br><br>*Counsel for Plaintiffs Meir Levy, Melodee Levy, and Young* |
| Joseph John Tabacco, Jr.<br>Todd A. Seaver<br>Matthew D. Pearson<br>BERMAN TABACCO<br>44 Montgomery Street<br>Suite 650<br>San Francisco, CA 94104<br>Tel: (415) 433-3200<br>Fax: (415) 433-6382<br>Email: jtabacco@bermantabacco.com<br>Email: tseaver@bermantabacco.com<br>Email: mpearson@bermantabacco.com<br><br>*Counsel for Plaintiffs George Bell, Cathy Ann-Accomando and Jillian R. Weader* | Michael P. Lehmann<br>Christopher L. Lebsock<br>HAUSFELD LLP<br>600 Montgomery Street<br>Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>Email: mlehmann@hausfeld.com<br>Email: clebsock@hausfeld.com<br><br>*Counsel for Plaintiff George Bell* |
| Tracy R. Kirkham<br>John D. Bogdanov<br>COOPER & KIRKHAM PC<br>357 Tehama Street<br>Second Floor<br>San Francisco, CA 94103<br>Tel.: (415) 788-3030<br>Fax: (415) 882-7040<br>Email: trk@coopkirk.com<br>Email: jdb@coopkirk.com<br><br>*Counsel for Plaintiffs de Vries and Chen* | H. Laddie Montague<br>BERGER & MONTAGUE<br>1818 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4671<br>Email: hlmontague@bm.net<br><br>*Counsel for Plaintiff Melodee Levy* |
| Joseph Alioto<br>Theresa Driscoll Moore<br>ALIOTO LAW FIRM<br>One Sansome Street<br>35th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 434-8900<br>Tax: (415) 434-9200 | Daniel A. Small<br>Brent W. Johnson<br>COHEN MILSTEIN SELLERS & TOLL<br>1100 New York Avenue NW<br>West Tower<br>Suite 500<br>Washington, DC 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699 |

| | |
|---|---|
| Email: jalioto@aliotolaw.com<br>Email: tmoore@aliotolaw.com<br><br>*Counsel for Plaintiffs G. Silva and R. Silva; J. Toboni and M. Toboni* | Email: dsmall@cohenmilstein.com<br>Email: bjohnson@cohenmilstein.com<br><br>*Counsel for Plaintiffs H. Motta, P. Mott and Fausett* |
| Maxwell M. Blecher<br>Harold Runkle Collins, Jr.<br>BLECHER & COLLINS<br>515 South Figueroa Street<br>17th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 622-4222<br>Fax: (213) 622-1656<br>Email: mblecher@blechercollins.com<br>Email: hcollins@blechercollins.com<br><br>*Counsel for Plaintiffs T. Carl and S. Carl; C. Himba and J. Himba* | Robert S. Schachter<br>ZWERLING, SCHACHTER & ZWERLING, LLP<br>41 Madison Avenue<br>New York, NY 10010<br>Tel.: (212) 223-3900<br>Fax: (212) 371-5969<br>Email: rschachter@zsz.com<br><br>*Counsel for Plaintiffs T. Carl and S. Carl; C. Hibma and J. Hibma* |
| Dan Drachler<br>ZWERLING SCHACHTER & ZWERLING, LLP<br>1904 Third Avenue<br>Suite 1030<br>Seattle, WA 98101-1170<br>Tel.: (206) 223-2053<br>Fax: (206) 343-9636<br>Email: ddrachler@zsz.com<br><br>*Counsel for Plaintiffs T. Carl and S. Carl; C. Hibma and J. Hibma* | Francis O. Scarpulla<br>LAW OFFICES OF FRANCIS O. SCARPULLA<br>3708 Clay Street<br>San Francisco, CA 94118-1806<br>Tel: (415) 788-7210<br>Fax: (415) 788-0706<br>Email: fos@scarpullalaw.com<br><br>*Counsel for Plaintiff UFCW Local 588* |
| Norman B. Blumenthal<br>BLUMENTHAL & NORDREHAUG<br>2255 Calle Clara<br>La Jolla, CA 92037<br>Tel.: (858) 367-9913<br>Fax: (8588) 551-1232<br>Email: norm@bamlawca.com<br><br>*Counsel for Plaintiffs Caushon and Masonry* | Stephen B. Morris<br>THE LAW OFFICES OF STEPHEN B. MORRIS<br>2305 Historic Decatur Rd.<br>Suite 100<br>San Diego, CA 92106<br>Tel: (619) 985-4462<br>Fax: (619) 374-7082<br>Email: morris@sandiegolegal.com<br><br>*Counsel for Plaintiffs Caushon and Masonry* |

