# ATTACHMENT

**UNITED STATES' DOCUMENTS FOR INTRODUCTION
WITHOUT A WITNESS**

| 108 | 219 | 307 | 404 | 500 | 617 | 702 | 803 |
|---|---|---|---|---|---|---|---|
| 109 | 221 | 330 | 410-1 | 518 | | 703 | |
| 113 | 224 | 355 | 422 | 519-1 | | 710 | |
| 114 | 230 | | 423 | 528 | | 711 | |
| 120 | 232 | | 424 | 542 | | 731 | |
| | 234 | | 433 | 546 | | 732 | |
| | 247 | | 434 | 548 | | 733 | |
| | | | 435 | 558 | | 739 | |
| | | | 436 | 559 | | 744 | |
| | | | 437 | 561 | | 746-1 | |
| | | | 438 | 563 | | 748 | |
| | | | 439 | 564 | | 749 | |
| | | | 440 | 566 | | 751 | |
| | | | 441 | 567 | | 752 - 758 | |
| | | | 442 | 572 | | | |
| | | | 443 | 592 | | | |
| | | | 444 | | | | |
| | | | 445 | | | | |
| | | | 446 | | | | |
| | | | 447 | | | | |
| | | | 448 | | | | |
| | | | 449 | | | | |
| | | | 450 | | | | |
| | | | 451 | | | | |
| | | | 453 | | | | |
| | | | 454 | | | | |
| | | | 480 | | | | |

| 900 | 1007 | 1104 | 1226 | 1406 | 1500 | 1601 | 1700 |
|---|---|---|---|---|---|---|---|
| 901 | 1008 | 1105-1 | 1238 | 1409 | 1501 | 1607 | 1713 |
| 920 | 1025 | 1105 | 1247 | 1410 | 1503 | 1615 | 1722 |
| 933 | 1026 | 1119 | 1252 | 1427 | 1505 | | 1728 |
| 940 | 1028 | 1120 | 1252 | 1435 | 1508 | | 1729 |
| 948 | 1029 | 1121 | 1254 | 1438-1 | 1514 | | 1734 |
| 953 | 1035 | 1122 | 1255 | 1438 | 1515 | | 1736 |
| 955 | 1036-1 | 1123 | 1256 | 1439 | 1519 | | 1737 |
| 959 | 1036 | 1124 | 1257 | 1446 | 1520 | | 1738 |
| 982 | 1051 | 1125 | 1258 | 1447 | 1521-1 | | 1739 |
| 984 | 1056 | 1126 | | 1448 | 1521 | | 1740 |
| 985 | 1058 | 1127 | | 1449 | 1522 | | 1741 |
| 986 | 1066 | 1129 | | 1450 | 1523 | | 1742 |
| 987 | 1074 | 1132 | | 1451 | 1524 | | 1743 |
| 988 | 1075 | 1133 | | 1452 | 1525 | | 1744 |
| 989 | | 1137 | | 1453 | 1526 | | 1745 |
| 990 | | 1139 | | 1454 | 1527 | | 1746 |
| 991 | | 1160 | | 1455 | 1528 | | 1747 |
| 992 | | 1175 | | 1456 | 1529 | | 1748 |
| 993 | | 1177 | | 1457 | 1530 | | 1749 |
| 994 | | 1190 | | 1458 | 1531 | | 1750 |
| 995 | | 1191 | | 1461 | 1532 | | 1751 |
| 996 | | | | | 1538 | | 1752 |
| 997 | | | | | 1539 | | 1753 |
| 998 | | | | | 1544 | | 1754 |
| | | | | | 1546 | | |
| | | | | | 1547 | | |
| | | | | | 1552 | | |
| | | | | | 1567 | | |
| | | | | | 1568 | | |
| | | | | | 1569 | | |
| | | | | | 1583 | | |
| | | | | | 1584 | | |

