IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

     Defendants.

## UNITED STATES' MOTION FOR CLARIFICATION

The government respectfully moves for clarification of the Court's Order Setting Re-Trial Dates and Deadlines of December 22, 2021, in which the Court instructed motions *in limine* to be attached to a motion for leave to file such motions. ECF No. 925. The deadline for filing motions *in limine* is February 3, 2022. ECF No. 944.

The government requests clarification as to whether a motion for leave filed on February 3 will constitute an on-time filing for attached motions *in limine*, or whether a motion for leave attaching motions *in limine* must be filed on February 2 in order to provide the Court adequate time to rule on the motion for leave before the attached

motions *in limine* are filed on February 3, if permitted.

Dated: January 31, 2021       Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*