IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE
## RENEWED MOTION TO EXCLUDE EXPERT TESTIMONY

The government respectfully moves for leave to file a Renewed Motion to Exclude Expert Testimony, attached as Exhibit A. The government filed a motion seeking similar relief in the first trial, ECF 872, but the Court did not rule on the merits of the motion; it was denied as moot in light of the defendants' decision not to call expert witnesses. ECF 904.

For the upcoming retrial, the defendants have again indicated they intend to call expert witnesses, ECF 933, including a witness who will give expert testimony involving benchmarking analysis and relying on privileged data. The government therefore

respectfully requests leave to file the attached motion.

Dated: February 3, 2022          Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*