IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION RELATED TO THE SCOPE OF MR. BRYANT'S TESTIMONY

The government respectfully moves for leave to file the a Motion for Reconsideration Related to the Scope of Mr. Bryant's Testimony (filed separately under restriction level 2). The government seeks to file this motion in light of anticipated changed circumstances in the re-trial. Unlike the first trial, the government now plans to call another witness with direct knowledge of the conspiracy, which distinguishes this case from the circumstances in *United States v. Robinson*, 583 F.3d 1269 (10th Cir. 2009), on which the court previously relied for its oral ruling related to cross examination of Mr. Bryant. R. Tr. Oct. 28, 2021 7:1-9. The government therefore respectfully

requests leave to file the separately filed motion.

Dated: February 3, 2022　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Michael T. Koenig
　　　　　　　　　　　　　　　MICHAEL KOENIG
　　　　　　　　　　　　　　　HEATHER CALL
　　　　　　　　　　　　　　　CAROLYN SWEENEY
　　　　　　　　　　　　　　　PAUL TORZILLI
　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　450 Fifth Street NW, Suite 11048
　　　　　　　　　　　　　　　Washington D.C. 20530
　　　　　　　　　　　　　　　Tel: (202) 616-2165
　　　　　　　　　　　　　　　Email: michael.koenig@usdoj.gov
　　　　　　　　　　　　　　　*Attorneys for the United States*