EXHIBIT A

# GILLEN WITHERS & LAKE LLC

### ATTORNEYS AT LAW

CRAIG A. GILLEN
400 GALLERIA PARKWAY
SUITE 1920
ATLANTA, GEORGIA 30339
TELEPHONE: (404) 842-9700
TELECOPIER: (404) 842-9750
E-MAIL: cgillen@gwllawfirm.com

WEBSITE: gwllaw.com

SAVANNAH OFFICE:

8 EAST LIBERTY STREET
SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 447-8400
TELECOPIER: (912) 233-6584

February 3, 2022

Via United States mail and electronic mail

Richard Powers
**Acting Assistant Attorney General**
**United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Christopher Wray
**Director**
**Federal Bureau of Investigation**
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

**Clifford J. White, III**
**Director**
**Executive Office for United States**
**Trustees (EOUST)**
441 G Street, N.W.
Suite 6150
Washington, D.C. 20530

**Cole Finegan**
**United States Attorney, District of**
**Colorado**
**United States Attorney's Office for the**
**District of Colorado**
1801 California Street
Suite 1600
Denver, Colorado 80202

**Michael T. Koenig**
**Carolyn M. Sweeney**
**Heather D. Call**
**Laura J. Butte**
**Paul J. Torzilli**
**United States Department of Justice**
450 Fifth Street, N.W.
Washington, D.C. 20530

## DEMAND FOR PRODUCTION OF INFORMATION, ORAL TESTIMONY, AND MATERIALS BY EMPLOYEES OF THE UNITED STATES DEPARTMENT OF JUSTICE PURSUANT TO 28 C.F.R. §§ 16.21 *ET SEQ.* *UNITED STATES V. PENN ET AL.*, CASE # 1:20-CR-00152-PAB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Demand for Production of Information, Oral Testimony, and Materials By Employees of The United States Department of Justice Pursuant to 28 C.F.R. §§ 16.21 *et seq.***
***United States v. Penn et al.*, Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**
February 3, 2022
Page 2

Assistant Attorney General Powers, Director Wray, Director White, United States Attorney Finegan, and Counsel:

This is a Demand for Production of Information, Oral Testimony, and Materials By Employees of The United States Department of Justice Pursuant to 28 C.F.R. §§ 16.21 *et seq.*, demanding production of information and oral testimony acquired by employees of the United States Department of Justice (Department) which relate to or are based upon materials contained in the files of the Department, and production and disclosure of materials contained in the files of the Department, pursuant to 5 U.S.C. § 301 and 28 C.F.R. §§ 16.21 *et seq.* (upheld in *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951)). The demand for information, oral testimony, and materials is made in relation to the criminal proceeding of *United States v. Penn et al.*, Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado (legal proceeding).

We intend to serve Federal Bureau of Investigation (FBI) Special Agent LaNard Taylor with a Subpoena to Testify at A Hearing or Trial in a Criminal Case (Subpoena) to testify and produce documents, materials and information in the legal proceeding. We also intend to Subpoena a custodian for the FBI to produce documents, materials and information in the legal proceeding. The documents, materials or information we seek are **any and all original notes taken by FBI Special Agents during any and all interviews of Carl Pepper**, who is listed as a witness for the United States in the legal proceeding. Upon information and belief, FBI Special Agent Brenan T. Despain and FBI Special Agent Alan J. Lee were also present during one or more interviews of Carl Pepper, and any and all notes made by those Special Agents during any interviews of Carl Pepper are sought as well.

Pursuant to 28 C.F.R. § 16.23(c), Special Agent Taylor is expected to testify during the defense's case-in-chief regarding how Carl Pepper's statements to representatives of the Department changed over the course of the numerous interviews of Pepper. Special Agent Taylor is also expected to testify regarding how the investigation which resulted in the legal proceeding was conducted and what he was told during certain interviews of witnesses and proffers by counsel for suppliers of broiler chicken products and their customers.

It is our position that any notes made by any FBI Special Agents during the interviews are subject to disclosure and production. We believe that the any notes would contain exculpatory evidence or information, or evidence or information useful for

**Demand for Production of Information, Oral Testimony, and Materials By Employees of The United States Department of Justice Pursuant to 28 C.F.R. §§ 16.21 *et seq.*  
*United States v. Penn et al.,* Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**  
February 3, 2022  
Page 3

_____

purposes of impeachment. *See Brady v. Maryland,* 373 U.S. 83 (1963); *Strickler v. Greene,* 527 U.S. 263 (1999). Any notes would furthermore constitute material subject to the Jencks Act. *See* 18 U.S.C. § 3500.

