IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  1. JAYSON JEFFREY PENN, 2. MIKELL REEVE FRIES, 3. SCOTT JAMES BRADY, 4. ROGER BORN AUSTIN, **5. TIMOTHY R. MULRENIN,** 6. WILLIAM VINCENT KANTOLA, **7. JIMMIE LEE LITTLE,** 8. WILLIAM WADE LOVETTE, **9. GARY BRIAN ROBERTS,** and 10. RICKIE PATTERSON BLAKE,  Defendants. | Criminal Case No. 20-cr-00152-PAB |

**Defendant Mulrenin's, Roberts' and Little's Motion for Leave to File a Motion Pursuant to Rule 17(c) for Court Order Authorizing Subpoena Duces Tecum to Produce Documentary Evidence in Advance of Trial**

Defendants Mulrenin, Roberts, and Little, by and through undersigned counsel, respectfully submit this Motion for Leave to File a Motion Court Order Authorizing Subpoena Duces Tecus to Produce Documentary Evidence in Advance of Trial. Defendants file this request in accordance with the Court's December 22, 2021 requiring leave to file any substantive motion. Per the Court's January 28, 2022 order setting February 3, 2022 as the deadline for all pretrial motions, this Motion is timely. (Dkt. Nos. 925, 944.)

Defendants' Rule 17(c) Motion is not requesting that the court reconsider any of its prior rulings. Rather, as explained in Defendants' motion, Defendants seek issuance of a subpoena to Tyson Foods, Inc. for materials related to a witness who did not testify at the first trial but is expected to appear at the upcoming trial. The materials requested by the subpoena are necessary

1

2

to pemit Defendants to prepare for trial.

Accordingly, Defendants respectfully request the Court grant leave to file the attached motion.

Dated:  February 3, 2022                                  Respectfully submitted,


*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP-DC
Attorney for Timothy R. Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com


*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Marci G. LaBranche*
Marci G. LaBranche
Jamie Hubbard
STIMSON STANCIL LABRANCHE HUBBARD LLC
Attorneys for Timothy R. Mulrenin
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com
hubbard@sslhlaw.com

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

 *s/ Nancy Hickam*
 Nancy Hickam