IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

v.

JAYSON JEFFREY PENN, *et al.*

    Defendants.

No. 20-cr-00152-PAB

# MR. BLAKE'S MOTION FOR LEAVE TO FILE HIS MOTION PURSUANT TO RULE 17(C) FOR AN ORDER AUTHORIZING SUBPOENA *DUCES TECUM*

Mr. Blake respectfully submits this Motion for Leave to File His Motion Pursuant to Rule 17(c) for an Order Authorizing Subpoenas *Duces Tecum*, in accordance with the Court's December 22, 2021 and January 28, 2022 orders (Dkt. Nos. 925, 944) (requiring substantive motions be accompanied with a motion for leave and setting February 3, 2022 as the pretrial motions deadline).

Mr. Blake does not request reconsideration of any prior ruling; instead, as explained in the attached motion and in the *Ex Parte* Motion of Messrs. Mulrenin, Roberts, and Little Pursuant to Rule 17(c) for Court Order Authorizing Subpoena Duces Tecum to Produce Documentary Evidence in Advance of Trial. *See* Dkt. No. 975 (filed on February 3, 2022) ("Rule 17(c) Motion"), Mr. Blake timely seeks documentary evidence in advance of the retrial. In particular, the Government now intends to call Carl Pepper as a witness at the retrial and he apparently will be the first and only witness to provide any direct evidence against Mr. Blake. Mr. Blake seeks a narrow range of documents pertaining to Mr. Pepper and Tyson Food's cooperation to the extent it relates to Mr. Blake.

1

Mr. Blake's motion is timely. See Dkt. No. 925, Dkt. No. 944 (establishing February 3, 2022 as the pre-trial motions deadline for the retrial); Dkt. No. 936 at 3 (noting that motions for issuance of Rule 17(c) subpoenas were due by the pretrial motions deadline for first trial and motions for issuance of Rule 17(c) subpoenas filed after that date were untimely).

Mr. Blake respectfully requests that the Court grant leave to file the attached motion requesting that the Court issue an order authorizing the issuance of the attached subpoena duces tecum to require the production of documentary evidence in advance of trial.

Date:  February 3, 2022                     Respectfully submitted,

Wendy L. Johnson                            */s/ Barry J. Pollack*
RMP LLP                                     Barry J. Pollack
5519 Hackett Road, Suite 300                ROBBINS, RUSSELL, ENGLERT, ORSECK
Springdale, Arkansas 72762                  & UNTEREINER LLP
Telephone: (479) 443-2705                   2000 K Street N.W., 4th Floor
Fax: (479) 443-2718                         Washington, D.C.  20006
wjohnson@rmp.law                            Telephone: (202) 775 4500
                                            Fax: (202) 775 4510
                                            bpollack@robbinsrussell.com

*Counsel for Mr. Blake*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: February 3, 2022                     *s/ Barry J. Pollack*

                                                                                                              Barry J. Pollack