IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

# MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the parties' motions for leave filed on February 3, 2021. The Court will grant each motion for leave and file the attached substantive motion (with any exhibits) as a separate docket entry. The Court will also discontinue the requirement that the parties file a motion for leave with the substantive motion attached as an exhibit to the motion for leave. Accordingly, it is

    **ORDERED** that Dockets Nos. 949, 950, 951, 953, 956, 960, 962, 963, 964, 967, 972, 973, 976, 978, 979, 980, and 981 are GRANTED. It is further

    **ORDERED** that the Clerk of Court shall enter the following as separate docket entries: Docket No. 949-1; 950-1 with 950-2 as an exhibit thereto; 951-1; 953-1 under Level One restriction; 962-1; 963-1 with 963-2 as an exhibit thereto; 964-1; 967-1 with 967-2, 967-3, 967-4, and 967-5 as exhibits thereto; 973-1 with 973-2 as an exhibit thereto; 976-1 with 976-2 and 976-3 as exhibits thereto; 978-1; 979-1; 980-1 with 980-2 as an exhibit thereto; and 981-1. It is further

**ORDERED** that the parties are no longer required to file a motion for leave with the substantive motion attached as an exhibit.  The parties may directly file the substantive motion.

DATED February 4, 2022.