NO EXHIBIT ATTACHED