IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION TO FILE OMNIBUS RESPONSE IN EXCESS OF PAGE LIMIT TO THE DEFENDANTS' MOTIONS *IN LIMINE*

The government respectfully moves to file an omnibus response to at least six of the defendants' motions *in limine*, in excess of the 15-page limit set forth by Section III.A of this Court's Practice Standards for Criminal Cases. The government requests an additional 10 pages for its response, for a total of 25 pages.

There is good cause for the government to file up to 25 pages in its omnibus response. The government is responding to at least six motions ranging in length from 7 to 15 pages. *E.g.*, ECF 978-1 (7 pages for Penn, Mulrenin, and Roberts' motion to

1

enforce prior rulings); ECF 963-1 (15 pages for joint motion to prohibit descriptions of information sharing as "wrong" or "immoral"). The six motions (ECF 951-1, 954, 962-1, 963-1, 964-1, and 978-1) comprise 59 total pages. The requested additional 10 pages will permit the government to better address the defendants' various arguments.

    Judicial economy would also be served by a single, omnibus response rather than at least six separate ones. The government anticipates addressing much of the same evidence and points of law in responding to the defendants' motions and an omnibus response will help avoid unnecessary redundancy.

Dated: February 4, 2022      Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*