IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. **GARY BRIAN ROBERTS**, and
10. RICKIE PATTERSON BLAKE,

Defendants.

## DEFENDANT ROBERTS' NOTICE REGARDING DOCKET NOS. 954 AND 969

Defendant Gary Brian Roberts files this Notice Regarding Docket Nos. 954 and 969, respectfully showing that Docket Nos. 954 and 969 were erroneously filed without being attached as exhibits to a motion for leave to file by undersigned counsel responsible for filing, as ordered by the Court in its Order Re-Setting Trial Dates and Deadlines (Order). *See* Dkt. # 925. The undersigned submits that the failure to comply with the requirement of the Court's Order was due to inadvertence, excusable neglect, and the error of the undersigned, and was not done willfully or in bad faith. *See United States v. Bennett*, No. Civ.A. 06CV02440JLK, 2007 WL 4840822, at *3

-1-

(D. Colo. Sept. 14, 2007). Mr. Roberts humbly requests, in view of the Court's granting of the various motions for leave to file and discontinuation of the requirement that the parties file a motion for leave with the substantive motion attached as an exhibit to the motion for leave, *see* Docket No. 982, that Docket Nos. 954 and 969 be considered along with the other motions filed by the parties.

Respectfully submitted, this 4th day of February, 2022.

*/s/ Anthony C. Lake*_____
Anthony C. Lake
Craig A. Gillen
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com
aclake@gwllawfirm.com

Richard L. Tegtmeier, #2544
SHERMAN & HOWARD LLC
633 Seventeenth Street
Suite 3000
Denver, Colorado 80202
(303) 299-8163
rtegtmeier@shermanhoward.com

*Counsel for Gary Brian Roberts*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2022, I electronically filed the foregoing **DEFENDANT ROBERTS' NOTICE REGARDING DOCKET NOS. 954 AND 969** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

        /s/ Anthony C. Lake_____
Anthony C. Lake
Craig A. Gillen
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com
aclake@gwllawfirm.com

*Counsel for Gary Brian Roberts*