# EXHIBIT 4

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America
v.
Jayson Jeffrey Penn, et. al.

*Defendant*

Case No. 20-cr-00152-PAB

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

To: Cajun Operating Company, (dba Church's)
c/o Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120, United States

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See Attachment A

| Place: Chief Judge Phillip A. Brimmer<br>Alfred J. Arraj US Courthouse, Courtroom A701<br>901 19th Street, Denver, CO 80294 | Date and Time: 02/10/2022 |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: ________

*CLERK OF COURT*

________________
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Jimmie Lee Little , who requests this subpoena, are:

Mark A. Byrne, Byrne & Nixon LLP, 888 W 6th St, Suite 1100, Los Angeles, CA 90017, markbyrne@byrnenixon.com

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

Case No. 20-cr-00152-PAB

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________

______________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________

______________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Add Attachment | Reset

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

    **(1)  In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

    **(2)  Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

    **(3)  Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e)  Place of Service.**

    **(1)  In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

    **(2)  In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g)  Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

**Subpoena to Cajun Operating Company**

**(Church's Chicken)**

Attachment A

All email communications between Dean Bradley and any other person related to:

1) The request and proposal for pricing of frozen chicken identified in Exhibits 1 and 2.

2) The request and proposal for pricing of frozen chicken identified in Exhibit 3.

3) The shortages and efforts to cover the shortages identified in Exhibits 4 and 5.

4) The shortages and efforts to cover the shortages identified in Exhibits 6 and 7.

5) The bids, submissions, negotiations and awards to suppliers for 8 piece COB and dark meat for the 2014 contract year, such as shown in Exhibit 8.

6) The QA Audit Charge identified in Exhibit 9.

Instructions

1. YOU are required to submit all DOCUMENTS in YOUR custody and control responsive to this subpoena to Chief Judge Brimmer at the United States District Court located at:

   Alfred A. Arraj United States Courthouse, Courtroom A701
   901 19th Street
   Denver, CO 80294

2. All DOCUMENTS submitted to the Court pursuant to this subpoena will be reviewed *in camera* prior to being disseminated to the parties. All DOCUMENTS provided to the parties will be subject to the current protective order in this case imposing limitations on dissemination of information to third parties.

3. The requests herein shall be deemed to request the production of any and all DOCUMENTS and things within YOUR actual or constructive possession, custody, or control. These requests require YOU to produce DOCUMENTS and things that may be stored on any personal computers, mobile telephones, tablets, servers, calendars, or other electronic devices or physical files in YOUR possession, custody, or control. This includes without limitation personal emails and text messages.

4. Each request is to be construed independently, and no request is to be viewed as limiting the scope of any other request. If you assert that any part of a request is objectionable, respond to the remaining parts of the request to which YOU do not object.

5. The DOCUMENTS are to be produced as they are kept in the usual course of business or organized and labeled to correspond with the requests in this subpoena. The selection of DOCUMENTS from files and other sources is to be performed in such a manner as to ensure that the files or other source from which the document is obtained may be identified.

6. Produce the entirety of any requested DOCUMENT, including all attachments, enclosures, cover letters or emails, memoranda, exhibits, or appendices. Copies that differ in any respect from an original (because, by way of example only, handwritten or printed notations were added) should be treated as separate DOCUMENTS and produced separately. Each draft of a DOCUMENT should be treated as a separate DOCUMENT and produced separately.

7. To the extent possible, produce originals of DOCUMENTS. If producing copies, produce DOCUMENTS in color to the extent necessary to interpret the DOCUMENT, *i.e.*, if the coloring of any DOCUMENT communicates any substantive information. If black-and-white photocopying or conversion of any DOCUMENT makes any substantive information contained in the DOCUMENT unintelligible, please submit the original.

8.  Any DOCUMENT maintained or stored electronically, including any DOCUMENT stored as electronic data on magnetic, optical, or other storage media as "active" or "backup" files, shall be produced in a manner that maintains the integrity and readability of all data, including all metadata.

9.  If information stored in, or accessible through, computer or other data retrieval systems is produced, it must be accompanied with instructions, software or computer code, and all other materials necessary to use or interpret such data.

10. This subpoena does not seek attorney-client privileged DOCUMENTS or DOCUMENTS protected by any other applicable legal privilege. This subpoena also does not seek DOCUMENTS outside of YOUR possession or that have been destroyed. In the event a known responsive DOCUMENT or portion thereof is withheld for any reason, indicate the following information for each such withheld DOCUMENT, or portion thereof:

   a.  the date of the DOCUMENT;
   b.  the general character of the DOCUMENT (*i.e.*, letter, memorandum, or notes, etc.);
   c.  the identity of the person in possession of the DOCUMENT and the DOCUMENT'S location (either current or last known);
   d.  the identity of the author of the DOCUMENT;
   e.  the identity of all recipients of the DOCUMENT;
   f.  the general subject matter of the DOCUMENT; and
   g.  the reason, including, but not limited to, any legal obligation or privilege for withholding the DOCUMENT or portion thereof.

