# ATTACHMENT 2

DOCUMENT PRODUCED NATIVELY

Government Exhibit

20-cr-152-PAB

9754

DOCUMENT PRODUCED NATIVELY

CONFIDENTIAL

TY-007001139



# ANTI-CORRUPTION AND ANTITRUST TRAINING

1



# ANTI-CORRUPTION



# Introduction - video Gift or Gaffe





# Components of the FCPA Statute

- **Anti-bribery**
  - o Crime to give or offer to give <u>anything of value</u> to a <u>foreign government official</u> in order to obtain or retain business

  - o The Department of Justice and the Securities and Exchange Commission apply the **broadest possible meanings** to elements


- **Accounting** (books and records; internal controls)
  - o Tyson must keep truthful and accurate books and records

  - o Tyson must have a system of internal accounting controls so transactions are executed in accordance with management authorization and recorded to permit GAAP compliant financial statements, and to maintain accountability of assets

4



# Who Is a "Foreign Government Official"?

- Obvious:
  - Any officer or employee of a government or any department, agency, or instrumentality of a government
  - Any person acting in an official capacity on behalf of a government

- Less obvious:
  - Any officer, employee, or representative of a political party
  - Any officer or employee of a public international organization such as the World Bank or the United Nations

- Not obvious:
  - Any candidate for political office
  - Employees of "state-owned enterprises" (SOEs) or a company or business owned in whole or part by a government

5



# What Is Meant by "Anything of Value"?

- Not limited to cash and cash equivalents
- Extravagant hosted travel and non-monetary gifts
- Intangible benefits such as enhanced reputational value for the official or benefit conferred to favored cause or charity
- Benefit to third persons with connection to foreign government officials

"Anything of value" also includes <u>an offer or promise</u> alone, and there is no "material" exception if you're intending to influence the official.

6



# Limited Exceptions to Anti-Bribery Provision

- The payment is legal under local <u>written</u> law
- Payments for expediting the performance of routine governmental action, referred to as a "facilitating" or "grease" payment
  - The purpose of a facilitating payment is to prompt an official to do what the official is legally bound to do (not discretionary decisions)
  - **HOWEVER**, <u>the facilitating payment may be legal under local written law</u>
  - **Facilitating payments are prohibited as a matter of policy!**

- Payments of reasonable and *bona fide* expenses related to the promotion or explanation of the company's products or services
  - Determination of what is "reasonable and *bona fide*" depends on the context of the transactions the company is performing or the services the company is trying to obtain (*e.g.*, appropriate expenditures may include paying for an agency's representative's coach airfare to and from a plant to view our safety processes, including non-extravagant food and lodging while there)



<u>BUT REMEMBER</u>: Payment of anything to a government official is likely a violation of our Code of Conduct, and **any payment made pursuant to any of these exceptions must have written Legal Department approval.**

7



# Example 1

• The mayor of a Chinese village asks you to provide some Tyson products in connection with the celebration of the opening of an elementary school where Tyson operates a poultry processing plant.  Many of the schoolchildren's parents currently work at the plant.  You are aware that, a few months ago, Tyson submitted plans to the authorities in Beijing for an expansion of the plant, but the plans are still pending official review.  You haven't told the mayor of the planned expansion, as you're waiting to see if the plans are approved before making an announcement.

Is the food donation permitted?

8



# Answer: YES

- The donation is not made to the school with the intent to improperly influence the mayor's decision-making in support of the expansion.  As far as you're aware, the mayor doesn't even know about Tyson's expansion plans.



## Example 2

- You have been given responsibility for obtaining the final permit from the national inspector for a wastewater treatment plant located in Chile. All of the necessary standards have been met, and the final permit is only a formality. However, the local authorities will not allow the plant to operate without the national permit. The local plant manager tells you that paying a small "convenience" fee to the national inspector is normal practice in this country; otherwise the inspector will not issue the permit. The "convenience" fee is about $25 after the exchange rate is taken into account, and the plant manager, who is a citizen of Chile, has offered to deliver the payment.

- If the plant truly is in compliance with all standards, and if the payment is delivered by an Chilean citizen, is the $25 payment allowed?

10



## Answer: NO

- Recall that so-called "facilitating payments" are not permitted under the company's Global Anti-Corruption Policy.  It makes no difference if it's a U.S. citizen or foreign citizen making (or offering) the payment for the benefit of the company.

  SO WHAT SHOULD YOU DO?

- The ***appropriate action*** is to speak to the inspector's supervisors to ensure the inspector does his/her job.

11



# Observations On Accounting Provision

- Amounts involved do not need to be material.

