IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO FILE SHORT REPLY TO DEFENDANTS' RESPONSE TO SUPPLEMENTAL *JAMES* LOG

The government respectfully moves the Court for leave to promptly file a short reply to the defendants' response to the government's motion for leave to submit a supplemental *James* log and for reconsideration of eight entries from the initial *James* log. ECF 941 (Govt Mot.); ECF 971 (Defs Resp.). In its proposed reply, the government would succinctly explain: (1) the defendants' position is contrary to the central purpose for which the Tenth Circuit prefers a *James* proceeding to address the admissibility of co-conspirator statements, Fed.R.Evid. 801(d)(2)(E); (2) the defendants' position, if

credited, would be counterproductive to judicial economy; and (3) the defendants' assertions that certain entries contain multiple layers of hearsay and seek "advisory pretrial rulings" on testimony are meritless.

Therefore, the government respectfully requests leave to file a reply of no more than five pages by Wednesday February 9, 2022.

Dated: February 7, 2022          Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*