IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

# MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendants' Joint Motion to Reiterate and Reaffirm Their Prior Arguments, Objections, and Positions to Preserve Them for Appellate Review [Docket No. 983].  Defendants ask that the Court enter an order preserving all "arguments, objections and positions asserted by, or adopted by, any Defendant in the first trial of this matter" for appellate review.  *Id.* at 1.  The government does not oppose the request "provided the sole purpose of the requested relief is to ensure that any objections, arguments, and positions they have heretofore made are preserved for appellate review."  Docket No. 1014 at 1.  The government also asks that its positions and the Court's rulings be maintained for the appellate record.  *Id.* at 1-2.

    Finding good cause, the Court will grant the motion.  The Court will consider defendants' previously stated arguments, objections, and positions, as well as those of the government, as preserved for purposes of the retrial and for appellate review of the trial and retrial.

**ORDERED** that Defendants' Joint Motion to Reiterate and Reaffirm Their Prior Arguments, Objections, and Positions to Preserve Them for Appellate Review [Docket No. 983] is **GRANTED**.

DATED February 8, 2022.