IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Defendants' Joint Motion for Immediate Production of all Rule 16, *Brady*, and *Giglio* Materials Currently in the Government's Possession [Docket No. 998]. Defendants ask the Court to require the government to immediately produce "all Rule 16, *Brady* and *Giglio* materials that are currently in its possession and have not yet been provided to defendants, including but not limited to:" (1) FBI 302 Reports or Investigative Report Forms; (2) documents referring to benefits offered to a witness for his or her cooperation; and (3) any documents relating to Carl Pepper's removal from the non-prosecution protections conditionally offered to Tyson Foods and its current employees. *Id.* at 1-2.

    The government responded, stating that it has timely been providing agent notes, witness interview reports, and other potentially discoverable material. Docket No. 1010 at 1. The government states that it intends to continue its practice of providing defendants with agent notes within a day or two of interviews. *Id.* at 2. The government anticipates producing this week the notes and/or reports for interviews conducted since the first trial. *Id.* at 2 n.1. The government states that it has produced all reports in its possession with respect to Mr. Pepper and all agreements the government has with Mr.

Pepper.  *Id.* at 2-3.  The government additionally states that it is aware of its discovery obligations.  Accordingly, the Court will deny the motion as moot.  For the foregoing reasons, it is

**ORDERED** that Defendants' Joint Motion for Immediate Production of all Rule 16, *Brady*, and *Giglio* Materials Currently in the Government's Possession [Docket No. 998] is **DENIED as moot**.

DATED February 8, 2022.