IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' PROPOSED *VOIR DIRE* FOR RE-TRIAL

The government, through its undersigned counsel, hereby submits the following *voir dire* questions for the jury re-trial against defendants Penn, Fries, Brady, Austin, Mulrenin, Kantola, Little, Lovette, Roberts, and Blake, if not otherwise covered by the Court's typical inquiries:

**General Information**

1. Please state your name and town where you live.
2. Are you married?  If so, what does your spouse do?
3. Do you have any children?  If so, what are their ages, genders, and occupations?

4. What grade of education did you complete?

5. Do you hold any college degrees and, if so, what degrees?

6. Where have you been employed for the past 10 years?

    a. What type of work do you do presently?

    b. Do you supervise people?  If yes, how many?

7. Are you a member of any clubs, community, civil organizations?  I am not asking about any political organizations you may be a member of.  Please do not tell me about any political organizations.

    a. If so, what are the organizations?

    b. Have you ever been an officer of any of the organizations that you named?

8. Have you ever been a juror in a trial before?  If yes,

    a. When and in what court?

    b. Was it a criminal or civil matter?  What was the nature of the crime or the cause of action?

    c. Did the jury reach a verdict?

    d. Did you serve as the foreperson?

9. If you served on a civil jury previously, do you understand that beyond a reasonable doubt that the judge described earlier is a higher burden of proof than the civil burden of proof?

10. Have you ever been a defendant in a criminal case or had a family member or close friend who was a defendant in a criminal matter?  If yes,

   a. Who?
   b. What was the charge?
   c. When?
   d. What happened with the case?
        i. Did you (or they) plead guilty or not guilty?
        ii. Did the case go to trial?  A jury trial or a court trial? What was the outcome of the trial?
        iii. Were you or they satisfied with the criminal justice process?  Why or why not?
   e. Was there anything about that experience that would prevent you from being fair and impartial if selected to serve on the jury in this case?  If yes, why?

11. Have you ever been called as a witness in a trial?  If yes,
    a. When and in what court?
    b. What type of case was it?

12. Have you, a family member, or someone close to you ever been involved in a lawsuit or civil action involving the United States Government or one of its agencies or departments? If yes, please explain the nature of the matter. Does anything about that experience affect your ability to be fair and impartial in this case?

13. Are you or have you been employed by the federal government or have family members or close friends who are so employed?  If yes, who and with what agency?
14. Do you have any undue hardship that would affect your ability to give your full attention to this trial?
15. What magazine and websites do you subscribe to or routinely read?
16. Is there any religious, moral, ethical, or other reason why you would be unable to render judgment in this case?
17. Do you know any of the lawyers or the defendants in this case?  Do you know the judge or any of the courtroom staff?  Do you know any of the other members of the jury panel?

**General Legal Principles**

18. Is there any reason you feel that you cannot or should not draw inferences about a person's state of mind based on evidence of their conduct?
19. If the government proves that a defendant is guilty beyond a reasonable doubt, do you have any views or beliefs or feelings that would cause you to hesitate to convict a defendant?
20. Is there anyone who would require the Government to prove its case to overcome every possible doubt, as opposed to beyond a reasonable doubt, before you could vote "guilty?"
21. If one or more of the instructions on the law given to you by the Court are in conflict with your own personal beliefs, or if you disagree with any one of the

   Judge's instructions, will you still abide by the Court's instructions on the law and put your own personal beliefs aside?

22. Will you abide by the Judge's instructions on the law and apply the law to the facts?

23. Does the fact that this trial involves the broiler chicken industry affect your ability to be fair and impartial in this case?

24. Do you think commercial farming of chicken for human consumption is inappropriate or morally wrong? If so, will that affect your ability to be fair and impartial in this case?

25. Have you, a close friend, or a family member ever worked in the broiler chicken, agriculture, restaurant, grocery, or related industries? If so, please explain. Will that experience affect your ability to be fair and impartial in this case?

26. Have you read or heard anything about this case recently or at any time over the past 6 months? If so, will what you read or heard affect your ability to be fair and impartial in this case?

27. Have you, your relatives or your close friends even been the victim of and antitrust crime, such as price fixing or bid rigging, or been the victim of fraud? If so, will that experience affect your ability to be fair and impartial in this case?

28. Have you had any contact with the FBI or U.S. Department of Commerce in the past?  Was your experience especially good or especially bad? Can you be fair and impartial in this case given that experience?

29. You may also hear testimony in this case from witnesses who the government has agreed not to prosecute pursuant to an agreement in exchange for their testimony. Will you be able to consider testimony from those witnesses fairly and impartially?

Dated: February 8, 2022         Respectfully submitted,

*/s/ Yixi (Cecilia) Cheng*
YIXI (CECILIA) CHENG
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington D.C. 20530
Tel: (202) 705-8342
yixi.cheng@usdoj.gov
Attorneys for the United States