IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

     Plaintiff,

v.

| | | |
|---|---|---|
| 1. | JAYSON JEFFREY PENN, | Criminal Case No. 20-cr-00152-PAB |
| 2. | MIKELL REEVE FRIES, | |
| 3. | SCOTT JAMES BRADY, | |
| 4. | ROGER BORN AUSTIN, | |
| 5. | TIMOTHY R. MULRENIN, | |
| 6. | WILLIAM VINCENT KANTOLA, | |
| 7. | JIMMIE LEE LITTLE, | |
| 8. | WILLIAM WADE LOVETTE, | |
| 9. | GARY BRIAN ROBERTS, and | |
| 10. | RICKIE PATTERSON BLAKE, | |

     Defendants.

**DEFENDANTS' JOINT PROPOSAL FOR VOIR DIRE QUESTIONS, JURY
INSTRUCTIONS, AND VERDICT FORMS**

Defendants, by and through undersigned counsel, respectfully submit this Joint Proposal

regarding Voir Dire Questions, Jury Instructions, and Verdict Forms. In recognition of the

Court's Order that it will not "reconsider its earlier rulings, absent a change in circumstances

warranting reconsideration" (Doc. 925 at 3), Defendants propose the following approach, while

incorporating for preservation purposes all of their arguments about and objections to the voir

dire questions, jury instructions, and verdict forms raised during the first trial.

**Voir Dire.** Defendants respectfully submit that the parties should use the same voir dire

questions approved by the Court and utilized by the parties during the first trial.

1

**Jury Instructions.** Defendants respectfully submit that the Court should give the same jury instructions it gave at the first trial (Doc. 921), although Defendants reserve the right to propose modifications or additions based on developments at the retrial.

**Verdict Forms.** Defendants respectfully submit that the Court should use the same verdict forms used at the first trial.

Dated: February 8, 2022                                    Respectfully submitted,

*s/ John A. Fagg, Jr.*                                            *s/ Michael F. Tubach*
John A. Fagg, Jr.                                                   Michael F. Tubach
MOORE & VAN ALLEN PLLC                            O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                   Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700                  Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                                         San Francisco, California 94111-3823
(704) 331-3622                                                 (415) 984-8700
johnfagg@mvalaw.com                                    mtubach@omm.com

*s/ Richard K. Kornfeld*                                     *s/ Michael S. Feldberg*
Richard K. Kornfeld                                           Michael S. Feldberg
RECHT KORNFELD, P.C.                                 REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                        FELDBERG LLP
1600 Stout Street, Suite 1400                           Attorney for Roger Born Austin
Denver, CO 80202                                           750 Third Avenue, Suite 2400
(303) 573-1900                                                New York, NY 10017
rick@rklawpc.com                                           (212) 381-1965
                                                                       mfeldberg@reichmanjorgensen.com

*s/ Bryan Lavine*                                              *s/ Elizabeth Prewitt*
Bryan Lavine                                                    Elizabeth B. Prewitt
TROUTMAN PEPPER HAMILTON                   LATHAM & WATKINS LLP
SANDERS LLP                                                 Attorney for Timothy R. Mulrenin
Attorney for Scott James Brady                        1271 Avenue of the Americas
600 Peachtree St. NE, Suite 3000                     New York, NY 10020
Atlanta, GA 30308                                          (212) 906-1200
(404) 885-3170                                               elizabeth.prewitt@lw.com
Bryan.lavine@troutman.com

s/ James A. Backstrom
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com


s/ Craig Allen Gillen
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

s/ Mark A. Byrne
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com


s/ Barry J. Pollack
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT,
ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: February 8, 2022                    *s/ Michael F. Tubach*

Michael F. Tubach