IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. **GARY BRIAN ROBERTS**, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## NOTICE OF APPEARANCE BY VTC

DEFENDANT, Gary Brian Roberts, hereby notifies the Court that due to the hospitalization and deteriorating condition of a close family member, Mr. Roberts will be appearing by VTC at the hearing on February 10, 2022.

Respectfully submitted this 9th day of February, 2022.

        SHERMAN & HOWARD L.L.C.

        *s/ Richard Tegtmeier*
        Richard Tegtmeier, #2544
        675 15th Street, Suite 2300
        Denver CO 80202
        303.299.8163
        rtegtmeier@shermanhoward.com

## CERTIFICATE OF SERVICE

Served upon the Court and parties via CM/ECF-PACER e-filing and service.

*s/ Devon O. Ryan*
Devon O. Ryan, Paralegal
