IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

**MOTION FOR LEAVE TO RESTRICT ACCESS TO ECF NO. 943, UNITED STATES' MOTION TO TAKE DEPOSITION PURSUANT TO RULE 15**

The United States of America, through its undersigned counsel, respectfully moves pursuant to District of Colorado Local Rule 47.1 for leave to restrict at "Level 3" the United States' Motion to Take Deposition Pursuant to Rule 15, ECF No. 943, because it reflects "matter[s] occurring before the grand jury," which the government is precluded from disclosing under Fed. R. Crim. P. 6(e)(2)(B)(vi). A redacted copy of the motion is provided at ECF No. 942. In addition, the United States respectfully moves for leave to restrict at "Level 2" ECF No. 943-1, Letter from F.B.'s Provider, because it contains personally identifying information (PII) and personal health information. On

February 10, 2022, the Court denied the Rule 15 Motion. *See* ECF No. 1036. However, for the aforementioned reasons, it is still important that the Motion and attachment remained restricted.

Respectfully submitted this 11th of February, 2022.

By: <u>/s/ Heather D. Call</u>

    Heather D. Call
    Michael T. Koenig
    Carolyn M. Sweeney
    Paul J. Torzilli
    Trial Attorneys
    Antitrust Division
    U.S. Department of Justice
    Washington Criminal II Office
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 598-2623
    Email: heather.call@usdoj.gov

Attorneys for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record in the above-captioned matter.

/s/ Heather D. Call

Heather D. Call
Trial attorney
United States Department of Justice
Antitrust Division
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 598-2623
Email: Heather.Call@usdoj.gov

Attorney for the United States