IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS TO ITS OPPOSITION TO DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF NICHOLAS WHITE AND RELATED EVIDENCE**

---

The government respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 49.1(d) and D.C.COLO.LCrR 47.1, for leave to restrict access to its Opposition to Defendants' Joint Motion *in Limine* to Exclude the Testimony of Nicholas White and Related Evidence, ECF No. 1058, and any order revealing the contents of that document.

The government requests Level 1 restriction, limiting access to the parties and the Court. The basis for this motion, as is required by D.C.COLO.LCrR 47.1(c), is the

same as is explained in the defendants' Brief in Support of Defendants' Motion to Restrict Access to Their Joint Motion *in Limine* to Exclude the Testimony of Nicholas White and Related Evidence, ECF No. 1048. The government's opposition discusses the same information justifying the defendants' restriction, so the government seeks to have its opposition similarly restricted.

Dated: February 16, 2022	Respectfully submitted,

/s/ Paul Torzilli
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 514-8349
Email: paul.torzilli@usdoj.gov
Attorneys for the United States