**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

      Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS TO
ECF NOS. 957, 977, AND 1018**

---

The United States of America, through its undersigned counsel, respectfully

moves pursuant to District of Colorado Local Rule 47.1 for Level 2 for leave to restrict

(1) its motion *in limine* filed at ECF No. 957; (2) portions of its omnibus motions *in limine*

(ECF No. 977) that are redacted from the public version (ECF No. 976-1); and (3)

portions of its opposition to the defendants' motions *in limine* (ECF No. 1018) that are

redacted from the public version (ECF No. 1019). The government is submitting under

restriction a brief that contains the basis for this motion and the information required by

D.C.COLO.LCrR 47.1(c)(1)-(5).

Respectfully submitted this 16th of February, 2022.

By: /s/ Heather Call
    Heather D. Call
    Michael T. Koenig
    Carolyn M. Sweeney
    Paul J. Torzilli
    Trial Attorneys
    Antitrust Division
    U.S. Department of Justice
    Washington Criminal II Office
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 598-2623
    Email: heather.call@usdoj.gov
    Attorneys for the United States