**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS TO
PORTIONS OF ECF NO. 1056 (GOVERNMENT'S TRIAL BRIEF)**

---

The United States of America, through its undersigned counsel, respectfully moves—pursuant to District of Colorado Local Rule 47.1—for leave to restrict at "Level 2" portions of the United States' trial brief, ECF No. 1056. The portions to be restricted correspond to redactions in the public version of the same filing, which is found at ECF No. 1057. The government is submitting under restriction a brief that contains the basis for this motion and the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

Respectfully submitted this 16th of February, 2022.

By: /s/ Paul Torzilli
Heather D. Call
Michael T. Koenig
Carolyn M. Sweeney
Paul J. Torzilli
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-8349
Email: Paul.Torzilli@usdoj.gov
Attorneys for the United States