IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS TO THE FILINGS FOUND AT ECF NO. 1009, 1025, 1038, 1045, AND 1045-1**

---

The United States of America, through its undersigned counsel, respectfully moves—pursuant to District of Colorado Local Rule 47.1—for leave to restrict at "Level 1" the United States' filings found at ECF No. 1009, 1025, 1038, 1045, and 1045-1. The government is submitting under restriction a brief that contains the basis for this motion and the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

Respectfully submitted this 16th of February, 2022.

        By: /s/ Paul Torzilli
        Heather D. Call
        Michael T. Koenig
        Carolyn M. Sweeney
        Paul J. Torzilli
        Trial Attorneys
        Antitrust Division
        U.S. Department of Justice
        Washington Criminal II Office
        450 Fifth Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 514-8349
        Email: Paul.Torzilli@usdoj.gov
        Attorneys for the United States