IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Unopposed Motion for Order Regarding Agreement Between the United States and All Ten Defendants [Docket No. 1071]. The parties ask the Court to enter an order stating that all parties are governed by the Agreement Regarding the Authenticity and Federal Rule of Evidence 803(6) Foundation of Certain Documents [Docket No. 1071-1], which they have each signed. Finding good cause, it is

    **ORDERED** that the Unopposed Motion for Order Regarding Agreement Between the United States and All Ten Defendants [Docket No. 1071] is **GRANTED**. It is further

    **ORDERED** that all parties to the agreement are governed by the Agreement Regarding the Authenticity and Federal Rule of Evidence 803(6) Foundation of Certain Documents [Docket No. 1071-1]. It is further

**ORDERED** that, on or before Friday, February 18, 2022 at 12:00 p.m., the government shall indicate the impact of the agreement on its pending Motion for a Pre-Trial Ruling on Authenticity and Business Records [Docket No. 992].

DATED February 17, 2022.