IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the government's Motion to Unrestrict Order (ECF No. 1051) [Docket No. 1059]. The government filed a proposed redacted version of the Court's order, Docket No. 1051, as Docket No. 1059-1. The Court will grant the motion and will unrestrict Docket No. 1059-1. Accordingly it is

    **ORDERED** that the government's Motion to Unrestrict Order (ECF No. 1051) [Docket No. 1059] is **GRANTED**. It is further

    **ORDERED** that the Clerk of Court shall unrestrict Docket No. 1059-1. Although the redacted version of the order supplied by the government is unsigned, the Court signed Docket No. 1051.

    DATED February 17, 2022.