IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

### STATUS REPORT ON THE PARTIES' DISCUSSIONS REGARDING THE AUTHENTICITY OF DOCUMENTS

---

The Parties have reached an agreement in principle related to a significant number of the documents identified in the government's Amended Motion for Order Regarding Authenticity and Business Records (ECF No. 1075-1). The Parties are negotiating the terms of the agreement, and intend to provide the Court with the resulting agreement for entry as an agreed order. The Parties continue to discuss additional stipulations to the authenticity of specific lists of new documents.

Dated: February 21, 2022     Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*