## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

Case No.   1:20-cr-00152-PAB             Date:  February 22, 2022

Case Title:  United States v. Jayson Penn et al.

### UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **SA LaNard Taylor** | 2/24 – 4 hours |
| Larry Barela** | 2/24 – 0.75 hours |
| Ted Sangalis** | 2/24 – 0.75 hours |
| Florence Becker | 2/24 – 0.75 hours |
| **Rachel Evans**** | 2/24 – 1.5 hours |
| Lumakar Challa** | 2/28 – 0.75 hours |
| Perdue Custodian (Chad Brown)** | 2/28 – 0.25 hours |
| Greg Finch** | 2/28 – 0.75 hours |
| Carolyn Sue Arens** | 2/28 – 0.75 hours |
| Stephen Gresch** | 2/28 – 0.75 hours |
| **Michael Ledford** | 2/28 – 3/1 – 7 hours |
| **Carl Pepper** | 3/1 – 3/2 – 12 hours |
| Matt Bunch** | 3/3 – 0.75 hours |
| **Robert Bryant** | 3/3 – 3/7 – 12 hours |
| **Sheri Garland**** | 3/7 – 1 hour |
| **Pete Suerken** | 3/7 – 3/8 – 6 hours |
| **Sara Fisher** | 3/8 – 2 hours |
| **Michael Donohue** | 3/8 – 1 hour |
| **Eric Scholer** | 3/8 – 1 hour |
| **Robert Lewis** | 3/8 – 3/9 – 3 hours |
| **Joseph Brink** | 3/9 – 3 hours |
| **Nick White**\*** | 3/9 – 1 hour |

\* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the prior trial.

\*\* The government reserves the right to substitute one or more persons to provide the

same or similar testimony as it intends to elicit from the witness identified on this List.

\*\*\* The government understands the Court's order on February 22, 2022 (ECF No. 1087) and is evaluating its options based on developments at trial. The government is keeping Mr. White on the witness list out of an abundance of caution, and believes that testimony adduced during the government's case in chief can be grounds for reconsideration.