IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: February 22, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                            *Counsel:*

UNITED STATES OF AMERICA,           Michael Koenig
                                                                   Carolyn Sweeney
                                                                   Heather Call
                                                                   Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,               Michael Tubach
                                                Anna Pletcher
                                                Brian Quinn

2. MIKELL REEVE FRIES,                 Richard Kornfeld
                                                David Beller
                                                Kelly Page

3. SCOTT JAMES BRADY,                 Bryan Lavine
                                                Megan Rahman
                                                Tiffany Bracewell

4. ROGER BORN AUSTIN,                Michael Feldberg
                                                Laura Carwile
                                                Julie Withers

5. TIMOTHY R. MULRENIN,             Elizabeth Prewitt
                                                Marci LaBranche

6. WILLIAM VINCENT KANTOLA,     Roxann Henry
                                                James Backstrom

7. JIMMIE LEE LITTLE,                    Mark Byrne
                                                Dennis Canty

8. WILLIAM WADE LOVETTE,          John Fagg, Jr.
                                                Dru Nielsen
                                                James McLoughlin
                                                Kaitlin Price

9. GARY BRIAN ROBERTS, and       Craig Gillen
                                                Richard Tegtmeier
                                                Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:03 a.m.**

Appearances of counsel.  Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding openings, voir dire, peremptory challenges, use to transceivers, time limits, and other trial procedures.

**8:20 a.m.     Court in recess.**
**8:56 a.m.     Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Statement by the Court.

Jury panel sworn for voir dire.

9:24 a.m.     Voir dire by the Court.

**10:06 a.m.     Court in recess.**
**10:22 a.m.     Court in session.**

Voir dire by the Court continues.

10:32 a.m. to 10:40 a.m.     Bench conference.

Voir dire by the Court continues.

10:52 a.m. to 11:00 a.m.     Bench conference.

Voir dire by the Court continues.

11:10 a.m. to 11:11 a.m.     Bench conference.

Voir dire by the Court continues.

11:38 a.m. to 11:55 a.m.     Bench conference.

Jury excused.

Voir dire as to juror 100445083 continues.

**12:15 p.m.     Court in recess.**
**1:33 p.m.      Court in session.**

Voir dire by the Court continues.

2:46 p.m.     Voir dire by Mr. Koenig.

**3:10 p.m.     Court in recess.**
**3:27 p.m.     Court in session.**

3:28 p.m.     Voir dire by Ms. Nielsen.

4:06 p.m.     Voir dire by Mr. Beller.

4:21 p.m.     Voir dire by the Court continues.

4:39 p.m. to 4:45 p.m.     Bench conference.

Jury excused until February 23, 2022 at 8:45 a.m.

Discussion regarding stipulations and rulings.

**ORDERED:  Defendants' bond is continued.**

**4:54 p.m.     Court in recess.**

Trial continued.
Total time in court:   6:44