IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

# MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Unopposed Motion for Order Regarding Agreement Between the United States and All Ten Defendants [Docket No. 1093] and the Unopposed Motion to Include Trial Exhibitis (sic) on Exhibit A as Covered by the Proposed Agreed Order Filed at ECF No. 1093-2 [Docket No. 1096]. In Docket No. 1093, the parties ask the Court to enter an order stating that all parties are governed by the Agreement Regarding the Authenticity of Documents [Docket No. 1093-1]. This agreement states that, *inter alia*, the parties agree that the exhibits listed in Docket No. 1093-2 "shall be deemed authentic for the purposes of this trial only." Docket No. 1093-1 at 1. In Docket No. 1096, the parties agree that the exhibits listed in Docket No. 1096-1 are governed by the agreement in Docket No. 1093-1. Finding good cause, it is

    **ORDERED** that the Unopposed Motion for Order Regarding Agreement Between the United States and All Ten Defendants [Docket No. 1093] is **GRANTED**. It is further

    **ORDERED** that all parties are governed by the Agreement Regarding the Authenticity of Documents [Docket No. 1093-1]. It is further

**ORDERED** that the Unopposed Motion to Include Trial Exhibitis (sic) on Exhibit A as Covered by the Proposed Agreed Order Filed at ECF No. 1093-2 is **GRANTED**. It is further

**ORDERED** that the exhibits in Docket No. 1096-1 are governed by the Agreement Regarding the Authenticity of Documents [Docket No. 1093-1].

DATED February 23, 2022.