IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

# MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Unopposed Motion for Order on Agreement Regarding the Business Records Foundation of Documents [Docket No. 1107]. The parties ask the Court to enter an order stating that all parties are governed by the Agreement Regarding the Business Records Foundation of Certain Documents [Docket No. 1107-1]. Finding good cause, it is

    **ORDERED** that the Unopposed Motion for Order on Agreement Regarding the Business Records Foundation of Documents [Docket No. 1107] is **GRANTED**. It is further

    **ORDERED** that all parties to the agreement are governed by the Agreement Regarding the Business Records Foundation of Certain Documents [Docket No. 1107-1]. It is further

    **ORDERED** that the government's Amended Motion for Order Regarding Authenticity and Business Records [Docket No. 1075] is **DENIED as moot**. It is further

**ORDERED** that the United States' Motion for a Pre-Trial Ruling on Authenticity and Business Records [Docket No. 992] is **DENIED as moot**.

DATED February 28, 2022.