IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: February 28, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 4**

**8:20 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding a proposed response to jury note received on February 24, 2022, summary exhibits, and new CDC guidance on wearing masks.

9:04 a.m.      Jury present.

Continued direct examination of Ms. Becker by Ms. Call.

**Exhibit 9900 is admitted.**

9:09 a.m. to 9:19 a.m.      Bench conference.

9:19 a.m.      Cross examination of Ms. Becker by Mr. Tubach.

**Exhibit 1030 is admitted.**

Government witness, Theodore Sangalis, sworn.

9:24 a.m.      Direct examination of Mr. Sangalis by Mr. Torzilli.

**Exhibits 423, 540, 558, 572, 1104, 1105, 1226, 1524, 1525, 1529, 1530, 1531, 1532, 1583, 1584, 1736, 1737, 1825, 1826, 3028, 9166, 9505 (pgs. 1, 2, 6 (as redacted)), 9693 are admitted.**

Government witness, Stephen Gresch, sworn.

9:45 a.m.      Direct examination of Mr. Gresch by Ms. Sweeney.

9:49 a.m.      Cross examination of Mr. Gresch by Ms. LaBranche.

9:53 a.m.	Cross examination of Mr. Gresch by Mr. Pollack.

9:54 a.m.	Redirect examination of Mr. Gresch by Ms. Sweeney.

9:59 a.m. to 10:06 a.m.	Bench conference.

**Exhibits 143, 245, 246, 352, 353, 354, 494, 495, 496, 497, 499, 584, 585, 586, 587, 588, 589, 590, 622, 623, 624, 625, 764, 765, 766, 980, 981, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1239, 1240, 1241, 1248, 1249, 1425, 1426, 1428, 1429, 1430, 1431, 1432, 1433, 1434, 1440, 1441, 1442, 1443, 1444, 1614, 1733, 1959, 1960, 1961, 1962, 1963, 1964, 8000, 8001, 8002, 8003, 8004, 8005, 8006, 8007, 8008, 8024, 8025, 8026, 8027, 8028, 8029, 8030, 8031, 8032, 8033, 8034, 8035, 8036, 8037, 8038, 8039, 8040, 8041, 8042, 8043, 8045, 8046, 8047, 8048, 8049, 8050, 8051, 8052, 8053, 8054, 8055, 8057, 8058, 8059, 8060, 8061, 8062, 8063, 8064, 8065, 8066, 8067, 8068, 8069, 8071, 8072, 8073, 8074, 8075, 8076, 8077, 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085, 9645, 9672, 9716, 9720, 9721, 9722, 108, 109, 113, 330, 498, 563, 564, 114, 219, 355, 404, 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 453, 518, 542, 546, 559, 617, 702, 703, 710, 733, 803, 901, 920, 933, 940, 953, 955, 982, 1035, 1036, 1051, 1056, 1058, 1066, 1074, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1132, 1133, 1175, 1177, 1190, 1191, 1238, 1247, 1409, 1427, 1500, 1501, 1503, 1505, 1522, 1523, 1526, 1528, 1538, 1539, 1544, 1546, 1547, 1615, 1722, 1728, 1729, 1734, 1825, 1826, 1847, 1850, 1851, 1852, 1853, 1854, 1856, 1858, 1862, 1864, 1882, 1894, 1923, 2000, 2001, 2002, 2005, 3025, 3037, 6047, 6088, 6089, 6134, 6198, 6235, 6282, 7040, 9010, 9264, 9707, 9708, 9709, 9714, 9715, 9744, 9745, 9748, 1036-1, 1846, 1848, 1849, 410-1, 519-1, 9010-1, D-839, E-870, E-873, E-874, I-141 are admitted.**

Jury excused.

Discussion regarding order of witnesses.

**10:15 a.m.	Court in recess.**
**10:32 a.m.	Court in session.**

Jury present.

**Exhibit 356 is admitted.**

Government witness, Rachel Evans, sworn.

10:38 a.m.	Direct examination of Ms. Evans by Ms. Call.

**Exhibits 9748 and 90-10 are admitted.**

10:58 a.m.	Cross examination of Ms. Evans by Ms. Carwile.

11:34 a.m.     Cross examination of Ms. Evans by Ms. Henry.

11:41 a.m.     Cross examination of Ms. Evans by Ms. LaBranche.

11:42 a.m. to 11:45 a.m.     Bench conference.

Continued cross examination of Ms. Evans by Ms. LaBranche.

Jury excused.

Discussion regarding pending motions.

**12:05 p.m.     Court in recess.**
**1:02 p.m.     Court in session.**

Discussion regarding issues as to the testimony of Mr. Pepper and Mr. Ledford and summary exhibits.

**1:25 p.m.     Court in recess.**
**1:33 p.m.     Court in session.**

Jury present.

1:34 p.m.     Redirect examination of Ms. Evans by Ms. Call.

Government witness, Michael Ledford, sworn.

1:38 p.m.     Direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1438, 1438-1, 9710, 1505, 9692, 1410, 9691, 1406, 9690, 1569, 9696, 1524, 9693, 1439, 1529, 1531, 9694, 1500-1, 1501, G-605, G-606, C-023, C-024, C-024-1, 1403, 1404, G-600, G-601, 1435, C-020 are admitted.**

2:44 p.m. to 2:47 p.m.     Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 1552, 1503, 1514, 1515, F-787, F-778, F-742, F-769, F-799, 1700-1, A-288 9004, 1713-1 are admitted.**

3:10 p.m. to 3:12 p.m.     Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

Jury excused.

**3:20 p.m.     Court in recess.**

**3:34 p.m.     Court in session.**

Jury present.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits A-612, A-613, I-242, I-243, C-475, C-478, A-115, D-588, D-589, A-622, A-623, C-480, C-482, C-882, C-883, A-626, A-627, 1736, D-330 are admitted.**

3:43 p.m. to 3:47 p.m.     Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

3:49 p.m. to 3:52 p.m.     Bench conference.

**Exhibits 1729, 1728, 9871, 1122, 1120, 1124, 9255-1 are admitted.**

4:10 p.m. to 4:20 p.m.     Bench conference.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

4:23 p.m.     Cross examination of Mr. Ledford by Mr. Beller.

4:25 p.m. to 4:27 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Beller.

4:45 p.m. to 4:46 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Beller.

Jury excused until March 1, 2022 at 8:30 a.m.

**5:01 p.m.     Court in recess.**
**5:13 p.m.     Court in session.**

Discussion regarding Defendants' Motion In Limine Regarding Evidence of Carl Pepper's Employment Status with Tyson Foods [1105]

**ORDERED:  Defendants' Motion *In Limine* Regarding Evidence of Carl Pepper's Employment Status with Tyson Foods [1105] is GRANTED, as stated on record.**

Discussion regarding summary exhibits.  Objections ruled upon by the Court, as stated on record.

**ORDERED:  Defendants' bond is continued.**

**6:08 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    8:00