**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  March 1, 2022
Courtroom Deputy:  Sabrina Grimm               Court Reporter:   Janet Coppock

_Parties:_                                                    _Counsel:_

UNITED STATES OF AMERICA,                       Michael Koenig
                                                              Carolyn Sweeney
                                                              Heather Call
                                                              Paul Torzilli


        Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                         Michael Tubach
                                                              Anna Pletcher
                                                              Brian Quinn
2.  MIKELL REEVE FRIES,                          Richard Kornfeld
                                                              David Beller
                                                              Kelly Page
3.  SCOTT JAMES BRADY,                           Bryan Lavine
                                                              Megan Rahman
                                                              Tiffany Bracewell
4.  ROGER BORN AUSTIN,                           Michael Feldberg
                                                              Laura Carwile
                                                              Julie Withers
5.  TIMOTHY R. MULRENIN,                         Elizabeth Prewitt
                                                              Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                     Roxann Henry
                                                              James Backstrom
7.  JIMMIE LEE LITTLE,                           Mark Byrne
                                                              Dennis Canty
8.  WILLIAM WADE LOVETTE,                        John Fagg, Jr.
                                                              Dru Nielsen
                                                              James McLoughlin
                                                              Kaitlin Price
9.  GARY BRIAN ROBERTS, and                      Craig Gillen
                                                              Richard Tegtmeier
                                                              Anthony Lake

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack
                                                Christopher Plumlee

       Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 5**

**8:27 a.m.      Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Ms. Sweeney informs the Court of a discussion with Carl Pepper's counsel.

8:37 a.m.      Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-810, F-750, F808 are admitted.**
**Exhibits I-731, I-732 are displayed for demonstrative purposes only.**

Jury excused.

**10:20 a.m.      Court in recess.**
**10:38 a.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-815, F-813 are admitted.**
**Exhibit I-733 is displayed for demonstrative purposes only.**

11:18 a.m.      Cross examination of Mr. Ledford by Mr. Feldberg.

11:35 a.m. to 11:36 a.m.    Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

11:40 a.m. to 11:42 a.m.    Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-509 (only portion from Mr. Ledford) is admitted.**

Jury excused.

Discussion regarding scheduling.

**12:05 p.m.     Court in recess.**
**1:33 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

1:38 p.m. to 1:40 p.m.        Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-546 is admitted.**

1:50 p.m. to 1:51 p.m.        Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits D-564, E-799 (top email Ledford to Austin), D-563 are admitted.**
**Exhibit I-241 is displayed for demonstrative purposes only.**

2:07 p.m.     Cross examination of Mr. Ledford by Mr. Pollack.

2:21 p.m. to 2:22 p.m.        Bench conference.

Continued cross examination of Mr. Ledford by Mr. Pollack.

**Exhibits B-927, H-855, 1407, C-021, C-022, C-022-1 are admitted.**
**Exhibit I-698 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Pete Suerken's testimony.

**3:16 p.m.     Court in recess.**
**3:34 p.m.     Court in session.**

Discussion regarding documents that may be used on redirect examination.

3:49 p.m.        Jury present.

Continued cross examination of Mr. Ledford by Mr. Pollack.

4:00 p.m.        Cross examination of Mr. Ledford by Ms. Henry.

**Exhibit F-768 is admitted.**

4:12 p.m.        Cross examination of Mr. Ledford by Mr. Prewitt.

4:13 p.m.        Cross examination of Mr. Ledford by Mr. Canty.

4:14 p.m.        Cross examination of Mr. Ledford by Mr. Gillen.

4:17 p.m.        Redirect examination of Mr. Ledford by Mr. Torzilli.

4:28 p.m. to 4:32 p.m.        Bench conference.

Continued redirect examination of Mr. Ledford by Mr. Torzilli.

Government witness, Pete Suerken, sworn.

4:51 p.m.        Direct examination of Mr. Suerken by Mr. Torzilli.

Jury excused until March 2, 2022 at 8:30 a.m.

Discussion regarding issues with Mr. Suerken's testimony and summary exhibits.

**ORDERED:  Defendants' bond is continued.**

**5:55 p.m.        Court in recess.**

Trial continued.
Total time in court:    7:24