IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

      Defendants.

## UNITED STATES' MOTION FOR LEAVE TO RESTRICT ACCESS TO ECF NO. 1104

The United States of America, through its undersigned counsel, respectfully moves pursuant to District of Colorado Local Rule 47.1 for leave to restrict at "Level 1" the United States' filing and attachment found at ECF No. 1104. The government is submitting under restriction a brief that contains the basis for this motion and the information required by D.C.COLO.LCrR 47.1(c)(1)-(5).

Respectfully submitted this 6th day of March 2022.

By: */s/ Yixi (Cecilia) Cheng*
Yixi (Cecilia) Cheng

        Michael T. Koenig
        Heather D. Call
        Carolyn M. Sweeney
        Paul J. Torzilli
        Trial Attorneys
        Antitrust Division
        U.S. Department of Justice
        450 Fifth Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 705-8342
        Email: yixi.cheng@usdoj.gov

Attorneys for the United States