# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 3, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Michael Koenig
  Carolyn Sweeney
  Heather Call
  Paul Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
  Anna Pletcher
  Brian Quinn

2. MIKELL REEVE FRIES,   Richard Kornfeld
  David Beller
  Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
  Megan Rahman
  Tiffany Bracewell

4. ROGER BORN AUSTIN,   Michael Feldberg
  Laura Carwile
  Julie Withers

5. TIMOTHY R. MULRENIN,   Elizabeth Prewitt
  Marci LaBranche

6. WILLIAM VINCENT KANTOLA,   Roxann Henry
  James Backstrom

7. JIMMIE LEE LITTLE,   Mark Byrne
  Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
  Dru Nielsen
  James McLoughlin
  Kaitlin Price

9. GARY BRIAN ROBERTS, and   Craig Gillen
  Richard Tegtmeier
  Anthony Lake

|   |   |   |
|---|---|---|
| 10. | RICKIE PATTERSON BLAKE, | Wendy Johnson |
|   |   | Barry Pollack |
|   |   | Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 7**

**8:02 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding pending motion, inconsistent statements, and summary exhibits.

**ORDERED:** United States' Motion for Curative Jury Instruction and Notice Regarding Lay Witness Opinion Testimony [1118] is DENIED, as stated on record.

**ORDERED:** Defendants' Supplemental Brief In Support of Request that Government's "Summary Exhibits" be Treated as Demonstratives for Argument [1117] is DENIED, as stated on record.

8:38 a.m.     Jury present.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9270, 9267, 9266, 9274, 9272, 9269, 9268, 9265 are admitted.**

9:05 a.m. to 9:09 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

9:15 a.m. to 9:18 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

Voir dire on Exhibit 9984 by Mr. Lavine, Ms. Johnson, Mr. Gillen, Ms. Prewitt, Mr. Byrne,

Continued direct examination of Mr. Pepper by Ms. Sweeney.

9:45 a.m. to 9:53 a.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 9703, 1145, 1146 are admitted.**

Jury excused.

Discussion regarding Agent Koppenhaver reading yesterday's transcript.

**10:24 a.m.    Court in recess.**
**10:40 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 618 is admitted.**

11:01 a.m. to 11:14 a.m.    Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 5016 is admitted.**

11:22 a.m. to 11:23 a.m.    Bench conference.

**Exhibit 9743 is admitted.**

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 3074, 744 are admitted.**

11:33 a.m. to 11:36 a.m.    Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 746-1 (pg. 1), 752, 753, 754, 755, 756, 757, 758, 751, 748, 748, 750 are admitted.**

Jury excused.

Discussion regarding follow up questions.

**12:00 p.m.    Court in recess.**
**1:31 p.m.     Court in session.**

Jury present.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

**Exhibits 120, 118, 119, 224, 22, 230, 231, 231-1, 232, 234 are admitted.**

2:15 p.m. to 2:25 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

2:33 p.m. to 2:34 p.m.     Bench conference.

Continued direct examination of Mr. Pepper by Ms. Sweeney.

2:39 p.m.     Cross examination of Mr. Pepper by Mr. Gillen.

2:54 p.m. to 2:59 p.m.     Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

Jury excused.

**3:15 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Discussion regarding Mr. Pepper's testimony.

3:34 p.m.     Jury present.

Continued cross examination of Mr. Pepper by Mr. Gillen.

4:17 p.m. to 4:26 p.m.     Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

4:29 p.m. to 4:34 p.m.     Bench conference.

Continued cross examination of Mr. Pepper by Mr. Gillen.

Jury excused until March 7, 2022 at 8:30 a.m.

Discussion regarding Mr. Pepper's testimony and Mr. Pepper's counsel, Ms. Manning.

**ORDERED:  Government is permitted to file a brief regarding Mr. Pepper, as discussed, on or before March 4, 2022.**

**ORDERED:  Defendants' bond is continued.**

**5:21 p.m.** **Court in recess.**

Trial continued.
Total time in court:   7:16