IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  Date: March 7, 2022
Courtroom Deputy: Sabrina Grimm  Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

**8:02 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding pending motion.

**ORDERED:** United States' Motion for a Curative Instruction [1122] is GRANTED IN PART, as discussed.

Further discussion regarding summary exhibits.  Objections ruled upon by the Court, as stated on record.

**8:45 a.m.     Court in recess.**
**8:52 a.m.     Court in session.**

Jury present.

Court instructs jurors on Fifth Amendment rights.

8:55 a.m.     Cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibit I-777 is admitted.**

9:21 a.m. to 9:31 a.m.     Bench conference.

Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits G-356, G-444, G-446 are admitted.**

Jury excused.

**10:16 a.m.     Court in recess.**
**10:31 a.m.     Court in session.**

Discussion regarding government's motion at Doc. No. 543.

Jury present.

10:36 a.m.     Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits I-807, I-821, I-822, G-748, G-749 are admitted.**

11:36 a.m.     Cross examination of Mr. Pepper by Mr. Feldberg.

**Exhibits I-932, I-933 (as redacted) are admitted.**

11:43 a.m.     Cross examination of Mr. Pepper by Ms. Johnson.

Jury excused.

Discussion regarding scheduling.

**12:04 p.m.     Court in recess.**
**1:31 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-805 is admitted.**

1:45 p.m. to 1:50 p.m.     Bench conference.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-872 is admitted.**

2:03 p.m.     Cross examination of Mr. Pepper by Mr. Byrne.

**Exhibits G-422, G-423, I-815 are admitted.**

2:42 p.m.     Cross examination of Mr. Pepper by Mr. Tubach.

2:43 p.m.     Cross examination of Mr. Pepper by Ms. Henry.

2:44 p.m.     Cross examination of Mr. Pepper by Mr. Lavine.

**Exhibits I-954, I-953, 9876 (as redacted), I-958, I-919 are admitted.**

Jury excused.

**3:15 p.m.**      **Court in recess.**
**3:31 p.m.**      **Court in session.**

Jury present.

3:33 p.m.      Redirect examination of Mr. Pepper by Ms. Sweeney.

3:57 p.m. to 4:00 p.m.      Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 9977 is admitted.**

4:14 p.m. to 4:17 p.m.      Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

4:21 p.m.      Recross examination of Mr. Pepper by Ms. Johnson.

4:23 p.m.      Recross examination of Mr. Pepper by Mr. Kornfeld.

4:43 p.m.      Recross examination of Mr. Pepper by Mr. Gillen.

Government witness, Sara Fisher, sworn.

4:42 p.m.      Direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1921, 1922, 1924, 1926, 1927, 1928, 1929, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1957, 1958 are admitted.**

Jury excused until March 8, 2022 at 8:30 a.m.

Discussion regarding revised witness list and scheduling.

**ORDERED:  Defendants' bond is continued.**

**5:13 p.m.**      **Court in recess.**

Trial continued.
Total time in court:    7:06