```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
TIMOTHY R. MULRENIN,
WILLIAM VINCENT KANTOLA,
JIMMIE LEE LITTLE,
WILLIAM WADE LOVETTE,
GAR BRIAN ROBERTS,
RICKIE PATTERSON BLAKE,

      Defendants
_____

                          REPORTER'S TRANSCRIPT
                          Trial to Jury, Vol. 27
_____
```

Proceedings before the HONORABLE PHILIP A. BRIMMER, Chief Judge, United States District Court for the District of Colorado, commencing at 7:58 a.m., on the 14th day of December, 2021, in Courtroom A201, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A257, Denver, Colorado, 80294, (303) 335-2106

```
 1                              APPEARANCES
 2            Michael Koenig, Carolyn Sweeney, Heather Call and Paul
 3   Torzilli, Laura Butte, Jillian Rogowski  and Cecilia Cheng,
 4   U.S. Department of Justice, 450 Fifth Street N.W., Washington,
 5   DC 20530, appearing for Plaintiff.
 6            Anna Tryon Pletcher and Michael Tubach of
 7   O'Melveny & Myers, LLP, Two Embarcadero Center, 28th Floor,
 8   San Francisco, CA 94111-3823;
 9            Brian Quinn of O'Melveny & Myers, LLP, 1625 I Street
10   N.W., Washington, DC 20006, appearing for Defendant Penn.
11            David Beller, Richard Kornfeld and Kelly Page of
12   Recht & Kornfeld, P.C., 1600 Stout Street, Suite 1400, Denver,
13   CO 80202, appearing for Defendant Fries.
14            Bryan B. Lavine of Troutman Pepper Hamilton Sanders,
15   LLP, 600 Peachtree Street NE,  Suite 3000, Atlanta, GA 30308;
16             Laura Kuykendall and Megan Rahman of Troutman Pepper
17   Hamilton Sanders, LLP,  1001 Haxall Point, Richmond VA 23219,
18   appearing for Defendant Brady.
19            Michael Felberg of Reichman, Jorgensen, Lehman,
20   Feldberg, LLP, 750 Third Avenue, 24th Floor, New York, NY
21   10017;
22
23
24
25
```

```
 1                    APPEARANCES (Continued)
 2            Laura F. Carwile of Reichman, Jorgensen, Lehman,
 3   Feldberg, LLP, 100 Marine Parkway, Suite 300, Redwood Shores,
 4   CA 94065; appearing for Defendant Austin.
 5            Elizabeth B. Prewitt of Latham & Watkins, LLP,
 6   555 11th Street, N.W., Suite 1000, Washington, DC 20004;
 7            Marci Gilligan LaBranche of Stimson, Stancil,
 8   LaBranche, Hubbard, LLC, 1652 North Downing Street, Denver, CO
 9   80218, appearing for Defendant Mulrenin.
10            James A. Backstrom, Counselor at Law, 1515 Market
11   Street, Suite 1200, Philadelphia, PA 19102-1932;
12            Roxann E. Henry, Attorney at Law, 5410 Wilson Lane,
13   Bethesda, MD 20814, appearing for Defendant Kantola.
14            Mark A. Byrne of Byrne & Nixon, LLP, 888 West Sixth
15   Street, Suite 1100, Los Angeles, CA 90017;
16            Dennis J. Canty, Canty Law Corporation,
17   1990 North California Blvd., 8th Floor, Walnut Creek, CA 94596,
18   appearing for Defendant Little.
19            John Anderson Fagg, Jr. and James McLoughlin of
20   Moore & Van Allen, PLLC, 100 North Tryon Street, Suite 4700,
21   Charlotte, NC 28202-4003, appearing for Defendant Lovette.
22
23
24
25
```

```
 1                     APPEARANCES (Continued)
 2          Craig Allen Gillen and Anthony Charles Lake of
 3   Gillen, Withers & Lake, LLC, 400 Galleria Parkway, Suite 1920,
 4   Atlanta, GA 30339;
 5          Richard L. Tegtmeier of Sherman & Howard, LLC,
 6   633 17th Street, Suite 3000, Denver, CO 80202-3622, appearing
 7   for Defendant Roberts.
 8          Barry J. Pollack of Robbins, Russell, Englert, Orseck
 9   & Untereiner, LLP, 2000 K Street N.W., 4th Floor, Washington,
10   DC 20006;
11          Wendy Johnson and Christopher Plumlee of  RMP, LLP,
12   5519 Hackett Road, Suite 300, Springdale, AR 72762, appearing
13   for the Defendant Blake.
14
15                           PROCEEDINGS
16          THE COURT:  We are back on the record in 20-CR-152.
17   Both the defendants and the government have submitted some
18   briefing overnight which I have read.  Anything more quickly on
19   any of that briefing?
20          All right.  Here is what I propose to do in response
21   to the jury's question.  As to question No. 1, state as
22   follows:  No.  As I mentioned to you in my initial jury
23   instruction on October 25th, a typewritten copy of testimony
24   will not be available for your use during deliberations.
25          No. 2, as guidance I suggest re-reading the
```

