# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 03/09/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Richard Eddington | 03/14/2022 - 2 hrs |
| Darrell Bowlin | 03/14/2022 - 1.5 hrs |
| Brandon Campbell | 03/14/2022 - 2 hrs |
| Bruce Bagshaw | 03/14/2022 - 0.75 hr |
| Marcus Shelton | 03/15/2022 - 0.5 hrs |
| Rhonda Warble | 03/15/2022 - 0.75 hr |
| Julie Lawrence | 03/15/2022 - 1 hr |
| Steven Cullen | 03/15/2022 - 1.5 hrs |
| Charles Solomon | 03/15/2022 - 1 hr |
| John Curran | 03/15/2022 - 1.5 hrs |
| Brenda Ray | 03/16/2022 - 1 hr |
| Eric Oare | 03/16/2022 - 1 hr |
| Thomas Lane | 03/16/2022 - 1.5 hrs |
| Custodian of Records - Pilgrim's Pride | 03/16/2022 - 0.5 hr |
| Custodian of Records - Tyson Foods | 03/16/2022 - 0.5 hr |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                              Date: 03/09/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant)   WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Greg Finch | 03/16/2022 - 03/17/2022 - 3 hrs |
| Judy Hall | 03/17/2022 - 1 hr |
| David Blackmon | 03/17/2022 - 1 hr |
| Devin Cole | 03/17/2022 - 0.5 hr |
| Mike Brown | 03/17/2022 - 0.5 hr |
| Melissa Hoyt | 03/17/2022 - 1 hr |
| Agent LaNard Taylor | 03/17/2022 - 03/21/2022 - 2 hrs |
| Agent Matthew Koppenhaver | 03/21/2022 - 2 hrs |
| Fabio Sandri | 03/21/2022 - 1 hr |
| Joseph Pochron | 03/21/2022 - 2 hrs |
| Larry Higdem | 03/21/2022 - 1 hr |
| Dean Bradley | 03/22/2022 - 1.5 hr |
| Michael Ledford | 03/22/2022 - 1 hr |
| Kent Kronague | 03/22/2022 - 2 hrs |
| Paige Dingee | 03/22/2022 - 1.5 hrs |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB            Date: 03/09/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Sponsoring Witness for Summary Exhibits | 03/22/2022 - 03/23/2022 - 1.5 hrs |
| Edward Snyder | 03/23/2022 - 4 hrs |

Defendants reserve the right to remove witnesses or supplement with additional witnesses after the completion of the Government's case-in-chief. Defendants all reserve the right to testify at any point during the defense.