IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 9, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson  <br>Barry Pollack  <br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 10**

**8:21 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding Defendant's witness list.

**ORDERED:   Defendants shall provide the first day's witness list to the Government by the end of the day, as discussed.**

**8:25 a.m.**     **Court in recess.**
**8:41 a.m.**     **Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 1919 is admitted.**

8:58 a.m. to 9:02 a.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:06 a.m. to 9:10 a.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:17 a.m. to 9:19 a.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

9:21 a.m. to 9:26 a.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibits 9140, 9139, 3039 are admitted.**

9:40 a.m. to 9:41 a.m.     Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 979 is admitted.**

9:53 a.m. to 10:03 a.m.     Bench conference.

10:03 a.m.     Cross examination of Mr. Bryant by Ms. Page.

Jury excused.

**10:25 a.m.     Court in recess.**
**10:41 a.m.     Court in session.**

Discussion regarding scheduling.

10:44 a.m.     Jury present.

Continued cross examination of Mr. Bryant by Ms. Page.

11:09 a.m.     Cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits A-112, A-113 (as redacted) are admitted.**

Jury excused.

**11:58 a.m.     Court in recess.**
**1:31 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibits E-174 (as redacted), H-911, J-018, E-014 are admitted.**

2:01 p.m.     Cross examination of Mr. Bryant by Mr. Tubach.

**Exhibits J-030, J-027 are admitted.**

2:42 p.m.     Cross examination of Mr. Bryant by Mr. Pollack.

**Exhibit F-065 (as redacted) is admitted.**
**Exhibit J-008 is displayed for demonstrative purposes only.**

Jury excused.

**3:15 p.m.     Court in recess.**
**3:32 p.m.     Court in session.**

Discussion regarding reference to the previously trial.

3:37 p.m.     Jury present.

Continued cross examination of Mr. Bryant by Mr. Pollack.

**Exhibits F-744, F-743, J-008, C-938 are admitted.**
**Exhibit J-012 is displayed for demonstrative purposes only.**

Jury excused until March 10, 2022 at 8:30 a.m.

Discussion regarding summary exhibits and status of witness list.

**ORDERED:   Defendants' bond is continued.**

**4:40 p.m.     Court in recess.**

Trial continued.
Total time in court:    5:57