IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 14, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Michael Koenig
   Carolyn Sweeney
   Heather Call
   Paul Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
   Anna Pletcher
   Brian Quinn

2. MIKELL REEVE FRIES,   Richard Kornfeld
   David Beller
   Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
   Megan Rahman
   Tiffany Bracewell

4. ROGER BORN AUSTIN,   Michael Feldberg
   Laura Carwile
   Julie Withers

5. TIMOTHY R. MULRENIN,   Elizabeth Prewitt
   Marci LaBranche

6. WILLIAM VINCENT KANTOLA,   Roxann Henry
   James Backstrom

7. JIMMIE LEE LITTLE,   Mark Byrne
   Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
   Dru Nielsen
   James McLoughlin
   Kaitlin Price

9. GARY BRIAN ROBERTS, and   Craig Gillen
   Richard Tegtmeier
   Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 12**

**8:26 a.m.**     **Court in session.**

Defendants present on bond.

Discussion regarding sick juror.  Defendants' request to postpone the trial for 1 day.  Government objects to the request.

**8:36 a.m.**     **Court in recess.**
**8:48 a.m.**     **Court in session.**

Discussion regarding attempts to contact the sick juror.  The trial will proceed without the sick juror.

8:50 a.m.     Jury present.

Exhibits displayed for jury.

**Exhibits 17, 1700, 1713 are admitted.**

Government witness, Robert Lewis, sworn.

9:11 a.m.     Direct examination of Mr. Lewis by Mr. Torzilli.

9:16 a.m. to 9:18 a.m.     Bench conference.

Continued direct examination of Mr. Lewis by Mr. Torzilli.

**Exhibits 1139, 1137, 1138, 1135, 1134, 11136, 1221-1, 1007, 1026, 1028, 1029, 1165, 1166, 1167, 1160 are admitted.**

9:49 a.m.     Cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits 1244, F-660, J-016 are admitted.**

Jury excused.

**10:15 a.m.     Court in recess.**
**10:32 a.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits I-074, J-015, J-014 are admitted.**

11:15 a.m. to 11:17 a.m.     Bench conference.

Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits A-644, G-504, C-451, C-872, F-384 are admitted.**

11:43 a.m. to 11:49 a.m.     Bench conference.

Continued cross examination of Mr. Lewis by Mr. Lavine.

11:51 a.m.     Cross examination of Mr. Lewis by Mr. Tubach.

Jury excused.

**ORDERED:     Defendants' Motion to Compel Disclosure of All Brady Materials Regarding Witness Interviews and for Other Appropriate Relief [1130] is DENIED, as stated on record.**

Discussion regarding United States' Motion to Compel Defendants' Summary Exhibits [1177].

**12:12 p.m.    Court in recess.**
**1:31 p.m.     Court in session.**

Discussion regarding procedure once Government rests.

Jury present.

1:34 p.m.     Cross examination of Mr. Lewis by Mr. Gillen.

2:00 p.m.     Cross examination of Mr. Lewis by Mr. McLoughlin.

Voir dire on Exhibit C-602 by Mr. Torzilli.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

**Exhibits H-655, H-656, I-829 are admitted.**

2:50 p.m. to 2:55 p.m.     Bench conference.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

2:57 p.m. to 3:00 p.m.     Bench conference.

Continued cross examination of Mr. Lewis by Mr. McLoughlin.

Jury excused.

**3:13 p.m.     Court in recess.**
**3:30 p.m.     Court in session.**

Jury present.

3:32 p.m.     Cross examination of Mr. Lewis by Mr. Pollack.

**Exhibit H-684 is displayed for demonstrative purposes only.**

4:05 p.m.     Cross examination of Mr. Lewis by Mr. Feldberg.

**Exhibit J-081 is admitted.**

4:11 p.m. to 4:12 p.m.     Bench conference.

**Exhibits H-684 (pg. 6) is admitted.**

4:13 p.m.     Cross examination of Mr. Lewis by Ms. Henry.

**Exhibits 1224, C-454 are admitted.**

4:30 p.m.     Redirect examination of Mr. Lewis by Mr. Torzilli.

4:45 p.m. to 4:50 p.m.     Bench conference.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

4:51 p.m. to 4:53 p.m.     Bench conference.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

4:59 p.m. to 5:03 p.m.     Bench conference.

Jury excused until March 15, 2022 at 8:30 a.m.

Discussion regarding defendants' summary exhibits.

**ORDERED:   Defendants' bond is continued.**

**5:07 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:36