# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB          Date:  March 15, 2022
Courtroom Deputy:  Sabrina Grimm               Court Reporter:   Janet Coppock

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                       Michael Tubach
                                               Anna Pletcher
                                               Brian Quinn
2.  MIKELL REEVE FRIES,                        Richard Kornfeld
                                               David Beller
                                               Kelly Page
3.  SCOTT JAMES BRADY,                         Bryan Lavine
                                               Megan Rahman
                                               Tiffany Bracewell
4.  ROGER BORN AUSTIN,                         Michael Feldberg
                                               Laura Carwile
                                               Julie Withers
5.  TIMOTHY R. MULRENIN,                       Elizabeth Prewitt
                                               Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                   Roxann Henry
                                               James Backstrom
7.  JIMMIE LEE LITTLE,                         Mark Byrne
                                               Dennis Canty
8.  WILLIAM WADE LOVETTE,                       John Fagg, Jr.
                                               Dru Nielsen
                                               James McLoughlin
                                               Kaitlin Price
9.  GARY BRIAN ROBERTS, and                    Craig Gillen
                                               Richard Tegtmeier
                                               Anthony Lake

| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 13**

**9:01 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding witness line up.

9:10 a.m.     Jury present.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

**Exhibit 10023 is admitted.**

9:17 a.m. to 9:21 a.m.     Bench conference.

Government admits exhibits without a sponsoring witness and additional exhibits displayed to jury.

9:29 a.m. to 9:35 a.m.     Bench conference.

**Exhibits 9991, 4, 424 are admitted.**

9:47 a.m. to 9:53 a.m.     Bench conference.

**Exhibits 9711, 9712, 9713, 9, 10, 900 are admitted.**

Jury excused.

**10:20 a.m.   Court in recess.**
**10:37 a.m.   Court in session.**

Defendant Blake's oral motion for a mistrial by Mr. Pollack.  Argument by Mr. Pollack and Mr. Torzilli.

**ORDERED:  Defendants Blake and Kantola's oral motion for a mistrial is DENIED, for reasons stated on record.**

10:49 a.m.     Jury present.

**Exhibits 11, 12 are admitted.**

11:02 a.m.     Government rests.

11:02 a.m. to 11:10 a.m.     Bench conference: Defendants' oral motions for judgment of acquittal pursuant to Rule 29.

**ORDERED:  Defendants Lovette, Penn, Mulrenin, Austin, Fries, Brady, Roberts, and Little's oral motion for mistrial is DENIED.**

11:11 a.m.     Defendant Mulrenin's opening statement by Ms. Prewitt.

11:32 a.m. to 11:43 a.m.     Bench conference.

Defendants' witness, Richard Eddington, sworn.

11:44 a.m.     Direct examination of Mr. Eddington by Ms Rahman.

Jury excused.

Discussion regarding summary exhibits.

**12:03 p.m.     Court in recess.**
**1:28 p.m.      Court in session.**

Discussion regarding summary exhibits and updated witness list.

1:37 p.m.     Jury present.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:13 p.m. to 2:15 p.m.     Bench conference.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:53 p.m.     Direct examination of Mr. Eddington by Mr. Gillen.

3:04 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**

**3:26 p.m.      Court in session.**

Jury present.

Mr. Eddington makes an amendment to his previous statement.

Continued direct examination of Mr. Eddington by Mr. Gillen.

3:47 p.m.      Direct examination of Mr. Eddington by Mr. Pollack.

**Exhibit I-267 is admitted.**

4:02 p.m.      Direct examination of Mr. Eddington by Mr. Feldberg.

4:06 p.m.      Direct examination of Mr. Eddington by Ms. Henry.

**Exhibit F-788 is admitted.**
**Exhibit J-008-1 (Marshall Durbin line only) is displayed for demonstrative purposes only.**

**Exhibit J-008-1 is admitted.**

4:18 p.m.      Direct examination of Mr. Eddington by Ms. Prewitt.

4:20 p.m.      Cross examination of Mr. Eddington by Mr. Koenig.

4:28 p.m. to 4:32 p.m.      Bench conference.

Continued cross examination of Mr. Eddington by Mr. Koenig.

4:33 p.m.      Redirect examination of Mr. Eddington by Ms. Rahman.

Defendants' witness, Darrell Bowlin, sworn.

4:36 p.m.      Direct examination of Mr. Bowlin by Ms. Prewitt.

Jury excused until March 16, 2022 at 8:30 a.m.

Discussion regarding Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180].

**ORDERED:   Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180] is DENIED without prejudice, as stated on record.**

Discussion regarding summary exhibits.

**ORDERED:  Defendants' Rule 29 motions shall be filed on or before March 21, 2022.  Government's response shall be filed on or before March 28, 2022, as discussed.**

**ORDERED:  Defendants' bond is continued.**

**5:10 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:13