IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Unopposed Motion for Order on Supplemental Agreement Regarding the Business Records Foundation of Documents [Docket No. 1188]. The Court previously entered an order stating that the parties are governed by the Agreement Regarding the Business Records Foundation of Certain Documents (the "Agreement"). Docket No. 1111. The parties now ask the Court to enter an order stating that the Agreement is supplemented with the exhibits contained in Attachment C and Attachment D. Docket No. 1188 at 1-2. Finding good cause, it is

    **ORDERED** that the Unopposed Motion for Order on Supplemental Agreement Regarding the Business Records Foundation of Documents [Docket No. 1188] is **GRANTED**. It is further

**ORDERED** that the Agreement Regarding the Business Records Foundation of Certain Documents [Docket No. 1107-1] is supplemented to include the exhibits in Attachment C and Attachment D [Docket No. 1188-1].

DATED March 17, 2022.