uIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 17, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 15**

**8:36 a.m.**     Court in session.

Defendants present on bond.

Discussion regarding Mr. Finch's testimony.

**8:40 a.m.**     Jury present.

Continued direct examination of Mr. Finch by Mr. Beller.

**8:45 a.m. to 8:46 a.m.**     Bench conference.

Continued direct examination of Mr. Finch by Mr. Beller.

**Exhibits A-552, A-553, I-296, I-297 are admitted.**

**9:20 a.m. to 9:23 a.m.**     Bench conference.

Continued direct examination of Mr. Finch by Mr. Beller.

**Exhibits J-046, J-041 are admitted.**

Jury excused.

Discussion regarding United States' Motion to Exclude Expert Testimony and Accompanying Exhibits Related to Price Uniformity [1187].

**ORDERED:** United States' Motion to Exclude Expert Testimony and Accompanying Exhibits Related to Price Uniformity [1187] is DENIED, as stated on record.

**10:28 a.m.**     Court in recess.
**10:41 a.m.**     Court in session.

Jury present.

Continued direct examination of Mr. Finch by Mr. Beller.

11:23 a.m.    Cross examination of Mr. Finch by Mr. Koenig.

11:32 a.m. to 11:43 a.m.    Bench conference.

Continued cross examination of Mr. Finch by Mr. Koenig.

Jury excused.

Discussion regarding issue with Professor Snyder.
Defendant Brady's oral motion for mistrial by Mr. Lavine.

**ORDERED:   Defendant Brady and Lovette's oral motions for a mistrial is DENIED, as stated on record.**

**ORDERED:   Defendants' Joint Motion to Preclude the Government from Eliciting Expert Testimony on Communications of Record [1191] is GRANTED IN PART AND DENIED IN PART, as stated on record.**

**12:25 p.m.**    Court in recess.
**1:30 p.m.**    Court in session.

Jury present.

Continued cross examination of Mr. Finch by Mr. Koenig.

**Exhibit 6046 is admitted.**

1:50 p.m. to 1:56 p.m.       Bench conference.

**Exhibits 10651 is admitted.**

Continued cross examination of Mr. Finch by Mr. Koenig.

2:14 p.m.     Redirect examination of Mr. Finch by Mr. Beller.

Defendants' witness, Professor Edward Snyder, sworn.

2:31 p.m.     Direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit H-317 is admitted.**

2:38 p.m. to 2:42 p.m.       Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

2:43 p.m. to 2:44 p.m.      Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-206, J-207, J-208, J-209 are displayed for demonstrative purposes only.**

3:07 p.m. to 3:10 p.m.      Bench conference.

**Exhibit J-210 (as redacted) is displayed for demonstrative purposes only.**

Jury excused.

**3:15 p.m.      Court in recess.**
**3:47 p.m.      Court in session.**

Discussion regarding sick juror. Court will adjourn for the day.

3:50 p.m.      Jury present.

Jury excused until March 21, 2022 at 8:30 a.m.

Discussion regarding Professor Snyder's testimony and moving it to VTC for March 21, 2022. Counsel will confer regarding the VTC testimony.

**ORDERED:   Counsel will confer regarding the VTC testimony of Professor Snyder and notify the Court of how it wants to proceed before 5:00 p.m. on March 18, 2022.**

**ORDERED:   Defendants' bond is continued.**

**4:05 p.m.      Court in recess.**

Trial continued.
Total time in court:    5:39