# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.   1:20-cr-00152-PAB            Date:  March 21, 2022

Case Title:  United States v. Jayson Penn et al.

### UNITED STATES REBUTTAL WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Darin Hahn (Tyson Records Custodian) | 3/21 – 0.25 hours |
| Nicholas White | 3/21 – 0.25 hours |
| Robert Bryant | 3/21 – 0.25 hours |

At present, the government does not plan to call any additional witnesses, but reserves the right to do so—including by calling Professor Frank Wolak—depending on the testimony elicited in the remainder of the Defendants' case-in-chief. The government also reserves the right to revise the order of appearance of witnesses, if necessary.