IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 21, 2022
Court Reporter: Janet Coppock

Parties:

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

Counsel:

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 16**

**8:33 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding scheduling.

Jury present.

Professor Snyder appears via VTC.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-211 is admitted.**

8:48 a.m. to 8:50 a.m.     Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-215 (as redacted), J-216 (as redacted), J-217 (as redacted), J-218 (as redacted) are admitted.**
**Exhibits J-212, J-213 are displayed for demonstrative purposes only.**

9:41 a.m.     Voir dire on Exhibit J-219 by Mr. Torzilli.

9:47 a.m. to 9:51 a.m.     Bench conference.

**Exhibit J-219 is displayed for demonstrative purposes only.**

10:04 a.m. to 10:10 a.m.    Bench conference.

10:10 a.m.    Cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

**10:14 a.m.**   Court in recess.
**10:32 a.m.**   Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

11:11 a.m. to 11:20 a.m.    Bench conference.

Continued cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

Discussion and argument regarding pending motions.

**ORDERED:   Jayson Penn's Motion for Judicial Notice [1198] is GRANTED, as stated on record.**

**12:30 p.m.**   Court in recess.
**1:32 p.m.**    Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

1:43 p.m.    Redirect examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-212 (as redacted) is admitted.**

1:52 p.m. to 1:59 p.m.     Bench conference.

**Exhibit J-219 (as redacted) is admitted.**

Continued redirect examination of Professor Snyder by Ms. Pletcher.

Defendants' witness, Brenda Ray, sworn.

2:03 p.m.    Direct examination of Ms. Ray by Mr. Fagg.

**Exhibits 843, 844, D-989, D-990, 850, 851, 9700 are admitted.**

2:41 p.m.    Direct examination of Ms. Ray by Mr. Pollack.

2:45 p.m.    Direct examination of Ms. Ray by Mr. Tubach.

**Exhibit D-930 is admitted.**

3:00 p.m. to 3:03 p.m.        Bench conference.

Continued direct examination of Ms. Ray by Mr. Tubach.

3:04 p.m.        Cross examination of Ms. Ray by Mr. Koenig.

Jury excused.

**3:10 p.m.        Court in recess.**
**3:26 p.m.        Court in session.**

Jury present.

Continued cross examination of Ms. Ray by Mr. Koenig.

**Exhibit 10677 is admitted.**

Defendants' witness, Kent Kronague, sworn.

4:03 p.m.        Direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibits A-304 (as redacted), 6034 (as redacted) are admitted.**

4:45 p.m. to 4:49 p.m.        Bench conference.

Continued direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibit 600 (as redacted) is admitted.**

Jury excused until March 22, 2022 at 8:30 a.m.

**5:00 p.m.        Court in recess.**
**5:17 p.m.        Court in session.**

Discussion regarding Doc. Nos. 1199 and 1201.

**ORDERED:   Jayson Penn and Roger Austin's Motion to Admit Exhibits Without a Sponsoring Witness [1199] is GRANTED IN PART AND DENIED IN PART, as discussed.**

**ORDERED:   Mr. Blake's Motion to Admit Exhibit Without a Sponsoring Witness [1201] is GRANTED, as discussed.**

Discussion regarding issues with Government's rebuttal case and length of closing arguments.

**ORDERED:** United States' Motion to Rebut Defendants' Arguments and Evidence on Information-Sharing Norms with Policy Approved by the Defendants [1206] is DENIED, as discussed.

**ORDERED:** Defendants' bond is continued.

**6:15 p.m.**     **Court in recess.**

Trial continued.
Total time in court:     7:49