IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB         Date: March 23, 2022
Courtroom Deputy: Sabrina Grimm              Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

|  |  |  |
|---|---|---|
| 10. | RICKIE PATTERSON BLAKE, | Wendy Johnson |
|  |  | Barry Pollack |
|  |  | Christopher Plumlee |

    Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 18**

**8:31 a.m.**     **Court in session.**

Defendants present on bond.

Jury present.

8:35 a.m.     Defendant Fries' closing argument by Mr. Kornfeld.

9:16 a.m.     Defendant Brady's closing argument by Mr. Lavine.

Jury excused.

**10:05 a.m.**     **Court in recess.**
**10:21 a.m.**     **Court in session.**

Jury present.

10:24 a.m.     Defendant Lovette's closing argument by Ms. Neilsen.

11:10 a.m.     Defendant Penn's closing argument by Mr. Tubach.

Jury excused.

**11:58 a.m.**     **Court in recess.**
**1:00 p.m.**     **Court in session.**

Jury present.

1:02 p.m.     Defendant Austin's closing argument by Mr. Feldberg.

1:46 p.m.     Defendant Little's closing argument by Mr. Byrne.

2:42 p.m.     Defendant Kantola's closing argument by Ms. Henry.

Jury excused.

**3:31 p.m.     Court in recess.**
**3:40 p.m.     Court in session.**

Jury present.

3:40 p.m.      Defendant Mulrenin's closing argument by Ms. Prewitt.

4:30 p.m. to 4:31 p.m.       Bench conference.

4:33 p.m.      Defendant Roberts' closing argument by Mr. Gillen.

Jury excused until March 24, 2022 at 8:30 a.m.

**ORDERED:   Defendants' bonds are continued.**

**5:24 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:26