IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  March 25, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 20**

**8:01 a.m.**     **Court in session.**

Defendants present on bond.

Further discussion regarding response to jury notes received yesterday.

The Court will provide a response consistent with the discussions held.

**ORDERED:**   Defendants' oral motion for extension of time to supplement Rule 29 motions is GRANTED. Defendants shall file any supplements on or before April 4, 2022. Government shall file a response to the original Rule 29 motions and the supplements on or before April 15, 2022, as discussed.

**8:50 a.m.**     **Court in recess.**
**5:00 p.m.**     **Court in session.**

Jury present.

Jury excused until March 28, 2022 at 8:30 a.m.

**ORDERED:**   Defendants' bonds are continued.

**5:03 p.m.**     **Court in recess.**

Trial continued.
Total time in court:     00:52