IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB    Date: March 28, 2022
Courtroom Deputy: Sabrina Grimm        Court Reporter: Kevin Carlin

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
|  | Carolyn Sweeney |
|  | Heather Call |
|  | Paul Torzilli |
| Plaintiff, |  |
| v. |  |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
|  | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
|  | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Megan Rahman |
|  | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
|  | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
|  | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
|  | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
|  | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
|  | Dru Nielsen |
|  | James McLoughlin |
|  | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
|  | Richard Tegtmeier |
|  | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## AMENDED COURTROOM MINUTES

**JURY TRIAL – DAY 21**

**12:05 p.m.**   Court in session.

Defendants present on bond.

The Court has received five notes from the jury.

Discussion regarding a response to the notes.

The Court will provide a response to the jury consistent with the discussions held.

**1:14 p.m.**   Court in recess.
**4:44 p.m.**   Court in session.

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a modified Allen instruction to the jury consistent with the discussions held.

4:55 p.m.   Jury present.

Court reads modified Allen instruction to the jury.

Jury excused until March 29, 2022.

**ORDERED:   Defendants' bonds are continued.**

**5:03 p.m.**   Court in recess.

Trial continued.
Total time in court:    1:28