IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB        Date: March 29, 2022
Courtroom Deputy: Sabrina Grimm             Court Reporter: Kevin Carlin

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Michael Koenig
                                            Carolyn Sweeney
                                            Heather Call
                                            Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                     Michael Tubach
                                            Anna Pletcher
                                            Brian Quinn

2. MIKELL REEVE FRIES,                      Richard Kornfeld
                                            David Beller
                                            Kelly Page

3. SCOTT JAMES BRADY,                       Bryan Lavine
                                            Megan Rahman
                                            Tiffany Bracewell

4. ROGER BORN AUSTIN,                       Michael Feldberg
                                            Laura Carwile
                                            Julie Withers

5. TIMOTHY R. MULRENIN,                     Elizabeth Prewitt
                                            Marci LaBranche

6. WILLIAM VINCENT KANTOLA,                 Roxann Henry
                                            James Backstrom

7. JIMMIE LEE LITTLE,                       Mark Byrne
                                            Dennis Canty

8. WILLIAM WADE LOVETTE,                    John Fagg, Jr.
                                            Dru Nielsen
                                            James McLoughlin
                                            Kaitlin Price

9. GARY BRIAN ROBERTS, and                  Craig Gillen
                                            Richard Tegtmeier
                                            Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 22**

**4:13 p.m.**     Court in session.

Defendants present on bond.

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.

Court declares a mistrial.

Mr. Koenig states the government will retry the case.

**ORDERED:** The jury trial is reset for June 6, 2022 at 8:00 a.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.

**ORDERED:** The head of the United States Antitrust Division shall appear in one week before Chief Judge Philip A. Brimmer to explain why the case should be retried, as discussed.

**4:37 p.m.**     Jury present.

**ORDERED:** Counsel for a party or any party is not permitted to contact or speak to the jury after the termination of the trial, as stated on record.

Court thanks the jury for their service.  Jury is dismissed.

**ORDERED:** Defendants' bonds are continued.

**4:41 p.m.**     Court in recess.

Trial concluded.
Total time in court:    00:28