IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. WILLIAM WADE LOVETTE,
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

**UNITED STATES' UNOPPOSED MOTION TO DISMISS COUNT 1 OF THE SUPERSEDING INDICTMENT WITH PREJUDICE AS TO FIVE DEFENDANTS**

---

The government respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count 1 of the Superseding Indictment, ECF No. 101, with prejudice as to five defendants. In support of the Motion, the government states as follows:

    1.    On October 6, 2020, a grand jury in the District of Colorado returned a superseding indictment charging the above-captioned defendants with one count of conspiracy to restrain trade in violation of 15 U.S.C. § 1. ECF No. 101.

2. There have been two trials in this matter, both of which ended in mistrials after the respective juries were unable to reach a unanimous verdict as to any of the ten defendants.

3. In an effort to streamline the case and conserve the resources of the Court, the parties, and the public, the government hereby moves to dismiss all charges against defendants Timothy Mulrenin, William Kantola, Jimmie Little, Brian Roberts, and Rickie Blake.

4. Dismissal here is not contrary to manifest public interest. The government brought charges against all ten defendants to promote judicial economy. Dismissal without prejudice will allow the government to properly enforce federal law by proceeding against the remaining five defendants and to promote the fair administration of criminal justice. *See United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir. 1985).[1]

5. The government has conferred with counsel for defendants Mulrenin, Kantola, Little, Roberts, and Blake, none of whom object to the filing of this motion.

Dated: March 31, 2022           Respectfully submitted,

/s/ Michael T. Koenig
HEATHER CALL
MICHAEL KOENIG
CAROLYN SWEENEY
PAUL TORZILLI

---

[1] The government plans to contact the Court separately and promptly to suggest possible hearing dates regarding the appearance of Jonathan Kanter, Assistant Attorney General of the United States Department of Justice's Antitrust Division, to discuss proceeding with re-trial of defendants Penn, Fries, Brady, Austin, and Lovette.

Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States