IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the United States' Unopposed Motion to Dismiss Count 1 of the Superseding Indictment with Prejudice as to Five Defendants [Docket No. 1236]. The motion states that the government moves to dismiss five defendants both with prejudice, *id*. at 1 ("with prejudice as to five defendants"), and without prejudice. *Id.* at 2 ("Dismissal without prejudice will allow . . . ."). Accordingly, it is

    **ORDERED** that the government shall file a notice clarifying whether the government seeks to dismiss the superseding indictment against these five defendants with or without prejudice.

    DATED March 31, 2022.