IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on the United States' Unopposed Motion to Dismiss Count 1 of the Superseding Indictment with Prejudice as to Five Defendants [Docket No. 1238]. Wherefore, it is

**ORDERED** that the United States' Unopposed Motion to Dismiss Count 1 of the Superseding Indictment with Prejudice as to Five Defendants [Docket No. 1238] is granted. It is further

**ORDERED** that, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, count one of the superseding indictment in this case is dismissed with prejudice as to defendants Timothy R. Mulrenin, William Vincent Kantola, Jimmie Lee Little, Gary Brian Roberts, and Rickie Patterson Blake only. It is further

**ORDERED** that the bonds posted by defendants Timothy R. Mulrenin, William Vincent Kantola, Jimmie Lee Little, Gary Brian Roberts, and Rickie Patterson Blake shall be exonerated. It is further

**ORDERED** that the United States' Unopposed Motion to Dismiss Count 1 of the Superseding Indictment with Prejudice as to Five Defendants [Docket No. 1236] is denied as moot.

DATED March 31, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge