**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

---

**UNITED STATES' NOTICE REGARDING A HEARING WITH ASSISTANT ATTORNEY GENERAL JONATHAN KANTER TO DISCUSS FURTHER PROCEEDINGS IN THIS MATTER**

---

The government respectfully submits this notice regarding a hearing with Jonathan Kanter, Assistant Attorney General of the United States Department of Justice's Antitrust Division.

On March 29, 2022, after declaring a second mistrial in the above-captioned matter, the Court ordered a hearing with AAG Kanter to discuss a re-trial of all ten defendants. While the government believes, even after two mistrials, the admissible evidence is sufficient to obtain and sustain convictions against all ten original defendants, the government also recognizes and appreciates the significant time and resources that the Court, the respective juries, and the public generally invested in this matter so far. For those reasons, the government filed an unopposed motion to dismiss

the charges against defendants Mulrenin, Kantola, Little, Roberts, and Blake with prejudice, ECF No. 1238, which the Court granted on March 31. ECF No. 1239. The government's case-in-chief going forward will be significantly streamlined, requiring fewer fact witnesses, fewer exhibits, and fewer trial days.

The government respectfully requests the hearing be scheduled during the week of April 11, 2022. The government recognizes the Court referenced the week of April 4 and will, of course, re-arrange schedules if a date that week is scheduled and respectfully requests, in that event, a hearing date of April 7 or 8.

Dated: March 31, 2022

Respectfully submitted,

/s/ Michael T. Koenig
HEATHER CALL
MICHAEL KOENIG
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States