IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

---

### UNITED STATES' MOTION TO FILE RESPONSE IN EXCESS OF PAGE LIMIT TO THE DEFENDANTS' MOTIONS AND SUPPLEMENTAL MOTIONS FOR JUDGMENT OF ACQUITTAL

---

The government respectfully moves to file a consolidated opposition to the defendants' ten motions (including five motions and five supplemental motions) for acquittal in excess of the page limit set forth by Section III.A of this Court's Practice Standards for Criminal Cases.[1]  The government requests an additional 30 pages for its response, for a total of 45 pages, to respond to 147 pages of defense briefing.

\* \* \*

---

[1] After the defendants filed their motions for judgments of acquittal, the government moved to dismiss with prejudice Count One of the Superseding Indictment against defendants Blake, Kantola, Little, Mulrenin, and Roberts.  The Court dismissed those charges. ECF 1238, 1239. Accordingly, the motions by those defendants (ECF 1205, 1208, 1209, 1211, and 1213) are moot, and the government intends to respond only to the motions by the remaining defendants.

1

There is good cause for the government to file up to 45 pages in its consolidated opposition to the defendants' motions for judgment of acquittal.  The government is required to respond to ten motions that often number 15 pages each.  *See e.g.*, ECF 1215 (15 pages for defendant Lovette's motion), ECF 1214 (15 pages for defendant Penn's motion).  The ten motions together comprise 147 pages.

An additional 30 pages will permit the government better to describe the sufficiency of the evidence with respect to each defendant.  A consolidated response would also be more efficient than drafting five separate oppositions, as the defendants have been charged with a single price-fixing and bid-rigging conspiracy and make similar arguments disputing its existence.

Dated: April 5, 2022

Respectfully submitted,

*/s/ Yixi (Cecilia) Cheng*
YIXI (CECILIA) CHENG
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
Washington D.C. 20530
Tel: (202) 705-8342
cecilia.cheng@usdoj.gov
Attorneys for the United States