# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. ____20-cr-00152-PAB____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

_____United States of America_____

DATED at Denver, Colorado this __11__ day of _____April_____, __2022__

     _s/ Leslie Allen Wulff_____
Name of Attorney

     _United States Department of Justice___
Firm Name

     _450 Golden Gate Avenue_____
Office Address

     _San Francisco, CA, 94102_____
City, State, ZIP Code

     _(415) 229-2942_____
Telephone Number

     _Leslie.Wulff@usdoj.gov_____
Primary CM/ECF E-mail Address