IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   United States of America

DATED at Denver, Colorado this  11  day of  April , 2022

   s/ Matthew Chou
Name of Attorney

   United States Department of Justice
Firm Name

   450 Golden Gate Avenue
Office Address

   San Francisco, CA, 94102
City, State, ZIP Code

   (415) 218-9633
Telephone Number

   Matthew.Chou@usdoj.gov
Primary CM/ECF E-mail Address