IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this  11  day of   April  ,  2022

                       s/ Kaitlyn Elizabeth Barry
                       Name of Attorney

                       United States Department of Justice
                       Firm Name

                       209 South LaSalle Street, Suite 600
                       Office Address

                       Chicago, IL 60604
                       City, State, ZIP Code

                       (314) 692-1058
                       Telephone Number

                       Kaitlyn.Barry@usdoj.gov
                       Primary CM/ECF E-mail Address