**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. ____20-cr-00152-PAB____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

____United States of America____

      DATED at Denver, Colorado this __12__ day of _____April_____, __2022__

      _s/ Daniel Alan Loveland Jr._____
Name of Attorney

      _United States Department of Justice_
Firm Name

      _450 5th Street, NW_____
Office Address

      _Washington, DC 20530_____
City, State, ZIP Code

      _(202) 476-0453_____
Telephone Number

      _Daniel.Loveland@usdoj.gov_____
Primary CM/ECF E-mail Address