# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this   12   day of      April           ,   2022

 s/ Aidan Douglas McCarthy
Name of Attorney

United States Department of Justice
Firm Name

450 5th Street, NW
Office Address

Washington, DC 20530
City, State, ZIP Code

(202) 549-6183
Telephone Number

Aidan.McCarthy@usdoj.gov
Primary CM/ECF E-mail Address