IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, et al.,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this   12   day of   April  ,   2022  

s/ Mikal Jenna Condon
Name of Attorney

United States Department of Justice
Firm Name

450 Golden Gate Avenue
Office Address

San Francisco, CA, 94102
City, State, ZIP Code

(415) 229-2911
Telephone Number

Mikal.Condon@usdoj.gov
Primary CM/ECF E-mail Address