IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
8. WILLIAM WADE LOVETTE,

    Defendants.
_____

**ORDER RE-SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a nineteen day jury trial on the docket of Chief Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A201, 2nd Floor, 901 19th Street, Denver, Colorado, to commence on **June 6, 2022 at 8:00 a.m.** The trial dates will be June 6–9, June 13–16, June 27–30, July 5–7, and July 11–14. It is

ORDERED that, on or before April 25, 2022, the parties shall file their exhibit lists and witness lists. The parties shall use the same exhibit numbers as used in the second trial. It is further

ORDERED that, on or before April 25, 2022, the government shall identify any exhibits it anticipates introducing without a witness testifying about the document. Any new exhibits shall be provided at that time to the defendants. Defendants shall provide

any new exhibits to be used during direct examination of their witnesses to the government on or before April 25, 2022.[1]  It is further

ORDERED that, on or before May 9, 2022, defendants shall file any objections to the admission of exhibits the government identified as intending to admit without a sponsoring witness.  The objections shall include: (1) a brief description of the exhibit, including its exhibit number; (2) any objections to the exhibit's admissibility that defendants previously raised; (3) the Court's prior ruling(s), if any, as to admissibility, including a citation to the transcript;[2] and (4) any new objections.  The purpose of this process is to rule in advance of trial on exhibits whose admissibility does not depend on trial testimony.  It is further

ORDERED that a Trial Preparation Conference is set for **May 25, 2022 at 9:00 a.m.** in Courtroom A201.  The Court will conduct a hearing on the admissibility of exhibits the government intends to introduce without a sponsoring witness and discuss other issues related to the second retrial.  It is further

ORDERED that any pre-trial motions, including motions *in limine*, shall be filed on or before May 9, 2022.  Responses to pre-trial motions shall be filed on or before May 12, 2022.  The Court will not reconsider its earlier rulings, absent a change in circumstances warranting reconsideration.  The Court will consider defendants'

---

[1] This encompasses **both** parties' summary exhibits.  While the Court will permit changes to summary exhibits if necessary based on the evidence admitted at trial, the Court will not permit any changes to summary exhibits after this date that are not necessitated by trial developments.

[2] The citations should be to the official transcript if the defendants possess it for a given exhibit.  If defendants do not possess an official transcript of the Court's ruling, a citation to the unofficial transcript is sufficient.

previously stated arguments, objections, and positions, as well as those of the government, as preserved for purposes of the second retrial and for appellate review of the trial, first retrial, and second retrial.

DATED April 15, 2022.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge