IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

    Defendants.

## GOVERNMENT'S NOTICE OF INTENT TO PROCEED WITH PROSECUTION

As the Court requested at the conclusion of the status conference on April 14, 2022, the United States has continued to carefully review the facts and circumstances relevant to a retrial in this matter as well as the questions posed by the Court. As noted during that conference, at every juncture in this case, the United States has undertaken a thorough examination of the law, the admissible evidence, the law enforcement interests served by the prosecution, the significant impact of the charged conduct on the public, the deterrent value of the prosecution, and the nature and seriousness of the charged offense. These factors have guided the United States throughout this prosecution, to include the recent dismissal of five of the original defendants in this case.

After careful consideration, the United States continues to believe that these factors support proceeding with the case against defendants Penn, Brady, Austin, Scott, Fries, and Lovette.  The United States will continue to consider these factors as it proceeds with this prosecution.

Dated: April 25, 2022				Respectfully submitted,

/s/  Kevin B. Hart
KEVIN B. HART
LESLIE A. WULFF
PAUL TORZILLI
DANIEL A. LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 598-8242
Email: kevin.hart@usdoj.gov
*Attorneys for the United States*