## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

Case No.  1:20-cr-00152-PAB           Date: April 25, 2022

Case Title:  United States v. Jayson Penn et al.

### UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| Verizon Custodian [1, 2] | 0.75 hours |
| AT&T Custodian [1, 2] | 0.75 hours |
| Ted Sangalis [1, 2] | 0.75 hours |
| Sean King [1, 2] | 0.75 hours |
| Matt Bunch [1, 2] | 0.75 hours |
| Carolyn Sue Arens [1, 2] | 0.75 hours |
| Stephen Gresch [1, 2] | 0.75 hours |
| Ken Oliver [1, 2] | 0.75 hours |
| Lumakar Challa [1, 2] | 0.75 hours |
| William Kent [1, 2] | 0.75 hours |
| Stewart Ward [1, 2] | 0.75 hours |
| Claxton Poultry Custodian [1, 2] | 0.75 hours |
| Larry Barela [1, 2] | 0.75 hours |
| Simeon Morbey [1, 2] | 0.75 hours |
| Anna Bieganowska [1, 2] | 0.75 hours |
| Perdue Custodian [1, 2] | 0.75 hours |
| Chick-Fil-A Custodian [1, 2] | 0.75 hours |
| **Mark Glover** | 6/7 – 4 hours |
| Rachel Evans [2] | 6/8 – 2 hours |
| **Robert Bryant** | 6/8 - 6/9 – 8 hours |
| **Peter Suerken** | 6/9 – 3.5 hours |
| **Sheri Garland** [2] | 6/9 – 2 hours |
| **Eduardo Noronha** | 6/13 – 2 hours |
| **Michael Ledford** | 6/13 – 6 hours |
| **Robert Lewis** | 6/14 – 3 hours |
| Florence Becker | 6/14 – 1 hour |
| **Carl Pepper** | 6/14 - 6/15 – 6 hours |
| **Brandon Campbell** | 6/15 – 1 hour |
| **Sara Fisher** | 6/15 – 2.5 hours |

| **SA LaNard Taylor** | 6/15 – 2 hours |
|---|---|

[1] The government seeks to come to an agreement with the defendants similar to the agreement reached in the first re-trial to obviate the need to call most of the custodian witnesses listed. It has already initiated engagement on this issue. To the extent these efforts are unsuccessful, the government will submit a revised witness list to defendants and the Court reflecting the anticipated order of these witnesses.

[2] The government reserves the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this List.

\* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the most-recent trial, discounted for the reduction in the number of defendants from the prior trials.