IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

    Defendants.

## GOVERNMENT'S AMENDED NOTICE OF EXHIBITS WITHOUT A TESTIFYING WITNESS

The government hereby amends its Notice of Exhibits Without a Testifying Witness (ECF 1269). The government seeks to make the two following additions:

- Add Exhibit 10666. Exhibit 10666 is an excerpt of AT&T phone records. The entirety of those phone records is contained in Exhibit 8003. Exhibit 8003 was disclosed by the government in ECF 1086 and then again in ECF 1269. Therefore, the only change is to identify Exhibit 10666 as a smaller excerpt. Other similar excerpts have been admitted without objection in prior trials.

- Add Exhibit 410-2.  Exhibit 410-2 was admitted without objection during the February 2022 retrial without a testifying witness. The government inadvertently omitted Exhibit 410-2 from its April 25, 2022 disclosures.

## Exhibits from ECF 1086

| 108 | 442 | 586 | 982 | 1256 | 1733 | 1964 |
|-----|-----|-----|------|------|------|------|
| 109 | 443 | 587 | 1035 | 1258 | 1734 | 2000 |
| 113 | 444 | 588 | 1036 | 1409 | 1825 | 2001 |
| 114 | 445 | 589 | 1051 | 1427 | 1826 | 2002 |
| 143 | 446 | 590 | 1056 | 1444 | 1846 | 2005 |
| 219 | 447 | 617 | 1058 | 1500 | 1847 | 3025 |
| 245 | 448 | 622 | 1066 | 1501 | 1848 | 3037 |
| 246 | 449 | 623 | 1074 | 1503 | 1849 | 6047 |
| 247 | 450 | 624 | 1119 | 1505 | 1850 | 6088 |
| 330 | 451 | 625 | 1120 | 1522 | 1851 | 6089 |
| 352 | 453 | 702 | 1121 | 1523 | 1852 | 6134 |
| 353 | 494 | 703 | 1122 | 1526 | 1853 | 6198 |
| 354 | 495 | 710 | 1123 | 1528 | 1854 | 6235 |
| 355 | 496 | 733 | 1124 | 1538 | 1856 | 6282 |
| 356 | 497 | 764 | 1125 | 1539 | 1858 | 7040 |
| 404 | 498 | 765 | 1126 | 1544 | 1862 | 8000 |
| 433 | 499 | 766 | 1127 | 1546 | 1864 | 8001 |
| 434 | 518 | 803 | 1132 | 1547 | 1882 | 8002 |
| 435 | 542 | 901 | 1133 | 1614 | 1894 | 8003 |
| 436 | 546 | 920 | 1175 | 1615 | 1923 | 8004 |
| 437 | 559 | 933 | 1177 | 1700 | 1959 | 8005 |
| 438 | 563 | 940 | 1190 | 1713 | 1960 | 8006 |
| 439 | 564 | 953 | 1191 | 1722 | 1961 | 8007 |
| 440 | 584 | 955 | 1238 | 1728 | 1962 | 8008 |
| 441 | 585 | 980 | 1247 | 1729 | 1963 | 8024 |

| 8025 | 8051 | 8078 | 1036-1 | | |
|------|------|------|--------|--|--|
| 8026 | 8052 | 8079 | 410-1  | | |
| 8027 | 8053 | 8080 | 519-1  | | |
| 8028 | 8054 | 8081 | 9010-1 | | |
| 8029 | 8055 | 8082 | D-839  | | |
| 8030 | 8057 | 8083 | E-570  | | |
| 8031 | 8058 | 8084 | E-873  | | |
| 8032 | 8059 | 8085 | E-874  | | |
| 8033 | 8060 | 8098 | I-141  | | |
| 8034 | 8061 | 9010 |        | | |
| 8035 | 8062 | 9264 |        | | |
| 8036 | 8063 | 9645 |        | | |
| 8037 | 8064 | 9672 |        | | |
| 8038 | 8065 | 9707 |        | | |
| 8039 | 8066 | 9708 |        | | |
| 8040 | 8067 | 9709 |        | | |
| 8041 | 8068 | 9714 |        | | |
| 8042 | 8069 | 9715 |        | | |
| 8043 | 8071 | 9716 |        | | |
| 8045 | 8072 | 9720 |        | | |
| 8046 | 8073 | 9721 |        | | |
| 8047 | 8074 | 9722 |        | | |
| 8048 | 8075 | 9744 |        | | |
| 8049 | 8076 | 9745 |        | | |
| 8050 | 8077 | 9748 |        | | |

# Exhibits Disclosed April 25, 2022

| | | | | | |
|---|---|---|---|---|---|
| 50 | 748 | 1569 | 9692 | 10031 | 10056 |
| 51 | 749 | 1707 | 9694 | 10032 | 10057 |
| 52 | 750 | 1747 | 9696 | 10033 | 10581 |
| 53 | 959 | 1890 | 9703 | 10034 | 10602 |
| 54 | 1008 | 1891 | 9710 | 10035 | 10603 |
| 55 | 1025 | 3074 | 9743 | 10036 | 10604 |
| 56 | 1030 | 5016 | 9816 | 10037 | 10605 |
| 57 | 1069 | 9004 | 9833 | 10038 | 10616 |
| 58 | 1145 | 9018 | 9834 | 10039 | 10651 |
| 59 | 1146 | 9020 | 9870 | 10040 | 1438-1 |
| 60 | 1403 | 9265 | 9871 | 10041 | 1500-1 |
| 61 | 1404 | 9266 | 9874 | 10042 | 1700-1 |
| 62 | 1406 | 9267 | 9876 | 10043 | 1713-1 |
| 118 | 1407 | 9268 | 9885 | 10044 | 231-1 |
| 119 | 1410 | 9269 | 9905 | 10045 | 746-1 |
| 120 | 1427 | 9270 | 9977 | 10046 | 9255-1 |
| 221 | 1435 | 9272 | 9980 | 10047 | 9834-1 |
| 224 | 1438 | 9274 | 9984 | 10048 | |
| 230 | 1439 | 9275 | 10018 | 10049 | |
| 231 | 1510 | 9276 | 10024 | 10050 | |
| 232 | 1511 | 9278 | 10026 | 10051 | |
| 234 | 1514 | 9279 | 10027 | 10052 | |
| 413 | 1515 | 9281 | 10028 | 10053 | |
| 618 | 1542 | 9690 | 10029 | 10054 | |
| 744 | 1552 | 9691 | 10030 | 10055 | |

## Exhibits Disclosed May 4, 2022

| 10666 | | | | | |
|---|---|---|---|---|---|
| 410-2 | | | | | |

Dated: May 4, 2022	Respectfully submitted,

/s/ Leslie A. Wulff
KEVIN B. HART
LESLIE A. WULFF
PAUL TORZILLI
DANIEL A. LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 229-2900
Email: leslie.wulff@usdoj.gov
*Attorneys for the United States*