IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
8. WILLIAM WADE LOVETTE,

    Defendants.
_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Defendants' Motion for Expanded Jury Voir Dire and Peremptory Challenges to Cure Government's Extrajudicial Statements [Docket No. 1276]. Defendants move for five additional peremptory challenges and twenty additional minutes of voir dire in light of public statements by the government that defendants argue violate Rule 3.8(f) of the Colorado Rules of Professional Conduct. *Id.* at 1. The government opposes the motion. Docket No. 1287.

    Defendants previously moved the Court for ten additional peremptory challenges based on "[t]he number of defendants, complexity of the case, and likelihood of biased jurors in the pool." Docket No. 525 at 2. The Court denied the motion. Docket No. 603 at 5. However, the Court did grant defendants' motion for additional voir dire time, permitting forty-five minutes of voir dire per side at the first trial, *id.* at 1, and fifty minutes per side at the second trial. Docket No. 1041 at 12-13. The current voir dire time allows defendants sufficient time to explore any press coverage a prospective juror has been exposed to, and the Court will evaluate for-cause challenges based on each prospective juror's circumstances. The Court sees no need for additional peremptory challenges or voir dire time. Accordingly, it is

2

**ORDERED** that Defendants' Motion for Expanded Jury Voir Dire and Peremptory Challenges to Cure Government's Extrajudicial Statements [Docket No. 1276] is **DENIED**.

DATED May 6, 2022.

2