IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
8. WILLIAM WADE LOVETTE,

    Defendants.
_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the United States' Notice of Excluded Time Under the Speedy Trial Act and Request for Updated Trial Dates [Docket No. 1288]. The trial in this case is set for June 6–9, June 13–16, June 27–30, July 5–7, and July 11–14.  Docket No. 1263 at 1.  The government argues that certain motions have excluded time under the Speedy Trial Act, which would allow the Court to re-set the trial for a later date.  Docket No. 1288 at 1.  The government asks the Court to re-set the trial for a later date in order to eliminate the one week break in the trial during the week of June 20.  *Id.*  Because the "notice" and "request" seeks relief from the Court, the Court construes it as a motion.  Defendants oppose the motion.  Docket No. 1293.

    The government argues that jurors could be exposed to outside information during the break and that the break could interfere with jurors' focus.  Docket No. 1288 at 5.  The Court's schedule necessitated a week-long break during the first trial of this case.  Despite this, there was no indication of exposure to outside information or a lapse of focus.  Additionally, the government's witness list anticipates that it will rest on June 15, *see* Docket No. 1271 at 2, before the break the week of June 20.  The Court finds no prejudice in the current schedule.  Finally, the Court's schedule does not permit re-setting the trial for a later date.  Accordingly, it is

2

**ORDERED** that the United States' Notice of Excluded Time Under the Speedy Trial Act and Request for Updated Trial Dates [Docket No. 1288], construed as a motion for new trial dates, is **DENIED**.

DATED May 6, 2022.