## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

 Defendants.

---

## UNITED STATES' MOTION TO FILE OMNIBUS MOTIONS *IN LIMINE* IN EXCESS OF PAGE LIMIT

---

 The government respectfully moves to file omnibus motions *in limine* in excess of the 15 page limit set forth by Section III.A of this Court's Practice Standards for Criminal Cases. The government requests an additional 5 pages, for a total of 20 pages.

 Good cause exists for the government's motion. An additional 5 pages will permit the government to better address the complex history of this case. It must address evidentiary and testimonial issues related to hundreds of exhibits, five different defendants, and a plethora of witnesses in light of what occurred over the course of the two lengthy trials that have already occurred. Judicial economy would also be served by a single, omnibus motions *in limine* rather than numerous separately filed motions.

Dated: May 6, 2022

Respectfully submitted,

/s/ Aidan McCarthy
AIDAN MCCARTHY
KEVIN HART
LESLIE WULFF
PAUL TORZILLI
DANIEL LOVELAND
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*