IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

      Defendants.

**UNITED STATES' MOTION TO FILE OMNIBUS RESPONSE TO THE DEFENDANTS' MOTIONS *IN LIMINE* IN EXCESS OF PAGE LIMIT**

      The government respectfully moves to file an omnibus response to the defendants' motions in limine, in excess of the 15 page limit set forth by Section III.A of this Court's Practice Standards for Criminal Cases. The government requests an additional 10 pages for its response, for a total of 25 pages.

      There is good cause for the government to file up to 25 pages in its omnibus response. The government is responding to nine motions ranging in length from 6 to 13 pages. (*E.g.*, ECF 1312 (6 pages); ECF 1304 (13 pages).) The nine motions (ECF 1303, 1304, 1308, 1309, 1310, 1312, 1313, 1315, and 1317), without their attachments, comprise 91 pages in total. An additional 10 pages will permit the government to better

address the defendants' multiple arguments.

Judicial economy would also be served by a single, omnibus response rather than nine separate ones. The government anticipates addressing much of the same evidence and points of law in responding to the defendants' motions and an omnibus response will help avoid unnecessary redundancy.

Dated: May 10, 2022                                  Respectfully submitted,

/s/ Aidan McCarthy
AIDAN MCCARTHY
KEVIN HART
LESLIE WULFF
PAUL TORZILLI
DANIEL LOVELAND
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*
