# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB
UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

## MOTION TO WITHDRAW

Trial Attorney Heather D. Call hereby files this Motion to Withdraw as counsel of record on behalf of the United States and requests termination of electronic service in the above-captioned case. Department of Justice, Antitrust Division Attorneys Michael Koenig, Aidan McCarthy, Carolyn Sweeney, Daniel Loveland, Jill Rogowski, Kaitlyn Barry, Kevin Hart, Laura Butte, Leslie Wulff, Matthew Chou, Mikal Condon, Paul Torzilli, and Yixi Cecilia Cheng will remain as counsel of record in this case.

Dated this 18th day of May 2022.

    Respectfully submitted,

    /s/ *Heather D. Call*
    Heather D. Call
    Trial Attorney
    Antitrust Division
    U.S. Department of Justice

Washington D.C. 20530  
Tel: (202) 598-2623  
Email: Heather.Call@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: /s/ *Heather D. Call*
Heather D. Call
Trial Attorney
Antitrust Division
U.S. Department of Justice
Washington D.C. 20530
Tel: (202) 598-2623
Email: Heather.Call@usdoj.gov