IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

## UNITED STATES' PROPOSED *VOIR DIRE*

The government hereby submits the following *voir dire* questions for the June 6, 2022 trial in the above-captioned case:

**General Information**

1. Please state your name and town where you live.
2. Are you married? If so, what does your spouse do?
3. Do you have any children? If so, what are their ages, genders, and occupations?
4. What is your highest level of education?
5. Do you hold any college degrees and, if so, what degrees?
6. What is your reading proficiency in English?
7. Where have you been employed for the past 10 years?

    a. What type of work do you do presently?

    b. Do you supervise people? If yes, how many? Have you ever been held accountable for the actions (or inactions) of people you supervise?

    c. Are you involved in sales?

    d. Do you have any price-setting responsibility at your company? If so, what is your responsibility?

    e. Have you ever owned your own company?

8. As part of your job do you conduct business over email?

9. Is there anything about that would make you uncomfortable about reading exhibits on the screen in front of you if they are presented without a witness on the stand—in other words if they aren't read out loud to you?

10. You heard about the schedule from the Court, does anything about the schedule make you concerned about your ability to remember the evidence?

11. Are you a member of any clubs, community, civil organizations? I am not asking about any political organizations you may be a member of. Please do not tell me about any political organizations.

    a. If so, what are the organizations?

    b. Have you ever been an officer of any of the organizations that you named?

12. Have you ever been a juror in a trial before? If yes:

    a. When and in what court?

    b. Was it a criminal or civil matter? What was the nature of the crime or the cause of action?

    c. Did the jury reach a verdict?

    d. Did you serve as the foreperson?

13. If you served on a civil jury previously, do you understand that beyond a reasonable doubt that the judge described earlier is a higher burden of proof than the civil burden of proof?

14. If you were selected as a juror is there anything about sharing your view point as part of deliberation and trying to convince other people of your opinion that would make you uncomfortable?

15. Have you ever been a defendant in a criminal case or had a family member or close friend who was a defendant in a criminal matter? If yes

    a. Who?

    b. What was the charge?

    c. When?

    d. What happened with the case?

        i. Did you (or they) plead guilty or not guilty?

        ii. Did the case go to trial? A jury trial or a court trial? What was the outcome of the trial?

        iii. Were you or they satisfied with the criminal justice process? Why or why not?

  e. Was there anything about that experience that would prevent you from being fair and impartial if selected to serve on the jury in this case? If yes, why?

16. Have you ever been called as a witness in a trial? If yes,

  a. When and in what court?

  b. What type of case was it?

17. Have you, a family member, or someone close to you ever been involved in a lawsuit or civil action involving the United States Government or one of its agencies or departments? If yes, please explain the nature of the matter. Does anything about that experience affect your ability to be fair and impartial in this case?

18. Are you or have you been employed by the federal government or have family members or close friends who are so employed? If yes, who and with what agency?

19. Do you have any undue hardship that would affect your ability to give your full attention to this trial?

20. What magazine and websites do you subscribe to or routinely read? I am not asking about any political organizations you may be a member of or political websites you may subscribe to or routinely read. Please do not tell me about any political websites you may subscribe to or routinely read.

21. Is there any religious, moral, ethical, or other reason why you would be unable to render judgment in this case? Is there anything about your religious, moral, or

ethical beliefs that would make you feel uncomfortable about sitting in judgment of someone?

22. Do you know any of the lawyers in this case or the defendants? Do you know the judge or any of the courtroom staff? Do you know any of the other members of the jury panel?

**General Legal Principles**

23. Do you feel like it's a waste of time or resources for the government to investigate economic crimes?

24. Do you feel like the government shouldn't prosecute individuals for committing economic crimes?

25. Is there anything that makes you feel comfortable about convicting a senior executive for directing or encouraging the illegal conduct of his/her employees?

26. Is there anything about the fact that this is a case in federal court brought by the federal government that makes you uncomfortable?

27. Is there any reason why you feel that you cannot or should not draw inferences about a person's state of mind based on evidence of their conduct?

28. If the government proves that a defendant is guilty beyond a reasonable doubt, do you have any views or beliefs or feelings that would cause you to hesitate to convict a defendant?

29. Is there anyone who would require the Government to prove its case to overcome every possible doubt, as opposed to beyond a reasonable doubt, before you could vote "guilty?"

30. If one or more of the instructions on the law given to you by the Court are in conflict with your own personal beliefs, or if you disagree with any one of the Judge's instructions, will you still abide by the Court's instructions on the law and put your own personal beliefs aside?
31. Will you abide by the Judge's instructions on the law and apply the law to the facts?
32. Does the fact that this trial involves the broiler chicken industry affect your ability to be fair and impartial in this case?
33. Do you think commercial farming of chicken for human consumption is inappropriate or morally wrong? If so, will that affect your ability to be fair and impartial in this case?
34. Have you, a close friend, or a family member ever worked in the broiler chicken, agriculture, restaurant, grocery, or related industries? If so, please explain. Will that experience affect your ability to be fair and impartial in this case?
35. Have you read or heard anything about this case at any time over the past 8 months? If so, will what you read or heard affect your ability to be fair and impartial in this case?
36. Have you, your relatives or your close friends even been the victim of and antitrust crime, such as price fixing or bid rigging, or been the victim of fraud? If so, will that experience affect your ability to be fair and impartial in this case?
37. Have you received antitrust training as part of your job?

38. Have you had any contact with the FBI or U.S. Department of Commerce in the past?  Was your experience especially good or especially bad? Can you be fair and impartial in this case given that experience?

39. Would you have a hard time trusting witnesses who work for the government or lawyers who work for the government?  Alternatively would you hold them to a *higher* standard of honesty than any other testifying witness or lawyer in the courtroom?

40. You may also hear testimony in this case from witnesses who the government has agreed not to prosecute pursuant to an agreement in exchange for their testimony. Would that impact your feelings about the government's case if it called witnesses who received some form of immunity?

41. Will you be able to consider testimony from those witnesses fairly and impartially?

Dated: May 23, 2022

Respectfully submitted,

/s/  Leslie A. Wulff
KEVIN B. HART
LESLIE A. WULFF
PAUL J. TORZILLI
DANIEL A. LOVELAND JR.
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: 415-934-5300
leslie.wulff@usdoj.gov
Attorneys for the United States