IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 8, 2022 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Janet Coppock |

*Parties:*                                *Counsel:*

UNITED STATES OF AMERICA,        Leslie Wulff
                                            Kevin Hart
                                            Daniel Loveland
                                            Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,            Michael Tubach
                                            Anna Pletcher
                                            Brian Quinn

2. MIKELL REEVE FRIES,              Richard Kornfeld
                                            David Beller
                                            Kelly Page

3. SCOTT JAMES BRADY,             Bryan Lavine
                                            Laura Kuykendall

4. ROGER BORN AUSTIN,            Michael Feldberg
                                            Laura Carwile
                                            Julie Withers

8. WILLIAM WADE LOVETTE,      John Fagg, Jr.
                                            Dru Nielsen
                                            Frank Schall

    Defendants.

## COURTROOM MINUTES

### JURY TRIAL – DAY 3

**8:23 a.m.**     **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury not present.

Discussion regarding a new exhibit, Government's Exhibit 63.  Ms. Wulff advises the Court that the Government no longer intends to use Government's Exhibit 63 as a demonstrative.

8:34 a.m.      Jury present.

Government's witness, Sara Fisher, resumes.

8:38 a.m.      Continued direct examination of Ms. Fisher by Mr. Loveland.

**Exhibits 1825, 1826, 1930, 1920, F-852, F-853, C-465 are admitted.**

8:49 a.m. to 8:51 a.m.      Bench conference.

8:52 a.m.      Continued direct examination of Ms. Fisher by Mr. Loveland.

**Exhibits C-207, F-789, F-796, G-474, B-963, F-747, F-783 are admitted.**

9:08 a.m. to 9:09 a.m.      Bench conference.

**9:11 a.m.      Court in recess.**
**9:35 a.m.      Court in session.**

Jury not present.

Discussion regarding Juror 100451561.

Brief recess for counsel to confer.

Counsel recommend that the Court excuse Juror 100451561 and that the first alternate take his seat.

9:48 a.m.      Juror 100451561 is present.

**ORDERED:  Juror 100451561 is excused from further service in this case.**

9:49 a.m.      Jury present.

9:52 a.m.      Continued direct examination of Ms. Fisher by Mr. Loveland.

9:56 a.m. to 10:03 a.m.      Bench conference.

10:03 a.m.      Continued direct examination of Ms. Fisher by Mr. Loveland.

10:04 a.m.     Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibits 1119, 1121, 1123, 1125, 1126, 1127, F-744, F-756, F-765, F-774 are admitted.**

10:24 a.m. to 10:27 a.m.     Bench conference.

10:27 a.m.     Continued cross examination of Ms. Fisher by Ms. Carwile.

**Exhibit I-979 is admitted.**

10:44 a.m. to 10:45 a.m.     Bench conference.

10:46 a.m.     Continued cross examination of Ms. Fisher by Ms. Carwile.

**Exhibit I-054 is admitted.**

**10:49 a.m.     Court in recess.**
**11:03 a.m.     Court in session.**

Jury present.

11:04 a.m.     Continued cross examination of Ms. Fisher by Ms. Carwile.

11:40 a.m.     Cross examination of Ms. Fisher by Ms. Kuykendall.

**Exhibits F-915, F-916, F-868, F-754 are admitted.**

11:59 a.m.     Jury excused.

Discussion regarding counsel using the term "hearings" instead of "proceedings" regarding previous testimony.

Discussion regarding testimony from a new witness.

**12:06 p.m.     Court in recess.**
**1:17 p.m.     Court in session.**

Jury not present.

Discussion regarding Government's Exhibit 63 and the Government's request to add an additional witness.  The Government proposes to substitute in Rebecca Nelson for a portion of Ms. Evans' testimony.

**ORDERED:  The testimony of Ms. Nelson will be excluded.**

**ORDERED:** Ms. Evans may testify as the next witness and may testify about Exhibit 63, but the exhibit will not be displayed today. The Government shall make Ms. Evans available if the Defendants want to cross-examine her further regarding Exhibit 63 at the end of the Government's case.

1:50 p.m.    Jury present.

1:52 p.m.    Continued cross examination of Ms. Fisher by Ms. Kuykendall.

1:57 p.m.    Cross examination of Ms. Fisher by Ms. Pletcher.

1:57 p.m.    Cross examination of Ms. Fisher by Ms. Page.

1:59 p.m.    Redirect examination of Ms. Fisher by Mr. Loveland.

2:00 p.m. to 2:04 p.m.    Bench conference.

2:04 p.m.    Continued redirect examination of Ms. Fisher by Mr. Loveland.

2:09 p.m. to 2:11 p.m.    Bench conference.

2:11 p.m.    Continued redirect examination of Ms. Fisher by Mr. Loveland.

2:17 p.m. to 2:28 p.m.    Bench conference.

Government's witness, Rachel Evans, called and sworn.

2:30 p.m.    Direct examination of Ms. Evans by Ms. Wulff.

Exhibit 90-10 is displayed as a demonstrative.

**Exhibit 90-10 is admitted.**

2:40 p.m.    Voir dire examination of Ms. Evans by Ms. Carwile.

2:47 p.m.    Continued direct examination of Ms. Evans by Ms. Wulff.

Exhibit 56, page 1, is displayed as a demonstrative.

Exhibit 56, top 4 rows of page 2, is displayed as a demonstrative.

Exhibit 498 is displayed as a demonstrative.

3:08 p.m.    Cross examination of Ms. Evans by Ms. Carwile.

**3:14 p.m.    Court in recess.**

**3:37 p.m.**     **Court in session.**

Jury present.

3:39 p.m.     Continued cross examination of Ms. Evans by Ms. Carwile.

Exhibit 59, line 1 of page 1, is displayed as a demonstrative.

Exhibit 1051 is displayed as a demonstrative.

Exhibit 52, the entries dated November 29, 2012 at 2:31 PM ET and 4:53 PM ET, is displayed as a demonstrative.

3:51 p.m.     Redirect examination of Ms. Evans by Ms. Wulff.

Government's witness, Robert Bryant, called and sworn.

3:54 p.m.     Direct examination of Mr. Bryant by Mr. Torzilli.

4:07 p.m. to 4:16 p.m.     Bench conference.

4:16 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

4:32 p.m. to 4:43 p.m.     Bench conference.

4:44 p.m.     Jury excused until June 9, 2022 at 8:30 a.m.

Mr. Fagg updates the Court regarding the Touhy request that the Defendants sent to the Government.

**ORDERED:  Bond is continued as to all defendants.**

**4:47 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:12