IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  June 9, 2022 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:  Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Leslie Wulff
  Kevin Hart
  Daniel Loveland
  Paul Torzilli

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,  Michael Tubach
  Anna Pletcher
  Brian Quinn
2. MIKELL REEVE FRIES,  Richard Kornfeld
  David Beller
  Kelly Page
3. SCOTT JAMES BRADY,  Bryan Lavine
  Laura Kuykendall
4. ROGER BORN AUSTIN,  Michael Feldberg
  Laura Carwile
  Julie Withers
8. WILLIAM WADE LOVETTE,  John Fagg, Jr.
  Dru Nielsen
  Frank Schall

  Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 4**

**8:31 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Government's witness, Robert Bryant, resumes.

8:33 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:03 a.m. to 9:07 a.m.     Bench conference.

9:08 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:09 a.m. to 9:12 a.m.     Bench conference.

9:12 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibit 1066 is admitted.**

9:24 a.m. to 9:30 a.m.     Bench conference.

9:30 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:33 a.m. to 9:38 a.m.     Bench conference.

9:39 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**10:10 a.m.     Court in recess.**
**10:28 a.m.     Court in session.**

Jury present.

10:30 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

10:36 a.m. to 10:41 a.m.     Bench conference.

10:41 a.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibits 1882, 1919 are admitted.**

**Exhibit 1890 as redacted is admitted.**

**Exhibit 1891 is admitted.**

**11:57 a.m.     Court in recess.**
**1:32 p.m.     Court in session.**

Jury present.

1:35 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:40 p.m. to 1:45 p.m.     Bench conference.

1:45 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:48 p.m. to 1:51 p.m.     Bench conference.

1:51 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

1:57 p.m. to 2:06 p.m.     Bench conference.

2:06 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

2:07 p.m. to 2:13 p.m.     Bench conference.

2:14 p.m.     Continued direct examination of Mr. Bryant by Mr. Torzilli.

**Exhibits 9140, 9139, 3039, 979 are admitted.**

2:58 p.m.     Cross examination of Mr. Bryant by Mr. Beller.

2:59 p.m. to 3:01 p.m.     Bench conference.

3:01 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

**3:12 p.m.     Court in recess.**
**3:33 p.m.     Court in session.**

Jury not present.

Mr. Torzilli raises an issue regarding the cross examination of Mr. Bryant.

3:35 p.m.     Jury present.

3:36 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

3:42 p.m. to 3:46 p.m.     Bench conference.

3:47 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

3:50 p.m. to 3:53 p.m.     Bench conference.

3:53 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

4:37 p.m. to 4:42 p.m.     Bench conference.

4:42 p.m.     Continued cross examination of Mr. Bryant by Mr. Beller.

**Exhibit 1055 is admitted.**

4:54 p.m.     Jury excused until June 13, 2022 at 8:30 a.m.

**ORDERED:   Bond is continued as to all defendants.**

**4:55 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:10