# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 06/12/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant)    WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Richard Eddington | 6/15/2022 - 3 hours |
| Mike Brown | 6/16/2022 - 45 minutes |
| Brenda Ray | 6/16/2022 - 2 hours |
| Marcus Shelton | 6/16/2022 - 0.5 hours |
| Rangel Capparelli* | 6/16/2022 - 2 hours |
| Darrell Bowlin* | 6/16/2022 - 1 hour |
| Brandon Campbell* | 6/27/2022 - 1 hour |
| Michael Ledford | 6/27/2022 - 4 hours |
| Greg Finch | 6/27/2022 to 6/28/2022 - 4 hours |
| Kent Kronauge | 6/28/2022 - 3 hours |
| Melissa Hoyt | 6/28/2022 - 0.5 hours |
| Sheri Garland | 6/28/2022 - 0.5 hours |
| Kendra Waldbusser | 6/28/2022 - 1.0 hours |
| Bruce Bagshaw | 6/29/2022 - 0.5 hours |
| Edward Snyder | 6/29/2022 - 5 hours |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

Case No.   20-cr-00152-PAB                    Date: 06/12/2022

Case Title:  U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant)     WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Rhonda Warble* | 6/30/2022 - 1.5 hours |
| Matthew Herman* | 6/30/2022 - 1 hour |
| Agent LaNard Taylor*  ** | 6/30/2022 - 2 hours |
| Pilgrim's Pride Custodian* | 6/30/2022 - 30 minutes |
| Joseph Pochron* | 7/5/2022 - 1 hour |
| Bill Kantola* | 7/5/2022 - 2 hours |
| Tim Mulrenin* | 7/5/2022 - 2 hours |
| Brian Roberts* | 7/5/2022 - 2 hours |

*Defendants may not call these witnesses, but a final determination has not been made.

**Defendants reserve the right to substitute this witness with other agents to provide the same or similar testimony as Defendants intend to elicit from the witness identified.

***Defendants reserve the right to remove additional witnesses or supplement with additional witnesses after hearing testimony or argument presented during the Government's case-in-chief. Defendants also reserve the right to call any witnesses that the Government has designated on any of its witness lists filed for this trial. Defendants reserve the right to modify the schedule depending on when the Government rests its case and the availability of the Defense witnesses.