IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB            Date: 06/15/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Mike Brown | 6/16/2022 - 1 hour |
| Brenda Ray | 6/16/2022 - 2 hours |
| Marcus Shelton | 6/16/2022 - 0.5 hours |
| Rich Eddington | 6/27/2022 - 4 hours |
| Greg Finch | 6/27/2022 to 6/28/2022 - 5 hours |
| Michael Ledford | 6/28/2022 - 4 hours |
| Edward Snyder | 6/29/2022 - 5.5 hours |
| Bruce Bagshaw | 6/29/2022 - 30 minutes |
| Kent Kronauge | 6/30/2022 - 2 hours |
| Kendra Waldbusser* | 6/30/2022 - 1 hour |
| Agent LaNard Taylor* ** | 6/30/2022 - 1 hours |

*Defendants may not call these witnesses, but a final determination has not been made.

**Defendants reserve the right to substitute this witness with other agents to provide the same or similar testimony as Defendants intend to elicit from the witness identified.

The order of appearance of witnesses and the dates for all witnesses' testimony is subject to change based upon the Court's decision regarding how to proceed on Thursday, June 16, 2022.

Defendants do not intend to call any additional witnesses, but reserve the right to do so with appropriate notice to the government. Defendants all reserve the right to testify at any point during the defense.