IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 14, 2022 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Janet Coppock |

*Parties:* *Counsel:*

UNITED STATES OF AMERICA,   Leslie Wulff
 Kevin Hart
 Daniel Loveland
 Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
 Anna Pletcher
 Brian Quinn
2. MIKELL REEVE FRIES,   Richard Kornfeld
 David Beller
 Kelly Page
3. SCOTT JAMES BRADY,   Bryan Lavine
 Laura Kuykendall
4. ROGER BORN AUSTIN,   Michael Feldberg
 Laura Carwile
 Julie Withers
8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
 Dru Nielsen
 Frank Schall

    Defendants.

---

## COURTROOM MINUTES

**JURY TRIAL – DAY 6**

**8:17 a.m.    Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury not present.

Defendants object to Exhibits 6046 and 7046 that the Government intends to introduce without a sponsoring witness.

Statements by Ms. Tomlinson and Mr. Loveland.

**ORDERED:   Court will allow the Government to introduce Exhibits 6046 and 7046.**

Ms. Nielsen requests that the Government instruct Mr. Suerken's counsel to avoid references to JBS, and Ms. Wulff does not object to this instruction.

**8:27 a.m.      Court in recess.**
**8:33 a.m.      Court in session.**

Jury not present.

Court updates counsel regarding Juror 100434675's loss in her family.

**8:35 a.m.      Jury present.**

Government moves into evidence the exhibits listed at Docket No. 1378, Attachment A.

**Exhibits 119, 143, 219, 230, 231, 232, 245, 246, 330, 352, 353, 354, 355, 356, 404, 413, 424, 433, 434, 435, 436, 437, 438, 439, 440, 441, 442, 443, 444, 445, 446, 447, 448, 453, 494, 495, 496, 497, 498, 499, 518, 546, 563, 564, 584, 585, 586, 587, 588, 589, 590, 617, 622, 623, 624, 625, 702, 703, 710, 733, 748, 749, 750, 764, 765, 766, 803, 900, 920, 940, 959, 980, 981, 982, 1008, 1025, 1035, 1036, 1051, 1058, 1066, 1069, 1074, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1127, 1132, 1133, 1145, 1146, 1175, 1190, 1191, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239, 1240, 1241, 1247, 1248, 1249, 1403, 1404, 1406, 1407, 1409, 1410, 1426, 1427, 1428, 1430, 1432, 1434, 1435, 1438, 1439, 1442, 1444, 1500, 1501, 1503, 1505, 1514, 1515, 1522, 1523, 1524, 1525, 1526, 1528, 1538, 1539, 1542, 1544, 1552, 1569, 1583, 1584, 1614, 1615, 1722, 1728, 1729, 1733, 1734, 1736, 1825, 1826, 1846, 1847, 1848, 1849, 1850, 1851, 1852, 1853, 1854, 1856, 1858, 1862, 1864, 1894, 1923, 1959, 1960, 1961, 1962, 1963, 1964, 2000, 2005, 3025, 3074, 5016, 6046, 6047, 6088, 6089, 6134, 6235, 6282, 7040, 8000, 8001, 8002, 8003, 8004, 8005, 8006, 8007, 8008, 8024, 8025, 8026, 8027, 8028, 8029, 8030, 8031, 8032, 8033, 8034, 8035, 8036, 8037, 8038, 8039, 8040, 8041, 8042, 8043, 8045, 8046, 8047, 8048, 8049, 8050, 8051, 8052, 8053, 8054, 8055, 8057, 8058, 8059, 8060, 8061, 8062, 8063, 8064, 8065, 8066, 8067, 8068, 8069, 8071, 8072, 8073, 8074, 8075, 8076, 8077, 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085, 9004, 9010, 9264, 9645, 9672, 9690, 9691, 9692, 9694, 9696, 9710, 9716, 9720, 9721, 9722, 9744, 9745, 9748, 9871, 9876, 9885, 9980, 10024, 10026, 10055, 10056, 10666, 1036-1, 1438-1, 1500-1, 1700-1, 1713-1, 231-1, 410-1, 410-2, 9010-1, A-612 (1747), A-626, A-627, D-330, D-788 are admitted.**

**Exhibits 1700, 10651 are admitted.**

**Exhibit 1713 is admitted, as redacted.**

**Exhibits 53, 56 are admitted.**

Government's witness, Theodore Sangalis, called and sworn.

9:24 a.m.     Direct examination of Mr. Sangalis by Mr. Hart.

9:42 a.m. to 9:45 a.m.     Bench conference.

9:45 a.m.     Continued direct examination of Mr. Sangalis by Mr. Hart.

**Exhibits 1104, 1105, D-543, and D-544 are admitted.**

Government offers Exhibit 9505 as redacted into evidence.

9:52 a.m.     Voir dire examination of Mr. Sangalis by Mr. Feldberg.

**Exhibit 9505 is admitted as redacted.**

9:53 a.m.     Continued direct examination of Mr. Sangalis by Mr. Hart.

