**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB           Date:  June 15, 2022
Courtroom Deputy:  Emily Buchanan             Court Reporter:   Janet Coppock

_Parties:_                                      _Counsel:_

UNITED STATES OF AMERICA,                       Leslie Wulff
                                                Kevin Hart
                                                Daniel Loveland
                                                Paul Torzilli

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                         Michael Tubach
                                                Anna Pletcher
                                                Brian Quinn
2.  MIKELL REEVE FRIES,                          Richard Kornfeld
                                                David Beller
                                                Kelly Page
3.  SCOTT JAMES BRADY,                           Bryan Lavine
                                                Laura Kuykendall
4.  ROGER BORN AUSTIN,                           Michael Feldberg
                                                Laura Carwile
                                                Julie Withers
8.  WILLIAM WADE LOVETTE,                        John Fagg, Jr.
                                                Dru Nielsen
                                                Frank Schall

     Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 7**

**8:32 a.m.        Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Government's witness, Robert Lewis, resumes.

8:35 a.m.      Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibits F-743, F-788, A-644, G-504, C-451, C-872, F-384, F-882 are admitted.**

**Exhibit J-266 is displayed as a demonstrative.**

**Exhibit 1027 is admitted.**

9:29 a.m. to 9:30 a.m.      Bench conference.

9:31 a.m.      Continued cross examination of Mr. Lewis by Mr. Lavine.

**Exhibit J-266 is admitted.**

9:43 a.m.      Cross examination of Mr. Lewis by Ms. Pletcher.

9:44 a.m.      Cross examination of Mr. Lewis by Ms. Nielsen.

9:45 a.m.      Cross examination of Mr. Lewis by Mr. Feldberg.

10:03 a.m.      Redirect examination of Mr. Lewis by Mr. Hart.

10:07 a.m. to 10:11 a.m.      Bench conference.

10:11 a.m.      Continued redirect examination of Mr. Lewis by Mr. Hart.

**10:15 a.m.      Court in recess.**
**10:33 a.m.      Court in session.**

Jury present.

10:35 a.m.      Continued redirect examination of Mr. Lewis by Mr. Hart.

Government seeks to admit and publish a series of exhibits.

10:40 a.m. to 10:43 a.m.      Bench conference.

**Exhibits E-570, 1547, E-873, E-874, 1056, 559, 953, 955 are admitted.**

Government's witness, Pete Suerken, called and sworn.

11:14 a.m.      Direct examination of Mr. Suerken by Ms. Wulff.

11:28 a.m. to 11:31 a.m.    Bench conference.

11:31 a.m.    Continued direct examination of Mr. Suerken by Ms. Wulff.

**11:56 a.m.    Court in recess.**
**1:32 p.m.    Court in session.**

Jury not present.

Counsel discuss the time projections for today.  Court will not require that Defendants call Mr. Eddington today.

1:38 p.m.    Jury present.

1:40 p.m.    Continued direct examination of Mr. Suerken by Ms. Wulff.

**Exhibits 1060, 9992, 1801 are admitted.**

2:14 p.m.    Cross examination of Mr. Suerken by Ms. Nielsen.

2:32 p.m. to 2:36 p.m.    Bench conference.

2:36 p.m.    Continued cross examination of Mr. Suerken by Ms. Nielsen.

**Exhibit E-158 is admitted.**

2:53 p.m. to 2:55 p.m.    Bench conference.

2:55 p.m.    Continued cross examination of Mr. Suerken by Ms. Nielsen.

2:56 p.m.    Cross examination of Mr. Suerken by Mr. Feldberg.

2:58 p.m.    Cross examination of Mr. Suerken by Mr. Kornfeld.

3:12 p.m.    Jury excused.

Defendants agree to make a record of their Rule 29 motions on a side bar but will supplement the oral motions with written submissions.

**3:15 p.m.    Court in recess.**
**3:46 p.m.    Court in session.**

Jury present.

3:48 p.m.    Redirect examination of Mr. Suerken by Ms. Wulff.

Government seeks to publish a series of exhibits for the jury's consideration.

**Exhibits 58, 59, 60, 61, 62 are admitted.**

4:30 p.m.        Government rests.

4:30 p.m. to 4:33 p.m.        Bench conference: Defendants' Oral Motions for Judgment
                             of Acquittal Pursuant to Rule 29.

4:34 p.m.        Opening statement by Defendant Scott James Brady by Mr. Lavine.

4:55 p.m.        Jury excused until June 16, 2022 at 8:30 a.m.

Defendants shall consider a reasonable deadline to submit their Rule 29 motions.

Defendants will file a revised witness list.

Court and counsel may review jury instructions tomorrow.

**ORDERED:  Bond is continued as to all defendants.**

**4:57 p.m.        Court in recess.**

Trial continued.
Total time in court:   6:00