IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 16, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* 

*Counsel:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

8. WILLIAM WADE LOVETTE,

    Defendants.

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Laura Kuykendall
Michael Feldberg
Laura Carwile
Julie Withers
John Fagg, Jr.
Dru Nielsen
Frank Schall

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

**8:16 a.m.    Court in session.**

Defendants present on bond.

Discussion regarding defendant's covid status and VTC attendance.

**8:28 a.m.**     **Court in recess.**
**8:42 a.m.**     **Court in session.**

Discussion regarding case law reviewed.  In light of the current circumstances, the Court will continue the trial to June 27, 2022.  Only one attorney per party is permitted to remain in the courtroom.

8:53 a.m.     Jury present.

Court instructs jury.  Jury excused until June 27, 2022 at 8:30 a.m.

Court will reconvene with counsel to discuss further matters.

**8:57 a.m.**     **Court in recess.**
**9:14 a.m.**     **Court in session.**

Discussion and argument regarding United States' Objections to Defendants' Summary Exhibits [1307].

**ORDERED:**  United States' Objections to Defendants' Summary Exhibits [1307] is DENIED IN PART, WITHDRAWN IN PART, and DEFERRED IN PART, as stated on record.

Discussion regarding closing arguments and Rule 29 motions.

**ORDERED:**  Defendants shall file a new witness list for scheduling purposes on or before June 20, 2022 by 5:00 p.m. (MST).

**ORDERED:**  Defendants shall file written Rule 29 motions on or before July 11, 2022.

**ORDERED:**  Bond is continued as to all defendants.

**9:58 a.m.**     **Court in recess.**

Trial continued.
Total time in court:   1:11