IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB  Date: 06/20/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Michael Ledford | 6/27/2022 - 5 hours |
| Kent Kronauge | 6/27/2022 to 6/28/2022 - 2 hours |
| Edward Snyder | 6/28/2022 - 6 hours |
| Greg Finch | 6/29/2022 - 5 hours |
| Brenda Ray | 6/29/2022 to 6/30/2022 - 2 hours |
| Marcus Shelton | 6/30/2022 - 30 minutes |
| Bruce Bagshaw | 6/30/2022 - 30 minutes |
| Mike Brown | 6/30/2022 - 1 hour |
| Rich Eddington | 6/30/2022 - 4 hours |
| Kendraw Waldbusser* | 7/5/2022 - 1.5 hours |
| Agent LaNard Taylor* ** | 7/5/2022 - 0.5 hours |

*Defendants may not call these witnesses, but a final determination has not been made.

**Defendants reserve the right to substitute this witness with Others agent to provide the same or similar testimony as Defendants intend to elicit from the witness identified.