IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
8. WILLIAM WADE LOVETTE,

    Defendants.

---

ORDER

---

    Pursuant to 28 § U.S.C. §1871 (b)(3), jurors required to attend more than ten days of actual service may be paid, at the discretion of the presiding judge, an additional $10.00 per day for each day over ten days required to complete jury service.

    It is therefore ORDERED that the clerk shall pay jurors in the above-entitled case the sum of $60.00 per day beginning on each juror's eleventh day of service and continuing thereafter until service has been completed and jurors are released by the court.

    Dated this 21st day of June, 2022.

                                                BY THE COURT

                                                Philip A. Brimmer
                                                Chief United States District Judge