# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 30, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Terri Lindblom |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Leslie Wulff
  Kevin Hart
  Daniel Loveland
  Paul Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
  Anna Pletcher
  Brian Quinn

2. MIKELL REEVE FRIES,   Richard Kornfeld
  David Beller
  Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
  Laura Kuykendall

4. ROGER BORN AUSTIN,   Michael Feldberg
  Laura Carwile
  Julie Withers

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
  Dru Nielsen
  Frank Schall

   Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 12**

**8:31 a.m.    Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Defendants' witness, Brenda Ray, sworn.

8:34 a.m.     Direct examination of Ms. Ray by Mr. Fagg.

**Exhibits 843, 844, D-990, D-989, 850, 851 are admitted.**

9:04 a.m.     Direct examination of Ms. Ray by Mr. Tubach.

**Exhibits D-930 and J-398 are admitted.**

9:30 a.m.     Cross examination of Ms. Ray by Mr. Hart.

9:39 a.m. to 9:45 a.m.     Bench conference.

Continued cross examination of Ms. Ray by Mr. Hart.

9:46 a.m. to 9:47 a.m.     Bench conference.

Continued cross examination of Ms. Ray by Mr. Hart.

9:48 a.m. to 9:51 a.m.     Bench conference.

Continued cross examination of Ms. Ray by Mr. Hart.

10:09 a.m. to 10:14 a.m.     Bench conference.

Jury excused.

Discussion regarding questions pertaining to Ms. Ray's testimony.

**10:20 a.m.     Court in recess.**
**10:33 a.m.     Court in session.**

Jury present.

Continued cross examination of Ms. Ray by Mr. Hart.

10:46 a.m.     Redirect examination of Ms. Ray by Mr. Fagg.

Defendants' witness, Richard Eddington, sworn.

11:07 a.m.     Direct examination of Mr. Eddington by Ms. Rahman.

Jury excused.

**12:01 p.m.**   **Court in recess.**
**1:15 p.m.**   **Court in session.**

Discussion regarding jury instructions.

1:37 p.m.   Jury present.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:04 p.m.   Direct examination of Mr. Eddington by Mr. Feldberg.

**Exhibits J-237 and E-014 are admitted.**

2:28 p.m.   Cross examination of Mr. Eddington by Ms. Wulff.

2:37 p.m. to 2:40 p.m.   Bench conference.

**Exhibit 9703 (as redacted) is admitted.**

2:51 p.m. to 2:54 p.m.   Bench conference.

Continued cross examination of Mr. Eddington by Ms. Wulff.

3:00 p.m.   Redirect examination of Mr. Eddington by Ms. Rahman.

**Exhibit D-137 is admitted.**

Jury excused.

**3:14 p.m.**   **Court in recess.**
**3:31 p.m.**   **Court in session.**

Discussion regarding scheduling.

3:37 p.m.   Jury present.

Defendants moved the admission of certain exhibits without a sponsoring witness.

**Exhibits D-138, D-150, D-151, D-152, D-154, D-157, D-158, D-159, D-160, D-161, D-162, D-164, D-165, D-407, D-408, D-409, D-410, D-789, D-545, D-546, J-221, D-257, J-258, J-424, 1527, 1529, 1530, C-020, C-021-1, C-022, C-023, C-024, C-464, D-530, D-835, F-745, F-746, F-848, F-849, B-881 (pgs. 11 and 12), J-203, J-235, J-236, C-862, C-864, C-865 are admitted.**

Defense rests.

Jury excused.

Renewed oral Rule 29 motions.

**ORDERED:   Defendants' combined briefing regarding renewed motions for judgment of acquittal pursuant to Rule 29 shall be submitted on or before July 11, 2022, as discussed.**

Discussion and argument regarding United States' Brief in Support of Calling Robert Bryant in its Rebuttal Case [1409].

**ORDERED:   Mr. Bryant is permitted to rebut testimony that has been presented by the defendants, as discussed.**

4:33 p.m.      Jury present.

Government's witness, Robert Bryant, recalled for rebuttal.

4:34 p.m.      Direct examination of Mr. Bryant by Mr. Torzilli.

4:43 p.m. to 4:49 p.m.      Bench conference.

Continued direct examination of Mr. Bryant by Mr. Torzilli.

Jury excused until July 5, 2022 at 8:30 a.m.

Discussion regarding Mr. Bryant's testimony, jury instructions, length of Government's closing argument.

**ORDERED:   Defendant Austin's oral motion to strike Mr. Bryant's rebuttal testimony is DENIED, as stated on record.**

**ORDERED:   The parties shall submit any changes to the theory of the case and jury instructions, as discussed, by the end of the day on July 1, 2022.**

The Government is limited to 1 hour and 45 minutes for their cumulative closing argument. Each defendant is limited to 45 minutes, with the exception of the initial defendant, who will be limited to 55 minutes for their closing argument.  If the defendants wish to use it, the Court will permit the table setting argument.

**ORDERED:   Bond is continued as to all defendants.**

5:30 p.m.      Court in recess.

Trial continued.
Total time in court:   7:15