**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE PHILIP A. BRIMMER**

Case No. <u>1:20-cr-00152-PAB</u>           Date: <u>July 3, 2022</u>

Case Title: <u>United States v. Jayson Penn et al.</u>

<u>UNITED STATES REBUTTAL WITNESS LIST*</u>

| <u>WITNESS</u><br><u>(FACT WITNESS IN **BOLD**)</u> | <u>ESTIMATED DATE(S) AND</u><br><u>LENGTH OF TESTIMONY**</u> |
|---|---|
| **Robert Bryant** | 6/30 – 7/5  1.5 hours |

\* The government may offer a small, but as-yet undetermined number of unsponsored exhibits into evidence.

\*\* The government's estimated length of testimony is based on its best estimate of direct, cross and re-direct examination.