IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: July 7, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA,

    Leslie Wulff
    Kevin Hart
    Daniel Loveland
    Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
    Michael Tubach
    Anna Pletcher
    Brian Quinn

2. MIKELL REEVE FRIES,
    Richard Kornfeld
    David Beller
    Kelly Page

3. SCOTT JAMES BRADY,
    Bryan Lavine
    Laura Kuykendall

4. ROGER BORN AUSTIN,
    Michael Feldberg
    Laura Carwile
    Julie Withers

8. WILLIAM WADE LOVETTE,
    John Fagg, Jr.
    Dru Nielsen
    Frank Schall

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 15**

**4:17 p.m.**    **Court in session.**

Defendants present on bond.

The Court has received notice that the jury has reached a verdict.

Jury present.

Court reads verdict.

Court polls jury and thanks them for their service.  Jury is dismissed.

Court's concluding remarks.

**ORDERED:**   Bond is exonerated as to all defendants.  Commensurate with the exoneration of each defendant's bond, the attorneys are permitted to return passports to their clients.

**4:29 p.m.**   Court in recess.

Trial concluded.
Total time in court:   0:12