AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

### DISTRICT OF  COLORADO

UNITED STATES OF AMERICA

## JUDGMENT OF ACQUITTAL

V.

4. ROGER BORN AUSTIN

CASE NUMBER:   20-cr-00152-PAB-4

On July 7, 2022, the jury found the defendant not guilty.  IT IS ORDERED that the defendant is acquitted, discharged,  and any bond exonerated.

_____
Signature of Judge

Philip A. Brimmer, Chief United States District Judge
Name and Title of Judge

July 13, 2022
Date