| | |
|---|---|
| Marc G. Reich<br>REICH RADCLIFFE & KUTTLER LLP<br>4675 MacArthur Court<br>Suite 550<br>Newport Beach, CA 92660<br>Tel.: (949) 975-0512<br>Fax: (949) 975-0514<br>Email:  mgr@reichradcliffe.com<br><br>*Counsel for Plaintiff Gaspar* | Steven A. Schwartz<br>CHIMICLES SCHWARTZ KRINER &<br>DONALDSON-SMITH LLP<br>361 West Lancaster Avenue<br>One Haverford Centre<br>Haverford, PA 19041<br>Tel.: (610) 642-8500<br>Fax: (610) 649-3633<br>Email:  steveschwartz@chimicles.com<br><br>*Counsel for Plaintiffs Nichols and Ng* |
| Susan Gilah Kupfer<br>GLANCY, PRONGAY & MURRAY LLP<br>1808 Sixth Street<br>Berkeley, CA 94710-2003<br>Email: skupfer@glancylaw.com<br>Tel.: (415) 972-8160<br>Fax: (415) 972-8166<br>Email:  skupfer@glancylaw.com<br><br>*Counsel for Plaintiff Nichols* | Lionel Zevi Glancy<br>GLANCY, PRONGAY & MURRAY LLP<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Tel.: (310) 694-5080<br>Fax: (310) 432-1495<br>Email:  info@glancylaw.com<br><br>*Counsel for Plaintiff Nichols* |
| William Bernstein<br>Eric B. Fastiff<br>Michelle A. Lamy<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3339<br>Tel.: (415) 956-1000<br>Fax: (415) 956-1008<br>Email:  wbernstein@lchb.com<br>Email:  efastiff@lchb.com<br>Email:  mlamy@lchb.com<br><br>*Counsel for Plaintiffs R. Willsey and L. Willsey* | Robert C. Schubert<br>SCHUBERT JONCKHEER & KOLBE<br>3 Embarcadero Center<br>Suite 1650<br>San Francisco, CA 94111<br>Tel.: (415) 788-4220<br>Fax: (415) 788-0161<br>Email:  rschubert@schubertlawfirm.com<br><br>*Counsel for Plaintiff Ng* |
| Alan Roth Plutzik<br>Dan Birkhaeuser<br>BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER<br>2125 Oak Grove Road<br>Suite 125<br>Walnut Creek, CA 94598<br>Tel.: (925) 945-0200<br>Fax: (925) 945-8792<br>Email:  APlutzik@bramsonplutzik.com<br>Email:  DBirkhaeuser@bramsonplutzik.com<br><br>*Counsel for Plaintiff Belch* | Mario N. Alioto<br>TRUMP, ALIOTO, TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel.: (415) 563-7200<br>Fax: (415) 346-0679<br>Email:  malioto@tatp.com<br><br>*Counsel for Plaintiffs Lang and Papale* |

| | |
|---|---|
| Gordon M. Fauth, Jr.<br>FINKELSTEIN THOMPSON LLP<br>15 Shattuck Square<br>Suite 245<br>Berkeley, CA 94704<br>Tel: (415) 398-8700<br>Fax: (415) 398-8704<br>Email: gfauth@finkelsteinthompson.com<br><br>*Attorneys for Plaintiffs Weyl and Wilsker* | Robert S. Green<br>GREEN & NOBLIN PC<br>2200 Larkspur Landing Circle<br>Suite 101<br>Larkspur, CA 94939<br>Tel.: (415) 477-6700<br>Fax: (415) 477-6710<br>Email: gn@classcounsel.com<br><br>*Counsel for Plaintiffs Weyl and Wilsker* |
| Kevin John Holl<br>GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP<br>220 Montgomery Street<br>Suite 2100<br>San Francisco, CA 94104<br>Tel.: (415) 421-3100<br>Fax: (415) 421-3150<br>Email: holl@gkhs.com<br><br>*Counsel for P. Sheehan* | James Dombroski<br>LAW OFFICES OF JAMES M. DOMBROSKI<br>P.O. Box 751027<br>Petaluma, CA 94975<br>Tel.: (707) 762-7807<br>Fax: (707) 769-0419<br>Email: jdomski@aol.com<br><br>*Counsel for Plaintiff Bossina* |
| Chief Nnamdi Ekenna<br>THE EKENNA LAW FIRM, apc<br>P.O. Box 9329<br>Calabasas, CA 91302<br>Tel.: (323) 954-1000<br>Fax: (323) 954-1001<br>Email: TheEkennaLawFirm@aol.com;<br>          chiefekenna@aol.com<br><br>*Counsel for Plaintiffs Quesada, Koen & Lee* | Joseph M. Patane<br>LAW OFFICES OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel.: (415) 563-7200<br>Fax: (415) 346-0679<br>Email: jpatane@tatp.com<br><br>*Counsel for Plaintiffs Lang and S. Papale* |
| Elaine Teresa Byszewski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 N. Lake Avenue<br>Suite 920<br>Pasadena, CA 91101<br>Tel.: (213) 330-7150<br>Fax: (213) 330-7152<br>Email: Elaine@hbsslaw.com<br><br>*Counsel for Plaintiff Gabelsberg* | Jeremiah F. Hallisey<br>HALLISEY & JOHNSON<br>465 California Street<br>Suite 405<br>San Francisco, CA, 94104<br>Tel: (415) 433-5300<br>Fax: (415) 433-5342<br>Email: jfhallisey@yahoo.com<br><br>*Counsel for Plaintiffs Meir Levy* |