| 1822 | 1923 | 2000 | 3025 | 5016 | 6047 | 7010 | 8098 |
|------|------|------|------|------|------|------|------|
| 1825 | 1966 | 2001 | 3028 |      | 6088 | 7040 |      |
| 1826 | 1967 | 2002 | 3037 |      | 6089 | 7046-1 |    |
| 1846 | 1968 | 2005 | 3052 |      | 6134 | 7046 |      |
| 1847 | 1969 |      | 3053 |      | 6198 |      |      |
| 1848 | 1970 |      | 3074 |      | 6235 |      |      |
| 1849 | 1971 |      |      |      | 6282 |      |      |
| 1850 |      |      |      |      | 6283 |      |      |
| 1851 |      |      |      |      | 6329 |      |      |
| 1852 |      |      |      |      | 6330 |      |      |
| 1853 |      |      |      |      | 6331 |      |      |
| 1854 |      |      |      |      | 6332 |      |      |
| 1855 |      |      |      |      | 6333 |      |      |
| 1856 |      |      |      |      | 6337-6338 |  |      |
| 1858 |      |      |      |      | 6343 |      |      |
| 1862 |      |      |      |      | 6344 |      |      |
| 1864 |      |      |      |      | 6345 |      |      |
| 1882 |      |      |      |      | 6346 |      |      |
| 1894 |      |      |      |      | 6347 |      |      |
|      |      |      |      |      | 6348 |      |      |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9010-1 | 9703 | 9752 | 9800 | 9810 | 9820 | 9835 | 9851 |
| 9010 | 9704 | 9753 | 9801 | 9811 | 9821 | 9836 | 9852 |
| 9026 | 9707 | 9759 | 9802 | 9812 | 9822 | 9837 | 9853 |
| 9166 | 9708 | 9790 | 9803 | 9813 | 9823 | 9838 | 9854 |
| 9264 | 9709 | 9791 | 9804 | 9814 | 9824 | 9839 | 9855 |
| 9690 | 9710 | 9792 | 9805 | 9815 | 9825 | 9840 | 9856 |
| 9691 | 9711 | 9793 | 9806 | 9816 | 9826 | 9841 | 9857 |
| 9692 | 9712 | 9794 | 9807 | 9817 | 9827 | 9842 | 9858 |
| 9693 | 9713 | 9795 | 9808 | 9818 | 9828 | 9843 | 9859 |
| 9694 | 9714 | 9796 | | 9819 | 9829 | 9844 | 9860 |
| 9696 | 9715 | 9797 | | | 9830 | 9845 | 9862 |
| | 9718 | 9798 | | | 9831 | 9846 | 9863 |
| | 9723 | 9799 | | | 9832 | 9847 | 9864 |
| | 9724 | | | | 9833 | 9848 | 9865 |
| | 9726 | | | | 9834 | 9849 | 9866 |
| | 9740 | | | | | | 9867 |
| | 9744 | | | | | | 9868 |
| | 9745 | | | | | | |
| | 9746 | | | | | | |
| | 9747 | | | | | | |
| | 9748[1] | | | | | | |

---

[1] A stipulation, GX 9748, regarding identifying information for certain individuals and companies was agreed to by the parties on November 18, 2021. It was thereafter admitted into evidence in the initial trial of this matter on November 23, 2021. To the extent Defendants believe they are no longer bound by their agreement, the

4

---

government would seek to introduce additional admissible documents likely without a sponsoring witness for the purpose of connecting individuals with phone numbers and places of their employment. *See, e.g.*, United States Brief Regarding the Admissibility of Person-Identifying Sources for the Summary Exhibits (ECF No 822). The Court has already ruled that many of these types of evidence would be admissible for such purposes. *See* Nov. 18 Trial Tr. at 29 (ruling contact list admissible to demonstrate that a given conspirator had contact information for another conspirator); Nov. 22 Trial Tr. at 47 (ruling email signatures admissible as business records under 803(6)); *see also United States v. Hamilton*, 413 F.3d 1138, 1142-43 (10th Cir. 2005) (autogenrated header information not hearsay).