Pursuant to 28 C.F.R. § 16.26, it is our position that disclosure and production of the testimony, documents, materials, notes, or information is appropriate under the rules of procedure governing the legal proceeding. *See* 28 C.F.R. § 16.26(a)(1). The parties to the legal proceeding possess a right to compulsory process to obtain witnesses and evidence in their favor pursuant to the Sixth Amendment, and the right to issue subpoenas pursuant to Federal Rule of Criminal Procedure 17. Moreover, the parties possess a right to evidence which is exculpatory or of use for impeachment. We believe that disclosure and production would not violate any statute or regulation, or be barred by any privilege. *See* 28 C.F.R. §§ 16.26(a)(2), (b)(1), (2). The legal proceeding furthermore does not involve any classified information, or confidential sources or informants. *See* 28 C.F.R. §§ 16.26(b)(3), (4).

We are willing to be reasonably flexible in scheduling the testimony of Special Agent Taylor and the appearance of any custodian for the FBI. Thank you for your attention to this matter.

Sincerely,

Craig A. Gillen

# GILLEN WITHERS & LAKE LLC

### ATTORNEYS AT LAW

<table>
<tr><td>

CRAIG A. GILLEN
400 GALLERIA PARKWAY
SUITE 1920
ATLANTA, GEORGIA 30339
TELEPHONE: (404) 842-9700
TELECOPIER: (404) 842-9750
E-MAIL: cgillen@gwllawfirm.com

</td><td>

WEBSITE: gwllaw.com

</td><td>

SAVANNAH OFFICE:

8 EAST LIBERTY STREET
SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 447-8400
TELECOPIER: (912) 233-6584

</td></tr>
</table>

February 3, 2022

Via United States mail and electronic mail

General Counsel
Room 5890
Department of Commerce
Washington, DC 20230

Michael T. Koenig
Carolyn M. Sweeney
Heather D. Call
Laura J. Butte
Paul J. Torzilli
**United States Department of Justice**
450 Fifth Street, N.W.
Washington, D.C. 20530

## DEMAND FOR TESTIMONY AND DOCUMENTS FROM EMPLOYEES OF THE UNITED STATES DEPARTMENT OF COMMERCE PURSUANT TO 15 C.F.R. §§ 15.12 *ET SEQ.* *UNITED STATES V. PENN ET AL.*, CASE # 1:20-CR-00152-PAB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Counsel:

This is a Demand for Testimony and Documents From Employees of The United States Department of Commerce Pursuant to 15 C.F.R. §§ 15.12 *et seq.*, (Demand) demanding testimony and documents from employees of the United States Department of Commerce (Department), pursuant to 15 C.F.R. §§ 15.12 *et seq.*, in relation to the criminal proceeding of *United States v. Penn et al.*, Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado (legal proceeding).

We intend to serve Special Agent Matthew Koppenhaver, an employee of the Department's Office of Inspector General, Office of Investigations, with a Subpoena to Testify at A Hearing or Trial in a Criminal Case (Subpoena) to testify and produce documents in the legal proceeding. We also intend to Subpoena a custodian for the

**Demand for Testimony and Documents From Employees of The United States Department of Commerce Pursuant to 15 C.F.R. §§ 15.12 *et seq.***
*United States v. Penn et al.***, Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**
February 3, 2022
Page 2

Department to produce documents in the legal proceeding. The documents we seek are **any and all original notes taken by Special Agent Koppenhaver during any and all interviews of Carl Pepper**, who is listed as a witness for the United States in the legal proceeding.

We believe that Special Agent Koppenhaver can provide testimony and documents favorable to my client, Mr. Gary Brian Roberts, and favorable or impeaching testimony and documents relating to Carl Pepper. Special Agent Koppenhaver made favorable statements concerning alleged price fixing or bid rigging in the broiler chicken industry in the presence of Mr. Roberts. Special Agent Koppenhaver furthermore made favorable statements regarding Mr. Roberts' alleged culpability in the charged conspiracy pursuant to the Sherman Act, 15 U.S.C. § 1. A Declaration of Craig A. Gillen, complying with the requirements of 15 C.F.R. § 15.14(3), accompanies this Demand.

We are willing to be reasonably flexible in scheduling the testimony of Special Agent Koppenhaver and any custodian for the Department. Thank you for your attention to this matter.

Sincerely,

Craig A. Gillen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

       Defendants.

## DECLARATION OF CRAIG A. GILLEN

       I, Craig A. Gillen, make this Declaration of Craig A. Gillen (Declaration), pursuant to 15 C.F.R. § 15.14, and show the following, pursuant to 15 C.F.R. § 15.14(3):

1.    I am competent to give this Declaration.

2.    The forum and title of the relevant legal proceeding are set forth in the caption above.

3.    The party demanding testimony and documents from an employee of United States Department of Commerce (Department) is my client, Gary Brian Roberts, a defendant to the legal proceeding, a criminal prosecution.