**DECLARATION**
**FILED UNDER SEAL**

1. I have undertaken a review of all documents in my possession, custody and control, or in the possession, custody and control of Cajun Operating Company responsive to the subpoena.

2. True and correct copies of documents responsive to the subpoena are included herewith.

3. Other than the documents produced herein or described in the privilege log submitted with this declaration, I know of no other documents responsive to the subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at ___________________ on _______________, _____.

___________________________________

Exhibit 1

**From:** Jimmie Little [Jimmie Little <Jimmie.Little@pilgrims.com>]
on behalf of Jimmie Little [Jimmie.Little@pilgrims.com]
**Sent:** 5/31/2013 6:49:15 PM
**To:** Dean Bradley [DBradley@churchs.com]
**Subject:** Re: Church's Frozen 8pc and Dark Meat-Pilgrims Pride

Ill have pricing for you Monday. Their will need to be a freezing charge for both.

On May 31, 2013, at 1:06 PM, "Dean Bradley" <DBradley@churchs.com> wrote:

> Jimmie,
>
> In terms of pricing, traditionally Pilgrims has based the frozen dark meat price the same as the fresh dark meat. Will that still be the case? Also, what are you thinking in terms of price for the frozen 8pc?
>
> Thanks,
>
>
> Dean Bradley
> Director of Purchasing-Protein
> Church's Chicken
> 990 Hammond Drive
> Suite 220
> Atlanta, GA 30328
> Phone: 770-512-3960
> Fax: 770-512-3976
> Cell: 404-218-9805
> E-mail: dbradley@churchs.com
> www.churchs.com
>
> Private and Confidential. Do not copy.
>
> -----Original Message-----
> From: Jimmie Little [mailto:Jimmie.Little@pilgrims.com]
> Sent: Thursday, May 09, 2013 11:08 AM
> To: Dean Bradley
> Cc: Sarah Knust; Grace Pope
> Subject: Re: Church's Frozen 8pc and Dark Meat-Pilgrims Pride
>
> I've got our folks working on it. We've produced dark but never 8 PC. I'm getting a sku number generated as well as getting spec updated. I'm thinking Carrollton for 8pc and Athens for dark.
>
>
>
>
> On May 9, 2013, at 7:55 AM, "Dean Bradley" <DBradley@churchs.com> wrote:
>
>> Jimmie,
>>
>> I want to get Pilgrims Pride approved to be a frozen 8pc and dark meat supplier. To do that we need 1 case of each sent to QA here in Atlanta. We have recently updated this spec with the main change being the box itself to allow us to thaw it much quicker than we have in the past. The question I have for you is what plant or plants for 8pc and dark meat are best to use?
>>
>> A little background for you on frozen and Church's. We have had some DC's bring in a load of frozen product to have on hand in case of emergencies (weather, late truck, sales spikes). We are working on a frozen plan that might actually see us mandate that all DC's have frozen on hand at all times. We would want Pilgrims Pride to service the DC's that you currently service with frozen.
>>
>> Please let us know when you can have the sample sent in to us and we will proceed from there. If you have any questions, please let me know.
>>
>> Thanks,
>>
>> Dean Bradley

Government Exhibit
20-cr-152-PAB
108

>> Director of Purchasing-Protein
>> Church's Chicken
>> 990 Hammond Drive
>> Suite 220
>> Atlanta, GA 30328
>> Phone: 770-512-3960
>> Fax: 770-512-3976
>> Cell: 404-218-9805
>> E-mail: dbradley@churchs.com<mailto:dbradley@churchs.com>
>> www.churchs.com<http://www.churchs.com>
>>
>> Private and Confidential. Do not copy.
>>
>>
>> Our Vision:
>> We are for the Provider, their families and their communities.
>>
>> ________________________________
>> CONFIDENTIALITY NOTICE : This e-mail contains information that is confidential, proprietary or legally privileged and is the property of Church's Chicken. If You are not the proper recipient of this Email, please notify the sender immediately by e-mail or call 770-350-3800 and delete the message.
>> <Churchs Chicken Dark Meat Frozen Specification-Allergen Free Flat
>> Packed.doc> <Churchs Chicken Mixed Frozen Specification - Allergen Free Flat Packed.doc>

Exhibit 2

**From:** "Pepper, Carl" <carl.pepper@tyson.com>
**Sent:** Fri, 31 May 2013 18:18:11 +0000 (UTC)
**To:** Dean Bradley <DBradley@churchs.com>
**Subject:** Re: Church's Frozen 8pc and Dark Meat-Tyson

---

I will get with our pricing group. I would think just a freezer cost but I will find out and get back with you

Sent from my iPad

On May 31, 2013, at 1:14 PM, "Dean Bradley" <DBradley@churchs.com> wrote:

Carl,

In terms of pricing, what are you thinking on both items? I assume that it will be a formula price based off of the cost plus. Please advise.