- Knowledge of the falsity of the records is <u>not</u> a required element.

- The use of the term "accounting record" in the FCPA can be misleading as violations of the record keeping provisions typically are not made by accountants, but by people in operations submitting false or inaccurate documents/records.

  - o Leads easily to a Catch-22 situation in which someone could record an entertainment expense that includes a facilitating payment, leading to an incorrect accounting entry and a violation of the FCPA by all Team Members in the recording and approval chains.

12



# You Are Responsible for Others

- Tyson can be held responsible for the improper conduct of our agents and business partners acting on our behalf.

- Team Member responsibilities:
  - o Conduct appropriate diligence when selecting agents and consultants;
  - o Ensure agents and consultants understand Tyson's anti-corruption compliance program and receive training if appropriate; and
  - o Employ procedures to monitor the conduct of agents and consultants for compliance with the FCPA (e.g. certifications).

- Contracts with agents and consultants should expressly address FCPA/anti-corruption compliance.

- Bottom line: **know your partners**.  The DOJ and SEC will not differentiate between them and Tyson.

13



# How to Determine Risk

- Tyson maintains <u>Anti-Corruption Risk Assessment Procedures</u>

- Tier One review (designed to find "red flags"):
  - o Preliminary questions
  - o Assessment of the outside party's compensation
  - o Electronic research
  - o Documentation

- Tier Two review (if "red flags" are found)
  - o Enlist assistance of the Legal Department

- Specific process for each business unit or shared service unit will vary.

14



# How Do I Spot Suspicious Activities?

- Payments to third-parties for goods and services of greater than normal size
- Payments to persons outside the normal scope of a transaction or for items outside of business mission
- Evidence of over-invoicing or lack of standard invoicing (including excessive prepayments)
- Unusual or off-cycle payments or reimbursements
- Checks drawn to cash, payments to third-country accounts
- Reoccurring late-quarter financial adjustments
- Refusals by agents or prospective business partners to make FCPA compliance representations
- Request by agents for secretive or "confidential" relationships
- Official of the potential government customer seeks donations or grants to organizations.
- Timing of requests for payments in relation to anticipated governmental action (*i.e.*, government contract awards)

15



# Enforcement

- Vigorous DOJ and SEC enforcement (increased investigations, use of undercover agents, coordination with foreign governments)
  - o Fines of up to $2 million per violation and disgorgement of profits derived from each violation

- **Individual liability**
  - o Imprisonment for up to **5 years** for each anti-bribery violation and **20 years** for each books and records violation
  - o Criminal fines of up to $100,000 and civil penalties of up to $150,000

- Independent Compliance Monitors

- Collateral Consequences
  - o Indictment alone can lead to the <u>suspension</u> of right to do business with any part of the U.S. government (for Tyson, about $2 billion annually)
  - o FCPA violators may be <u>barred</u> from doing business with U.S. government



Reputational harm...**what would our customers and consumers think?**



# The United Kingdom's Bribery Act of 2010

- Applies to U.K. companies and anyone with a close connection to the U.K.

- Similar to FCPA, but:
  - The Act extends to <u>private</u> transactions
  - Violations for <u>failure to prevent bribery</u>

- No exceptions for facilitation payments or hospitality and entertainment
  - Routine and inexpensive hospitality will likely not be prosecuted

- Adequate procedures in place to prevent bribery is a defense to a violation of the Act

17



# Related Policies

- **Global Anti-Corruption Policy**
  - o Prohibits payments to government officials in violation of the FCPA, U.K. Bribery Act, and other anti-corruption laws
  - o Requires proper accounting for appropriate payments

- **Gift and Hospitality Policy**
  - o Limits the types and amounts of gifts and hospitality that Team Members may give to <u>or</u> receive from any party, whether that party is a government official, customer, vendor, or otherwise

    - Gifts ***to*** government officials: PROHIBITED except where expressly permitted
    - Gifts ***from*** government officials: PERMITTED but requires appropriate officer approval
    - Gifts ***to*** or ***from*** non-government parties:  PERMITTED with appropriate officer approval

  - o Level of approval required is based on the amount of the gift; always consult the policy prior to giving or accepting any gift.

  - o Any gifts or hospitality should not interfere with either party's ability to act in good faith and at arm's length.  Gifts and hospitality should be approved by the appropriate level of supervisor within Tyson.