1  instructions as a whole and then continuing your deliberations.
2  And then I would sign it.
3         As to the first question, first of all, the cases that
4  the government cites are distinguishable.  They haven't
5  indicated any confusion about Mr. Bryant's testimony.  They
6  simply asked if they could have a transcript of it, so there is
7  nothing specific.  And once again, I am very skeptical about
8  highlighting certain testimony without -- especially if there
9  is not anything more specific.  The 10th Circuit has not gone
10 the route of the Second Circuit.
11        And then secondly, I do agree with the defendants'
12 suggestion that at this point in time I think it's best that
13 they re-read the instructions.  Who knows whether they have
14 actually -- if they read the instructions over again.  They
15 very well might have; but if they haven't, I think that's a
16 good exercise, go through the instructions and again get a
17 sense for that.  And if they have an additional question or
18 indicate they have an impasse, we will see how they phrase it
19 and be better able to respond to that, okay?
20        Yes, Ms. Call.
21        *MS. CALL:*  As a matter of housekeeping for the record,
22 will the Court be marking the jury's questions as Court's
23 exhibits?
24        *THE COURT:*  Well, we will keep all of them, but of
25 course, there is also a record of them through the transcript

1   of the proceedings.  You may have seen in some cases they log

2   them all in and give them numbers and things of that nature.

3   We have actually -- I have never done this before, but isn't it

4   true, Ms. Grimm, we were going to give them a form to use?

5              *COURT DEPUTY CLERK:*  We certainly can, yeah.

6              *THE COURT:*  We will do that.  So we'll give them a

7   little bit -- something that will be more of a form as opposed

8   to the large Post-It note.

9              *MS. CALL:*  Thank you.

10             *THE COURT:*  So what I'll do is I will provide this

11  note.  And, of course, Ms. Grimm will make copies of my answer

12  for you as well.  This will be taken back to the jury at 8:30.

13  Ms. Grimm will tell them that they're not going to be asked

14  into court, so they can commence their deliberations.

15             All right.  The Court will be in recess.  Thank you.

16        (Recess at 8:01 a.m.)

17        (Reconvened at 5:01 p.m.)

18             *THE COURT:*  It's a little bit after 5:00, so we will

19  go ahead and bring the jury in.

20             *MR. FAGG:*  Your microphone, Your Honor, we could not

21  hear you.

22             *THE COURT:*  I'm sorry.  So it's just a little bit

23  after -- that does sound like it's working now -- a little

24  after 5:00.  We will go ahead and bring the jury in and dismiss

25  them for the day.

1           Anyone have anything to raise at this time?  No?
2  Let's go ahead and bring the jury in, Mr. Keech.
3           (Jury present.)
4           *THE COURT:*  All right, ladies and gentlemen.  It's
5  after 5:00 now, so I will go ahead and dismiss you for the day.
6  Tomorrow why don't you come in sometime between 8:00 and 9:00,
7  the way that we did it for Monday, so whatever you choose to
8  do.  And once you are all assembled, then you can go ahead and
9  begin deliberations again, all right?
10          So I hope you have a good evening.  Keep the
11 admonitions in mind.  And the jury is excused for the day.
12 Thank you.
13          (Jury excused.)
14          Anyone want to take up anything at this time?  No?
15          Okay.  So then we will await a question or a verdict
16 tomorrow.  All right.  The Court is in recess.  Thank you.
17       (Recess at 5:05 p.m.)
18                       REPORTER'S CERTIFICATE
19     I certify that the foregoing is a correct transcript from
20 the record of proceedings in the above-entitled matter.  Dated
21 at Denver, Colorado, this 21st day of February, 2022.
22
23                                   S/Janet M. Coppock___
24
25