**Exhibits 10048, 10049, 10050, 10051, 10052, 10053, 10054 are admitted.**

Government offers D-146 through D-149 into evidence.

9:55 a.m. to 10:04 a.m.     Bench conference.

**Exhibits D-146 and D-148 are admitted as redacted.**

**Exhibits D-147 and D-149 are admitted.**

10:06 a.m.     Continued direct examination of Mr. Sangalis by Mr. Hart.

**Exhibit D-292 is admitted.**

10:11 a.m.     Cross examination of Mr. Sangalis by Mr. Quinn.

10:14 a.m.     Cross examination of Mr. Sangalis by Mr. Schall.

10:16 a.m.     Cross examination of Mr. Sangalis by Mr. Feldberg.

10:17 a.m.     Jury excused.

Mr. Loveland advises the Court that Ms. Becker is the next witness and requests that the Court instruct her before her testimony.

| | |
|---|---|
| **10:22 a.m.** | **Court in recess.** |
| **10:41 a.m.** | **Court in session.** |

Jury present.

Government's request to publish Exhibits 982 and 355 is granted.

**Exhibit 57 is admitted.**

**Exhibits 1546, D-839, I-141 are admitted.**

10:55 a.m.     Jury excused.

Court instructs witness Florence Becker as set forth on the record.

11:01 a.m.     Jury present.

Government's witness, Florence Becker, called, sworn, and appears by video teleconference.

11:04 a.m.     Direct examination of Ms. Becker by Mr. Loveland.

Government offers Exhibit 1030 into evidence.

11:25 a.m.     Voir dire examination of Ms. Becker by Mr. Tubach.

11:26 a.m. to 11:30 a.m.    Bench conference.

**Exhibit 1030 is admitted.**

11:30 a.m.     Cross examination of Ms. Becker by Mr. Tubach.

11:32 a.m.     Cross examination of Ms. Becker by Mr. Beller.

11:37 a.m.     Redirect examination of Ms. Becker by Mr. Loveland.

Government offers Exhibit 3037 into evidence.

11:41 a.m. to 11:46 a.m.    Bench conference.

**Exhibits 3037, 50, 51, 52 are admitted.**

12:00 p.m.     Jury excused.

Discussion regarding exhibits that the Government intends to introduce based upon the foundation the Government believes was laid by Mr. Sangalis.

| | |
|---|---|
| **12:04 p.m.** | **Court in recess.** |
| **1:20 p.m.** | **Court in session.** |

Jury not present.

Government intends to introduce Exhibits 9018, 9020, 10112, 10113, 1061, and 1062.

Statements by Mr. Hart, Mr. Schall, Mr. Beller, Mr. Fagg, and Mr. Quinn.

**Exhibits 9018, 9020, 10112, and 10113 are refused.**

**Court will sustain the objection as to the hearsay in Exhibit 1062. The Re: line at the very bottom of Exhibit 1062 should be redacted. Government shall redact the reference to JBS in both exhibits. Otherwise, the Court will admit both Exhibits 1061 and 1062 and overrule the objections to them.**

1:46 p.m.     Jury present.

Government's witness, Robert Lewis, called and sworn.

1:54 p.m.     Direct examination of Mr. Lewis by Mr. Hart.

2:25 p.m. to 2:27 p.m.     Bench conference.

2:27 p.m.     Continued direct examination of Mr. Lewis by Mr. Hart.

**Exhibits 1134, 1135, 1136, 1137, 1139, 1221-1 are admitted.**

**Exhibits 1007, 1026, 1028, 1029, 1165, 1166, 1167 are admitted.**

**Exhibit 1160 is admitted.**

3:16 p.m.     Jury excused.

Discussion regarding the schedule for tomorrow.

| | |
|---|---|
| **3:19 p.m.** | **Court in recess.** |
| **3:38 p.m.** | **Court in session.** |

Jury not present.

Counsel provide an update regarding tomorrow's schedule.

3:44 p.m.     Jury present.

3:45 p.m.     Continued direct examination of Mr. Lewis by Mr. Hart.

3:56 p.m.      Cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits 1244, F-660, J-016, I-074, J-015, and J-014 are admitted.**

4:55 p.m. to 4:56 p.m.      Bench conference.

4:57 p.m.      Jury excused until June 15, 2022 at 8:30 a.m.

Mr. Loveland seeks to admit Government's Exhibit 10106, pages 1 and 11-16.

Responses by Mr. Quinn, Mr. Fagg, and Mr. Kornfeld.

Reply by Mr. Loveland.

Further responses by Mr. Quinn and Mr. Fagg.

**ORDERED:  Court will sustain the hearsay objection as to Exhibit 10106.**

Ms. Nielsen advises the Court regarding an agreement with the Government regarding Mr. Suerken's testimony.

Mr. Hart updates the Court regarding Touhy requests from the Defendants.

**ORDERED:  Bond is continued as to all defendants.**

**5:34 p.m.      Court in recess.**

Trial continued.
Total time in court:   7:17