| | |
|---|---|
| Terry Gross<br>Adam C. Belsky<br>GROSS BELSKY ALONSO LLP<br>One Sansome Street<br>Suite 3670<br>San Francisco, CA 94104<br>Tel.: (415) 544-0200<br>Fax: (415) 544-0201<br>Email:  terry@gba-law.com<br>Email:  adam@gba-law.com<br><br>*Counsel for Plaintiff Quinn* | Daniel J. Mogin<br>MOGIN RUBIN<br>One America Plaza<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 687-6611<br>Fax: (619) 687-6610<br>Email:  dmogin@moginlaw.com<br><br>*Counsel for Plaintiff Lohman* |
| Alexander M. Schack<br>SCHACK LAW GROUP<br>16870 West Bernardo Drive<br>Suite 400<br>San Diego, CA 92127-1678<br>Tel.: (959) 495-6535<br>Fax: (858) 485-0608<br>Email:  alexschack@amslawoffice.com<br><br>*Counsel for Plaintiff Lohman* | Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street, Suite 117<br>The Cornerstone Building<br>Saint Helena, CA 94574<br>Tel.: (707) 963-1704<br>Fax: (707) 963-0706<br>Email:  lgpapale@papalelaw.com<br><br>*Counsel for Plaintiffs Lubelli and Papale* |
| Jeffery K. Perkins<br>LAW OFFICES OF JEFFERY K. PERKINS<br>1550G Tiburon Blvd # 344<br>Bel Tiburon, CA 94920-2521<br>Tel: (415) 302-1115<br>Email:  jefferykperkins@aol.com<br><br>*Attorneys for Plaintiff Lawrence* | John F. Innelli<br>JOHN F. INNELLI, L.L.C.<br>Two Penn Center<br>Suite 1300<br>Philadelphia, PA 19012<br>Tel: (215) 845-0250<br>Fax: (215) 845-02551818<br>Email:  jinnelli@innellilaw.com<br><br>*Attorneys for Plaintiff Ng* |
| Michael D. Hausfeld<br>William P. Butterfield<br>HAUSFELD LLP<br>888 16th Street N.W.<br>Suite 300<br>Washington, DC 20006<br>Tel: (202) 579-1089<br>Fax: (202) 747-5713<br>Email:  mhausfeld@hausfeldllp.com<br>Email:  wbutterfield@hausfeldllp.com<br><br>*Attorneys for Plaintiff George Bell* | C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES<br>7901 Oakport Street, Suite 4900<br>Oakland, California 94621<br>Tel: (510) 615-6000<br>Fax: (510) 615-6025<br>Email:  donald@amamgbolaw.com<br><br>*Attorneys for Plaintiff Rovere* |

| | |
|---|---|
| Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>Email: steve@hbsslaw.com<br>Email: tony@hbsslaw.com<br><br>*Attorneys for Plaintiff Gabelsberg* | Michael Tubach<br>Anna T. Pletcher<br>Randall W. Edwards<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Tel: (415) 984-8876<br>Fax: (415) 984-8701<br>Email: mtubach@omm.com<br>Email: apletcher@omm.com<br>Email: redwards@omm.com<br><br>*Attorneys for Defendant Ford Motor Company and Ford Motor Company of Canada, Ltd.* |
| Monsura A. Sirajee<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br>Email: msirajee@omm.com<br><br>*Attorneys for Defendant Ford Motor Company and Ford Motor Company of Canada, Ltd.* | |