1

4.      The reason for the demand is that the testimony of Special Agent Matthew Koppenhaver of the Department's Office of Inspector General, Office of Investigations, and any and all notes made by Special Agent Koppenhaver during any interviews of Carl Pepper, a former employee of Tyson Foods, Inc., are needed by Mr. Roberts and his counsel in the trial of the legal proceeding, which is set to commence on February 22, 2022. Carl Pepper is expected to be a witness for the Government and against Mr. Roberts in the trial of the legal proceeding.

5.      Special Agent Koppenhaver's testimony and notes are not reasonably available from any other source. Mr. Roberts and his counsel believe that Special Agent Koppenhaver possesses information which may be favorable to Mr. Roberts, and which cannot be obtained from any other source. Special Agent Koppenhaver's notes from the interviews of Carl Pepper cannot be obtained from any other source.

6.      Mr. Roberts and his counsel desire to use Special Agent Koppenhaver's testimony in his case-in-chief as affirmative evidence of the non-existence of the charged conspiracy pursuant to the Sherman Act, 15 U.S.C. § 1, and any unlawful agreement. In September of 2020, Special Agent Koppenhaver interviewed Mr. Roberts and made statements relating to alleged price fixing and bid rigging in the broiler chicken industry which are favorable to the defense. Special Agent Koppenhaver furthermore told Mr. Roberts that he didn't believe that Mr. Roberts had anything to hide, and that Special Agent Koppenhaver appreciated Mr. Roberts' honesty. This testimony cannot be obtained through any other means without Mr. Roberts forfeiting his right not to testify. No document can be provided and used in lieu of the proposed testimony, considering that Special Agent Koppenhaver's live testimony is the most compelling and persuasive evidence of his statements to Mr. Roberts.

7.     Mr. Roberts and his counsel desire to use any favorable or impeaching information relating to Carl Pepper contained in Special Agent Koppenhaver's notes in the cross-examination of Pepper at trial. That information may not be available from any other source.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of February, 2022.

Craig A. Gillen

3

# GILLEN WITHERS & LAKE LLC

### ATTORNEYS AT LAW

CRAIG A. GILLEN
400 GALLERIA PARKWAY
SUITE 1920
ATLANTA, GEORGIA 30339
TELEPHONE: (404) 842-9700
TELECOPIER: (404) 842-9750
E-MAIL: cgillen@gwllawfirm.com

WEBSITE: gwllaw.com

SAVANNAH OFFICE:

8 EAST LIBERTY STREET
SAVANNAH, GEORGIA 31401
TELEPHONE: (912) 447-8400
TELECOPIER: (912) 233-6584

February 3, 2022

Via United States mail and electronic mail

**Thomas J. Vilsack**
**United States Secretary of Agriculture**
**Janie Hipp**
**General Counsel, General Law and**
**Research Division**
**United States        Department        of**
**Agriculture**
1400 Independence Avenue, S.W.
Washington, D.C. 20250

**Michael T. Koenig**
**Carolyn M. Sweeney**
**Heather D. Call**
**Laura J. Butte**
**Paul J. Torzilli**
**United States Department of Justice**
450 Fifth Street, N.W.
Washington, D.C. 20530

## <u>DEMAND FOR PRODUCTION OF OFFICIAL DOCUMENTS BY UNITED STATES DEPARTMENT OF AGRICULTURE EMPLOYEES PURSUANT TO 7 C.F.R. §§ 1.210 *ET SEQ.* *UNITED STATES V. PENN ET AL.*, CASE # 1:20-CR-00152-PAB, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO</u>

Secretary Vilsack and Counsel:

This is a Demand For Production of Official Documents By United States Department of Agriculture Employees Pursuant To 7 C.F.R. §§ 1.210 *et seq.*, in relation to the criminal proceeding of *United States v. Penn et al.*, Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado (legal proceeding).

We intend to serve Derek Repp, a Special Agent with the United States Department of Agriculture (Department), Office of the Inspector General with a Subpoena to Testify at A Hearing or Trial in a Criminal Case (Subpoena) to produce official documents in the legal proceeding in his official capacity. We also intend to Subpoena a custodian for the Department to produce documents in the legal proceeding

**Demand For Production of Official Documents By United States Department of Agriculture Employees Pursuant To 7 C.F.R. §§ 1.210** *et seq.*
*United States v. Penn et al.,* **Case # 1:20-cr-00152-PAB, in the United States District Court for the District of Colorado**
February 3, 2022
Page 2

in his or her official capacity. The documents we seek are **any and all original notes taken by Special Agent Repp during any and all interviews of Carl Pepper,** who is listed as a witness for the United States in the legal proceeding.

We are willing to be reasonably flexible in scheduling the appearance of Special Agent Repp and any custodian for the Department. We will provide authorized fees to Special Agent Repp and any custodian, pursuant to 7 C.F.R. § 1.217(d). Thank you for your attention to this matter.

Sincerely,

Craig A. Gillen