Thanks,

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

**From:** Dean Bradley
**Sent:** Thursday, May 09, 2013 8:54 AM
**To:** 'Pepper, Carl'
**Cc:** Sarah Knust; Grace Pope
**Subject:** Church's Frozen 8pc and Dark Meat-Tyson

Government Exhibit
20-cr-152-PAB
113

Carl,

I want to get Tyson approved to be a frozen 8pc and dark meat supplier. To do that we need 1 case of each sent to QA here in Atlanta. We have recently updated this spec with the main change being the box itself to allow us to thaw it much quicker than we have in the past. The question I have for you is what plant or plants for 8pc and dark meat are best to use?

A little background for you on frozen and Church's. We have had some DC's bring in a load of frozen product to have on hand in case of emergencies (weather, late truck, sales spikes). We are working on a frozen plan that might actually see us mandate that all DC's have frozen on hand at all times. We would want Tyson to service the DC's that you currently service with frozen with the possible exception being Temple since you share that with another supplier.

Please let us know when you can have the sample sent in to us and we will proceed from there. If you

have any questions, please let me know.

Thanks,

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

Our Vision:
We are for the Provider, their families and their communities.

Exhibit 3

**From**: Dean Bradley [Dean Bradley <DBradley@churchs.com>]
on behalf of Dean Bradley [DBradley@churchs.com]
**Sent**: 12/21/2012 6:49:01 PM
**To**: Jimmie Little [Jimmie.Little@pilgrims.com]
**Subject**: RE: Church's Frozen Proposal 12-20-12

So you are saying fresh cost plus + $0.0301/lb for frozen 8pc and fresh cost plus - $0.2699 for frozen dark meat? If so, I am ok with it.

Dean Bradley
Director of Purchasing-Protein
Church's Chicken
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

-----Original Message-----
From: Jimmie Little [mailto:Jimmie.Little@pilgrims.com]
Sent: Friday, December 21, 2012 1:41 PM
To: Dean Bradley
Subject: Fwd: Church's Frozen Proposal 12-20-12

You ok with .0301? Also dark should be same .0301

Begin forwarded message:

From: Thomas Lane <Thomas.Lane@pilgrims.com<mailto:Thomas.Lane@pilgrims.com>>
Date: December 21, 2012, 12:38:43 PM CST
To: Jimmie Little <Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>>
Subject: RE: Church's Frozen Proposal 12-20-12

I am ok with this. The additional cost is .0301 though. See the attached comparing the 8 pc cost to the frozen cost.

The 8 pc cost is .9704, not .9774.

From: Jimmie Little
Sent: Friday, December 21, 2012 11:31 AM
To: Thomas Lane
Subject: Fwd: Church's Frozen Proposal 12-20-12

?

Begin forwarded message:
From: Dean Bradley <DBradley@churchs.com<mailto:DBradley@churchs.com>>
Date: December 21, 2012, 12:16:33 PM CST
To: Jimmie Little <Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>>
Subject: FW: Church's Frozen Proposal 12-20-12 Jimmie,

Instead of having a model can we base it off of the cost plus? I think you said when we were talking earlier that the cost plus was $0.9774. With that in mind the formula for frozen 8pc would be Cost Plus+$0.0276 and for frozen dark meat it would be Cost Plus-$0.2724. Thoughts?

Thanks,

DEF EXHIBIT
20-cr-152-PAB
F-170

Dean Bradley
Director of Purchasing-Protein
Church's Chicken
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com<mailto:dbradley@churchs.com>
www.churchs.com<http://www.churchs.com>

Private and Confidential. Do not copy.

-----Original Message-----
From: Jimmie Little [mailto:Jimmie.Little@pilgrims.com]
Sent: Thursday, December 20, 2012 2:34 PM
To: Dean Bradley
Subject: Fwd: Church's Frozen Proposal 12-20-12

Here is the model for the Church’s frozen item.

Our Vision:
We are for the Provider, their families and their communities.