18



# Related Policies: continued

- **Charitable and Political Contribution Policy**
    - o Requires appropriate approval of charitable contributions based on the amount of the contribution and party to receive the contribution

    - o Requests for contributions must be submitted using the form attached to the policy

    - o Political contributions may only be made through the External Relations department



# Anti-Corruption Legal Contacts

- Nate Hodne         479-290-4706
- Hinton Johnson   479-290-2744
- Brett Worlow       479-290-2258

QUESTIONS



# ANTITRUST

21



# Tyson Foods' Commitment

- Tyson Foods is committed to strict adherence to the laws and regulations both in the United States and abroad. As a core value, we strive to operate with integrity and trust in all that we do, and that includes fair dealings with our producers, growers, customers and competitors.

- We will compete <u>vigorously</u>, but we will do so fairly by complying with all laws protecting competition and the integrity of the marketplace.

22



# Purpose of Antitrust Laws

- The term "antitrust" was originally coined to combat 'business trusts' (a.k.a. cartels)

- Intended to encourage competition in the marketplace

- Make illegal certain practices deemed to:
  - Hurt businesses,
  - Hurt consumers, or
  - Violate standards of ethical business behavior



23



# ANTITRUST LEGISLATION IN THE U.S.A.

24



# Antitrust Laws in the U.S.

- **The Sherman Act – 1890** prohibits <span style="color:red">contracts, combinations or conspiracies</span> in restraint of trade and monopolizing, attempting to monopolize or combining or conspiring to monopolize any part of trade.

- **The Clayton Act – 1914** makes it unlawful to sell or knowingly induce the sale of goods at <span style="color:red">discriminatory prices</span>, or to receive a discriminatory price, where the <span style="color:red">effect may be to substantially lessen competition</span> or to tend to create a monopoly.

- **The Federal Trade Commission Act – 1914** is also general and makes it unlawful to engage in any <span style="color:red">unfair method of competition</span> and in unfair or <span style="color:red">deceptive acts or practices</span>.

- **The Robinson-Patman Act – 1936** makes it unlawful for any seller to directly or indirectly <span style="color:red">discriminate on the sale of commodities of like grade and quality</span>.

25



# Antitrust Laws in the U.S.

- **The Packers and Stockyards Act (P&S Act) – 1925**
  is a very broad antitrust law containing a variety of general prohibitions
  monitored by the Grain, Inspection, Packers & Stockyards Administration
  (GIPSA) to cover a packer's acquisition of livestock and sales to customers.

- The P&S Act makes it unlawful to:
  - Engage in unfair, unjustly discriminatory, or deceptive practices, or give
    undue or unreasonable preferences to any party or locality;
  - Take actions with the intent or purpose of manipulating prices,
    restraining commerce or creating a monopoly;
  - Conspire with another party to apportion territory, apportion purchases
    or sales, or manipulate or control prices.



Instead of looking only at actual or presumed damages, the courts have typically
looked at whether a GIPSA – regulated practice had a legitimate business purpose.

26



# Contracts



Remember - a "**contract, combination or conspiracy**" has
the broadest possible meaning within the Antitrust laws.

- Can be found in almost any form of combined or concerted action
  between two (or more ) parties.

- Can be shown by oral statements or simply by conduct,  and  may
  include:
  - A formal contract;
  - An informal agreement;
  - A combination or conspiracy;
  - An "understanding";
  - A "knowing wink"; or
  - Any course of conduct from which the existence of an
    agreement could be inferred.

27



# The Reach of Antitrust Laws

Antitrust laws establish standards of conduct for interactions with:

- Our competitors
- Our customers
- Our suppliers
- Our producers & growers

28



# Penalties & Enforcement

Antitrust laws are enforced by…

- US Department of Justice (DOJ)
- Federal Trade Commission (FTC)
- Grain Inspection, Packers & Stockyards Administration (GIPSA), and
- Private parties (e.g., customers, suppliers, competitors, producers and growers) by civil action for damages

Available remedies include…

- Up to 10 years incarceration
- Up to $100 million in fines
- Treble damages (i.e., 3x the profit to the company or financial loss caused to an injured party as a result of the misconduct)



29



# STANDARDS OF CONDUCT

30



# Prohibited Conduct - video Cornering the Cookies



31



# Standards of Conduct

- Do <u>not</u> attempt to increase profits by coordinating (directly or indirectly) with competitors or engage in unfair practices to eliminate competitors from the marketplace.



32



# Prohibited Conduct

- **Price fixing** – agreeing with a competitor on prices charged.

- **Bid rigging** – agreeing (i) not to bid; (ii) to bid high to help a competitor; or (iii) to take turns being the low (winning) bidder.

- **Manipulation of supply** – agreeing on production levels to increase prices.

- **Market allocation** – agreeing with competitor to divide up markets.

- **Boycotts** – agreement amongst competitors to refuse to deal with someone.