Exhibit 4

**From**: Jimmie Little [Jimmie Little <Jimmie.Little@pilgrims.com>]
on behalf of Jimmie Little [Jimmie.Little@pilgrims.com]
**Sent**: 12/24/2013 6:32:11 PM
**To**: Robbie Bryant [Robbie.Bryant@pilgrims.com]
**CC**: Jason McGuire [Jason.McGuire@pilgrims.com]
**Subject**: Re: Church's for SSA

FYI... I did find out Tyson's fob price is $0.025 lower than ours in 2014!

On Dec 24, 2013, at 11:12 AM, "Jimmie Little"
<Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>> wrote:

Got it!

Merry Christmas Guys!

On Dec 24, 2013, at 11:11 AM, "Robbie Bryant"
<Robbie.Bryant@pilgrims.com<mailto:Robbie.Bryant@pilgrims.com>> wrote:

We can't help sorry

Robbie Bryant
PH 270-251-7771
Fax 972-290-8103
Cell 270-727-7771

On Dec 24, 2013, at 11:47 AM, "Jimmie Little"
<Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>> wrote:

Can we help?

Begin forwarded message:

From: Dean Bradley <DBradley@churchs.com<mailto:DBradley@churchs.com>>
Date: December 24, 2013 at 10:42:22 AM MST
To: Jimmie Little <Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>>
Subject: Church's for SSA

Jimmie,

I am looking for the following :

SSA-Fontana, CA

Delivering Monday 12/30
210cs 8pc
630cs Dark

SSA-Phoenix, AR

Delivering Monday 12/30
294cs 8pc
546cs Dark

Please let me know if you can cover these loads.

Thanks,

Dean Bradley

**Government Exhibit**
**20-cr-152-PAB**
**219**

Director of Purchasing-Protein
Church's Chicken
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com<mailto:dbradley@churchs.com>
www.churchs.com<http://www.churchs.com>

Private and Confidential. Do not copy.

________________________________
CONFIDENTIALITY NOTICE : This e-mail contains information that is confidential, proprietary or legally privileged and is the property of Church's Chicken. If You are not the proper recipient of this Email, please notify the sender immediately by e-mail or call 770-350-3800 and delete the message.

Exhibit 5

**From:** Tucker, Janie(janie.tucker@tyson.com)
**To:** Dean Bradley; James Morgan; Amanda Pickner; Randi Knisley; Hilda MoyPhillips
**CC:** Steven Lash; Kantola, Bill; Pepper, Carl; Thayer, Chuck
**BCC:**
**Subject:** RE: System Services of America - Deliveries for the week of 12/29 - 1/4 (CHURCH'S)
**Sent:** 12/24/2013 10:55:53 AM -0600 (CST)
**Attachments:**

---

*OK with Carl, Chuck and Janie. . . . .*

*Janie Tucker*
*Sales Support Manager*
*Route Sales/National Accounts*
*1.800.643.5657*
*1.479.290.4469*
*janie.tucker@tyson.com*
*Fax: 1-479-203-4437*

---

**From:** Dean Bradley [mailto:DBradley@churchs.com]
**Sent:** Tuesday, December 24, 2013 10:51 AM
**To:** James Morgan; Amanda Pickner; Randi Knisley; Hilda MoyPhillips
**Cc:** Steven Lash; 'Kantola, Bill'; Pepper, Carl; Tucker, Janie; Thayer, Chuck
**Subject:** RE: System Services of America - Deliveries for the week of 12/29 - 1/4 (CHURCH'S)

Can everyone get on a conference call at 12:15pm EST? If so, I will send an invite out

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

---

**From:** James Morgan [mailto:James.Morgan@ssafood.com]
**Sent:** Tuesday, December 24, 2013 11:46 AM
**To:** Dean Bradley; Amanda Pickner; Randi Knisley; Hilda MoyPhillips
**Cc:** Steven Lash; 'Kantola, Bill'; Pepper, Carl; 'Tucker, Janie'; 'Thayer, Chuck'
**Subject:** RE: System Services of America - Deliveries for the week of 12/29 - 1/4 (CHURCH'S)

**Good morning Dean –**

**Below are the purchase orders for the fresh Church's chicken for the week of 12/29 – 1/4 that have been written. Tyson has confirmed that they will be able to fill the orders that have Tyson noted by them.**

**The purchase orders were written based off of the usage from the week of 12/22 – 12/28.**

**Fontana**

**Sunday 29th** 8 piece 420 PO 4517776 & PO 4517777- Tyson
2 trucks Dark 1260
**Monday** 30th 8 piece 210 PO 4517779 - Koch
1 truck Dark 630
**Tuesday** 31st 8 piece 210 PO 4517782 - Koch
1 truck Dark 630
**Thursday** 2nd 8 piece 126 PO 4517786 - Koch
½ truck Dark 294
**Friday** 3rd 8 piece 84 PO 4518256 - Tyson
½ truck Dark 264