33



# Prohibited Conduct

- **Predatory pricing** – pricing products to customers below cost.

- **Discriminatory pricing** – involves selling to a customer at a  price lower than the price goods of like grade are sold to customer's competitors.

- **Tying** – involves selling certain goods or services to a customer on the condition that he/she purchases other goods or services.

- **Undue or unreasonable preference** – providing a benefit to one producer (or locality) but not the other with no reasonable justification.

34



# Relations with Customers

***Discuss with the Legal Department…***

• Any proposal regarding "downstream" customer restrictions
   o Maximum or minimum resale prices
   o Precluding distributors from carrying a competitor's products
   o Limiting a distributor's right to sell our products to a particular territory

• Any proposal that conditions the sale or pricing of one product upon the customer's purchase of other products (i.e. "tying" arrangements). Bundling is valid!
   o Customer can purchase one or both products without restriction

• All brokerage, promotional and advertising allowances and services to be provided by Tyson in connection with a sale of goods

35



# Relations with Customers

- Do not discriminate in prices offered to competing customers who sell products in the same geographic market unless:





# Relations with Producers/Growers: Do's & Don'ts

Consult the Legal Department before undertaking any "benchmarking" activities.

✓

Consult the Legal Department if changing contract terms for producers.

✓

Do <u>not</u> coordinate with competitors on prices paid to producers/growers for goods and services.

🚫

Do <u>not</u> agree to allocate producers/growers by region.

🚫

Do <u>not</u> reject a producer/grower because of current or prior relationships with a competitor.

🚫

37



# Relations with Suppliers: The Do's



Pricing is **confidential** and **proprietary**.

You can ask a Supplier to *meet* (but not *beat*) another Supplier's price.

You may ask for best price available, but <u>not</u> for an unsupported price.

Allowances must be proportional to purchase volumes.

You may ask for a bundled or an unbundled price.

38



# Relations with Suppliers: The Don'ts

Do <u>not</u> ask, induce or knowingly accept *ad hoc* pricing as a new account.

Do <u>not</u> request or induce a Supplier to give below cost pricing.

Do <u>not</u> ask or induce Supplier to grant pricing in lieu of brokerage.

Do <u>not</u> request or induce Suppliers to fix pricing.

Do <u>not</u> request or induce Suppliers to split customers.

Do <u>not</u> ask, induce or accept unwarranted preferential credit terms.

39



# Relations with Suppliers: The Don'ts

Do <u>not</u> ask for or accept special terms of sale.

🚫

Do <u>not</u> accept competitor price list from Suppliers.

🚫

Do <u>not</u> ask for customized brackets.

🚫

Do <u>not</u> put your Supplier at risk by asking for unsupported discounts or rebates.

🚫

Do <u>not</u> engage in a boycott of a Supplier.

🚫

Do <u>not</u> request a Supplier to refuse to sell to or terminate an existing relationship with another customer.

🚫

40



# Commodity Sourcing

- As a buyer, do <u>not</u> withhold a major purchase to induce suppliers to change or drive down price.

- Consult counsel if timing could affect market pricing.

41



# General Reminders: Competitors

- Limit discussions with competitors and avoid improper meetings

- Keep conversations with competitors to the business at hand

- Discuss troubling items with Legal Counsel or Legal Department before trade association meeting

- Never discuss recent or future prices with a competitor

- Never discuss future or planned production levels with a competitor

42



# General Reminders: Competitors

- Never ask customers to provide copies of competitor's price lists

- Avoid providing information to a third party unless it is related to Tyson business

- If  you obtain a competitor's price list, document the source and contact the Legal Department

- Always remember that discussions involving price in an arena where competitors are present can lead to an inference of collusion

43



# General Reminders: Competitors -video The Two Stans





# E-MAILS & OTHER WRITTEN COMMUNICATION

45



# Rules of Written Communications



➔ All written correspondences may be reviewed in hindsight by third parties.

➔ Avoid exaggerated use of "power" words.

➔ Avoid words that imply coordination with competitors.

➔ Always try to keep messages around Tyson's business.

➔ Avoid statements or speculations regarding the legality of the company's actions.

➔ Ensure your e-mail messages are clear to the reader and don't use words that suggest guilt

46



# Rules of Written Communications

➔ Copying lawyers on your communication does <u>not</u> necessarily make it privileged.

➔ If you have received legal advice, do <u>not</u> forward the communication to a third party.

➔ Think about who needs to receive an e-mail communication before hitting "Reply all."

➔ Be careful of tongue-in-cheek jokes.

47



## Antitrust Legal Contacts

- Nate Hodne    479-290-4706

QUESTIONS