**Phoenix**

**Sunday** 29th 8 piece 252 PO 4517778 - Tyson
1 truck Dark 588
**Monday** 30th 8 piece 294 PO 4517780 - Koch
1 truck Dark 546
**Tuesday** 31st 8 piece 210 PO 4517788 - Koch
½ truck Dark 210
**Thursday** 2nd 8 piece 168 PO 4518257 - Tyson
½ truck Dark 324

**Usage for the week of 12/22 – 12/28**

| **Fontana** | **Mon** | **Tue** | **Wed** | **Thurs** | **Fri** | **Sat** |
|---|---|---|---|---|---|---|
| | **213** | **220** | **97** | **286** | **158** | **70** |
| | **700** | **550** | **229** | **834** | **530** | **245** |

| **Phoenix** | **Mon** | **Tue** | **Wed** | **Thurs** | **Fri** | **Sat** |
|---|---|---|---|---|---|---|
| | **152** | **198** | **14** | **197** | **249** | **16** |
| | 327 | 355 | 34 | 402 | 530 | 36 |

---

**From:** Dean Bradley [mailto:DBradley@churchs.com]
**Sent:** Tuesday, December 24, 2013 9:13 AM
**To:** Amanda Pickner; Randi Knisley; James Morgan; Hilda MoyPhillips
**Cc:** Steven Lash; 'Kantola, Bill'; Pepper, Carl; 'Tucker, Janie'; 'Thayer, Chuck'
**Subject:** RE: System Services of America - Deliveries for the week of 12/29 - 1/4 (CHURCH'S)
**Importance:** High

SSA,

This is what we set up previously by supplier:

**KOCH**

-

**Fontana**

**Tuesday -** 8 piece 252
½ truck Dark 420
**Friday -** 8 piece 84
½ truck Dark 252

**Phoenix**
**Monday -** 8 piece 0
½ truck Dark 168
**Thursday -** 8 piece 210
½ truck Dark 294

-
**TYSON**

**Fontana**
**Sunday -** 8 piece 252
1 truck Dark 588
**Monday -** 8 piece 168
1 truck Dark 672
**Thursday -** 8 piece 210
1 truck Dark 630

**Phoenix**
**Sunday -** 8 piece 504
2 trucks Dark 1176
**Wednesday -** 8 piece 210
1 truck Dark 630

Please respond to all with what you need for the week of 12/29-1/4 and please note the volume available by supplier on the above days.

Koch/Tyson,

You should be able to cover the above loads based on our conversations 2 weeks ago. Lets see what SSA sends back and proceed from there.

Thanks,

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

---

**From:** Amanda Pickner [mailto:Amanda.Pickner@ssafood.com]

**Sent:** Tuesday, December 24, 2013 10:36 AM
**To:** Dean Bradley; Steven Lash
**Cc:** Randi Knisley; James Morgan; Hilda MoyPhillips
**Subject:** FW: System Services of America - Deliveries for the week of 12/29 - 1/4
**Importance:** High

Dean and Steve,

Please can you assist with the remaining 5 po's that need to be filled by Koch?

**Fontana**

| | | |
|---|---|---|
| **Monday** 30th | 8 piece 210 | PO 4517779 - Koch |
| 1 truck | Dark 630 | |
| **Tuesday** 31st | 8 piece 210 | PO 4517782 - Koch |
| 1 truck | Dark 630 | |
| **Thursday** 2nd | 8 piece 126 | PO 4517786 - Koch |
| ½ truck | Dark 294 | |

**Phoenix**

| | | |
|---|---|---|
| **Monday** 30th | 8 piece 294 | PO 4517780 - Koch |
| 1 truck | Dark 546 | |
| **Tuesday** 31st | 8 piece 210 | PO 4517788 - Koch |
| ½ truck | Dark 210 | |

**Thank you,**

**Amanda Pickner**
**National Account Manager**
Systems Services of America
16100 N. 71st St., Suite 510
Scottsdale, AZ 85254-2125
Direct 480-927-4755
Fax 480-927-4798
Cell 480-620-5331
amanda.pickner@ssafood.com
www.ssafood.com

---

**From:** James Morgan
**Sent:** Tuesday, December 24, 2013 8:33 AM
**To:** Amanda Pickner
**Cc:** Randi Knisley; Hilda MoyPhillips
**Subject:** System Services of America - Deliveries for the week of 12/29 - 1/4

Good morning Amanda –

I need some help please.

Can you please reach out to the concept for direction on the remaining 5 purchase orders that will need to be filled by Koch?

---

**From:** James Morgan
**Sent:** Tuesday, December 24, 2013 8:25 AM
**To:** Kantola, Bill; Flynn, Beverly; becbla@kochfoods.com
**Cc:** Amanda Pickner; Hilda MoyPhillips; Randi Knisley
**Subject:** RE: [UNWANTED EMAIL] System Services of America - Deliveries for the week of 12/29 - 1/4

Good morning –

The two purchase orders highlighted below have been covered and will not need to be filled (PO 4517787 and 4517795). Please cancel these in your system.

We will need the remaining 5 purchase orders filled please. Should this still be an issue, please let me know.

Appreciate everyone's help.

Thank you,

James Morgan
Inventory Control Manager
Systems Services of America
16100 N. 71st Street, Suite 510
Scottsdale, AZ 85254-2125
480-927-4766

---

**From:** Kantola, Bill [mailto:Bill.Kantola@kochfoods.com]
**Sent:** Monday, December 23, 2013 3:56 PM
**To:** James Morgan; Flynn, Beverly; becbla@kochfoods.com
**Cc:** Amanda Pickner; Hilda MoyPhillips; Randi Knisley
**Subject:** RE: [UNWANTED EMAIL] System Services of America - Deliveries for the week of 12/29 - 1/4

I advised Dean...we are going to discuss further in the morning. We were thinking this started after the first of the year after these 3 day holiday weeks this week and next.

Be back to you......

Thanks

---

**From:** James Morgan [mailto:James.Morgan@ssafood.com]
**Sent:** Monday, December 23, 2013 5:45 PM
**To:** Flynn, Beverly; becbla@kochfoods.com
**Cc:** Kantola, Bill; Amanda Pickner; Hilda MoyPhillips; Randi Knisley
**Subject:** RE: [UNWANTED EMAIL] System Services of America - Deliveries for the week of 12/29 - 1/4
**Importance:** Low

Hi Beverly –

Has this been communicated to Church's chicken?

---

**From:** Flynn, Beverly [mailto:Beverly.Flynn@kochfoods.com]
**Sent:** Monday, December 23, 2013 3:38 PM
**To:** James Morgan; becbla@kochfoods.com
**Cc:** Kantola, Bill
**Subject:** RE: [UNWANTED EMAIL] System Services of America - Deliveries for the week of 12/29 - 1/4

*James,*
*I asked if we can cover these orders and I was told that we are going to be short and there is no way we can cover these until after the first of the year.*

*Thanks,*
*Beverly*

---

**From:** James Morgan [mailto:James.Morgan@ssafood.com]
**Sent:** Monday, December 23, 2013 4:15 PM
**To:** becbla@kochfoods.com; Flynn, Beverly
**Subject:** [UNWANTED EMAIL] System Services of America - Deliveries for the week of 12/29 - 1/4
**Importance:** Low

**Hello -**

**Below are the purchase orders for the fresh Church's chicken for the week of 12/29 – 1/4.**

**Copies were faxed earlier, let me know if you didn't receive any of them.**

**Please let me know should there be any issues.**

**Fontana**
**Monday** 30th 8 piece 210 PO 4517779 - Koch
1 truck Dark 630
**Tuesday** 31st 8 piece 210 PO 4517782 - Koch
1 truck Dark 630
**Thursday** 2nd 8 piece 126 PO 4517786 - Koch
½ truck Dark 294
**Friday** 3rd 8 piece 84 PO 4517787 - Koch
½ truck Dark 264

**Phoenix**
**Monday** 30th 8 piece 294 PO 4517780 - Koch
1 truck Dark 546
**Tuesday** 31st 8 piece 210 PO 4517788 - Koch
½ truck Dark 210
**Thursday** 2nd 8 piece 168 PO 4517795 - Koch
½ truck Dark 324

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

Exhibit 6

**From:** Kantola, Bill(/O=KOCHFOODS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BILL KANTOLACC1)
**To:** Dean Bradley
**CC:**
**BCC:**
**Subject:** RE: Church's Dark Meat
**Sent:** 08/07/2014 03:57:22 PM -0500 (CDT)
**Attachments:**

---

No...that 37 is it...we shipped some folks and that virtually wiped out the inventory...we're doing all fresh currently

---

**From:** Dean Bradley [mailto:DBradley@churchs.com]
**Sent:** Thursday, August 07, 2014 3:34 PM
**To:** Kantola, Bill
**Subject:** RE: Church's Dark Meat

Is there anything in the blast that is about to come out?

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

---

**From:** Kantola, Bill [mailto:Bill.Kantola@kochfoods.com]
**Sent:** Thursday, August 07, 2014 1:37 PM
**To:** Dean Bradley
**Subject:** Fwd: Church's Dark Meat

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** "Blackmon, Becky" <Becky.Blackmon@kochfoods.com>
> **Date:** August 7, 2014 at 12:40:03 PM EDT
> **To:** "Kantola, Bill" <Bill.Kantola@kochfoods.com>
> **Subject: RE: Church's Dark Meat**
>
> 8pc – 392
> Dark - 37

**From:** Kantola, Bill
**Sent:** Thursday, August 07, 2014 11:35 AM
**To:** Blackmon, Becky
**Subject:** Fwd: Church's Dark Meat

???

Sent from my iPhone

Begin forwarded message:

> **From:** Dean Bradley <DBradley@churchs.com>
> **Date:** August 7, 2014 at 12:25:22 PM EDT
> **To:** "Kantola, Bill" <Bill.Kantola@kochfoods.com>
> **Subject: Re: Church's Dark Meat**
>
> Also need to know if you have any frozen 8pc or dark meat in the freezer for us that is unsold.
>
> Sent from my iPhone
>
> On Aug 7, 2014, at 12:14 PM, "Kantola, Bill" <Bill.Kantola@kochfoods.com> wrote:
>
>> I'll check
>>
>> Sent from my iPhone
>>
>> On Aug 7, 2014, at 8:58 AM, "Dean Bradley" <DBradley@churchs.com> wrote:
>>
>>> Bill,
>>>
>>> Do you have anything available out of today or tomorrow's production?
>>>
>>> Thanks,
>>>
>>> Dean Bradley
>>> Director of Purchasing-Protein
>>> **Church's Chicken**
>>> 990 Hammond Drive
>>> Suite 220
>>> Atlanta, GA 30328
>>> Phone: 770-512-3960
>>> Fax: 770-512-3976
>>> Cell: 404-218-9805
>>> E-mail: dbradley@churchs.com
>>> www.churchs.com
>>>
>>> Private and Confidential. Do not copy.
>>>
>>> ---

CONFIDENTIALITY NOTICE : This e-mail contains information that is confidential, proprietary or legally privileged and is the property of Church's Chicken. If You are not the proper recipient of this Email, please notify the sender immediately by e-mail or call 770-350-3800 and delete the message.

Exhibit 7

**From:** Jimmie Little </O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=JLITTLE>
**To:** Robbie Bryant
**CC:** Barbara Garcia
**Sent:** 8/7/2014 2:05:35 PM
**Subject:** Fwd: Shortage Notification - PO# 1165654

Adding Robbie

Begin forwarded message:

**From:** <KSmith@pfgcd.com>
**Date:** August 7, 2014 at 8:49:41 AM CDT
**To:** Barbara Garcia <Barbara.Garcia@pilgrims.com>
**Cc:** Jimmie Little <Jimmie.Little@pilgrims.com>
**Subject: RE: FW: Shortage Notification - PO# 1165654**

That's not going to work... I am 100 cases short for tonight, thats including the 277 cs due today from yesterday... Can you deliver 375 today and the remainder tomorrow? I have got to run to the dentist's office for about 20 mins... If it can't wait until I get back (30 mins or so) please call my cell phone... Thanks!

Kelsi Smith
Fresh Protein Buyer
PFG Customized Distribution/Support Services
Phone: 615-257-5380
Fax: 615-257-5580
Email: ksmith@pfgcd.com

From: Barbara Garcia <Barbara.Garcia@pilgrims.com>
To: "'KSmith@pfgcd.com'" <KSmith@pfgcd.com>,
Cc: "'LBinkley@pfgcd.com'" <LBinkley@pfgcd.com>, Jimmie Little <Jimmie.Little@pilgrims.com>
Date: 08/07/2014 08:37 AM
Subject: RE: FW: Shortage Notification - PO# 1165654

I sent you an email Kelsi, we are planning on Saturday morning.

**From:** KSmith@pfgcd.com [mailto:KSmith@pfgcd.com]
**Sent:** Thursday, August 07, 2014 7:35 AM
**To:** Barbara Garcia
**Cc:** 'LBinkley@pfgcd.com'
**Subject:** Re: FW: Shortage Notification - PO# 1165654

When are you guys going to be delivering the balance

Kelsi Smith
Fresh Protein Buyer
PFG Customized Distribution/Support Services
Phone: 615-257-5380
Fax: 615-257-5580
Email: ksmith@pfgcd.com

From: Barbara Garcia <Barbara.Garcia@pilgrims.com>
To: "'KSmith@pfgcd.com'" <KSmith@pfgcd.com>,
Cc: "'LBinkley@pfgcd.com'" <LBinkley@pfgcd.com>
Date: 08/07/2014 07:49 AM
Subject: FW: Shortage Notification - PO# 1165654

-----Original Message-----
From: sapprd@pilgrimspride.com [mailto:sapprd@pilgrimspride.com]
Sent: Thursday, August 07, 2014 6:28 AM
To: Barbara Garcia
Subject: Shortage Notification - PO# 1165654

Please review the attached Shortage Notification form. Do NOT respond to

this message, contact your Customer Service

Representative if you have any questions or concerns.

Sincerely,

Barbara Garcia

Exhibit 8

on behalf of Jimmie Little [Jimmie.Little@pilgrims.com]
**Sent**: 10/31/2013 2:35:34 PM
**To**: Jayson.Penn@pilgrims.com
**Subject**: Re: Church's

Already reaching out to McGuire. Just wanted you in the loop. Not sure we want to blink just yet!

On Oct 31, 2013, at 9:12 AM, "Jayson Penn" <Jayson.Penn@pilgrims.com<mailto:Jayson.Penn@pilgrims.com>> wrote:

Tied up in earnings follow-up calls this am. Can do this afternoon. Suggest asking for details of which line items / details cost differences are taking place with our competitors and then get with McGuire for his input.

From: Jimmie Little
Sent: Thursday, October 31, 2013 8:04 AM
To: Jayson Penn
Subject: Fwd: RE:

Do you have anytime to discuss this AM?

Begin forwarded message:
From: Dean Bradley <DBradley@churchs.com<mailto:DBradley@churchs.com>>
Date: October 31, 2013 at 8:26:26 AM CDT
To: Jimmie Little <Jimmie.Little@pilgrims.com<mailto:Jimmie.Little@pilgrims.com>>
Subject: RE:
Jimmie,

Do you have any news on this?

Thanks,

Dean Bradley
Director of Purchasing-Protein
Church's Chicken
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com<mailto:dbradley@churchs.com>
www.churchs.com<http://www.churchs.com>

Private and Confidential. Do not copy.

From: Dean Bradley
Sent: Monday, October 28, 2013 1:12 PM
To: 'Jimmie Little'
Subject: RE:

Jimmie,

In looking at your cost plus, you have a $0.0205/lb increase in your cost model for 2014. I can tell you that I have suppliers already in with decreases in cost for next year. You have been telling me that you want more business for next year so I'm a little shocked to see this huge increase. I would politely suggest that you go back and take a long hard look at this.

Thanks,

Dean Bradley

**Government Exhibit**
**20-cr-152-PAB**
**9089**

Director of Purchasing-Protein
Church's Chicken
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com<mailto:dbradley@churchs.com>
www.churchs.com<http://www.churchs.com>

Private and Confidential. Do not copy.

From: Jimmie Little [mailto:Jimmie.Little@pilgrims.com]
Sent: Thursday, October 24, 2013 11:09 AM
To: Dean Bradley
Cc: Thomas Lane; Jason McGuire
Subject: FW:

Dean attached is our proposed costing for 2014. As previously discussed we would like to keep our current DC's as well as pick up the Caro business. We also have more availability out of Chattanooga with some capital improvements.
Tommy and I are available whenever you would like to have a call or I can come to Atlanta and we can get Tommy on a call as he cannot travel due to his recent surgery.

Thanks for your business,

Jimmie

Exhibit 9

**From:** Dean Bradley <DBradley@churchs.com>
**Sent:** Mon, 27 Jan 2014 19:59:26 +0000 (UTC)
**To:** "Pepper, Carl" <carl.pepper@tyson.com>
**Subject:** FW: Church's Pricing - February 2014
**Attachments:** ATT00001.htm;Churchs Pricing February 2014.xlsx

---

Carl,

What is the QA Audit charge of .0009 that is added to the cost plus. That was not agreed to. Please advise.

Regards,

Dean Bradley
Director of Purchasing-Protein
**Church's Chicken**
990 Hammond Drive
Suite 220
Atlanta, GA 30328
Phone: 770-512-3960
Fax: 770-512-3976
Cell: 404-218-9805
E-mail: dbradley@churchs.com
www.churchs.com

Private and Confidential. Do not copy.

**From:** Pepper, Carl [mailto:carl.pepper@tyson.com]
**Sent:** Monday, January 27, 2014 2:41 PM
**To:** Dean Bradley
**Cc:** Tucker, Janie
**Subject:** Fwd: Church's Pricing - February 2014

Sent from my iPad
Begin forwarded message:

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

Government Exhibit
20-cr-152-PAB
234